McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
HEIKO P. COPPOLA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN | CASE NO: 2:18-MJ-152 EFB<br><br>[PROPOSED] ORDER TO UNSEAL COMPLAINT, ARREST WARRANT, AND REDACTED EXTRADITION REQUEST |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Complaint, the Arrest Warrant, and the Redacted Extradition Request in the above-captioned matter be, and are, unsealed.

Dated: 8-15-2018

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER