McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
HEIKO COPPOLA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

CHRISTOPHER J. SMITH
Acting Associate Director
JOHN D. RIESENBERG
Trial Attorney
Office of International Affairs
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-0000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ | CASE NO. 2:18-MJ-0152<br><br>STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER REGARDING UNREDACTED EXTRADITION PACKET AND OTHER MATERIALS |

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Audrey B. Hemesath, Assistant United States Attorney, on behalf of the Government, and Benjamin Galloway, on behalf of Omar Abdulsattar Ameen ("Ameen"), that certain information, as defined below, is subject to a Protective Order.

The United States will make available an unredacted copy of the Extradition Request to counsel for Ameen. It is the government's position that this unredacted copy, and any other materials in this case the government may provide, are sensitive because if disseminated, the materials could invite

STIPULATION AND [PROPOSED] ORDER

1

intimidation or retaliation against the individuals identified and/or result in the dissemination of personally identifying information. The parties agree that certain steps are appropriate to limit the dissemination of the materials. This Court may enter protective orders pursuant to its general supervisory authority, and Local Rule 141.1. The steps are as follows:

1. With the respect to the unredacted copy of the Extradition Request (Government's Exhibit 1), Counsel for Ameen shall review the Unredacted Copy in the Offices of the U.S. Attorney, and shall not take notes that contain the names of any witnesses or any information that would tend to reveal the identities of those witnesses. Counsel shall not disclose any of the protected contents of the unredacted Extradition Request to any other person, including to Ameen.

2. With respect to any other materials the United States may provide, the same terms of paragraph (1) shall apply, except that the United States may make exceptions to the disclosure requirements on an item-by-item basis. The United States will identify any such exceptions in the cover letter accompanying the materials. To the extent the defense disagrees with the disclosure terms in the letter, the parties will return to the Court to seek a separately-applicable protective order for those materials.

3. The protected material may only be used in connection with the litigation of this case and for no other purpose. The protected material is now and will forever remain the property of the United States government. Ameen's Counsel will return the protected material to the United States or certify that it has been shredded or otherwise destroyed at the conclusion of the case.

4. The parties agree that none of the protected material contained in the unredacted Extradition Request shall be written in any documents filed publicly with the Court, nor revealed in any oral statements to the Court in open session. To the extent it becomes necessary and relevant for a party to discuss the identity of a witness with the Court in a filed pleading or in open session, the parties will confer and propose an order to address the situation.

5. Ameen's Counsel will ensure that any materials produced pursuant to paragraph (2) are stored in a secure place and will use reasonable care to ensure that the materials are not

disclosed to third persons in violation of this agreement.

6. In the event that Ameen obtains substitute counsel, undersigned Counsel agrees to delay disclosure of any material produced pursuant to paragraph (2) to new counsel until the United States has the opportunity to seek the entry of a new Protective Order.

Dated:  August 16, 2018    McGREGOR W. SCOTT
United States Attorney

/s/ AUDREY B. HEMESATH
AUDREY B. HEMESATH
Assistant United States Attorney

Dated:  August 16, 2018    /s/ BENJAMIN GALLOWAY
BENJAMIN GALLOWAY
Counsel for OMAR AMEEN

## [ORDER]

IT IS SO FOUND AND ORDERED.

DATED:  August 16, 2018

HON. EDMUND F. BRENNAN
United States Magistrate Judge