AO 442 (Rev. 11/11) (modified) Arrest Warrant

106628386
775466-097

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

IN THE MATTER OF THE EXTRADITION
OF OMAR ABDULSATTAR AMEEN TO
THE REPUBLIC OF IRAQ

Case No. 2:18-MJ-0152

**UNSEALED**
**FILED**
AUG 1 6 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **OMAR ABDULSATTAR AMEEN**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
**Pursuant to 18 U.S.C. § 3184 (Fugitives from foreign country to United States)**

Date: 8-14-2018

_____
*Issuing officer's signature*

City and state: Sacramento, California

Edmund F. Brennan, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 08-14-18, and the person was arrested on *(date)* 08-15-18
at *(city and state)* SACRAMENTO, CA.

Date: 08-15-18

_____
*Arresting officer's signature*

_____, United States Magistrate Judge
*Printed name and title*