HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No.  2:18-mj-152 EFB<br><br>STIPULATION CONTINUING SCHEDULING CONFERENCE; [Proposed] ORDER<br><br>Date:  October 15, 2018<br>Time: 10:00 a.m.<br>Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Audrey Hemesath, Assistant United States Attorney, attorney for Plaintiff United States of America, and Benjamin D. Galloway and Rachelle Barbour, of the Office of the Federal Defender, attorneys for Omar Ameen, that the scheduling conference set for September 5, 2018 at 10:00 a.m. be continued to October 15, 2018 at 10:00 a.m.

//

//

The defense requests a continuance of the current scheduling conference to allow the defense to address properly the issue of identity and to provide the Court and the Government with reasonable estimates of the time necessary to investigate and prepare for the identity and extradition hearings. The government does not object.

DATED: August 31, 2018              Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ Benjamin D. Galloway*
                                    BENJAMIN D. GALLOWAY
                                    Chief Assistant Federal Defender
                                    Attorney for OMAR AMEEN


                                    MCGREGOR SCOTT
Dated: August 31, 2018              United States Attorney

                                    /s/ *Audrey Hemesath*

                                    AUDREY HEMESATH
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

ORDER

IT IS SO ORDERED.

Date: _____

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge

Stipulation and Proposed Order