HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No.  2:18-mj-152 EFB<br><br>NOTICE OF ERRATUM (STATUS REPORT)<br>Date:  October 15, 2018<br>Time: 10:00 a.m.<br>Judge: Hon. Edmund F. Brennan |

In the Status Report filed yesterday, defense counsel inadvertently used the wrong year for Mr. Ameen's court hearing on August 20th of this year.  The sentence at page 6, line 8 should read, "Accordingly, his first appearance had to be continued to the following Monday, August 20, 2018, simply to allow defense counsel to see him with an interpreter and attempt to discuss the case."  Doc. 14.  Defense counsel apologizes for the typo.

DATED: October 10, 2018                    Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Defender

                                           /s/ *Rachelle Barbour*
                                           _____
                                           RACHELLE BARBOUR
                                           Attorney
                                           Attorney for OMAR AMEEN

Notice of Erratum – US v. Ameen

1