McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
HEIKO P. COPPOLA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

CHRISTOPHER J. SMITH
Acting Associate Director
JOHN RIESENBERG
Trial Attorney
Office of International Affairs
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-0000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ | CASE NO.  2:18-MJ-152 EFB<br><br>**NOTICE OF REQUEST TO SEAL DOCUMENTS** |

Pursuant to Local Rule 141, the United States, through Assistant United States Attorney Audrey B. Hemesath, hereby gives notice that it has submitted a Request to Seal a five-page motion and a proposed order granting the United States's Request.  The United States has requested to seal the above-referenced documents, which have been provided to the Court *in camera*, due to a national security interest in keeping the documents nonpublic.  The United States has argued that sealing the document is narrowly tailored to achieve this compelling interest.

Dated:  December 13, 2018

McGREGOR W. SCOTT
United States Attorney

By: *Audrey B. Hemesath*
   AUDREY B. HEMESATH
   Assistant United States Attorney

NOTICE OF REQUEST TO SEAL    2

Case 2:18-mj-00152-EFB   Document 24   Filed 12/13/18   Page 2 of 2

Dated:  December 13, 2018

McGREGOR W. SCOTT
United States Attorney

By:  *Audrey B. Hemesath*
    AUDREY B. HEMESATH
    Assistant United States Attorney

NOTICE OF REQUEST TO SEAL      2