HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No.  2:18-mj-152 EFB<br><br>NOTICE OF OPPOSITION TO GOVERNMENT'S REQUEST TO SEAL<br><br>Judge: Hon. Edmund F. Brennan |

Local Rule 141(c) provides a party three days to oppose a sealing request.  As provided in that Rule, the defense has emailed its Opposition to the Government and the Court today.  Strict adherence with the Local Rule does not allow the defense to file its Opposition in the open record.  The defense thereby files this Notice.  The Opposition does not discuss anything of national security interest and there is no interest in keeping it from the public.  Local Rule 141.1 provides for a "presumption of public access" to "[a]ll information provided to the Court in a specific action."  Accordingly, the defense asks that its Opposition be filed on the open record.

DATED: December 14, 2018                    Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender
                                            */s/ Benjamin D. Galloway*
                                            BENJAMIN D. GALLOWAY
                                            Chief Assistant Federal Defender

                                            */s/ Rachelle Barbour*
                                            RACHELLE BARBOUR
                                            Assistant Federal Defender
                                            Attorneys for OMAR AMEEN

Notice of Opposition – *US v. Ameen*