<span style="color:red">**SEALED**</span>

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ,

No.  2:18-MJ-152-EFB

SEALED ORDER

The government's motion for a disclosure order (ECF No. 26) is granted.  The government shall forthwith produce to defense counsel the information referenced in its motion at ECF No. 26, Page 4, Section IV.

DATED:  December 21, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1