UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | No. 2:18-mj-152-EFB<br><br>ORDER |
|---|---|

A Status Conference was held in chambers on December 20, 2018, at 12:10 p.m., to address procedural issues concerning: 1) the government's request for an order approving certain disclosures to counsel for Ameen; 2) the government's request for sealing of documents; and 3) Ameen's Request For Issuance of a Letter Rogatory (ECF No. 29). Assistant U.S. Attorneys Audrey Hemesath and Heiko Coppola appeared on behalf of the government. Chief Assistant Federal Defender Benjamin Galloway and Assistant Federal Defender Rachelle Barbour appeared on behalf of Ameen.

At the conference counsel addressed the respective requests and agreed that the government's request to disclose information to Ameen's counsel could be approved. Accordingly, Ameen's counsel withdrew the opposition to that request which was filed on December 14, 2018.[1] However, counsel disagreed as to the redaction of some information and

---

[1] That document has not yet been docketed, however a notice of the opposition was filed. ECF No. 28. Because of the government's outstanding request for a sealing order, it was not filed

1

resolution of that issue was deferred pending further consultation among the government's counsel.  The court instructed the government to submit a written response to Ameen's request of issuance of a Letter Rogatory.  The government filed its response the following day and took no position on whether a letter rogatory should issue but indicated that it would oppose any delay in the extradition proceeding.  ECF No. 32.  Thereafter, the court granted Ameen's request for issuance of the letter rogatory.  ECF No. 34.

On January 22, 2019, the government submitted "under seal" a status report informing the court that after further deliberation among government counsel there remains a dispute with Ameen's counsel as to whether certain information should remain redacted from the disclosure that was made to Ameen's counsel.  That status report also addressed the government's request for sealing of documents.  Ameen's counsel submitted an opposition to that request on January 25, 2019.

A further status conference was held in chambers on January 28, 2019, at 10:30 a.m., to discuss a procedure for addressing those submissions.  The same counsel appeared as on December 20, 2018.  Ameen's counsel indicated an intent to file a supplemental brief, which shall be filed by January 30, 2019.  The government's reply, if any, shall be filed by February 1, 2019, and hearing on the matter is set for February 4, 2019, at 2:00 p.m. in Courtroom No. 8.

Neither the government's January 22 status report and request, nor Ameen's January 25 opposition have yet been docketed in light of the government's outstanding request for sealing.  Accordingly, in addition to the redaction question, counsel shall address whether those documents should be filed with or without redaction and whether the unredacted versions must be sealed.

/////
/////
/////
/////
/////

---

electronically by Ameen's counsel.  The court finds no basis for the sealing of that opposition brief and it shall be filed without sealing.

2

Further, counsel for defendant is directed to forward a copy of their December 14, 2018 opposition brief to Jeremy Donati, Operations Supervisor, at jdonati@caed.uscourts.gov. The Clerk is directed to file that opposition nunc pro tunc to December 14, 2018.

DATED: January 28, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE