AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Omar Ameen | ) | Case No. 2:18-MJ-0152 EFB |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Facebook Inc.
     1601 Willow Road
     Menlo Park, CA 94025

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court, Eastern District of California 501 I Street Sacramento, CA | Courtroom No.: | 8 |
|---|---|---|---|
| | | Date and Time: | 02/25/2019 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

PLEASE SEE ATTACHMENT A

**In lieu of personal appearance please provide certified copies of the above requested records to Benjamin D. Galloway, Office of the Federal Defender, 801 I Street, Third Floor, Sacramento, CA 95814 by February 24, 2019.

(SEAL)

**Please call** the Attorney or Paralegal named below to find out if your presence will be required once you deliver the above documents, electronically stored information, and/or objects to court. Sometimes delivering the above to court before the scheduled date will not require you appear in court.

Date:  02/01/2019

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Omar Ameen, who requests this subpoena, are:

Benjamin D. Galloway, Chief Assistant Federal Defender

801 I Street, 3rd floor
Sacramento, CA  95814
916.498.5700

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 2:18-MJ-0152 EFB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Facebook Inc.
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

801 I Street, 3rd floor
Sacramento, CA 95814

*Server's address*

Additional information regarding attempted service, etc:

U.S. V. OMAR AMEEN  
2:18-MJ-0152-EFB                                                SUBPOENA ATTACHMENT A

**Regarding the following account:**

Facebook IDs:



Target account identifier: 10▮▮▮▮▮▮▮▮▮▮

Period of activity: May 1, 2014 to August 31, 2014

Mr. Ameen is the client of this office and has consented to full disclosure of his Facebook data to counsel. He is currently located at the Sacramento County Jail, xref 5061413, 651 I St., Sacramento, CA 95814. Consent to disclosure of his data to defense counsel is attached. Counsel has already used the "Download Your Information" tool from within the target user account.

**Information Sought by Subpoena:**

All user location information, including IP addresses, location data, and GPS data for the period of activity May 1, 2014 to August 31, 2014.

IP Logs for the above account for the same period of activity.

Information about any change in Facebook policy regarding the retention of IP address information prior to and after July 28, 2014.

Photos posted by this account during the period of activity in their original file format, including EXIF information.

1