UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE OMAR ABDULSATTAR AMEEN

DOCKET NUMBER 2:18-MJ-00152-EFB

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**
**(LETTER ROGATORY)**

The District Court of the United States of America, Eastern District of California, presents its compliments to the appropriate judicial and administrative authorities of the Republic of Turkey, and requests international judicial assistance to obtain evidence to be used in an extradition proceeding before this Court in the above-captioned matter. A hearing on this matter is scheduled at present for the 29th of April, 2019, in Sacramento, California, United States.

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the appropriate judicial or administrative authority of the Republic of Turkey authorize the following Turkish government agency to aid this Court in obtaining documents held regarding Omar Abdulsattar Ameen:

This Court requests that the Ministry of Justice and the Office of the Public Prosecutor aid it in obtaining evidence from:

Turkcell İletişim Hizmetleri A.Ş
Turkcell Küçükyalı Plaza
Aydınevler Mahallesi İnönü Caddesi No:20
Küçükyalı Ofispark B Blok - Maltepe
İSTANBUL Turkey 34840

This Court offers the following identification information in order to aid in obtaining the requested documents.

Mr. Ameen's Turkish identification number (kimlik): ███████,
Date of Birth: ███████
Iraqi passport number: ███████
Turkcell phone number: ███████
Turkcell contract number: ███████
Turkcell SIM card no.: ███████
Turkcell Cell Phone IMEI No.: ███████

(Copies of Mr. Ameen's Turkish identity card, Iraqi passport, and Turkcell contract are attached.)

1

The request is for cell phone records for the period of time of May 2014 through August 2014 for the above cell phone number, SIM card, and handset. This Court requests that records be obtained that include usage records for this period of time for calls, texting, and data, and for any location data, including cell-site location data.

Mr. Ameen was a registered refugee living in Mersin, Turkey from 2012 to 2014. This request is made pursuant to a submission by Mr. Ameen, who seeks these documents to aid his defense. The Court asks that the requested documents be provided in the manner that they are held in the original file. The Court asks that correspondence regarding this request be referred to the Office of the Federal Defender, 801 I St., 3rd Floor, Sacramento, CA 95814 USA, care of Chief Assistant Federal Defender Benjamin Galloway at Ben_Galloway@fd.org.

**Facts**

Mr. Ameen is charged in the Republic of Iraq with murder a committed in June 2014. Mr. Ameen has been a resident refugee in the United States of America since November 2014. He lived in the Republic of Turkey from early 2012 until November 2014. Mr. Ameen has indicated that he did not leave Turkey in June 2014. Mr. Ameen's defense team believes that cell phone data from this time will aid in supporting his defense. A defense investigator has spoken with staff at Turkcell to confirm that the information exists.

**Reciprocity**

This Court is available to provide you reciprocal assistance at your request.

**Reimbursement for costs**

The requesting office, the Office of the Federal Defender, is able to repay costs incurred by your court or agency in obtaining these records. Please provide cost requests to the Office of the Federal Defender, 801 I St., 3rd Floor, Sacramento, CA 95814 USA, care of Chief Assistant Federal Defender Benjamin Galloway at Ben_Galloway@fd.org.

Respectfully submitted,

Dated: February 5, 2019

_____
HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE
SACRAMENTO, CALIFORNIA, USA