HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No. 2:18-mj-152 EFB<br><br>[~~proposed~~] ORDER GRANTING SUBPOENAS UNDER 18 U.S.C. § 3191<br><br>Judge: Hon. Edmund F. Brennan |

As stated on the record in the hearing on February 4, 2019, the Court hereby GRANTS the defense request for Subpoenas under 18 U.S.C. § 3191 as to the following companies: Apple, Facebook, Skype, WhatsApp, and Yahoo.

IT IS SO ORDERED.

DATED: February 5, 2019

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE