1  McGREGOR W. SCOTT
   United States Attorney
2  AUDREY B. HEMESATH
   HEIKO P. COPPOLA
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6

   Attorneys for Plaintiff
7  United States of America

8

IN THE UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDUKSATTAR AMEED TO THE REPUBLIC OF IRAQ | CASE NO. 2:18-MJ-152 EFB<br><br>ORDER PROVIDING HEARING TRANSCRIPTS TO THE UNITED STATES AND DEFENSE COUNSEL<br><br>COURT: Hon. Edmund F. Brennan |

It is hereby ordered that counsel for the United States and counsel for Omar Ameen be provided with a transcript of the hearing conducted on February 4, 2019, including those portions of the record that were sealed by the Court.

Dated: February 13, 2019.

_____
EDMUND F. BRENNAN
United States Magistrate Judge