HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ,

Case No. 2:18-mj-152 EFB

STIPULATION RE: FILING OF DEFENSE OPPOSITION NUNC PRO TUNC AND WITHOUT SEALING; [Proposed] ORDER

Judge: Hon. Edmund F. Brennan

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Audrey Hemesath, Assistant United States Attorney, attorney for Plaintiff United States of America, and Benjamin D. Galloway and Rachelle Barbour, of the Office of the Federal Defender, attorneys for Omar Ameen, that the Defense's January 25, 2019 OPPOSITION TO (1) GOVERNMENT'S REQUEST TO SEAL MOTION (filed December 13, 2018), (2) SEALING OF STATUS REPORT, AND (3) PROPOSED ORDER be filed in the open record on ECF without sealing and nunc pro tunc to January 25, 2019.

//

//

Stipulation Re: Filing and Proposed Order

A proposed Order is attached.

DATED: February 19, 2019				Respectfully submitted,

							HEATHER E. WILLIAMS
							Federal Defender

							*/s/ Benjamin D. Galloway*
							BENJAMIN D. GALLOWAY
							Chief Assistant Federal Defender
							Attorney for OMAR AMEEN


							MCGREGOR SCOTT
Dated: February 19, 2019				United States Attorney

							/s/ *Audrey Hemesath*

							AUDREY HEMESATH
							Assistant United States Attorney
							Attorney for Plaintiff


### ORDER

IT IS SO ORDERED. Defense counsel are directed to forward a copy of their January 25, 2019 opposition brief to Jeremy Donati, Operations Supervisor, at jdonati@caed.uscourts.gov. The Clerk is directed to file that opposition on the public docket, without sealing, nunc pro tunc to January 25, 2019.

Dated: February 20, 2019

							HON. EDMUND F. BRENNAN
							United States Magistrate Judge

Stipulation Re: Filing and Proposed Order