HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No.  2:18-mj-152 EFB<br><br>REQUEST FOR COURT APPROVAL FOR DEFENSE SUBPOENA FOR TWITTER INFORMATION UNDER 18 U.S.C. § 2703(c)(1)(B) AND (d)[1]<br><br>Judge: Hon. Edmund F. Brennan |

The defense has prepared the attached subpoena to Twitter, Inc. for non-content information relating to a Twitter post referenced in the Iraqi extradition packet. The English translation of the post is at page 101 of the translated extradition packet (Document 22-1, page 101), and the original post is at page 62 of the Arabic language extradition packet. The Court has an unredacted copy of page 101, as well.

The Tweet purports to announce the homicide charged in Iraq against Mr. Ameen. It was posted by what appears to be an ISIS account: @FlagSunna.

راية سنة العراق @FlagSunna
اليوم يوم تصفية الرؤوس العفنة
الان في #راوة   تم تصفية المجرم احسان الحافظ على ايدي المجاهدين
ويعد هنا المجرم... fb.me/6PWy23h4k

---

[1] No hearing is requested.  The Government has previously noted only technical issues with the prior subpoena request, which have been addressed in this proposed subpoena.  The defense files this request in the public record in light of <u>Oregonian Publ'g Co. v. U.S. Dist. Court</u>, 920 F.2d 1462, 1465 (9th Cir. 1990).

1
Request for Court Approval for Defense Subpoena (Twitter) – *US v. Ameen*

The defense seeks to obtain information related to the post by subpoenaing Twitter for account, subscriber, and location information relating to the underlying account to investigate the true perpetrator of the homicide charged in Iraq. There is no other method for the defense to investigate this post, which is rather cryptic, but was provided directly to the Iraqi court. This will help explain several contradictory and incredible features of the Iraqi case presented in this Court.

As discussed previously, the defense does have subpoena power in extradition cases under 18 U.S.C. § 3191. The Court has previously approved defense subpoenas on Mr. Ameen's behalf, and the defense respectfully requests that the Court do so again here. This request is being made over two months prior to the extradition hearing date set in this case, in furtherance of defense investigation into the crime.

Subpoenas for social media companies, such as Twitter, fall under the Stored Communications Act, 18 U.S.C. § 2700 et seq.[2] Accordingly, defense counsel files this request for a Court order for the subpoena. The required affidavit under section 3191 is attached at Exhibit A, and supports the issuance of this subpoena. The subpoena is attached at Exhibit B for the Court's review. A proposed Order is filed concurrently.

Under 18 U.S.C. § 2703(c), a governmental entity may require a social media provider to "disclose a record or other information pertaining to a subscriber to or customer of such service (not including the contents of communications)" with a court order under subsection (d) of that statute. A court order for disclosure shall issue based on "specific and articulable facts showing that there are reasonable grounds to believe that . . . the records of other information sought, are relevant and material to an ongoing criminal investigation."

As indicated in the extradition packet, the social media post announces the killing for which Mr. Ameen is charged. It purports to be on behalf of ISIS. The extradition packet provides no information regarding who posted the announcement of the death. It does not include the date or time of the post. Investigation indicates that it was posted on Twitter.

---

[2] **Definitions:** Under 18 U.S.C. § 2711(4), the Federal Defender's Office is a "governmental entity." This Court is a "court of competent jurisdiction" under 18 U.S.C. § 2711(3)(A)(i). Facebook is a "remote computing service" under 18 U.S.C. § 2711(2).

The Twitter user who posted the announcement about the homicide could very well have been on the scene and involved.  Determining the identity of the person or persons who took credit for the homicide is critical in this case, and clearly relevant and material to an ongoing criminal investigation.  This subpoena will lead to evidence that will advance defense investigation into the crime.

Defense counsel has filed a proposed order that complies with the Stored Communications Act and respectfully requests that the Court sign the order and authorize the attached subpoena.

DATED: February 21, 2019            Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender
*/s/ Benjamin D. Galloway*
BENJAMIN D. GALLOWAY
Chief Assistant Federal Defender

*/s/ Rachelle Barbour*
RACHELLE BARBOUR
Assistant Federal Defender
Attorneys for OMAR AMEEN