HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No.  2:18-mj-152 EFB<br><br>AFFIDAVIT IN SUPPORT OF REQUEST FOR TWITTER SUBPOENA UNDER 18 U.S.C. § 3191 AND 18 U.S.C. § 2703<br><br>Judge: Hon. Edmund F. Brennan |

I, Rachelle Barbour, do declare the following:

1. I am an Assistant Federal Defender appointed to represent Mr. Ameen in this case since August 16, 2018.

2. Mr. Ameen is charged in the Republic of Iraq with capital murder on behalf of a terrorist organization.  That crime allegedly occurred on June 22, 2014.  The post discussed in the accompanying Request is in the extradition packet, with the original post in the Arabic version of the packet.

3. The Iraqi court relied on the social media post in issuing an arrest warrant and requesting Mr. Ameen's extradition.  That post perhaps was provided by a witness to the Iraqi court.  That post purports to announce the killing of the victim.  Defense investigation has revealed that the post was on Twitter.  The defense seeks to subpoena the subscriber information for that Twitter account.

4. The defense is zealously investigating this case, including information that Mr. Ameen was in Mersin, Turkey on the date of the offense.  The defense is requesting that the Court approve this subpoena to further its criminal investigation into the Iraqi offense, so as to "obliterate" probable cause.  Information about the post would help the criminal investigation into the true perpetrators of the offense in Rawah, Iraq.  There are specific

1

Affidavit of Defense Counsel – *US v. Ameen*

and articulable facts showing that the non-content social media information sought by subpoena and Court order is relevant and material to the investigation into the homicide in Rawah.

5. To the extent that the Court requires additional support for the requested subpoena, I ask to be allowed to supplement this affidavit.

I affirm that the above is true and correct to the best of my personal knowledge.

DATED: February 21, 2019, in Sacramento, California.

*/s/ Rachelle Barbour*
RACHELLE BARBOUR