# UNITED STATES DISTRICT COURT

for the

<u>Eastern</u>   District of <u>California</u>

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Omar Ameen | ) | **Case No.**  2:18-MJ-0152 EFB |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY IN AN EXTRADITION PROCEEDING

To:   Twitter Inc.
     San Francisco, CA
     via - online legal
     request submission
     website

       **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in an extradition proceeding.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court | Courtroom No.:  8 |
|---|---|
| Eastern District of California, Sacramento, CA | Date and Time:  3/20/2019 1:30 p.m. |

       You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

PLEASE SEE ATTACHMENT A

\*\*In lieu of personal appearance please provide certified copies of the above requested records to Benjamin D. Galloway, Office of the Federal Defender, 801 I Street, Third Floor, Sacramento, CA  95814 by March 13, 2019.

*(SEAL)*
          **Please call** the Attorney or Paralegal named below to find out if your presence will be required once you deliver the above documents, electronically stored information, and/or objects to court.  Sometimes delivering the above to court before the scheduled date will not require you appear in court.

Date:

                         *CLERK OF COURT*

                                 *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
          **Omar Ameen** , who requests this subpoena, are:

Benjamin D. Galloway, Chief Assistant Federal Defender at Ben.Galloway@fd.org

          801 I Street, 3rd floor
          Sacramento, CA  95814
          916.498.5700

Case No.   2:18-MJ-0152 EFB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Twitter Inc.

was received by me on *(date)*              .

☐ I served the subpoena by delivering a copy to the named person as follows:

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

801 I Street, 3rd floor
Sacramento, CA 95814
_____
*Server's address*

Additional information regarding attempted service, etc:

U.S. v. OMAR AMEEN
2:18-MJ-0152-EFB                                    SUBPOENA ATTACHMENT A

Regarding the following Twitter handle: @FlagSunna.

The original Twitter post is in Arabic:



•       All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, locations, URLS, physical address (including city, state, and zip code), telephone numbers, time zone, screen names, websites, "bio" section, changes in usernames, linked accounts, and other personal identifiers;

•       All date and location information for this specific post;

•       All activity logs for the account, including the public content of those activities;

•       All profile information and information about the user's access and use of Twitter applications;

•       Interaction with links across Twitter services, including links in Twitter emails and links in Tweets that appear in other applications;

•       List of followers and people who follow this account;

•       "Log data," including information such as IP address, browser type, operating system, the referring web page, pages visited, location, mobile carrier, device information (including device and application IDs), search terms, and cookie information.

•       All location information, including signup and current location, IP address and device settings;

•       All IP logs, including all records of the IP addresses that logged into the account;

•       The length of service (including start date), the types of service utilized by the user, and the means and source of any payments associated with the service (including any credit card or bank account number);

•       Complaints against the account for violations of Twitter's terms of service, actions taken against the account;

•       All privacy settings and other account settings, including privacy settings for individual Twitter posts and activities, and all records showing which Twitter users have been blocked by the account;

U.S. v. OMAR AMEEN
2:18-MJ-0152-EFB                                                   SUBPOENA ATTACHMENT A

•       All cookie data and associated machines and accounts collected by Twitter for user's account to include, but not limited to, browser information and MAC address if available and other pages and groups where the user (or the associated user) is the creator.