HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No.  2:18-mj-152 EFB<br><br>[proposed] ORDER GRANTING SUBPOENA UNDER 18 U.S.C. § 3191 and § 2703<br><br>Judge: Hon. Edmund F. Brennan |

The Court hereby GRANTS the Defense request for a subpoena for non-content Twitter information as provided on the attached subpoena, which has been reviewed by the Court. Under 18 U.S.C. § 2703(d), the Court finds that the defense has offered specific and articulable facts showing that there are reasonable grounds to believe that the information sought by the subpoena is relevant and material to an ongoing criminal investigation.  The Court ORDERS the issuance of the subpoena, and that it be served on Twitter with a copy of this Order.

IT IS SO ORDERED.

DATED: February __, 2019

_____
Hon. Edmund F. Brennan
United States Magistrate Judge