McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
HEIKO P. COPPOLA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

CHRISTOPHER J. SMITH
Acting Associate Director
JOHN RIESENBERG
Trial Attorney
Office of International Affairs
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-0000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ | CASE NO. 2:18-MJ-152 EFB<br><br>STIPULATION RE: FILING OF STATUS REPORT NUNC PRO TUNC AND WITHOUT SEALING AND [~~PROPOSED~~] ORDER |

IT IS HEREBY STIPULATED that the United States's Status Report, previously submitted to the Court on January 22, 2019, be filed on the docket without sealing and nunc pro tunc to January 22, 2019.

//

//

//

1

Dated: February 22, 2019

McGREGOR SCOTT
United States Attorney

/s/ *Audrey B. Hemesath*

_____
AUDREY B. HEMESATH
HEIKO P. COPPOLA
Assistant United States Attorneys

DATED: February 22, 2019

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Rachelle Barbour*
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for OMAR AMEEN

ORDER

IT IS SO ORDERED. The government is directed to forward a copy of their January 22, 2019 status report to Jeremy Donati, Operations Supervisor, at jdonati@caed.uscourts.gov. The Clerk is directed to file that status report on the docket, without sealing, nunc pro tunc to January 22, 2019.

Dated: February 26, 2019.

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge