KARL OLSON (SBN 104760)
AARON R. FIELD (SBN 310648)
CANNATA O'TOOLE FICKES & OLSON LLP
100 Pine Street, Suite 350
San Francisco, California 94111
Telephone:  (415) 409-8900
Facsimile:  (415) 409-8904
Email:  kolson@cofolaw.com
        afield@cofolaw.com

Attorneys for Non-Party News Media Organization
THE SACRAMENTO BEE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ | Case No. 2:18-mj-152 EFB<br><br>**[PROPOSED] ORDER GRANTING MOTION OF NON-PARTY NEWS MEDIA ORGANIZATION THE SACRAMENTO BEE TO (1) UNSEAL JUDICIAL RECORDS, (2) REQUIRE PUBLIC DOCKETING OF EVENTS AND FILINGS, AND (3) VINDICATE THE PUBLIC RIGHT OF ACCESS TO THIS PROCEEDING**<br><br>Date:  March 20, 2019<br>Time:  1:30 p.m.<br>Judge:  Hon. Edmund F. Brennan<br>Location:  Ctrm. 8, 13th Floor |

**[PROPOSED] ORDER**

This matter came on regularly for hearing before the Court, the Honorable Edmund F. Brennan presiding, at 1:30 p.m. on March 20, 2019. Having considered the moving papers of Non-Party News Media Organization The Sacramento Bee ("*The Sacramento Bee*"), the opposition of the United States of America, and *The Sacramento Bee*'s reply in support, all prior arguments and filings in this case addressing the issues of openness and sealing, and the Court's files in this action, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. *The Sacramento Bee* may intervene in this proceeding for the limited purpose of enforcing its and the public's First Amendment and common law rights of access;

2. All of the Court's records in this proceeding are unsealed in their entirety;

3. All events and filings in this proceeding shall be publicly docketed, and to the extent that any events or filings are not included in the public docket, they shall be added to the public docket forthwith; and

4. All proceedings in this case shall be open to the public, including *The Sacramento Bee*, consistent with the First Amendment and common law rights of access, unless a party makes demonstrates with evidence that nondisclosure is justified. The transcripts of all hearings held in this matter thus far shall be made public in their entirety.

**IT IS SO ORDERED.**

DATED: _____, 2019     _____
HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE