| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | AUDREY B. HEMESATH<br>HEIKO P. COPPOLA |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ | CASE NO. 2:18-MJ-152 EFB<br><br>ORDER PROVDING HEARING TRANSCRIPTS TO THE UNITED STATES AND DEFENSE COUNSEL<br><br>COURT: Hon. Edmund F. Brennan |
|---|---|

It is hereby ordered that counsel for the United States and counsel for Omar Ameen be provided with a transcript of the *in camera* hearing conducted on February 12, 2019. The *ex parte* portions of the hearing shall only be provided to counsel for the United States.

Dated: February 27, 2019.

EDMUND F. BRENNAN
United States Magistrate Judge

TRANSCRIPT ORDER