UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ

No. 2:18-mj-152 EFB

ORDER

Several motions are before the court. They include: a request by *The Sacramento Bee* to intervene for the limited purpose of litigating a motion to unseal documents based on First Amendment and common law rights of access (ECF No. 81 at 2); *The Sacramento Bee's* motion to unseal documents (ECF No. 82); and *The Sacramento Bee's* request to shorten time for hearing as to both requests (ECF No. 82). The request to shorten time is granted. Any opposition to the motion to intervene shall be filed by March 8, 2019. Any reply thereto shall be filed by March 13, 2019. If intervention is granted, the court will separately set a schedule for filing opposition to the request to unseal records.[1]

Dated: February 28, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Mr. Ameen's motion to compel (ECF No. 76) is set for hearing on March 20, 2019. *The Sacramento Bee* seeks a resolution of its motion to unseal records at, or prior to that hearing. The court intends to resolve the sealing question prior to or in conjunction with resolution of the motion to compel.

1