McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
HEIKO P. COPPOLA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

CHRISTOPHER J. SMITH
Acting Associate Director
JOHN RIESENBERG
Trial Attorney
Office of International Affairs
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-0000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ | CASE NO. 2:18-MJ-152 EFB<br><br>STIPULATION AND [PROPOSED] ORDER RE: UNITED STATES' UNOPPOSED REQUEST FOR A TWO-DAY EXTENSION OF TIME |

      The United States hereby requests a two-day extension of time in which to file its response to the defense motion relating to unsealing and enforcement. CR 76. The defense does not oppose this request. The new filing date for the government will be March 7, 2019, and the defense response will be due on March 14, 2019. The parties request no change to the hearing date, currently set for March 20, 2019, if possible.

1

Dated: March 5, 2019                    McGREGOR W. SCOTT
                                        United States Attorney

                                   By:  */s/ Audrey B. Hemesath*
                                        AUDREY B. HEMESATH
                                        HEIKO P. COPPOLA
                                        Assistant United States Attorneys

                                        CHRISTOPHER J. SMITH
                                        Acting Associate Director
                                        JOHN RIESENBERG
                                        Trial Attorney
                                        Office of International Affairs


                                        */s/ Benjamin Galloway*
                                        BENJAMIN GALLOWAY
                                        Assistant Chief Federal Defender
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Counsel for Omar Ameen

## [~~PROPOSED~~] ORDER

The United States' request for a two-day extension of time is granted. The United States shall file its opposition by March 7, 2019, and the defense shall file its reply by March 14, 2019.

DATED: March 6, 2019.

_____
HON. EDMUND F. BRENNAN
Chief Magistrate Judge