# UNITED STATES DISTRICT COURT
for the

__Eastern__ District of __California__

| | |
|---|---|
| United States of America<br>v.<br>Omar Ameen<br><br>_Defendant_ | )<br>)<br>)   Case No.  2:18-MJ-0152 EFB<br>)<br>) |

## SUBPOENA TO TESTIFY IN AN EXTRADITION PROCEEDING

To:  International Organization for Migration (IOM)
 122 East 42nd Street, Suite 1610
 New York, New York 10168
 Attn: Custodian of Records

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in an extradition hearing. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court,<br>Eastern District of California<br>501 I Street<br>Sacramento, CA | Courtroom No.: 8 |
|---|---|---|
| | | Date and Time: 03/20/2019 1:30 pm |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

PLEASE SEE ATTACHMENT A

(SEAL)

Date: 3/11/19

**Please call** the Attorney or Paralegal named below to find out if your presence will be required once you deliver the above documents, electronically stored information, and/or objects to court. Sometimes delivering the above to court before the scheduled date will not require you appear in court.

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ Omar Ameen, who requests this subpoena, are:

Rachelle Barbour, Assistant Federal Defender at Rachelle_Barbour@fd.org

801 I Street, 3rd floor
Sacramento, CA  95814
916.498.5700

Case No.   2:18-MJ-0152 EFB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

801 I Street, 3rd floor
Sacramento, CA  95814
*Server's address*

Additional information regarding attempted service, etc:

U.S. v. OMAR AMEEN
2:18-MJ-0152-EFB                                      SUBPOENA ATTACHMENT A

Client of the International Office of Migration (IOM):

PA: Omar Abdulsattar Ameen:

DOB: December 20, 1973

CASE NUMBER: TU-395157

A-FILE NUMBER: A 212 734 127

IRAQI PASSPORT NUMBER: G1975150

NON WRAPS ID: 385-12C02753 (UNHCR)

A release confirming Mr. Ameen's authorization to release these documents to defense counsel is attached.

1. Mr. Ameen's entire IOM file or files, including all applications, photographs, biometric data, contacts, notes, reservations, payments, reimbursements, letters, communications, emails, phone logs, receipts, payments, photographs, fingerprints, videos, sign-in sheets, for his refugee application.
2. All communications held by the IOM regarding Mr. Ameen's application, including emails, letters, notes of phone calls, logs, and other correspondence, whether between IOM employees or contractors, or others, including USCIS, the United States Department of Homeland Security, and the United States Department of State; and including any agency of the Government of the Republic of Turkey.
3. Any photographs, video, or other recordings of Mr. Ameen taken between May 22, 2014 and July 10, 2014.
4. All documentation, communications, reservation, and payment information regarding the booking of a hotel reservation for the Ameen family in Istanbul for the dates of July 7 through 10, 2014 during their attendance at medical appointments and a cultural orientation course.
5. All documentation, communications, reservations, and payment information regarding the booking of travel for the Ameen family to come to Istanbul for the medical appointment on July 7, 2014.
6. All contacts between the IOM, with Omar Ameen or anyone else regarding the Ameen application between May 22, 2014 and July 7, 2014;
7. Sign-in sheets or other confirmation of the Ameen family's attendance at the RSC's cultural orientation program in Istanbul starting July 8, 2014.
8. Contact between the IOM with any branch of the Turkish Government, including the Mersin General Directorate of Security Foreigner's Branch (Emniyet Yabancılar Şube Müdürlüğü), the Provincial Directorate of Migration Management (under the General Directorate for Migration Management), the Mersin Foreigner's Police, and/or the Amniyat in Mersin, confirming Mr. Ameen's compliance with rules regarding sign-ins, travel restrictions, and the deposit of his passport in Mersin.

U.S. v. OMAR AMEEN
2:18-MJ-0152-EFB                                                      SUBPOENA ATTACHMENT A

9. Contract between the IOM and any entity of the Turkish Government confirming his resettlement in the United States and authorizing the release of his and his family's passports prior to his travel to the United States.
10. A full copy of the Worldwide Refugee Admissions Processing System (WRAPS) entries and screens regarding Mr. Ameen's case.
11. A full copy of any other typed, handwritten, or computerized system entries used by the IOM to document Mr. Ameen's case.
12. Telephone records showing contact between the IOM and Mr. Ameen's phone number – 05-34-068-5280 – between May 22, 2014 and July 10, 2014.
13. A copy of the USCIS LiveScan fingerprints and photograph of Mr. Ameen taken at his USCIS interview on May 22, 2014.