# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| Omar Ameen | ) Case No. 2:18-MJ-0152 EFB |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY IN AN EXTRADITION PROCEEDING

To: International Catholic Migration Commission (ICMC)
U.S. Liaison Office
3211 4th Street NE
Washington DC 20017    Attn: Custodian of Records

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in an extradition hearing. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court, Eastern District of California, 501 I Street, Sacramento, CA | Courtroom No.: 8 |
|---|---|
| | Date and Time: 03/20/2019 1:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

PLEASE SEE ATTACHMENT A

(SEAL)

Date: 3/11/19

**Please call** the Attorney or Paralegal named below to find out if your presence will be required once you deliver the above documents, electronically stored information, and/or objects to court. Sometimes delivering the above to court before the scheduled date will not require you appear in court.

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Omar Ameen, who requests this subpoena, are:

Rachelle Barbour, Assistant Federal Defender at Rachelle_Barbour@fd.org

801 I Street, 3rd floor
Sacramento, CA  95814
916.498.5700

Case No. 2:18-MJ-0152 EFB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

  ☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

  ☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

                   _____
                         *Server's signature*

                   _____
                        *Printed name and title*

               801 I Street, 3rd floor
               Sacramento, CA  95814
                        *Server's address*

Additional information regarding attempted service, etc:

U.S. v. OMAR AMEEN  
2:18-MJ-0152-EFB                                                            SUBPOENA ATTACHMENT A

PA: Omar Abdulsattar Ameen

DOB: December 20, 1973

CASE NUMBER: TU-395157

A-FILE NUMBER: A 212 734 127

IRAQI PASSPORT NUMBER: G1975150

NON WRAPS ID: 385-12C02753 (UNHCR)

A release confirming Mr. Ameen's authorization to release these documents to defense counsel is attached.

1. Mr. Ameen's entire ICMC/RSC TuME file or files, including all applications, photographs, biometric data, contacts, notes, correspondence, emails, logs, receipts, payments, photographs, fingerprints, videos, sign-in sheets, for his refugee application. This includes the physical file and any computerized files and documents.
2. All communications held by the RSC/ICMC regarding Mr. Ameen, including emails, letters, notes of phone calls, logs, and other correspondence, whether between RSC/ICMC employees or contractors, or other entities, including USCIS, the United States Department of Homeland Security, and the United States Department of State; and including any agency of the Government of the Republic of Turkey.
3. With respect to Mr. Ameen's interview with USCIS at the RSC/ICMC on May 22, 2014, any photographs, video, or other recordings of Mr. Ameen taken that day.
4. A copy of the eligibility letter to Mr. Ameen's family sent by the RSC/ICMC to Mr. Ameen on June 12, 2014, including any information about the method that the letter was sent, whether it was registered, whether follow-up calls or letters were provided to Mr. Ameen, as well as any follow-up communications in any form to notify him of his and his family's eligibility for resettlement in the United States and procedures for that resettlement.
5. All documentation, communications, and reservation and payment information regarding the booking of a hotel reservation for the Ameen family in Istanbul for the dates of July 7 through 10, 2014 during their attendance at medical appointments on July 7, 2014 and a cultural orientation held through the RSC/ICMC July 8 through 10, 2014 at the ICMC Istanbul office.
6. All documentation, communications, reservations, and payment information regarding the booking of travel for the Ameen family to come to Istanbul for the medical appointment and cultural orientation.
7. The name of the hotel that the RSC/ICMC booked for the Ameen family from July 7, 2014 through July 11, 2014 during the cultural orientation, and all contacts with the hotel regarding their reservation.

1

U.S. v. OMAR AMEEN
2:18-MJ-0152-EFB                                             SUBPOENA ATTACHMENT A

8. All contacts between the RSC/ICMC's staff and/or agents, with Omar Ameen or anyone else regarding the Ameen application (TU-395157) between May 22, 2014 and July 7, 2014.
9. Regarding the Ameen family medical appointments on July 7, 2014, documentation of contacts between the RSC/ICMC and Dr. Banu Gunes, the MedMar Laboratory Radiology Service, the MedMar-Duzen Laboratory, or any other entity involved in setting up the medical appointments, testing, X-rays, screening tests, and blood tests for the Ameen family on July 7, 2014, including information in the medical database maintained by the RSC/ICMC.
10. Contacts between the RSC/ICMC with anyone in the Ameen family notifying them of the medical appointment on July 7, 2014.
11. Sign-in sheets, videos, photographs, documents, and/or other confirmation of the Ameen family's attendance at the RSC's cultural orientation in Istanbul starting July 8, 2014.
12. Contact between the RSC/ICMC and any branch of the Turkish Government regarding Mr. Ameen, including the Mersin General Directorate of Security Foreigner's Branch (Emniyet Yabancılar Şube Müdürlüğü), the Provincial Directorate of Migration Management (under the General Directorate for Migration Management), Mersin Foreigner's Police, and/or the Amniyat in Mersin, confirming Mr. Ameen's compliance with rules regarding sign-ins, travel restrictions, exit permission, and the deposit of his passport in Mersin.
13. Contact between the RSC/ICMC and any entity of the Turkish Government confirming his resettlement in the United States and authorizing the release of his and his family's passports prior to his travel to the United States.
14. A full copy of the Department of State Worldwide Refugee Admissions Processing System (WRAPS) entries and screens regarding Mr. Ameen's case.
15. A full copy of any other computerized, typed, or handwritten entries used by the RSC/ICMC to document Mr. Ameen's case.
16. Telephone records showing contact between the RSC/ICMC and Mr. Ameen's phone number – 05-34-068-5280 – between May 22, 2014 and July 10, 2014.
17. A copy of the USCIS LiveScan fingerprints and photograph of Mr. Ameen taken at his USCIS interview on May 22, 2014.
18. The "scan" of Mr. Ameen's case performed by the RSC/ICMC on June 11, 2014, and checked by RSC/ICMC staff on September 19, 2014, as reflected on his case summary information sheet.