UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATAR AMEEN TO THE REPUBLIC OF IRAQ

No. 2:18-mj-152-EFB

ORDER

A status conference was held on March 20, 2019. The United States was represented by Assistant U.S. Attorney Audrey Hemesath, and Attorney John Riesenberg of the U.S. Department of Justice, Office of International Affairs. Mr. Ameen was present and represented by Assistant Federal Defenders Benjamin Galloway and Rachelle Barbour.[1] As stated on the record at the hearing, the court sets the following schedule in this matter:

1. Mr. Ameen shall file his motion to compel Facebook, Inc. to comply with his subpoenas on or before March 25, 2019. Facebook, Inc. shall file its opposition, if any, to that motion by March 29, 2019. The motion will be heard on April 1, 2019, at 2:00 p.m.

2. Any motion by Mr. Ameen for additional discovery[2] shall be filed on or before April 8, 2019. The government shall file its opposition to any such motion on or before April 15, 2019. Mr. Ameen shall file any reply on or before April 22, 2019. The motion will be heard on May 7, 2019 at 10:00 a.m.

---

[1] Counsel for the intervening *The Sacramento Bee* was not present.

[2] As noted in the government's opposition to the recent motion to unseal, Ameen's counsel have served two letters requesting various discovery items. ECF No. 102 at 1-2. The government has noted its objection to those requests. *Id.* at 2.

1

3. The parties are conferring as to: (1) redactions of some content in the extradition packet and; (2) the admissibility of evidence outside the extradition packet. Any motion as to either topic shall be filed by May 15, 2019. Any opposition shall be filed such motion will be heard on May 17, 2019 at 10:00 a.m. Hearing on any such motion will be held May 21, 2019, at 3:00 p.m.

4. Trial briefs, including witness and exhibit lists, must be filed by May 14, 2019.

5. The extradition hearing currently set for April 29, 2019 is continued to May 28, 2019 at 10:00 a.m. in Courtroom No. 8.

DATED: March 21, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE