HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorneys for Defendant
OMAR ABDULSATTAR AMEEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No.  2:18-mj-152 EFB<br><br>NOTICE OF REQUEST TO SEAL; REQUEST TO SEAL EXHIBITS B, C, & L OF THE MOTION TO COMPEL; REQUEST TO REDACT EXHIBITS D, E, F, & G OF THE MOTION TO COMPEL<br><br>Judge:  Hon. Edmund F. Brennan |

TO:    UNITED STATES ATTORNEY MCGREGOR W. SCOTT AND ASSISTANT UNITED STATES ATTORNEYS AUDREY HEMESATH AND HEIKO      COPPOLA:

PLEASE TAKE NOTICE that Defendant OMAR ABDULSATTAR AMEEN, by and through his attorneys Chief Assistant Federal Defender Benjamin Galloway and Assistant Federal Defender Rachelle Barbour, hereby requests the sealing of Exhibits B, C, & L of the defense's MOTION TO COMPEL.  The defense also requests that Exhibits D, E, F, & G to the defense's MOTION TO COMPEL be filed in a redacted form to protect witnesses.  The instant Notice, Request, and the [proposed] Order pursuant to Eastern District Local Rule 141 may be filed in the public docket.

The defense contacted the Government with respect to Exhibits B, C, & L, which were provided to the defense by the Government pursuant to the Protective Order at Document 12. These FBI reports were provided to the defense already redacted as to information including the

Sealing Request - Ameen

1

names and identifying characteristic of witnesses.  The defense sought leave from the Government to file these already redacted documents in the public record.  The Government indicated it wanted to review the documents before addressing the issue.  Accordingly, the Government agrees with the filing of these documents under seal until it can complete its review.

The defense does not believe that the documents independently qualify for filing under seal, but is restricted by the Protective Order from filing the documents in the open record.  The defense has concurrently filed a Motion to Modify Protective Order as an alternate manner of addressing the conflict between the Protective Order and the rules regarding sealing and the public and press's right to court documents.

The defense hopes that the parties will be able to agree to the filing of these three documents in the open record upon review by the Government.  Because the Government concurs with the request to seal, no hearing date is required.

The defense also requests that it be permitted to file Exhibits D, E, F, and G with redactions regarding the identifying information of witnesses.  These witnesses live in Iraq.  They have communicated with the defense and provided helpful statements.  The defense believes that discussion of their identities in the open record, or the communication of their identities to the Iraqi government, could lead to harassment, intimidation, and danger from Iraqi Government forces, including the National Security Service, the Iraqi military, the police force, or militias.  Factual support for these concerns is discussed in the Motion to Compel.  The defense has proposed a Protective Order to the Government that will enable the defense to provide the Government unredacted versions, but will keep the Government from providing those statements or the identities of the witnesses to the Iraqi Government, thereby protecting them from retaliation.

The Court has inherent power to seal documents and redact personal information.  See United States v. Gurolla, 333 F.3d 944 (9th Cir. 2003) (recognizing authority to accept submissions under seal); see also United States v. Hickey, 185 F.3d 1064 (9th Cir. 1999); United States v. Hardwell, 80 F.3d 1471, 1483-84 (10th Cir. 1996).

All the documents are being submitted to the Court via electronic e-mail pursuant to Local Rule 141(b).  The Defense has provided the Government marked copies of Exhibits B, C, & L, which were originally obtained from the Government.  Regarding Exhibits D, E, F, & G, the Defense will make those available in unredacted form to the Government upon the filing of a Protective Order.

                                            Respectfully submitted,

Dated:  April 8, 2019                HEATHER E. WILLIAMS
                                            Federal Defender

                                        /s/ Benjamin D. Galloway
                                        BENJAMIN D. GALLOWAY
                                        Chief Assistant Federal Defender

                                        /s/ Rachelle Barbour
                                        RACHELLE BARBOUR
                                        Attorneys for OMAR ABDULSATTAR AMEEN

Sealing Request - Ameen