IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ | Case No. 2:18-mj-152 EFB<br><br>STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING WITNESS STATEMENTS AND OTHER MATERIALS<br><br>Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Benjamin D. Galloway and Rachelle Barbour, on behalf of Omar Abdulsattar Ameen, and Audrey B. Hemesath, Assistant United States Attorney, on behalf of the Government, that certain information, as defined below, is subject to a Protective Order.

The Defense will make available unredacted witness statements obtained by the defense to counsel for the Government. It is the Defense's position that these witness statements, and other materials containing witness information, are sensitive because if disseminated, the materials could invite intimidation or retaliation against the individuals identified and/or result in the dissemination of personally identifying information. The parties agree that certain steps are appropriate to limit the dissemination of the materials. This Court may enter protective orders pursuant to its general supervisory authority and Local Rule 141.1.

1. Defense counsel will provide Counsel for the Government with unredacted witness statements. Defense counsel will also provide other unredacted documents and materials containing information that identifies witnesses. Counsel for the Government shall not disclose the identities of the witnesses, the fact of their contact and communications with the defense, or the contents of their statements, to any

branch of the Iraqi Government, including the Iraqi National Security Service, any part of the Iraqi military or any militia group, the Iraqi Foreign Ministry or its subdivisions, or any branch of Iraqi law enforcement. Defense counsel will note in a cover letter the materials that are given to Government Counsel subject to this Protective Order.

2. Government Counsel will ensure that any materials produced pursuant to paragraph (2) are stored in a secure place and will use reasonable care to ensure that the materials are not disclosed to third persons in violation of this agreement. Government Counsel will ensure that if these statements or documents are transferred to U.S. Government personnel beyond the undersigned, that those personnel agree to be bound by this Protective Order.

DATED: April 8, 2019				Respectfully submitted,

						HEATHER E. WILLIAMS
						Federal Defender

						*/s/ Benjamin D. Galloway*
						BENJAMIN D. GALLOWAY
						Chief Assistant Federal Defender

						*/s/ Rachelle Barbour*
						RACHELLE BARBOUR
						Assistant Federal Defender
						Attorneys for OMAR AMEEN

DATED: April 8, 2019				*/s/ Audrey Hemesath*
						AUDREY B. HEMESATH
						Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

DATED: April 9, 2019

						EDMUND F. BRENNAN
						UNITED STATES MAGISTRATE JUDGE