HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No.  2:18-mj-152 EFB<br><br>MOTION TO VACATE DATES REGARDING FACEBOOK SUBPOENA COMPLIANCE; [Proposed] ORDER<br><br>Date:  April 22, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Edmund F. Brennan |

The defense requests that the date set by the Court for the defense Motion to Compel regarding Facebook be vacated in light of recent discussion between defense counsel and counsel for Facebook regarding compliance with the subpoenas.

The hearing is currently set for April 22, 2019.  Defense counsel last communicated with counsel for Facebook on Friday, April 12, 2019.  Counsel for Facebook indicated Facebook's willingness to comply with the subpoena to the extent possible given the records it maintains.  The defense believes this resolves the matter without the need for litigation.  Accordingly, the defense asks that the date for hearing on motion to compel be dropped from calendar.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED: April 15, 2019 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | */s/ Benjamin D. Galloway* |
| | | BENJAMIN D. GALLOWAY |
| 5 | | Chief Assistant Federal Defender |
| 6 | | |
| 7 | | */s/ Rachelle Barbour* |
| | | RACHELLE BARBOUR |
| | | Assistant Federal Defender |
| 8 | | Attorneys for OMAR AMEEN |

**ORDER**

IT IS SO ORDERED.

Date: _____

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge

Motion to Vacate Dates re FB Subpoena