1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Chief Assistant Federal Defender
3  RACHELLE BARBOUR, #185395
   Assistant Federal Defender
4  Office of the Federal Defender
   801 I Street, 3rd Floor
5  Sacramento, CA 95814
   Tel: 916-498-5700/Fax: 916-498-5710
6
   Attorneys for
7  OMAR AMEEN

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No. 2:18-mj-152 EFB<br><br>MOTION TO VACATE DATES REGARDING FACEBOOK SUBPOENA COMPLIANCE; [~~Proposed~~] ORDER<br><br>Date: April 22, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Edmund F. Brennan |

The defense requests that the date set by the Court for the defense Motion to Compel regarding Facebook be vacated in light of recent discussion between defense counsel and counsel for Facebook regarding compliance with the subpoenas.

The hearing is currently set for April 22, 2019. Defense counsel last communicated with counsel for Facebook on Friday, April 12, 2019. Counsel for Facebook indicated Facebook's willingness to comply with the subpoena to the extent possible given the records it maintains. The defense believes this resolves the matter without the need for litigation. Accordingly, the defense asks that the date for hearing on motion to compel be dropped from calendar.

///

///

Motion to Vacate Dates re FB Subpoena

DATED: April 15, 2019		Respectfully submitted,

		HEATHER E. WILLIAMS
		Federal Defender

		*/s/ Benjamin D. Galloway*
		BENJAMIN D. GALLOWAY
		Chief Assistant Federal Defender

		*/s/ Rachelle Barbour*
		RACHELLE BARBOUR
		Assistant Federal Defender
		Attorneys for OMAR AMEEN

**ORDER**

IT IS SO ORDERED.

Date: April 15, 2019

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge

Motion to Vacate Dates re FB Subpoena