IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No. 2:18-mj-152 EFB<br><br>[proposed] ORDER GRANTING SUBPOENAS UNDER 18 U.S.C. § 3191<br><br>Judge: Hon. Edmund F. Brennan |

The Court hereby GRANTS the Defense request for a subpoenas to the UNHCR for documentation and data as provided on the attached subpoenas. The Clerk shall issue the subpoena forthwith.

IT IS SO ORDERED.

DATED: May 1, 2019

                                              Hon. Edmund F. Brennan
                                              United States Magistrate Judge