# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>Omar Ameen<br><br>_Defendant_ | )<br>)<br>) Case No. 2:18-MJ-0152 EFB<br>)<br>) |

## SUBPOENA TO TESTIFY IN AN EXTRADITION PROCEEDING

To: UNHCR
Attn: Custodian of Records
1800 Massachusetts Ave. NW, Suite 500, 20036 Washington, DC, United States

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in an extradition hearing. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court,<br>Eastern District of California<br>501 I Street<br>Sacramento, CA | Courtroom No.: 8 |
| | Date and Time: 05/28/2019 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

### PLEASE SEE ATTACHMENT A

In lieu of appearance, please contact the attorney below to provide a copy of the documents at issue in advance of the hearing.

(SEAL)

Date: 5/1/19

**Please call** the Attorney or Paralegal named below to find out if your presence will be required once you deliver the above documents, electronically stored information, and/or objects to court. Sometimes delivering the above to court before the scheduled date will not require you appear in court.

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ Omar Ameen, who requests this subpoena, are:

Rachelle Barbour, Assistant Federal Defender at Rachelle_Barbour@fd.org

801 I Street, 3rd floor
Sacramento, CA  95814
916.498.5700

Case No.   2:18-MJ-0152 EFB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____             _____
                                                            *Server's signature*

                                                            _____
                                                            *Printed name and title*

                                                            801 I Street, 3rd floor
                                                            Sacramento, CA  95814
                                                            _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

U.S. v. OMAR AMEEN  
2:18-MJ-0152-EFB                                                                                              SUBPOENA ATTACHMENT A

Client of the UNHCR:

PA: Omar Abdulsattar Ameen:

DOB: December 20, 1973

CASE NUMBER: TU-395157

A-FILE NUMBER: A 212 734 127

IRAQI PASSPORT NUMBER: G1975150

NON WRAPS ID: 385-12C02753 (UNHCR Registration Number)

UNHCR Refugee Certificate Issued: September 11, 2013

A release confirming Mr. Ameen's authorization to release these documents to defense counsel is attached.

1. Mr. Ameen's entire Turkish UNHCR file or files, including all applications, photographs, biometric data, contacts, notes, reservations, payments, reimbursements, letters, communications, emails, phone logs, receipts, payments, photographs, fingerprints, videos, sign-in sheets, for his refugee application.
2. All communications held by the UNHCR regarding Mr. Ameen's application, including emails, letters, notes of phone calls, logs, and other correspondence, whether between UNHCR employees or contractors, or others, including USCIS, the United States Department of Homeland Security, and the United States Department of State; and including any agency of the Government of the Republic of Turkey.
3. Any photographs, video, or other recordings of Mr. Ameen taken between May 22, 2014 and July 10, 2014.
4. All documentation, communications, reservation, and payment information regarding the booking of a hotel reservation for the Ameen family in Istanbul for the dates of July 7 through 10, 2014 during their attendance at medical appointments and a cultural orientation course at the ICMC/RSC-TuME.
5. All documentation, communications, reservations, and payment information regarding the booking of travel for the Ameen family to come to Istanbul for the medical appointment on July 7, 2014.
6. All contacts between the UNHCR, with Omar Ameen or anyone else regarding the Ameen application between May 22, 2014 and July 7, 2014.
7. Sign-in sheets or other confirmation of the Ameen family's attendance at the RSC's cultural orientation program in Istanbul starting July 8, 2014.
8. Contact between the UNHCR with any branch of the Turkish Government, including the Mersin General Directorate of Security Foreigner's Branch (Emniyet Yabancılar Şube Müdürlüğü), the Provincial Directorate of Migration Management (under the General Directorate for Migration Management), the Mersin Foreigner's Police, and/or the

1

Amniyat in Mersin, confirming Mr. Ameen's compliance with rules regarding sign-ins, travel restrictions, and the deposit of his passport in Mersin.
9. Contract between the UNHCR and any entity of the Turkish Government confirming his resettlement in the United States and authorizing the release of his and his family's passports prior to his travel to the United States.
10. A full copy of the Worldwide Refugee Admissions Processing System (WRAPS) entries and screens regarding Mr. Ameen's case.
11. A full copy of any other typed, handwritten, or computerized system entries used by the UNHCR to document Mr. Ameen's case.
12. Telephone records showing contact between the UNHCR and Mr. Ameen's phone number – 05-34-068-5280 – between May 22, 2014 and July 10, 2014.
13. A copy of the USCIS LiveScan fingerprints and photograph of Mr. Ameen taken at his USCIS interview on May 22, 2014.
14. Data logged by the UNHCR results website for all status check requests for Mr. Ameen's case between May 22, 2014 and July 10, 2014, including IP address and other information showing the location of the device requesting information about Mr. Ameen's claim.

This is what the UNHCR results website looked like on June 22, 2014:



The server for this site would have logged a catalog of technical data about the device and software on the device that the visitor to the site is using, including information, such as IP address, that will show the location of the device.