



Obtained from Google Maps, May 14, 2019                    EXHIBIT 1

1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Chief Assistant Federal Defender
3  RACHELLE BARBOUR, #185395
   Assistant Federal Defender
4  801 I Street, 3rd Floor
   Sacramento, CA  95814
5  Tel: 916-498-5700/Fax: 916-498-5710

6  Attorneys for
   OMAR AMEEN

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE              )   Case No.  2:18-mj-152 EFB
    EXTRADITION OF OMAR               )
12  ABDULSATTAR AMEEN TO THE          )
    REPUBLIC OF IRAQ,                 )   Judge: Hon. Edmund F. Brennan
13                                    )
                                      )
14  _____  )

15     I, Aous Mounir Saood, swear on my honor the following facts:

16

17     1. I am originally from Rawah, Iraq.  I know Omar Ameen from Rawah we are childhood

18        friends and we first met when I was 14 years old.

19     2. Our families knew each other and we would spend time together in Rawah throughout the

20        year and especially during the school summer holidays. My grandparents had a big house

21        and Omar would come there and we would hang out together.

22     3. I was in Rawah in June 2014 when ISIS took over.  Omar was not there he had left to go

23        and live in Turkey in 2012 and did not return to Iraq.  Rawah is a very small city and I

24        would have known if he had come back, it is a place where everyone knows each other.

25        In Rawah Omar's family have a shop next to a shop that is owned by my family if Omar

26        had come back to Rawah I would have seen him in the shop that his family owned.

27     4. Towards the end of 2013 I came to Turkey on vacation with some friends. We visited

28        several places in Turkey including Istanbul, Bursa, Yalova and Adana. Adana is close to

          Mersin where Omar was living. Omar took a train from Mersin to Adana to come and see

          us. We spent the day together and in the evening Omar went back to Mersin on the train.

Declaration

1

EXHIBIT 2

5. Omar told me that he had made an application to be granted refugee status and that he was hoping to be resettled in Europe or the USA. He told me that there was a sign-in process and that he had to sign in regularly. His dream was always to go to a country where he could be safe and have a better life.

6. Omar and I would communicate from time to time using Viber and Messenger but when ISIS took over Rawah it was difficult to communicate with people outside of the city as the Iraqi government had cut cell service and internet access. In addition, ISIS would come through the city to check our phones to check our communications. If people had to make urgent calls we could make them from an internet café.

7. There is no way that Omar could have been a member of Al Qaeda in Iraq or ISIS for me that is just impossible. Omar was known for his kindness and for being a good man he is just not the kind of person that would be affiliated with any of these groups.

8. From what I knew from first-hand knowledge of the situation after ISIS took over Rawah in 2014 to make a journey from Turkey back to Iraq would have taken several weeks. In the border areas, there were Iraqi government checkpoints every 500 meters. Up until the present day it would be very difficult and time consuming to travel by land from Turkey to Iraq.

9. I live in Istanbul, Turkey now.

I declare under penalty of perjury that the foregoing is true and correct. I swear by God Almighty that this statement is the truth and nothing but the truth.

I swear upon my honor and upon all the values and beliefs I consider sacred that this is the truth. (Turkish penalty of perjury language.)

I know that this sworn declaration could be used in court and that all false declaration on my part exposes me to criminal sanction.

Executed this 29 day of April, 2019, at Istanbul, Turkey.



I am an Arabic language interpreter. I have read this declaration to the witness in his native language of Arabic and have witnessed his signature.

Dated: 29.04.2019

2

Declaration

EXHIBIT 2

1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Chief Assistant Federal Defender
3  RACHELLE BARBOUR, #185395
   Assistant Federal Defender
4  801 I Street, 3rd Floor
   Sacramento, CA  95814
5  Tel: 916-498-5700/Fax: 916-498-5710

6  Attorneys for
   OMAR AMEEN

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE              )  Case No.  2:18-mj-152 EFB
   EXTRADITION OF OMAR               )
12 ABDULSATTAR AMEEN TO THE          )
   REPUBLIC OF IRAQ,                 )  Judge: Hon. Edmund F. Brennan
13                                   )
   _____  )

14

15

16 I, Abdelsalem Altaab, swear on my honor the following facts:

        1. I am a businessman, and I deal with the sales of industrial electrical machinery. I had a
17
           business visa when I came to Mersin, Turkey in 2013. I conducted business in Mersin,
18
           Turkey, and in Milan and Torino, Italy.  I had a warehouse in Erbil, Iraq.
19
        2. I am originally from Baghdad.  My family is originally from Rawah, Iraq.  We've had a
20
           family connection.  I first met Omar in Mersin, Turkey, but I had spoken with him about
21
           business one time before.  I live in Istanbul now, since 2015.
22
        3. In 2013, I moved to Mersin with my family.  We lived close to Omar Ameen in the same
23
           apartment complex, but in a different apartment. Omar was the one who found us the
24
           apartment, because he knew a female landlord of the complex.
25
        4. I would see Omar every day in Mersin.  I would be gone in the daytime dealing with my
26
           business interests, but when I would come back to the apartment complex in the evening
27

28

                                        1

Declaration                                          EXHIBIT 3

1    Omar would be there. We would go swimming, play football, and hang out on the beach

2    in Mersin.

3    6. Omar sometimes worked as a laborer. Omar had a business idea that he floated to me to

4    start a business drying fruits. I think Omar was interested in drying apricots. But this

5    was not my type of business as my business experience was always connected to

6    electrical machinery.

7    7. Omar would tell me that he had to go and sign in as part of his application for refugee

8    status, and I would tell Omar that I would never wait in a line even for half an hour to get

9    some residence papers. I said I do not have time to wait for these people. But Omar had

10   to sign in every week, and he took it very seriously.

11   8. Omar was not conservative, as some of his brothers are. Omar liked life in Turkey and

12   thought that the people there were liberal. Omar said "I'm not like the others." He

13   wanted to go to Europe or the US, anywhere in the West, for a better life. He was chosen

14   to go to the U.S. The UN choose the country and the way the system worked as far as I

15   know is the person being resettled cannot choose which country he is resettled in. When

16   he got permission to go to the U.S. in June 2014, he contacted me and let me know. He

17   was so excited about it. He told me he and the family had to go to Istanbul for

18   paperwork.

19   9. I know Omar's family. Omar's brother Hudhayfah was one of my business partners, and

20   we had an electrical machinery business in Syria together.

21   10. After four or five months, I left Mersin with my family and moved to Istanbul. The photo

22   of Omar and me on the boat in Istanbul was taken in May 2014 when Omar had come to

23   Istanbul to visit me. That photo is attached to this declaration. Omar posted it on his

24   Facebook. Omar stayed a few days. His brothers Ayman and Bilal were there also. They

25   stayed in a hotel in the Fatih area of Istanbul. The photo of Omar and me and his

Declaration

2    **EXHIBIT 3**

brothers was taken on a tourist boat that went down the Bosphorus River in Istanbul. I remember them having good fish to eat that day. I know that Omar had come to Istanbul that time to continue his refugee paperwork.

10. Omar's brothers wanted to discuss business matters with me. I went with Omar's brothers to a place called Canakkale to look at some farmland there. In the end, they didn't buy the land as the vendor was messing them around and trying to cheat them. Hudhayfah was not in Turkey at the time. He was living in Erbil, Iraq. Omar only spent a few days in Istanbul and then returned to Mersin.

11. There was someone called Omar from Mosul who I think was involved in the case that Omar Ameen had against his landlord. All the paperwork and rental documents for the apartment were handled by a rental agency. The rental agent cheated people out of their money and ran away. That is why Omar Ameen and the Omar from Mosul filed a case against him for fraud. They also filed a police report.

12. There was also another friend of Omar's called Othman. Othman was in Mersin also and was a very close friend of Omar's. I think that Othman was granted refugee status and approved to be resettled in the U.S. at the same time as Omar, and moved there just before Omar did.

13. I was in phone contact with Omar up until he left for the U.S. We would talk by cellphone regularly.

14. Omar told me that he got permission to come to the United States. He and his family were so happy.

15. It was difficult to get Omar to come to Istanbul, never mind him travelling from Turkey to Iraq. A journey on land from Turkey to Iraq is practically impossible. It could be possible through Syria, but it would take a long time. Before July 2014, the Iraq-Syria border was heavily guarded and it was very difficult to get across it. There are too many

EXHIBIT 3

1   checkpoints and control zones with different groups that one would run into from the

2   Turkish army, ISIS, and groups aligned with the Free Syrian Army (FSA). One would

3   have to be a superhero to make this journey.

16. When the Syrian uprising started in Aleppo in 2012, I was there with Omar's brother
    Hudhayfah. It became unsafe in Aleppo, and I left for Baghdad, and Hudhayfah went to
    Erbil. In 2013, I decided to move to Turkey and made a long journey, mainly by car, that
    took me from Baghdad to Ramadi, to Mosul, to Zakho, to Diyarbakir, to Gazientep and
    then to Mersin.

17. Omar could never be the type of guy that commits violence. He is too kind a person for
    that. Omar was not in Al Qaeda in Iraq or ISIS. He was not political or ideological. He
    just wanted to make a better life for his family.

18. Omar never had long hair. He would shave his own hair. As you can see from the
    picture in May 2014 from when we met in Istanbul, he had very short hair. Omar's hair
    is always that short.

19. This is a photograph of me so that you can confirm I am in the May 2014 picture with
    Omar.



Declaration

EXHIBIT 3

20. I live in Istanbul, Turkey.

My native language is Arabic.  I have signed this declaration after having it translated into my native language by the interpreter who has signed below.

I swear upon my honor and upon all the values and beliefs I consider sacred that this is the truth. (Turkish penalty of perjury language.)

I declare under penalty of perjury that the foregoing is true and correct.  I swear by God Almighty that this statement is the truth and nothing but the truth.

I know that this sworn declaration could be used in court and that all false declaration on my part exposes me to criminal sanction.

Executed this 28th day of April, 2019, at Istanbul, Turkey.

_____

I am an Arabic language interpreter.  I have read this declaration to the witness in his native language of Arabic and have witnessed his signature.

Dated: 28.0 4 2019            _____

5                                    EXHIBIT 3

Declaration



EXHIBIT 3

1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Chief Assistant Federal Defender
3  RACHELLE BARBOUR, #185395
   Assistant Federal Defender
4  801 I Street, 3rd Floor
   Sacramento, CA  95814
5  Tel: 916-498-5700/Fax: 916-498-5710

6  Attorneys for
   OMAR AMEEN

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE            )  Case No.  2:18-mj-152 EFB
   EXTRADITION OF OMAR             )
12 ABDULSATTAR AMEEN TO THE        )
   REPUBLIC OF IRAQ,               )  Judge: Hon. Edmund F. Brennan
13                                 )
                                   )
14 _____)

15

16 I, Omar Hamid, swear on my honor the following facts:

17    1.  I met Omar Ameen in Mersin, Turkey in 2012 when he arrived there from Iraq.  We

18        became friends, but did not see each other frequently until 2013.  By 2013, we saw each

19        other almost daily.  We would meet on the beach and catch and roast fish.

20    2.  I remember June 2014 very well because ISIS was taking over my home city of Mosul,

21        Iraq, and I was very distressed over what might happen to my family.  I would meet with

22        Omar on the beach, and he would console me.  I was drinking frequently to cope with the

23        stress.  Omar did not approve of the drinking, but he tolerated it due to my distressed

24        state.

25    3.  I also remember when Omar received word that he and his family would be resettled in

26        the United States in June 2014.  They were all absolutely thrilled, as it had been their

27        dream to move there.  I remember that they had to go to Istanbul in late May 2014 for

28        their interviews, then back to Istanbul in early July 2014 for their medical appointments.

                                    1

Declaration

                                                            EXHIBIT 4

He never would have left Turkey at that time and put he and his family's resettlement at risk.

4. During June 2014, Omar would visit me frequently at my home to use my wi-fi to communicate with his family and friends, and check on their welfare. Omar was concerned because ISIS was overtaking much of Iraq. He wanted to check on his family.

5. It is impossible that Omar would have left Turkey during June 2014. I saw him almost daily during that time. If a day went by that I did not see Omar, I would call him to check on him. I continued to see him regularly in Mersin the rest of 2014 until he and his family left for the United States in late 2014.

6. Further, at the time, it would have been extremely difficult for someone to leave Turkey and go to Iraq, especially without any permission. The Syrian regime was fighting the FSA, and other military groups. Five or six months later, in late 2014, it would have been more possible, but in mid-2014, it would have been very difficult and taken considerable effort and time.

7. I am aware that Omar had to sign in weekly at the Refugee Security Office in Mersin. I had to sign in as well, and we'd often go together, with other Iraqis in Mersin. We would most often speak with an Arabic and Turkish man named Hussein who would interpret for us.

8. Omar would check the websites of the UNHCR and the IOM over and over while I knew him, many times daily. I would check them also, and take screenshots of the status of my application.

9. Omar never had shoulder-length hair. He always kept his hair cut extremely short. He wore western clothing.

//

//

Declaration

EXHIBIT 4

1       10. I currently live in Aurachtal, Germany.

2

3   My native language is Arabic.  I have signed this declaration after having it translated into my native language by the interpreter who has signed below.

4

5   I declare under penalty of perjury that the foregoing is true and correct.  I swear by God Almighty that this statement is the truth and nothing but the truth.

6

7   I know that this sworn declaration could be used in court and that all false declaration on my part exposes me to criminal sanction.

8

9   Executed this 26 day of April, 2019, at Aurachtal, Germany.

10

11

12   I am an Arabic language interpreter.  I have read this declaration to the witness in his native language of Arabic and have witnessed his signature.

13

14   Dated: 26 / 04 / 2019

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Declaration

EXHIBIT 4

## MÜŞTEKİ İFADE TUTANAĞI

| | | |
|---|---|---|
| MÜŞTEKİ'NİN | : | Nüfus Cüzdanına göre |
| TC.KİMLİK NO | : | 201233000066 |
| ADI SOYADI | : | OMAR ABDULSATTAR AMEEN AMEEN |
| BABA VE ANA ADI | : | ABDULSATTAR-FATIMAH SAKIN |
| DOĞ.YER.VE YILI | : | IRAQ-20-12-1973 |
| NÜF.KAY.OLD.YER. | : | IRAQ-ARAP |
| İKAMET ADRESİ | : | Menderes  mah. Soli Sit. A BLOK 105   Mezitli |
| İŞ ADRESİ | : | -- |
| TELEFON NUMARALARI | : | Ev:    Cep: 05340685280 |
| MESLEĞİ,EKONOMİK DURUMU | : | -- |
| MEDENİ,HALİ,ÇOCUK SAYISI | : | Evli |
| TAHSİL DURUMU | : | |
| İFADENİN ALINDIĞI YER VE SAATİ | : | Mezitli  Polis Merkezi Amirliği Mersin 03.05.2012 Saat: 18.05 |

### ŞİKÂYETÇİNİN KANUNİ HAKLARI

**a) Soruşturma evresinde:** Delillerin toplanmasını isteme, Soruşturmanın gizlilik ve amacını bozmamak koşuluyla Cumhuriyet Savcısından belge örneği isteme. Vekili yoksa baro tarafından kendisine bir Avukat görevlendirilmesini isteme. CMK 153 üncü maddeye uygun olmak koşuluyla vekili aracılığı ile soruşturma belgelerini ve el konulan ve muhafazaya alınan eşyayı inceletme, Cumhuriyet Savcısının, kovuşturmaya yer olmadığı yönündeki kararına kanunda yazılı usule göre itiraz hakkını kullanma

**b) Kovuşturma evresinde;** Duruşmadan haberdar edilme, Kamu davasına katılma, Tutanak ve belgelerden vekili aracılığı ile örnek isteme, Tanıkların davetini isteme, Vekili yoksa baro tarafından kendisine Avukat atanmasını isteme, Davaya katılmış olma koşuluyla davayı sonuçlandıran kararlara karşı kanun yollarına başvurma. Mağdur, on sekiz yaşını doldurmamış, sağır veya dilsiz yada meramını ifade edemeyecek derecede malul olur ve bir vekili de bulunmazsa, istemi aranmaksızın bir vekil görevlendirilir. Bu haklar, suçun mağduruna **AÇIKÇA ANLATILDI.**

Ben halen yukarıda adresini  vermiş olduğum yerde ikamet ederim, Türkiye de  mülteci olarak bulunmaktayım, bende kimlik fotokopisi bulunan ismini Mazen KARAWANI,  isimli şahıs beni ve ailemi size Türkiye de ev bulurum diyerek getirdi ve benden hem ev  kirası olarak  bir yıllık kira bedeli 10500  dolar VERDİM , Murat İZGORDU isimli  emlakçı vasıtası  halen oturmuş olduğumuz eve yerleştik,  bir yıllık  kontratı Murat İZGORDU ile imzaladık,  evi kiralarken ev sahibi ile hiç yüz yüze gelmedik, biz bu eve 28.02.2012 tarihinde girdik, ve toplam 10500  ABD  doları verdik,  ev sahibi gelerek bize kira vermediniz  diyerek bizi evden çıkartmak istedi bende elimdeki belgeleri gösterdim, oda bu isimde şahısları tanımadığını  evini kiraya vermek için   kimseye vermediğini söyledi  bende bu şekilde dolandırıldığımı anladım, evi bize kiralayan kişinin bize vermiş olduğu telefon numarası 05350614117 ve 05059000823 nolu numaraları bana verdi ancak şu anda bu şahsa vermiş olduğu numaralardan ulaşamadım,her iki şahsın nerede olduğunu bilmiyorum belli bir adresi yoktur,  benim gibi dokuz kişi daha bu şekilde yukarıda isimlerini verdiğim kişilerce dolandırıldık, her ÜÇ şahıstan şikayetçiyim dedi; Tercüman huzurunda alınan ifadesi yüzüne karşı okundu, anladım ifadem bu şekildedir demesi üzerine birlikte imza altına alındı;  03.05.2012 Saat: 17.30

| | | | |
|---|---|---|---|
| Talip PANAVUR | Erdal PİRCİOĞLU | Halil ÇETİN | Omar Abdulsattar Amen AMEN |
| Komiser Yrd. | Baş Polis memuru | Tercüman | Müşteki |

EXHIBIT 5

**T.C.**
**MERSİN**
**6. ASLİYE CEZA MAHKEMESİ**

### DURUŞMA TUTANAĞI

DOSYA NO           : 2012/1095 Esas
DURUŞMA TARİHİ    : 12/04/2013
CELSE NO            : 3.

HAKİM              : HASİBE ZÖHRE 33887
KATİP               : MAHFUS AYDEMİR  116988

Belirli gün ve saatte 3. celse açıldı. Açık yargılamaya devam olundu.

Katılanların Türkçe bilmemesi nedeniyle katılanların dilinden anlar tercüman bilirkişisi Lina Esen huzura alındı. Duruşmaya gelen katılanların kimler olduğu bilirkişi vasıtasıyla tespit edildi.

Katılanlar ABBAS ATİYAH MAHMOOD ALMASHHADANI, MOHAMMED ARSALAN ABD ALI ALKAHAJ, OMAD SALEH RASHEED RASHEED, OMAR ABDULSATTAR AMEEN AMEEN, OMAR AHMET HAMİD AL ALTRASH, TWAANA YOUNUS SAEED  geldikleri görüldü.

Sanık Kais Khaled Alsıed müdafii Av. Erşan Sarı geldi.

Katılan HINEDI SOUHEIL ve vekili Av. Hüseyin Portakal geldikleri görüldü.

İfadesi alınamayan müştekiler Yasır Adı Hırmız, Haydar Tarık Yusuf, Mahmut Jaber, Ali Abduhamaz ve Haydar Rahen Salman hakkındaki zorla getirme emirlerine bila ikmal cevap verildiği görüldü.

Sanık Kais'in adının soy adının ve baba adının pasaportuna uygun şekilde iddianamede düzeltilmesi için savcılığa yazılan müzekkereye olumsuz cevap verildiği, taraf bilgileri ile ilgili güncellemenin mahkeme kalem personeli tarafından yapılabileceğinin bildirildiği görüldü.

Katılan Halil Çetin için yazılan talimata cevap yok.  Sistemden yapılan sorgulamada duruşmasının 22/04/2013 tarihinde atılı bulunduğu görüldü.

Sanık Kais Khaled müdafiinden soruldu: Eksiklikler giderilsilsin. Dedi.

Tercüman vasıtasıyla katılanlardan ayrı ayrı soruldu:  Bu aşamada bir diyeceğimiz yoktur.Dediler.

Katılan Hınedi Souheil  vekilinden soruldu: Eksik hususların giderilmesini talep ediyoruz, ayrıca sanık Kais'in duruşmaya katılmaması hususununda mahkemece gözönüne alınmasını talep ediyoruz. Dedi.

### GEREĞİ DÜŞÜNÜLDÜ :

1-Sanıklar Mazen Karavani ve Abdullarman Kavhash hakkındaki yakalama emrinin devamı ile infazlarının beklenmesine,

2-Birleştirilen dosyadaki iddianameye göre sanıklar Kais, Mazen ve Abdullarman'ın savunmalarının alınması için haklarında ayrı ayrı CMK 98. Maddesi gereğince yakalama emri düzenlenmesine,

3-Katılan Halil Çetin için yazılan talimat cevabının beklenmesine,

4-Zorla getirme emrindeki meşruhata göre müştekiler temin edilemeyecekleri anlaşıldığından dinlenmeyen müştekilerin dinlenmeleri hususundaki ara kararından vazgeçilmesine,

5-İddianamedeki sanık Kais 'in kimlik bilgilerinin pasaportuna uygun şekilde dosyamızda ve

1/2

EXHIBIT 5

<u>Summary of Turkish Documents Related to Fraud</u>

<u>Summary of Musteki Ifade Tutanagi</u> (Police report): First section is Mr. Ameen's personal information, second section is his standard rights, and third section is his complaint. His complaint is that Karawani brought him to Mersin and found him a house for rent for 10,500 US dollars. Home owner came (not mentioned how long after) to collect rent and told Mr. Ameen that he doesn't use a realtor and doesn't know any of the other people involved.  Mr. Ameen couldn't get a hold of Karawani or the realtor (Izgordu) used in Mersin.

<u>Summary of Durusma Tutanagi</u> (Court hearing minutes): Date is April 12, 2013.  First section is the case number and judge's name. Second section is information about who is present and who is not present.  (Mr. Ameen was present).  Third section is court's thoughts. Case concerns same person (Mazen Karavani) discussed in police complaint.

EXHIBIT 5

1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Chief Assistant Federal Defender
3  RACHELLE BARBOUR, #185395
   Assistant Federal Defender
4  801 I Street, 3rd Floor
   Sacramento, CA  95814
5  Tel: 916-498-5700/Fax: 916-498-5710

6  Attorneys for
   OMAR AMEEN

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE          )  Case No.  2:18-mj-152 EFB
   EXTRADITION OF OMAR           )
12 ABDULSATTAR AMEEN TO THE      )
   REPUBLIC OF IRAQ,             )  Judge: Hon. Edmund F. Brennan
13                               )
                                 )
14 _____)

15

16 I, Ahmed Azzam, swear on my honor the following facts:

17    1.  I know Omar Ameen from Mersin, Turkey.  I met him in 2012.  We used to live in the

18        same apartment complex in Mersin.  I went back to Iraq in July 2012.  I then went back

19        to Mersin in October of 2014 and stayed until 2015.

20    2.  Omar is a great guy.  He is not political or ideological.  He had one goal, which was to

21        escape Iraq and go to a safe place with his family.  He was focused on his refugee status.

22        All he wanted to do was get permission to leave Turkey and go somewhere safe.  He took

23        his responsibilities in Mersin very seriously.  I would go to the foreigners police station in

24        Mersin with Omar to sign in with him all through 2012 when I lived there.

25    3.  I was in Mosul in June 2014 when ISIS took over.  I was in ongoing contact with Omar

26        during that time, and was telling him how horrible it was.  We would connect by

27        Facebook Messenger or Skype.   We had video calls during June 2014 to discuss the

28        situation.  Omar was asking me questions about ISIS and what was happening.  I

Declaration

1

EXHIBIT 6

remember he was very against ISIS and what they were doing.  I remember him saying, "Those guys, they destroyed Iraq.  They made our friends and family homeless."

4.  I could tell from the videos that Omar was in Mersin, Turkey in his apartment.  One time they were having a barbeque on the roof of the complex.  I could see his family in the videos: the kids would run by, his wife Khansaa would say hello.  Sometimes on the voice calls, other people in Mersin, like Omar Hamid, would get on the phone to say hello.  Omar was absolutely in Turkey in June 2014.

5.  I realized quickly that I could not stay in Mosul with ISIS in charge.  I didn't support what they were doing, and was scared for myself and my family.  I contacted Omar in September and told him, "Omar, it's terrible what they are doing here.  I need to come back to Turkey as soon as possible."  Omar told me, "Come, brother.  I will help you in any way I can and you can stay with me."  Eventually I was able to rejoin him in Mersin that fall.  I did not stay with him because the apartment was too small.  After he and his family moved to the United States, my family and I moved into the flat that they vacated.

6.  I remember Omar contacted me shortly after Mosul fell to ISIS.  He told me that his family had gotten permission to resettle in the United States.  He was so excited about the news.  He never would have left Turkey at that point and put his family's ability to move to the United States at risk.

7.  Omar is not an Al-Qaeda in Iraq member or a member of ISIS.  He doesn't believe in that ideology.  He doesn't support what they've done.  During all my times with him, I have never seen him express an ideology consistent with or supportive of those groups.

8.  I saw Omar in Istanbul a few days before he and his family left for the USA.  They were excited about moving to their new home.

9.  I hate ISIS for what they did to my country.  I would never support Omar Ameen if I had any belief that he was involved with ISIS.

//

//

Declaration

EXHIBIT 6

10. I currently live in Radfeld, Austria.

My native language is Arabic.  I have signed this declaration after having it translated into my native language by the interpreter who has signed below.

I declare under penalty of perjury that the foregoing is true and correct.  I swear by God Almighty that this statement is the truth and nothing but the truth.

I know that this sworn declaration could be used in court and that all false declaration on my part exposes me to criminal sanction.

Executed this 26 day of April, 2019, at Kufstein, Austria.

_____

I am an Arabic language interpreter.  I have read this declaration to the witness in his native language of Arabic and have witnessed his signature.

Dated: 26/04/2019          _____

3

Declaration

EXHIBIT 6

1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   BENJAMIN D. GALLOWAY, #214897
    Chief Assistant Federal Defender
3   RACHELLE BARBOUR, #185395
    Assistant Federal Defender
4   OFFICE OF THE FEDERAL DEFENDER
    801 I Street, 3rd Floor
5   Sacramento, CA  95814
    Tel: 916-498-5700/Fax: 916-498-5710

6   Attorneys for
    OMAR AMEEN
7

8

9                       IN THE UNITED STATES DISTRICT COURT

10                     FOR THE EASTERN DISTRICT OF CALIFORNIA

11  IN THE MATTER OF THE              )   Case No.  2:18-mj-152 EFB
    EXTRADITION OF OMAR               )
12  ABDULSATTAR AMEEN TO THE          )
    REPUBLIC OF IRAQ,                 )   Judge: Hon. Edmund F. Brennan
13                                    )
                                      )
14  _____)

15

16  I, Iyad Mounir, swear on my honor the following facts:

17      1.  I have been friends with Omar Ameen since childhood, especially since 1995. My wife is

18          Omar's niece and the daughter of Omar's brother Ayman.

19      2.  I am also from Rawah, but in 1997, I went to live in Baghdad.  I went back and forth

20          between Baghdad and Rawah frequently. I was married in 2010.

21      3.  I came to Turkey in August 2015.  Omar was already in the US at that time. When the

22          incident in Rawah happened in 2014, I was living in Baghdad at the time. I know that

23          Omar had left for Turkey in 2012, and had not come back to Iraq.  During his time in

24          Turkey, I was in contact with Omar nearly every day via phone, Facebook, or WhatsApp

25          through his Turkish phone number, which I still have in my phone.  We made video calls,

26          and I could tell he was in Mersin in his apartment.  One time, I remember a video call,

27          and Omar was at the beach in Mersin and showed us through the phone what Mersin

28          looked like.  Omar and I discussed what was happening in Iraq, our families, and the

                                      1

    Declaration

                                                                  EXHIBIT 7

progress of his application for refugee status. Omar tried to convince me to come with my family to come to Turkey to apply for refugee status also.

4. Omar always wanted to leave Iraq and go to Europe or America, and he moved to Jordan in 2005, then came to get his family in Iraq, and then went to Syria in around 2006, and applied for refugee status so he could try to get to Europe. Omar began the process to apply for asylum when he was in Syria and submitted an application again in Turkey.

5. Omar wanted to travel and did not want to live in Iraq. Even in Syria he went to a language school there to learn English with hopes of travelling.

6. Omar was not a member of Al Qaeda in Iraq or ISIS. Omar was a truck driver and not very political or religious. After 2003, his main goal was to leave Iraq to live somewhere more prosperous and safe.

7. I hate ISIS for what they did to my country. If I had any fear that Omar Ameen was affiliated with ISIS, I would never help him.

8. I current live in Istanbul, Turkey.

My native language is Arabic. I have signed this declaration after having it translated into my native language by the interpreter who has signed below.

I swear upon my honor and upon all the values and beliefs I consider sacred that this is the truth. (Turkish penalty of perjury language.)

I declare under penalty of perjury that the foregoing is true and correct. I swear by God Almighty that this statement is the truth and nothing but the truth.

I know that this sworn declaration could be used in court and that all false declaration on my part exposes me to criminal sanction.

Executed this 29th day of April, 2019, at Istanbul, Turkey.

_____

I am an Arabic language interpreter. I have read this declaration to the witness in his native language of Arabic and have witnessed his signature.

Dated: 29.04.2019          _____

Declaration

2

EXHIBIT 7

1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   BENJAMIN D. GALLOWAY, #214897
    Chief Assistant Federal Defender
3   RACHELLE BARBOUR, #185395
    Assistant Federal Defender
4   OFFICE OF THE FEDERAL DEFENDER
    801 I Street, 3rd Floor
5   Sacramento, CA  95814
    Tel: 916-498-5700/Fax: 916-498-5710
6
    Attorneys for
7   OMAR AMEEN

8

9                        IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11  IN THE MATTER OF THE            )   Case No.  2:18-mj-152 EFB
    EXTRADITION OF OMAR             )
12  ABDULSATTAR AMEEN TO THE        )
    REPUBLIC OF IRAQ,               )   Judge: Hon. Edmund F. Brennan
13                                  )
                                    )
14  _____)

15

16  I, B_____ swear on my honor the following facts:

17      1.  I know Omar Ameen because we are both from Rawah, Iraq.  I left Rawah when I was

18          six years old, and then moved back when I was 22 years old.  I lived in Rawah from 2006

19          to 2015.

20      2.  After the American invasion, Omar began to look for ways to leave Iraq.  He went to

21          Jordan to live for a while.  He also lived in Syria.  He lived a quiet life as a truck driver.

22          He is not very religious, or ideological.  He just wanted to live a quiet safe life.  He was

23          not a member of Al Qaeda in Iraq or ISIS.  Claims that he was close to al-Zarqawi or

24          Baghdadi are false.

25      3.  When Omar planned to leave for Turkey in Spring 2012, I wanted to go with him.  We

26          spent some days in Erbil, Iraq together, then I decided to go back to Rawah.  Omar

27          always had a plan to leave, and did not want to give up on that plan.

28

                                          1

Declaration

EXHIBIT 8 - REDACTED

4. I visited with Omar in Turkey once in 2013, when I was in Adana, near Mersin. Omar came to see me while I was there. Other than the one visit, our communications were usually via Facebook or Skype. We Skyped frequently during that time. He always appeared to be in Turkey. He did not say anything that made me think that he supported ISIS.

5. I was still living in Rawah during June 2014 when ISIS took over. I remember that day distinctly – it was a Saturday, and the Iraqi Defense Forces gave up and left. I believe they were burning their offices. I remember smoke in the air. ISIS came in after they left.

6. Omar was not in Rawah in June 2014. If he had come back to Rawah, I would have known about it. He and I are very close. I never saw Omar in Rawah after he left for Turkey in 2012. I left Rawah in July 2015, also for Turkey.

7. I heard about the murder of Ihsan Jasim the same night that it happened in June 2014. I lived near the hospital, and news travels fast. I heard that he was shot by militants, but I did not hear any names.

8. After Rawah fell to ISIS in June 2014, there were many killings and kidnappings. During the first month things were fairly normal. Then airstrikes began, and there was no electricity or phone service for long periods of time.   Many people started to leave the area.

9. There were no issues between Jasim and Omar. Jasim did, however, have issues with over 100 people because of his work as a police officer in Rawah.

10. There are two types of witnesses in Iraq. The first group are those with grudges against others who work with the U.S. forces for immigration benefits. The second group are those who advertise their services as witnesses for hire on social media, such as YouTube.

11. I heard that someone connected to the Americans at al-Assad Air Base posted in 2018 that he would "bring Omar Ameen back to Iraq." This was weeks before Omar was arrested in the United States.

Declaration

2

EXHIBIT 8 - REDACTED

12. I currently live in Brussels, Belgium.

My native language is _Arabic_.  I have signed this declaration after having it translated into my native language by the interpreter who has signed below.

I declare under penalty of perjury that the foregoing is true and correct.  I swear by God Almighty that this statement is the truth and nothing but the truth.

I know that this sworn declaration could be used in court and that all false declaration on my part exposes me to criminal sanction.

Issued for all legal intents and purposes at Brussels, Belgium, the 24th of April, 2019.

_____

I am a _Arabic_ (language) interpreter.  I have read this declaration to the witness in his/her native language of _Arabic_ and have witnessed his/her signature.

Dated: 24/04/2019        _____

3

· Declaration

EXHIBIT 8 - REDACTED

HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No.  2:18-mj-152 EFB<br><br>Judge: Hon. Edmund F. Brennan |

I, Hudhayfah Al-Rawi, swear on my honor the following facts:

1.  I am one of Omar's brothers.  I now live in Istanbul, Turkey.

2.  Omar was never involved with Al Qaeda in Iraq or ISIS.  Omar was a truck driver and wanted to leave Iraq for Europe or America.  He had spent a lot of time in Syria to do that, then went to Turkey and got permission to come to the United States through the refugee program.  He and his family were very excited to move to the United States. Omar never would have jeopardized that.

3.  I know that Omar left Iraq in 2012 for Turkey.  I talked with him on the telephone during that time.  Specifically, I was in Istanbul from June 19 to 27, 2014.  I came from Erbil, Iraq, and returned there after my trip to Turkey.  I came for business.  I had an electronics shop in Erbil at the time.  I am attaching a copy of my expired passport with the entrance and exit stamps to show my entry and exit during that time.  During that visit to Istanbul, I was on the phone regularly with Omar in Mersin during that time.  I bought a Turkish SIM card and used it to call Omar's Turkish number.  I have requested a copy of my cell

1

Declaration

EXHIBIT 9

1      phone information from that time from Turkcell to document the calls, but Turkcell has

2      indicated that because two years had passed it would not give me the records.  I will

3      continue to try to get proof of the calls.

4      4.  When I was in Istanbul in June 2014, I always called Omar and got calls from him on the

5      Turkish cell phone number he was using at the time.  He was relaxed and normal.  He

6      would fill me in on his day, and ask what I was doing.  When I called him, he picked

7      right up.  The Turkish SIM card in my phone connected directly to his.

8
My native language is Arabic.  I have signed this declaration after having it translated into my
9  native language by the interpreter who has signed below.

10  I swear upon my honor and upon all the values and beliefs I consider sacred that this is the truth.
11  (Turkish penalty of perjury language.)

12  I declare under penalty of perjury that the foregoing is true and correct.  I swear by God
Almighty that this statement is the truth and nothing but the truth.
13
I know that this sworn declaration could be used in court and that all false declaration on my part
14  exposes me to criminal sanction.

15  Executed this 29 day of April, 2019, at Istanbul, Turkey.

16

17

18

19  I am an Arabic language interpreter.  I have read this declaration to the witness in his native
language of Arabic and have witnessed his signature.

20
Dated: 29.04.2019
21

22

23

24

25

26

27

28

Declaration

2

EXHIBIT 9



EXHIBIT 9



EXHIBIT 9



EXHIBIT 9



EXHIBIT 9

1    HEATHER E. WILLIAMS, State Bar #122664
      Federal Defender
2    BENJAMIN GALLOWAY, State Bar # 214897
      Chief Assistant Federal Defender
3    RACHELLE BARBOUR, State Bar #185395
      Assistant Federal Defender
4    OFFICE OF THE FEDERAL DEFENDER
      801 I Street, 3rd Floor
5    Sacramento, CA  95814
      Tel: 916-498-5700/Fax 916-498-5710
6    rachelle.barbour@fd.org

7    Attorneys for Defendant
      OMAR AMEEN

8

                   UNITED STATES DISTRICT COURT

9

                  EASTERN DISTRICT OF CALIFORNIA

10

11   IN THE MATTER OF THE
     EXTRADITION OF OMAR           No. 2:18-mj-00152-EFB
12   ABDULSATTAR AMEEN TO THE
     REPUBLIC OF IRAQ.              CERTIFICATION OF EVIDENCE
13

    _____/      Judge:  Hon. Edmund F. Brennan
14

15

16     I, Julie Denny, the undersigned, declare:

17     1.  I am a paralegal at the Office of the Federal Defender.

18     2.  In that capacity, I receive documents produced by various agencies and disclosed to

         my office, keep track of them, scan them, and organize them.

19     3.  The following documents are true copies of business or governmental records

20        received by this office directly from the following agencies and organizations

21        pursuant to our requests or subpoenas:

22          a.  Documents stamped OA_0000 and KS_0000 were received as disclosure from

23             the U.S. Attorney's Office.  These documents include certified copies of the

            Department of Homeland Security A-files for Mr. Ameen and Ms. Sabri.
24

            Other documents were received in disclosure, but not Bates-stamped by the
25

            Government.
26          b.  Documents stamped STATE DEPT. were received from the U.S. Department

27             of State pursuant to our requests.

28          c.  Documents stamped MERSIN and MERSIN SIGN-IN were received from the

            Mersin Immigration Office in Mersin, Turkey pursuant to our requests.

                                                  **EXHIBIT 10**

d. Documents stamped UNHCR were received from the U.N. High Commissioner for Refugees pursuant to our request.

e. Documents stamped USCCB were received from the U.S. Conference of Catholic Bishops pursuant to our subpoena.

f. Documents stamped IOM were received from the International Office of Migration pursuant to our subpoena.

g. Documents stamped BERA were received from the Office of Congressperson Ami Bera pursuant to our request.

h. Mr. Ameen's transcript from American River College was received pursuant to our request.

i. Twitter documents attached to the defense Extradition Hearing Brief were produced directly from Twitter pursuant to our subpoena.

4. Ms. Sabri's original expired passport was provided to our office directly from her, and I scanned the passport manually to produce the exhibit. My office also has the original expired passport for Hudhayfah Al-Rawi, from which scans were made.

5. Facebook documents have three sources that I note for each exhibit. The Facebook documents in Exhibit 20 were produced by the Government as disclosure but not Bates-stamped. The Government indicated that they were produced by Facebook in response to a search warrant. Additional Facebook documents were obtained by our office by accessing Mr. Ameen's Facebook accounts and downloading his data. Facebook data and posts are discussed in the trial brief and in exhibits to the trial brief. I certify that I have personally accessed and downloaded Mr. Ameen's two Facebook accounts using the Facebook download tool, and that the information from those accounts is true and accurate. An additional Facebook return at Exhibit 27 was produced directly by Facebook in response to our subpoena. At present, there is one outstanding subpoena to Facebook on which we have not received production.

6. Photographs from Mr. Ameen's laptop were obtained from a mirror copy of the laptop hard drive provided by the Government. Metadata was obtained regarding those photographs by our office. Citations in the trial brief and exhibits to those items are true and accurate.

7. I have reviewed Exhibit 41.1, which compiled photographs of Mr. Ameen from various sources, including his Facebook accounts, his laptop, a photograph taken in

2

EXHIBIT 10

Mersin, Turkey, in March 2014 (original at the Federal Defender's Office), and various official documents.  I certify that those photographs come from those sources.

8.  Two additional documents, a bank record at Exhibit K to the Declaration of Zaid Hydari, and a criminal history record at Exhibit 28 to the Trial Brief, were provided to us by Turkish authorities with stamps and certifications by those authorities.

9.  Various photographs of documents were obtained by defense counsel during a review of seized evidence at the FBI office in Roseville, California on September 11, 2018. Those documents, which continue to be held by that office, include Exhibits 11-C, 11-J, 11-H, and 11-O, which are attached to Mr. Hydari's declaration.

10.  A subpoena to UNHCR Turkey has been served and no response has been received to date.


I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on this 14 day of ____May____, 2019 in Sacramento, California.

JULIE DENNY

3

EXHIBIT 10