

EXHIBIT B



EXHIBIT B



## Certification of Documents
**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS Form G-24**
Internal Use

# United States of America

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

MAY 3 1 2018
Date *(mm/dd/yyyy)*

### Certification of Documents
(Originals or Copies thereof)

**BY VIRTUE OF** the authority vested in me by Title 8, Code of Federal Regulations, Part 103 of the Immigration and Nationality Act (INA), and Title IV, Subtitle E, Section 451 and Section 456 of the Homeland Security Act of 2002,

**I HEREBY CERTIFY** that the annexed documents are originals, or copies thereof, from the records of U.S. Citizenship and Immigration Service, Department of Homeland Security, which the Secretary is the legal custodian by virtue of Section 103 of the Immigration and Nationality Act. These documents relate to:

Subject: Omar Abdulattar Ameen

Also known as (aka):

File and/or Certificate Number: A212734127

Number of Pages Copied: 220

(Signature of Authorized Person)

Joe T. Long - District Records Manager
(Print Name and Title of Authorized Person)

USCIS District 22 - Sacramento, CA
(Office of Authorized Person)

**Annotations**

Certified Documents from A-file with the exception of documents reserved per the USCIS Records Policy Manual. Reserved documents listed on Attachment of of the Certification Memorandum.

Form G-24  06/04/13 N

Page 1 of 1

EXHIBIT B

OA_000011

<u>**English translation of Mr. Omar Ameen's Passport**</u>
<u>**(By Ahmed Gawish 10-25-2018)**</u>

[<u>Translator's note</u>: **All stamps matching wife's passport have been underlined.**]

**OA_000033:**
<u>**Rt pg:**</u> Round stamp: Unintelligible, but most likely "Syrian Company for the Distribution of Gas – Damascus Branch Directorate"

**OA_000035:**
**Top pg:** 1st big rectangular stamp: "Temporary Residency (granted) from Reef Dimishq (=Damascus Countryside) Immigration branch from 7/28/2008 to 7/27/2009, Reef Dimishq on 9/23/2008"
2nd oval stamp: "Dept. of Immigration and Passports, Ministry of Interior, Arab Republic of Syria" (No date)
3rd small rectangular stamp: "Entry, May 19, 2009, Republic of Iraq" (Unclear which checkpoint)
**Bottom pg:** 1st big rectangular stamp: "<u>Entered lands of Arab Republic of Syria via El-Tenf Center on 3/5/2007</u> based on ????? number: 2942331 dated: 11/19/2007 issued by ????? Passports, as per the complete charter, Head of Immigration branch" [Date and location of entry matches wife's passport, despite different worded/shaped stamps]
2nd oval stamp: "Dept. of Immigration and Passports, Ministry of Interior, Damascus, Arab Republic of Syria" (No date)

**OA_000036:**
**Top pg:** 1st big rectangular stamp: "Entry, Ayar (May) 19, 2009, Dept. of Immigration and Passports, Arab Republic of Syria"
2nd oval stamp: "Leaving El-Tenf, Neesan (Apr) 12, 2009, Dept. of Immigration and Passports, Arab Republic of Syria"
3rd small rectangular stamp: "Motor Power (=Vehicle), Neesan (Apr) 27, 2009, Arab Republic of Syria" (Unclear whether this was a vehicle entry or exit)
4th small rectangular stamp: "Entry, Apr 17, 2009, Al-Waleed Stay (=Residence) and Passports Center, Republic of Iraq"
5th big rectangular stamp: "Entry, Neesan (Apr) 20, 2009, Dept. of Immigration and Passports, Arab Republic of Syria" (Unclear which checkpoint)
**Bottom pg:** 1st small rectangular stamp: "Exit Visa till: 7/13/2009, Damascus on 4/14/2009, Dept. of Immigration and Passports, Residency branch, Ministry of Interior, Arab Republic of Syria"
2nd oval stamp: "Dept. of Immigration and Passports, Ministry of Interior, Damascus, Arab Republic of Syria" (No date)
3rd big rectangular stamp: "Visa for Return to Arab Republic of Syria, Duration: 3 months, Number of times: Multiple, Damascus on 4/14/2009, Arab Republic of Syria"
4th oval stamp: "Dept. of Immigration and Passports, Ministry of Interior, Damascus, Arab Republic of Syria" (No date)

**OA_000037:**
**Top pg:** 1st rectangular stamp: "Entry, Ayar (May) 25, 2009, Arab Republic of Syria"

EXHIBIT B

2nd rectangular stamp: "Exit, Apr 20, 2009, Al-Waleed Stay (=Residence) and Passports Center, Republic of Iraq"
3rd rectangular stamp: "Entry, May 21, 2009, Al-Waleed Stay (=Residence) and Passports Center, Republic of Iraq"
**Bottom pg:** 1st oval stamp: "Leaving El-Tenf, Ayar (May) 19, 2009, Dept. of Immigration and Passports, Arab Republic of Syria"
2nd rectangular stamp: "Exit, May 19, 2009, Al-Waleed Stay (=Residence) and Passports Center, Republic of Iraq"
3rd rectangular stamp: "Motor Power (=Vehicle), Ayar (May) 19, 2009, El-Tenf Immigration Center, Dept. of Immigration and Passports, Ministry of Interior, Arab Republic of Syria" (Unclear whether this was a vehicle entry or exit)
4th rectangular stamp: "Motor Power (=Vehicle), Ayar (May) 21, 2009, Model: Kia Sportage, Number: 2428, El-Tenf Immigration Center, Dept. of Immigration and Passports, Ministry of Interior, Arab Republic of Syria" (Unclear whether this was a vehicle entry or exit)
5th oval stamp: "Leaving El-Tenf, Ayar (May) 21, 2009, Dept. of Immigration and Passports, Arab Republic of Syria"

## OA_000038:
**Top pg:** 1st rectangular stamp: "Entry, May 25, 2009, Al-Qa'im Stay (=Residency) and Passports Center, Republic of Iraq"
2nd rectangular stamp: "Exit, May 25, 2009, Al-Qa'im Stay (=Residency) and Passports Center, Republic of Iraq"
3rd rectangular stamp: "Entry, Nov 6, 2009, Al-Qa'im Stay (=Residency) and Passports Center, Republic of Iraq"
4th oval stamp: "Leaving El-Bukamal, Tishreen the Second (Nov) 8, 2009, Dept. of Immigration and Passports, Arab Republic of Syria"
**Bottom pg:** 1st big rectangular stamp: "Exit Visa till: 12/6/2009, Damascus on 11/7/2009, Ministry of Interior, Arab Republic of Syria"
2nd oval stamp: "Dept. of Immigration and Passports, Ministry of Interior, Arab Republic of Syria" (No date)
3rd big rectangular stamp: "Duration: 3 months, Number of times: Once, Reef Dimishq (=Damascus Countryside) on 11/7/2009, Reef Dimishq Immigration and Passports branch, Ministry of Interior, Arab Republic of Syria"
4th oval stamp: "Dept. of Immigration and Passports, Ministry of Interior, Arab Republic of Syria" (No date)

## OA_000040:
**Lt pg:** Small top rectangular stamp: Mostly in Kurdish: "Exit, Mar 31, 2012, Ibraheem Khaleel checkpoint, Republic of Iraq"

## OA_000057:
**Rt pg:** Rectangular stamp: "Reviewed 11/8/2009, Iraq"
Oval stamp: "Ministry of Health, El-Anbar Health Administration, 11/15/2009"

## OA_000058:
White rectangular sticker: "Omar Abd-El-Sattar Ameen 966442986"

EXHIBIT B



EXHIBIT C

# APOSTILLE
( Convention de La Haye du 5 Octobre 1961 )

1. Ülke/Country/Pays/Staat  TÜRKİYE - LA TURQUIE

   İşbu resmi belge/This public document/Le présent acte public/Dieses zeugnis wurde

2. Medet YİĞİT tarafından imzalanmıştır./Has been signed by/a été signé par/durch . unterschrieben

3. İmzalayanın sıfatı Katip'dır./Acting in the capacity of/Agissant en qualité de/Titel des Unterzeichneten

4. Mersin 3. Noterliği 'nin mühür/damgasını taşımaktadır-bears the seal/stamp of-/est revétu du sceau/timbre de-trägt Siegel/Stempel von

## TASDİK / CERTIFIED / ATTESTE / BEGLAUBIGUNG:

5. Akdeniz Kaymakamlığı' da/at/à/in

6. 5.04.2019 günü/the/le/Am

7. Yazı İşleri Md. kaymakam a Hasan Hüseyin SÜSLÜ tarafından/by/par/durch den/die

8. No : 6912 ile tasdik edilmiştir./No:/sous No:/unter Nr.

9. Mühür – Damga/Seal-stamp/Sceau-timbre/Siegel-Stempel

10. İmza/Signature/Signature/Unterschrift:

Hasan Hüseyin SÜSLÜ
Akdeniz Kaymakamlığı
Yazı İşleri Müdürü

EXH D MERSIN 1

  

T.C.
MERSİN VALİLİĞİ
Mersin İl Göç İdaresi Müdürlüğü

№ 09476

Sayı : 14397277-000-E.8376　　　　ÖRNEK　　　　02/04/2019
Konu : Bilgi Talebi Hk.　　　MERSİN ÜÇÜNCÜ NOTERLİĞİ

05 Nisan 2019

Sn: Av. Çağrı ÖZGÜL

İlgi : a) Av. Çagrı ÖZGÜL' ün 04.03.2019 tarih ve 5084 sayılı dilekçesi.
b) Av. Bahadır ERASLAN'ın 15.03.2019 tarih ve 6170 sayılı dilekçesi. .
c) Av. Bahadır ERASLAN'ın 21.03.2019 tarihli 6392 sayılı dilekçesi. .

Mersin ilinde Uluslararası Koruma sahibi olarak ikamet eden Irak uyruklu Omar Abdulsattar Ameen AMEEN isimli müvekkilinizin Amerika Birleşik Devletleri'ne üçüncü ülkeye yerleştirme işlemleri kapsamında 04/11/2014 tarihinde yerleştirildiği, yabancının suça karıştığı ve Irak devleti tarafından iadesinin talep edildiği, suça konu olay tarihinin 22/06/2014 olduğu belirtilerek yabancının dosyasının bir örneği ilgi(a), (b) ve (c) dilekçeler ile talep etmektesiniz.

Bahse konu Müvekkiliniz Omar Abdulsattar Ameen AMEEN'e ait dosya incelendiğinde; yabancının 01.04.2012 tarihinde Şırnak-Habur Kara hudut kapısından legal olarak ülkemize gelerek 30.04.2012 tarihinde Uluslararası Koruma talebinde bulunduğu tespit edilmiştir. Bu kapsamdaki yabancılara izin almaksızın yurtdışına çıkmamalarına ilişkin tebliğ edilen formda üç kez imza yükümlülüklerini yerine getirmemeleri halinde Uluslararası Koruma başvuru taleplerinin geri çekilmiş sayılacağı bildirilmektedir.

Bu kapsamda adı geçen yabancı, ülkemizde Uluslararası Koruma başvuru sahibi iken ikametinin bulunduğu Mersin ilinde her perşembe günü imza yükümlülüğüne tabi tutulmuştur. Bahse konu yabancının 22.06.2014 tarihinde Irak devletinde suç işlediğinden bahisle hakkında yapılacak olan yargılama için ülkesine iadesinin talep edildiği bu nedenle kişinin 22.06.2014 tarihinde Kurumumuzda bulunan imza kayıtlarının istendiği anlaşılmış ise de Kurumumuzca getirilen imza yükümlülüğünün her perşembe günü olması ve 22.06.2014 tarihinin pazar gününe denk gelmesi sebebiyle adı geçenin 22.06.2014 tarihinde herhangi bir imza kaydına rastlanmamıştır.

Ancak, 6548 sayılı Yabancılar ve Uluslararası Koruma Kanunu'nun Başvurunun Geri Çekilmesi veya Geri Çekilmiş Sayılması başlıklı bölümünün 77. Maddesinin 1 (ç) fıkrasında *"Mazeretsiz olarak bildirim yükümlülüğünü 3 defa üst üste yerine getirmemesi, belirlenen ikamet yerine gitmemesi veya ikamet yerini izinsiz terk etmesi halinde*

*Bu belge elektronik imzalıdır. imzalı suretinin aslını görmek için https://www.e-icisleri.gov.tr/EvrakDogrulama adresine girerek (p13Vv7-IbH0R+-z0/tTd-ocnoHM-7ax8k3ET) kodunu yazınız.

Camişerif Mah. Uray Cad. No:19 33060 Akdeniz - Mersin　　　　Belgenin Aslı Elektronik İmzalıdır　　Bilgi için: Emine ŞEKER
Telefon No: (324)237 12 48 Faks No: (324)237 12 47　　　　　　　　　　　　　　　　　　İl Göç Uzmanı
e-Posta: mersin@goc.gov.tr İnternet Adresi: http://www.goc.gov.tr　　　　　　　　　　　　　Telefon No:



EXH D MERSIN 2

*başvurusu geri çekilmiş kabul edilerek değerlendirme durdurulur"* hükmü uyarınca imza yükümlülüklerini yerine getirmeyen yabancıların Ululslararası Koruma Başvurusunun Geri Çekilmiş Sayılmasına karar verileceği açık olup, adı geçen yabancı ile ilgili böyle bir karar bulunmadığı, dolayısıyla imza yükümlülüklerini usulüne uygun olarak yerine getirdiği, ayrıca kişiye ait giriş-çıkış kayıtlarımızın kontrolünde ülkemize 01.04.2012 tarihinde Şırnak-Habur Kara Hudut Kapısından giriş yaptığı ve 04.11.2014 tarihinde İstanbul Atatürk Hava Hudut Kapısından çıkış yaptığı görülmüş olup bu tarihler arasında legal olarak ülkemizden çıkışına ilişkin herhangi bir kayıt bulunmadığından bu tarihler arasında ülkemizde ikamet ettiğinin açık olduğu tespit edilerek buna ilişkin bilgi ve belgeler ile sistem kayıtları yazımız ekinde gönderilmiştir.

Prof. Dr. Nalan YETİM
İl Göç İdaresi Müdür v.

Ek: İlgili Belgeler(22 Sayfa)



*Bu belge elektronik imzalıdır. imzalı suretinin aslını görmek için *https://www.e-icisleri.gov.tr/EvrakDogrulama* adresine girerek (p13Vv7-IbH0R+-z0/tTd-ocnoHM-7ax8k3ET) kodunu yazınız.

Camişerif Mah. Uray Cad. No:19 33060 Akdeniz - Mersin
Telefon No: (324)237 12 48 Faks No: (324)237 12 47
e-Posta: mersin@goc.gov.tr İnternet Adresi: http://www.goc.gov.tr

Bilgi için: Emine ŞEKER
İl Göç Uzmanı
Telefon No:

EXH D MERSIN 3

(EK-6)

# İLTİCA-SIĞINMA MÜLAKAT FORMU

EK-2 NO: 2012-33-081  
201233000066

BMMYK NO: 12C02753

Aşağıdaki kimlik bilgileri:  
Geçerli kimliğine göre doldurulmaktadır (x)  Kendi beyanına göre doldurulmaktadır ( )  
Görüşme Tarihi: 21.05.2013

1- Adı: Omar Abdulsattar Ameen   Soyadı: AMEEN
2- Baba Adı: Abdulsattar   Anne Adı: Fatma
3- Doğum Tarihi: 20.12.1973   Son İkamet Yeri: Bağdat-Irak
4- Doğum Yeri: Anbar-Irak
5- Milliyeti: Irak   Etnik Grup veya Aşireti: Arap
6- Dini (mezhebi): İslam-Sünni
7- Ülkesinden Ayrılış Tarihi: 31.03.2012   Seri Numarası Nedir: G1975150
8- Türkiye'ye Giriş Tarihi: 01.04.2012   Giridiği Şehir: Şırnak
9- Türkiye'ye Geliş Şekli: Legal (x)  İllegal ( )
   a) Giriş Şekli Legal ise;  
   Pasaportun Hangi Ülkeye aittir: Irak  
   Pasaportun Geçerlilik Süresi nedir: 13.05.2008/12.05.2016  
   Pasaportunuzu nasıl elde ettiniz: Suriye Şam'da bulunan Irak konsolosluğundan temin ettim  
pasaportu. 2008 yılında Suriye'de idim.  
   b) Daha önce Türkiye'ye yasal olarak geldiniz mi? Ya da yasadışı bulundunuz mu? İlk defa geldim.
10- Pasaport haricinde Yanınızda bulunan başka belge var mı?  
Kimlik (x)   Nüfus Kâğıdı (x)   Evlilik belgesi (x)
11- Ülkeniz haricinde bir ülkede bulundunuz mu? Neden ve ne zaman? Şoför olduğum için Ürdün'e sürekli gidip geldim. 2007 yılında Suriye'ye gidip BMMYK kaydı yaptırdım. Ancak gidip geldim ama sürekli kalmadım Suriye'de. Hangi tarihler arasındaydı tam hatırlamıyorum.
12- Irak'ı terk etmenize neden olan olayları detaylı olarak anlatır mısınız? Sorunlar ne zaman başladı? Tehdit edilince terk etmek zorunda kaldım. Irak'ta sorunlar çoktandır vardı. Hükümetle karşıtlar arasında sürekli çatışmalar var. Sünni-Şii çatışmaları arttı. Sünniler Irak'ta rahat değiliz. İsmi Omar olan mesela 600 kişi adı Omar olduğu için öldürüldü Irak'ta. Ben o tarihlerde Suriye'ye gittim. Irak genelinde savaş vardı o zaman. Güvenlik hiç yoktu. Suriye'de BMMYK kaydı yaptırdım. Sonuç alamadık orada. Biz de ailemizi alıp Irak'ta durumlar düzeldi diye döndük sanırım 2009 yılıydı dönüşümüz. 2010 yılında babam öldürüldü. Biz nakliyecilik yapıyorduk. Babam yolda giderken bir arazide öldürüldü.
13- nasıl haber aldınız? Bize 3 km. mesafedeydi. Olayı duyduk gittiğimizde babamın vurularak öldürüldüğünü gördük.
14- Başka neler oldu? Anbar'da oturuyorduk babam öldürülünce Bağdat'a taşındık. Ben ve erkek kardeşim aynı evde oturuyorduk. Bir gece militsler evimize girdiler. Kardeşim bana adın Omar sen kaç dedi. Onun adı Bilal'di. Ben hemen arkadan kaçtım. Eve girenler kardeşimi alıp götürmüşler.
15- Kardeşiniz şu anda nerede? Şimdiye kadar hiçbir haber alamadık.
16- Ne zaman oldu bu olay? 04.03.2012 tarihinde oldu.
17- Evden nasıl kaçtınız? Amcamlardan kiralamıştık evi. Amcamın evi ile yan yanaydı. Arada bir bağlantı vardı. Önce amcamın evine oradan da arka sokaktan başka bir yere kaçtım. Daha uzakta oturan amcamın kızının evine kaçtım.
18- Kaç kişi geldi evinize? Ben bilmiyorum. Kapıyı kırdılar. Irak'ta kapı çalınmaz ki kırar girerler evinize.
19- Evde kimler vardı? Kardeşim vardı. Ben birkaç gün önce eşimi ailesinin yanına göndermiştim. Yanımda tehlikede idiler. Kardeşimin ailesi de evdeydi. Bu olaydan sonra onlar da Anbar'a taşındılar

oturan amcamı aradım. Eve girmişler ve ismimle beni istemişler kapıya gelenler. Evi dağıtmışlar altınları paraları almışlar. Eşim Rawz mıntıkasında ailesinin yanına göndermiştim. Kardeşim eşi ve çocukları o an evdelerdi. Beni bulamayınca kardeşimi alıp gitmişler. O günden beri kardeşim kayıp. Ne olduğunu bilmiyoruz, hastanelerden ve başka yerlerden aradık bulamadık. 04.03.2012 tarihinde oldu bu olay. Ben Erbile gittim. Vize Alana kadar orada kaldım. Vize alır almaz Türkiye'ye geldim.
3- Sorunlarınız ne zaman (tarih) başladı? Sorunlarımın nerede başladığı. 2012
4- Sorunlara neden olan şahıs yada kurumlar hakkında bilgiler: Jaiish Mahdi
5- Ülkesine geri döndüğü takdirde başına nelerin gelebileceği konusundaki ongörüsü Irak'ta can güvenliğimiz yok. Kardeşim daha nerede olduğunu bile bilmiyoruz. Evimi sattım her şeyimi sattım. Geri dönecek hiç bir şey yok.
6- Bu sorunlar nedeniyle başka ülkelere iltica eden arkadaşları hakkında bilgiarkadaş değil de bizim aşirettten gidenler oldu. 2007 yılından bu yana çok gidenler oldu.
7- Kardeşiniz neden Suriye'de? Olaylar artınca tüm aile Suriye'ye gittik. Ben de gittim. 2009 yılında döndüm Irak'a. Suriye'de mülteci oldum 2007 yılında. Toplamda 4-5 yıl kadar kaldım. Durumlar düzelsin diye bekledik ama düzelmediğini görünce bari ülkemize dönelim dedik.
7- Önemli bulduğu ve anlatmak istediği diğer bilgiler

5- BAŞKA ÜLKELER ÜZERİNDEN GELDİĞİ ANLAŞILANLARA SORULABİLECEK SORULAR  
1- Ülkesinden son olarak hangi tarihte neden yurt dışına çıkış yaptığı, 01.04.2012  
2- İltica/Sığınma başvurusunda bulunma nedenlerinin yurt dışına çıkmadan önce de olup olmadığı sorunları yüzünden çıktım.  
3- Daha Önce Başka Ülkeden İltica/Sığınma başvurusunda bulunup bulunmadığı: Suriye'de 2007 yılında bulundum ama tarih sayısını hatırlamıyorum.  

Bulundu ise;  
Başvuru Tarihi: 2007  
Başvurduğu Ülke: Suriye  
Sonucu: Sonuç bildirilmedi.

Süreyya Orful  
Mülakatçı

Ön Görüşme  
Tarihi - Saati  
21-05-2012

OMAR AMEEN

05 Nisan 2019

No 09476

EXH D MERSIN 4

Başvuru No:20120300066

(EK-3)
**İLTİCA/SIĞINMA ÖN GÖRÜŞME FORMU**

1) ŞAHSİ DURUMU İLE İLGİLİ SORULABİLECEK SORULAR

Aşağıdaki kimlik bilgileri:
Geçerli kimliğe göre doldurulmaktadır.( x ) Kendi beyanına göre doldurulmaktadır.( )

| | |
|---|---|
| Adı: | OMAR |
| Soyadı: | AMEEN |
| İkinci Adı: | |
| Lakabı: | ABDULSATTAR AMEEN |
| Cinsiyeti: | Bay |
| Doğum Tarihi: | 20-12-1973 |
| Doğduğu Ülke ve Şehir: | AL-ANBAR |
| Ana Dili: | Arapça |
| Görüşme Dili: | Arapça |
| Diğer Bildiği Diller: | Arapça / İngilizce |
| Hangi Ülke Vatandaşı: | |
| Uyruğu: | Irak |
| Milliyeti: | Arap |
| Dini: | İslam |
| Mezhebi: | Sünni |
| Eğitimi: | Lise |
| Mesleği: | İşçi |

Mense Ülkedeki Ev Adresi: Camia mah. Bağdat-Irak

2- AİLESİ ve AKRABALARI İLE İLGİLİ SORULABİLECEK SORULAR

1-Şimdiki medeni hali? Yabancı ile Evli
2-Şimdiki eşi/nişanlısı/birlikte yaşadığı kişi hakkındaki bilgiler:Khansa Rashid SABRI ile 2002 yılında evlendik. Aynı etnik ve mezhepteniz. O su anda Irak'ta yaşıyor. Ben kaçmak zorunda kaldım. Onun için evrak hazırlayacak vaktim olmadığından orada kaldı. Eşim ailesiyle birlikte kalıyor şu an.
3-Ayrılmış veya boşanmış ise önceki eşi hakkında bilgiler:--
4-Çocukları hakkındaki bilgiler: 2 erkek 1 kızım var, çocuklarımın hepsi annemleriyle birlikte Irak'ta yaşıyorlar.
5-Anne ve babası hakkındaki bilgiler:Annem sağ babam 2010 yılında öldürüldü. Annem Irak'ta yaşıyor.
6-Kardeş ve kardeşleri hakkındaki bilgiler: 4 kız 10 erkek kardeşim var. 1 erkek kardeşim de Suriye'de yaşıyor,geri kalan tüm kardeşlerim Irak içinde yaşıyorlar. Bir erkek kardeşim de kaçırıldı ve o günden beri haber alamadık. 04.03.2012 tarihinden beri.
7-Mense Ülkesindeki Akrabaları : var
8-Türkiye'de bulunan Tanıdık ve Akrabalarıyok
9-Hangi ilde ikamet etmek istediği veya hangi ile şevk edilmek istediği Mersin
10-Daha Önce Türkiye'den Sığınma veya İltica Talebinde Bulundu Mu?Yada Mü?Yada Türkiye'ye hiç geldiniz mi daha önce? İlk defa geldim
11-Daha Önce Yakınınız Türkiye'den İltica Talebinde Bulundu Mü? Hayır

3- SİYASİ, DİNİ, SENDİKAL VEYA BAŞKA ÖRGÜTSEL DURUMU İLE İLGİLİ SORULABİLECEK SORULAR

1-Siyasete siyasi, dini, sendikal ve veya herhangi bir örgüte üye olup olmadığı hakkında bilgiler:: hayır

4- ÜLKESİNDEKİ SORUNLARI İLE İLGİLİ SORULABİLECEK SORULAR

1. Müracaat Sebebi:
tehditler yüzünden ve
güvenliğimiz olmadığından
geldim.

2-Ülkesini terk ederek iltica/sığınma başvurusunda bulunmasına neden olan sorunları hakkında bilgi: 2010 yılında öldürüldü.2010 yılında Jaish Mahdi yüzünden karışıklık vardı. Babam nakliye işi yapıyordu. Önce babamı tehdit ettiler sonra Rava mıntıkasına arazınız vardı.Tarlada öldürüldü babam. Bu olaydan sonra bağdatta taşındık. Bu olaydan sonra Rava mıntıkasında yaşıyordum. Şii mıntıkasıydı. Adımın Ömer olmasından Sünni olmam probleridi korktum Sünni mıntıkası olan Camia mahallesine taşındım 2012 yılında. Ben ve kardeşim aynı evde oturuyorduk. Bie gece saat 3 de kapımız çalındı. Kardeşim adım Omar diye benim için korktu. Ben kalayım sen hemen kaç dedi. Bende evi terk ettim. Biz amcamlardan kiralamıştık. Yan evde Yan taraftan kaçıp uzakta outran amcamların evine gittim. 2 saat sonra telefonla aradım kardeşimi. Kardeşimin ölmüş yanyanaydı. Ben





PARMAK İZİ VE FOTOĞRAF KAYIT FORMU

| T.C.Kimlik No: | | Doğum Yeri | : Ankar | EGM No : 318 79962 |
|---|---|---|---|---|
| Soyadı | AMEEN | Doğum Tarihi | :19730101 | Mahalli No : 18 + 265 |
| Adı | OMAR ABDULSATTAR | Cinsiyeti | :M | Parmak İzi |
| Baba Adı | | Önceki Soyadı | | Formülü |
| Ana Adı | Abdulsattar | Nüf.Kay.Old.İl/İlçe | : Ar abi | |
| Makam/Tarih/Sayı: | Fatymah | | | |

| 1-Sağ Başparmak | 2-Sağ İşaret Parmak | 3-Sağ Orta Parmak | 4-Sağ Yüzük Parmak | 5-Sağ Serçe parmak |
|---|---|---|---|---|
| | | | | |

| 6-Sol Başparmak | 7-Sol İşaret Parmak | 8-Sol Orta Parmak | 9-Sol Yüzük Parmak | 10-Sol Serçe parmak |
|---|---|---|---|---|
| | | | | |

DÜZ KONTROL BASIMLARI

| | Her İki Başparmak | Sağ El (Aynı Anda Alınan Dört Parmakİzi) |
|---|---|---|
| Sol El (Aynı Anda Alınan Dört Parmak İzi) | SOL SAĞ | |

Düzenleme Tarihi :20020926

Düzenleyenin Sicili: 9406
Düzenleyenin Birimi



EXH D MERSIN 6



EK-2 NO      :2012-33-081                          BMMYK NO:12C02753
             201233000066

20-Bu olaydan sonra ne kadar kaldınız Irak'ta? Hemen Erbil'e gidip vize işlerimi hallettim. 25 gün filan sürdü.
21- Erbil'de herhangi bir sorun yaşadınız mı? Yaşamadım ama çok pahalı bir şehir ayrıca başka bir rejime bağlı bize ikamet hakkı vermezler. 15 günde bir gidip polise görünmen ikameti yenilemen lazım. İzin vermeyebilirlerdi de.
22-Başka Aile ferdlerinizden ya da tanıdıklarınızdan herhangi biri yetkililerle veya diğer kişilerle sorun yaşadı mı? Aynı aşiretimizden 2 kişi gitti. 2007 yılında amcamın çocuklarının şirketleri vardı 2 kardeşi de aldı götürdüler şu ana kadar da haber alınamadı. 2006-2007 yıllarında Bağdat'ta bildiğim kadarı ile 3 Sünni kardeşi işyerlerinin içinde öldürdüler.
23-Ülkenize dönmeniz durumunda ne olur? Hayatımdan endişelerim var. Korkuyorum. Şu dönemde yine Şii-Sünni olayları geri döndü.
24- Yukarıdaki hususlara ilave olarak anlatmak istediğiniz var mı? Ben hemen geldim eşim ve çocuklarım benden sonra geldiler. Tahminen 1 aydan fazla bir zaman sonra geldiler.

Omar A.A. AMEEN
Başvuru Sahibi

Mehmet DOMRUL
Tercüman

Süreyya OTLU
Mülakatçı

TEBLİĞ TEBELLÜĞ BELGESİ

Dilekçeniz ile illegal yollardan Türkiye'ye giriş yaptığınızı, ülkenizde yaşadığınız sorunlar nedeniyle Türkiye'den geçici sığınma talebinde bulunduğunuzu bildirmektesiniz.

"Sığınma Başvuru Sahibi" statüsünde ülkemizde ikamet etmeniz uygun görülerek, Bakanlığımızca herhangi bir talimat bildirilmediği sürece ülkemizde serbest ikamete tabi tutulacaksınız. Ayrıca sığınma talebinize ilişkin işlemleriniz tamamlanıncaya kadar ülkemiz kanunlarına uymanız gerekmektedir.

Uygulama talimatında belirtilen Ek-1 (İltica-Sığınma Başvuru Sahiplerine Tebliğ Edilecek Hususlar) Broşürünün tarafınıza verilerek yükümlülükleriniz ve haklarınız konusunda ana dilinizde Arapça olduğu ve Temel Bilgiler kalacağınız açık adresinizi bildirilerek Perşembe günleri Yumuktepe Polis Merkezi Amirliği bodrum katında faaliyet gösteren Mersin Emniyet Müdürlüğü Yabancılar Şube Müdürlüğünün Geri Gönderme Merkezine saat:17.00' ye kadar imzaya gelmenizin gerekliği, ülkemizden izinsiz olarak ayrılmanız ve izin alarak izin süreniz bitiminde ülkemize geri dönmemeniz durumunda hakkınızda yasal işlem yapılacağı, sığınma başvurunuza bakılmaksızın 5683 Sayılı Kanunun ilgili maddeleri çerçevesinde ülkemizden çıkartılabileceğiniz ve başvurunuza ilişkin gıyabınızda karar verileceği ve ikamet tezkeresi almamanız durumunda üçüncü ülkelere yerleştirilmeniz için ülkemizden çıkışınıza izin verilmeyebileceği hususlarının tarafımıza Arapça olarak bildirilerek her şeyi net olarak anladığınıza dair.

İş bu tebliğ ve tebellüğ belgesi şahsıma Türkçeyi bilmesi sebebiyle okunarak tanzimle imza altına alınmıştır.

30/04/2012 Saat: 16:20

TEBLİĞ EDEN  
Şefika FİDANBOY  
İlt.Bür.Mem.

TERCÜMAN  
Mehmet DOMRUL

TEBELLÜĞ EDEN  
Omar Abdulsattar AMEEN  
Sığınma Başvuru Sahibi

09476

05 Nisan 2019

---

4. tezkeresi de düzenlenebilecektir. Eğer Türkiye'de Mülteci-Sığınmacı tanıdıklarınız varsa bunu sizle yapılan görüşmelerde belirtmeniz halinde, yerleştirme yapılan iller listesine dahil olması koşuluyla o ilde ikamet verilebilecektir.

5. Mevzuat gereği, başvuru yaptığınız yada ikamet ettiğiniz il ilden başka bir ile sevk edilebilirsiniz.

6. Başvurunuz ile ilgili işlemleriniz inceleme aşamasında iken (Hakkınızda henüz bir karar verilmemişken) kendi imkanlarınız ile üçüncü ülke seyahat belgesi ve/veya seyahat vizesi alsanız dahi iltica-sığınma başvurunuzla ilgili işlemler tamamlanmadan ülkemizden çıkışınıza izin verilmeyecektir. İşlemlerinizin tamamlanması sonunda vizeniz ve/veya seyahat belgesini temin ettiğiniz ülkeye çıkışınıza izin verilmesi talebiniz ayrıca değerlendirilecektir.

7. Yapılan ikinci değerlendirme sonucu, hakkınızda yine Mülteci/Sığınmacı olabilmek için gerekli kriterleri taşımadığınıza karar verilmesi halinde bu durum size yazılı olarak tebliğ edilecektir.

8. Sosyal yardımlardan yararlanabilmek için başvuruda bulunduğunuz il Valiliği, Belediye ve ulusal ve uluslararası Sivil Toplum Örgütlerine müracaatta bulunabilirsiniz.

9. Mülteci/sığınmacı statüsü tanınması halinde, yeterli maddi imkanınız olmaması kaydıyla, sağlık masraflarınız devlet tarafından karşılanacaktır. Ancak acil ve gerekli durumlarda "statü" almasanız dahi sağlık giderleriniz devlet tarafından imkanlar ölçüsünde karşılanabilecektir. Sağlık tedavileriniz ile ilgili sağlık kuruluşlarına sevk amacıyla Yabancılar birimine müracaat ediniz. Sağlık ile ilgili masraflarınız Türk Hakimleri tarafından karşılanacaktır.

10. Barınma ihtiyaçlarını kendinizin karşılaması gerekmektedir. Maddi geçim ihtiyaçlarınızın tamamını kendinizin karşılayamaması halinde, ikamet ettiğiniz illerdeki Sosyal Dayanışma ve Yardımlaşma Vakfı, Belediyeler, Kızılay ve özel kuruluşlar tarafından Gıda, Yakacak, Nakit Para, Yiyecek ve giyecek gibi yardımlardan talep edebilirsiniz. Bu yerlerin adreslerini Yabancılar biriminden temin edebilirsiniz. Sosyal yardımlar ile ilgili BMMYK'inden yardım talep edebilirsiniz.

11. 222 sayılı Eğitim Kanunu gereği ilköğretim çağındaki çocukların öğrenimi zorunludur. Bu nedenle, refakatinizde 06-14 yaş arası çocuklarınız var ise, okula kaydettirmelisiniz.

12. Eğitim, kurumlarına kaydolan zorunlu eğitim çağındaki 06-14 yaş arası çocuklarınızdan ikamet harcı alınmayacaktır. Öğrenim gören çocuklarınızın sağlık kontrolleri ve tedavileri, ihtiyaç içerisinde olmanız halinde devlet tarafından yapılabilecek ve eğitim giderleriniz için belirli bir nakit yardımı da yapılabilecektir.

13. Lise ve yüksek öğreniminden istemeniz halinde yararlanabilirsiniz. Yüksek Öğretime devam etmek isterseniz YÖS sınavına başvurmanız ve yapılacak sınavı geçmeniz gerekecektir.

14. 4817 Sayılı Yabancıların Çalışma İzinleri Hakkındaki Kanun gereği 6 ay ikamet tezkeresi sahibi yabancılar, çalışma izni için Çalışma Bakanlığına başvuruda bulunabilirler. Çalışma Bakanlığınca izin verilmesi halinde Türkiye'de çalışabilirsiniz.

15. Yukarıda belirtilen hususlarla ilgili olarak daha geniş bilgi talep etmeniz halinde ya da herhangi bir problemle karşılaştığınızda Yabancılar birimindeki görevlilerden yardım talep edebilirsiniz.

Tebliğ Eden      Tebellüğ Eden

İltica başvuruma ilişkin izlenecek prosedür ile haklarım ve yükümlülüklerim hakkında tarafıma bilgilendirme yapıldığını, yetkililer ile işbirliğinde bulunmamam halinde ortaya çıkabilecek muhtemel sonuçları kabul ettiğimi onaylıyorum. Tarih:

N.O.T: Yukarıdaki hususlar başvuru sahibine anlayacağı dilde yazılı ve sözlü olarak tebliğ edilerek, bir sureti yabancıya verilecek, bir sureti Valilikteki dosyasında kalacak ve bir sureti de İçişleri Bakanlığına gönderilecektir.

Başvuru sahiplerine, il Terinde bulunan yiyecek, giyecek, ev eşyası, yakacak, eğitim bursu v.b. ayni ve nakdi yardım yapan Sosyal Yardımlaşma ve Dayanışma Vakfı, Belediye, Kızılay, Vakıf ve Dernek gibi sosyal yardım yapan yerler tespit edilerek, açık adresleri ve ne tür yardımda bulundukları hakkında başvuru sahipleri bilgilendirilecek ve en üst derecede yardımcı olunacaktır.

EXH D MERSIN 8

(EK-1)

# İLTİCA-SIĞINMA BAŞVURU SAHİPLERİNE TEBLİĞ EDİLECEK HUSUSLAR

**Başvurunuza ilişkin İltica/Sığınma Prosedürü:**

1) Ülkenizden ayrılma nedenlerinizi kendi el yazınızla yazmanız istenecektir. (Deklarasyon)
2) Sığınma -İltica başvurunuz nedeniyle, sizden başvurunuza ilişkin dilekçeniz alınacak ve kimlik bilgilerinizin ve ülkenizden ayrılma nedenlerinizin genel olarak anlatımını içeren bir ön görüşme yapılarak "İltica-Sığınma Müracaat ve Ön Görüşme Formunun" doldurulacaktır.
3) Görevli ile etkili ve sağlıklı iletişim kuramıyorsanız lütfen bunu görevliye bildiriniz. Size ücretsiz tercüman temin edilecektir.
4) Fotoğrafınız çekilecek ve parmak iziniz alınacaktır.
5) Başvurunuza ilişkin ibraz etmek istediğiniz belgeler var ise görüşme sırasında veya ön görüşme sırasında veya kişisel mülakatınız sırasında verebilirsiniz.
6) Ön Görüşmenin tamamlanmasından sonra, İltica-Sığınma Mülakatınız için size bir randevu tarihi verilecektir.
7) Ön görüşme ve kişisel mülakat sırasında başvurunuzun sebeplerini açıklamak için önemli bir fırsattır. Sığınma müracaatında bulunduğunuz yetkili makamlarımıza, sığınma talebinizi destekleyecek her türlü bilgi ve belgeyi sunmalısınız.
8) İltica-sığınma başvurunuz hakkında, başvurunuzun tanzim edilen evraklar, mülakatınız alan görevlinin görüş/kararı ile birlikte İçişleri Bakanlığına gönderilecek. başvurunuz hakkında nihai karar İçişleri Bakanlığı tarafından verilecektir.
9) Kişisel Mülakat için size tebliğ edilen randevu tarihinde mazeretsiz olarak mülakata katılmamanız halinde, yada ikamet yerini izinsiz terk etmeniz ve imza bildiriminde bulunmamanız halinde,ön görüşme sırasında verdiğiniz bilgilere ve sunduğunuz belgelere göre. başvurunuz hakkında değerlendirilecektir.
10) Bayansanız ve bir erkekle hakli gerekçelerle görüşmek istemiyorsanız, ön görüşmede ve mülakatta görüşmenin ve mülakatın bir bayan tarafından yapılmasını isteyebilirsiniz. Aynı durum bir bayanla görüşmek istemeyen erkek içinde geçerlidir. Bu yöndeki talebiniz İmkanlar ölçüsünde karşılanabilecektir.
11) Avrupa ülkesi dışındaki ülkelerin birinden geldiyseniz İçişleri Bakanlığı sizin bu müracaatınızı Birleşmiş Milletler Mülteciler Yüksek Komiserliği (BMMYK) 'ne de bildirerek kaydolmanızı sağlayacaktır. Durumunuz, 1951 Cenevre Sözleşmesinin 1'nci maddesinde mülteci tanımında yer alan kriterlere uygun bulunursa **sığınmacı statüsü** tanınacak geçici olarak Türkiye'de ikamet izniniz bu statüde verilecektir. Üçüncü ülkeye yerleştirilmeniz söz konusu değildir.
12) Avrupa Ülkelerinden geliyorsanız ve durumunuz, 1951 Cenevre Sözleşmesinin 1'nci maddesinde mülteci tanımında yer alan kriterlere uygun bulunursa size İçişleri Bakanlığınca **mülteci statüsü** tanınacak ve Türkiye'de ikamet izniniz bu statüde verilecektir. Mültecilerin üçüncü ülkelere yerleştirilmesi söz konusu değildir.
13) Hakkınızda verilen karar size anladığınız kabul edilen bir dilde yazılı ve sözlü olarak tebliğ edilecektir.
14) Başvurunuz ile ilgili olumsuz bir karar verilmesi halinde, bu karara karşı itiraz edebilirsiniz ve itirazınızı destekleyen ek bilgi ve belgeler sunabilirsiniz. Hakkınızda verilen olumsuz kararda, itiraz süresine ilişkin size bir süre bildirilecektir. İtirazınız İçişleri Bakanlığınca tekrar değerlendirmeye alınacaktır.
15) Başvurunuz sırasında ve hakkınızdaki olumsuz karara itiraz için ücretini kendiniz karşılamak kaydıyla da hukuki yardım sağlayabilecek bir avukat veya Hukuki Danışmandan faydalanabilirsiniz.
16) Başvurunuz nihai olarak ret edilmesi halinde, durumunuz, yabancılar ile ilgili genel hükümler çerçevesinde değerlendirilecek ve menşe ülkenize dönmeniz halinde ciddi zarara uğrama ihtimaliniz tespit edilirse ikincil koruma kapsamında ikametinize izin verilecektir.

17) Ayrıca; insani nedenlerle ikamet izni talebiniz olması halinde değerlendirilecektir.
18) Bütün hukuki yollar kullanıldıktan sonra yine itirazınız olumsuz sonuçlanması halinde, sizden belirli bir süre içerisinde Türkiye'yi terk etmeniz istenecektir. Kendi imkanınız ile bulursanız, o ülkeye çıkışınıza izin verilebilmektedir.
19) Hakkınızdaki nihai ret kararına karşı idari yargı yoluna başvurabilirsiniz. Bu süre zarfında ülkemizde kalmanıza izin verilecektir.
20) (57 Sayılı Uygulama Talimatının 13. Maddesi çerçevesinde başvurularına uygulanacak) Örnek: Sınır dışı edilmek üzere işlemlerini devam ederken, sığınma talebinde bulunduğunuzdan dolayı geri gönderme merkezinde tutuluyorsanız İltica/Sığınma başvurunuza ilişkin prosedür sonuçlanıncaya kadar hakkınızda herhangi bir sınır dışı işlemi uygulanmayacaktır. İlgili yasal mevzuat kapsamında talebiniz İçişleri Bakanlığınca değerlendireceğinden, merkezimizde **on (10) gün** kalmanız gerekebilir veya işlemleriniz daha kısa süre içerisinde de sonuçlandırılabilir. Ancak hakkınızdaki işlemlerin tamamlanmaması halinde, bu süre uzatılabilecek ve uzatılması halinde de tarafınıza bilgi verilecektir. Merkez Müdürlüğüne bizzat veya kanuni temsilciniz vasıtasıyla yazılı olarak itiraz hakkına sahipsiniz. Ancak, bu itirazınız, hakkınızdaki merkezde alıkonulma uygulamasını ortadan kaldırmaz. İdarenin hakkınızda verdiği Merkezde alıkonulma kararına karşı yukarıda belirtilen usulle idari yargı yoluna başvurabilirsiniz, Merkezde kaldığınız süre içerisinde, barınma, iaşe ve ibate masraflarınız Türkiye Cumhuriyeti Devleti tarafından karşılanacaktır.

**Başvuru Sahibinin Yükümlülükleri:**

1. Başvurunuzla ilgili unsurlar, yetkili kılınan görevlilerin sizinle yapacakları ön görüşme ve mülakat sırasında işbirliği halinde bireysel esasa göre değerlendirilerek belirlenecektir. Bu nedenle, başvurunuzu kanıtlayacak unsurları ( Beyanlarınız, elinizde bulunan belgeler, yaşınız, akraba ve yakınlarınızınki de dahil ülkenize giriş geçmişiniz, gerçek kimliğiniz, uyruğunuz (yada uyrukluklarınız), eskiden ikamet ettiğiniz ülke veya ülkeler yada yerler önceki iltica başvurularınız, seyahat güzergahlarınız, kimlik ve seyahat belgeleriniz ile içeren uluslararası koruma başvurusunda bulunma nedeninize ilgili tüm bilgi ve belgeleri görevlilere sunmalı, gerçek bilgi vermeli ve bu konularda görevlilerle işbirliği yapmalısınız.
2. Sahte belge kullanmak dahil, başvurunuza ilişkin unsurları saklamanız, imha etmeniz yada bu konularda yetkili makamlara gerçek dışı beyanlarda bulunmanız sonucunda size uluslararası koruma tanındığı (Sığınmacı/Mülteci yad İkincil Koruma) anlaşılması halinde, Türkiye'deki sahip olduğunuz statü iptal edilecek veya sona erdirilecek yada ikametiniz uzatılmayacaktır.
3. İkamet ettiğiniz İlin Yabancılar Şube Birimine, size bildirilen günlerde imza bildirimi yapmak zorundasınız.
4. İkamet ettiğiniz ildeki adres değişikliğini bildirmek ve süresi biten ikamet izninizi uzatmak için Yabancılar Şube Birimine derhal başvurunuz.
5. İkamet İlinizi izinsiz terk etmeniz yada imza bildiriminde bulunmamanız halinde. hakkınızda 5683 sayılı Yabancıların Türkiye'de İkamet ve Seyahatleri Hakkında Kanunun 17 ve 25'inci maddeleri uyarınca adli işlem yapılacaktır.
6. Türkiye'nin kanunlarını ihlal etmeniz ve özellikle ciddi bir suçtan kesin hüküm giymeniz ve Türkiye'nin kamu güvenliği için tehlike oluşturmanız halinde, başvurunuz hakkında henüz karar verilmemiş bile olsa başvurunuz reddedilebilecektir.
7. Türk yetkili makamlarına sığınma başvurusu yapmayanların ya da başvuru ve başvuru ve yaptırmış olup ta ikamet ettiği ilde ikamet tezkeresi alınayanların üçüncü ülkeye yerleştirilmeleri için Türkiye'den çıkışlarına izin verilmeyecekbilecektir.

**Başvuru Sahibinin Hakları:**

1. Kimliğinize ve ülkenizden ayrılma sebeplerine ilişkin başvuru esnasında vereceğiniz bilgi, ülkeniz yetkililerine veya üçüncü ülkeli şahıs ve kişilere herhangi bir şekilde bilgi verilmeyecek, ifşa edilmeyecek, hakkınızda karar verilmesini sağlayacak açısından BMMYK ile paylaşılabilecektir.
2. Müracaat makamlarınıza, Gıyap tarihinizden itibaren, 15 gün içerisinde bir Kimlik Belge verilecektir.
3. Başvurunuz Uluslararası koruma kapsamında değerlendirme aşamasında iken, size ikamet

EXH D MERSIN 9

# UNHCR

United Nations High Commissioner for Refugees
Haut Commissariat des Nations Unies pour les réfugiés
BMMYK Birleşmiş Milletler Mülteciler Yüksek Komiserliği Sancak Mah. Tiflis Cad. 552. Sokak No:3 06550 Ankara
Tel: (312) 409 7000 Fax (312) 441 2173 Email turan@unhcr.org

## ASYLUM SEEKER CERTIFICATE
## SIĞINMACI BELGESİ

Date of Issue (Veriliş Tarihi): 29/05/2012

Reference Number : 2012 / PLN / 05659

| | |
|---|---|
| Name of Applicant (Başvuru sahibinin Adı): | KHANSAA RASHID SABRI SABRI |
| UNHCR Registration No. (BMMYK Kayıt No.): | 385-12C02753 |
| Date of Birth (Doğum Tarihi): | 26/09/1981 |
| Place of Birth (Doğum Yeri): | Al-Anbar |
| Nationality (Uyruğu): | Iraq |
| Date of Entry (Ülkeye giriş tarihi): | 25/05/2012 |
| Place of Entry (Ülkeye giriş yaptığı yeri): | Sirnak |

This is to certify that the above-named person, national of Iraq is an asylum seeker whose claim for refugee status is being examined by the Office of the United Nations High Commissioner for Refugees. As an asylum seeker, he/she is a person of concern to the Office of the United Nations High Commissioner for Refugees, and should, in particular, be protected from forcible return to a country where he/she claims to face threats to his/her life or freedom, pending a final decision on his/her refugee status.
The applicant has been advised to comply with the requirement under the Turkish asylum procedure to register with the competent authorities. Accordingly and following instructions received from the Department for Foreigners, Borders and Asylum of the General Directorate for Security, Ministry of Interior, the applicant has been referred to MERSIN to fulfill the registration requirement. Any assistance accorded to the above-named individual would be most appreciated.
Questions regarding the information contained in this document may be directed to the Office of the United Nations High Commissioner for Refugees at the address above.

Bu belge ile yukarıda adı geçen Iraq uyruklu kişinin, sığınma başvurusu Birleşmiş Milletler Mülteciler Yüksek Komiserliği Ofisi tarafından incelenmekte olan bir sığınmacı olduğu tasdik olunur. Bir sığınmacı olarak, söz konusu kişi Birleşmiş Milletler Mülteciler Yüksek Komiserliği Ofisinin ilgi alanı altındadır, ve özellikle, sığınma başvurusu hakkında verilecek nihai kararı beklediği süre içerisinde, yaşamına veya özgürlüğüne yönelik bir tehdide karşılaşacağını iddia ettiği ülkesine isteği dışında geri gönderilmeye karşı korunmalıdır.
Bu nedenle ve İçişleri Bakanlığı, Sığınma Yönetmeliğinde öngörülen koşulu yerine getirerek yetkili makamlara kayıt olması tavsiye edilmiştir. Başvuru sahibi kaydının yaptırılması için Emniyet Genel Müdürlüğü, Yabancılar, Hudut ve İltica Dairesi'nden alınan talimat uyarınca, MERSIN iline yönlendirilmiştir. Yukarıda adı verilen kişiye göstereceğiniz her tür kolaylık için teşekkür ederiz.
Bu belgede verilen bilgiler hakkındaki sorularınızı yukarıda adresi verilen Birleşmiş Milletler Mülteciler Yüksek Komiserliği Ofisi'ne yöneltebilirsiniz.

Yours sincerely/Saygılarımla,

Carol Batchelor
Representative/Temsilci

This Document is valid until: 29/05/2013
Bu belge 29/05/2013 tarihine kadar geçerlidir

**Important Note:**
This is not a residence permit. Such document can only be obtained from the Turkish Authorities. Temporary asylum applications are always to be decided by the Turkish Government.
**Açıklama:**
Bu bir oturma izni değildir. Bu gibi belgeler sadece Türk Makamları'nca düzenlenir. Geçici sığınma başvuruları hakkında daima Türk Hükümeti'nce karar verilir.

---

05 Nisan 2019  №09476

---

GÖÇ İDARESİ GENEL MÜDÜRLÜĞÜ
HUDUT KAPILARI GİRİŞ - ÇIKIŞ KAYITLARI (kaynak: EGM)

Rapor Tarihi: 2.4.2018 14:29:46

| NO | ADI | SOYADI | BABA ADI | CİNSİYET | DİĞER AD | DOĞUM TARİHİ | KİMLİK NO | SERİ NO | ÜLKE | VİZE NO | TİP | TARİH | DURUM | KAPI ADI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | OMAR | AMEEN | ABDULLATIF AR AMEEN | E | | 1973 | G1975150 | | Irak | | Giriş | 1.4.2012 00:00 | | SIRNAK-HABUR KARA |
| 2 | OMAR | AMEEN | | E | | 1973 | G1975150 | | Irak | | Giriş | 1.4.2012 00:00 | | SIRNAK-HABUR KARA |
| 3 | OMAR | AMEEN | ABDULLATIF AR AMEEN | E | | 1973 | G1975150 | | Irak | 1 | Çıkış | 4.11.2014 03:43 | | İSTANBUL-ATATÜRK HAVA |

Gösteri Sürüm No: 2019 / 01

EXH D MERSIN 10




T.C.
MERSİN VALİLİĞİ
Mersin İl Göç İdaresi Müdürlüğü

Sayı : 14397277-000-E.8376
Konu : Bilgi Talebi Hk.

02/04/2019

Sn: Av. Çağrı ÖZGÜL

İlgi : a) Av. Çagrı ÖZGÜL' ün 04.03.2019 tarih ve 5084 sayılı dilekçesi.
b) Av. Bahadır ERASLAN'ın 15.03.2019 tarih ve 6170 sayılı dilekçesi. .
c) Av. Bahadır ERASLAN'ın 21.03.2019 tarihli 6392 sayılı dilekçesi. .

Mersin ilinde Uluslararası Koruma sahibi olarak ikamet eden Irak uyruklu Omar Abdulsattar Ameen AMEEN isimli müvekkilinizin Amerika Birleşik Devletleri'ne üçüncü ülkeye yerleştirme işlemleri kapsamında 04/11/2014 tarihinde yerleştirildiği, yabancının suça karıştığı ve Irak devleti tarafından iadesinin talep edildiği, suça konu olay tarihinin 22/06/2014 olduğu belirtilerek yabancının dosyasının bir örneği ilgi(a), (b) ve (c) dilekçeler ile talep etmektesiniz.

Bahse konu Müvekkiliniz Omar Abdulsattar Ameen AMEEN'e ait dosya incelendiğinde; yabancının 01.04.2012 tarihinde Şırnak-Habur Kara hudut kapısından legal olarak ülkemize gelerek 30.04.2012 tarihinde Uluslararası Koruma talebinde bulunduğu tespit edilmiştir. Bu kapsamdaki yabancılara izin almaksızın yurtdışına çıkmamalarına ilişkin tebliğ edilen formda üç kez imza yükümlülüklerini yerine getirmemeleri halinde Uluslararası Koruma başvuru taleplerinin geri çekilmiş sayılacağı bildirilmektedir.

Bu kapsamda adı geçen yabancı, ülkemizde Uluslararası Koruma başvuru sahibi iken ikametinin bulunduğu Mersin ilinde her perşembe günü imza yükümlülüğüne tabi tutulmuştur. Bahse konu yabancının 22.06.2014 tarihinde Irak devletinde suç işlediğinden bahisle hakkında yapılacak olan yargılama için ülkesine iadesinin talep edildiği bu nedenle kişinin 22.06.2014 tarihinde Kurumumuzda bulunan imza kayıtlarının istendiği anlaşılmış ise de Kurumumuzca getirilen imza yükümlülüğünün her perşembe günü olması ve 22.06.2014 tarihinin pazar gününe denk gelmesi sebebiyle adı geçenin 22.06.2014 tarihinde herhangi bir imza kaydına rastlanmamıştır.

Ancak, 6548 sayılı Yabancılar ve Uluslararası Koruma Kanunu'nun Başvurunun Geri Çekilmesi veya Geri Çekilmiş Sayılması başlıklı bölümünün 77. Maddesinin 1 (ç) fıkrasında *"Mazeretsiz olarak bildirim yükümlülüğünü 3 defa üst üste yerine getirmemesi, belirlenen ikamet yerine gitmemesi veya ikamet yerini izinsiz terk etmesi halinde*

*Bu belge elektronik imzalıdır. imzalı suretinin aslını görmek için https://www.e-icisleri.gov.tr/EvrakDogrulama adresine girerek (p13Vv7-IbH0R+-z0/tTd-ocnoHM-7ax8k3ET) kodunu yazınız.

Camişerif Mah. Urny Cad. No:19 33060 Akdeniz - Mersin
Telefon No: (324)237 12 48 Faks No: (324)237 12 47
e-Posta: mersin@goc.gov.tr İnternet Adresi: http://www.goc.gov.tr

Bilgi için: Emine ŞEKER
İl Göç Uzmanı
Telefon No:

EXH E - MERSIN 1

*başvurusu geri çekilmiş kabul edilerek değerlendirme durdurulur"* hükmü uyarınca imza yükümlülüklerini yerine getirmeyen yabancıların Ululslararası Koruma Başvurusunun Geri Çekilmiş Sayılmasına karar verileceği açık olup, adı geçen yabancı ile ilgili böyle bir karar bulunmadığı, dolayısıyla imza yükümlülüklerini usulüne uygun olarak yerine getirdiği, ayrıca kişiye ait giriş-çıkış kayıtlarımızın kontrolünde ülkemize 01.04.2012 tarihinde Şırnak-Habur Kara Hudut Kapısından giriş yaptığı ve 04.11.2014 tarihinde İstanbul Atatürk Hava Hudut Kapısından çıkış yaptığı görülmüş olup bu tarihler arasında legal olarak ülkemizden çıkışına ilişkin herhangi bir kayıt bulunmadığından bu tarihler arasında ülkemizde ikamet ettiğinin açık olduğu tespit edilerek buna ilişkin bilgi ve belgeler ile sistem kayıtları yazımız ekinde gönderilmiştir.

Prof. Dr. Nalan YETİM
İl Göç İdaresi Müdür v.

Ek: İlgili Belgeler(22 Sayfa)

*Bu belge elektronik imzalıdır. imzalı suretinin aslını görmek için *https://www.e-icisleri.gov.tr/EvrakDogrulama* adresine girerek (p13Vv7-IbH0R+-z0/tTd-ocnoHM-7ax8k3ET) kodunu yazınız.

Belgenin Aslı Elektronik İmzalıdır.

Camişerif Mah. Uray Cad. No:19 33060 Akdeniz - Mersin
Telefon No: (324)237 12 48 Faks No: (324)237 12 47
e-Posta: mersin@goc.gov.tr Internet Adresi: http://www.goc.gov.tr

Bilgi için: Emine ŞEKER
İl Göç Uzmanı
Telefon No:

EXH E - MERSIN 2

PROVINCE OF MERSIN
Mersin Province Immigration Administration Directorate

April 02, 2019

Number: 14397277-000 E.8376
Subject: About the Information Request

To Counsel Çagri OZGUL

Reference:   a) The petition of Counsel Cagri OZGUL dated 03.04.2019, numbered 5084
b) The petition of Counsel Bahadir ERASLAN dated 03.15.2019, numbered 6170
c) The petition of Counsel Bahadir ERASLAN dated 03.21.2019, numbered 6392

In the related petitions (a), (b), and (c), you stated that your client Omar Abdulsattar Ameen AMEEN was placed in United States of America in the scope of a third country replacement process on 11/4/2014 and the alien was involved in a criminal activity and that the state of Iraq had an extradition request for him and the date of the criminal event date was 06/22/2014 and you requested a copy of the alien's file with your petitions (a), (b) and, (c).

When the file belonging to your client Omar Abdulsattar Ameen AMEEN is examined, it is determined that he entered our country legally via Sirnak-Habur land entry point on 4/1/2012 and asked for International Protection on 04/30/2012. In the form that is serviced to the aliens who have this status about leaving the country without permission, the aliens are informed that if they do not fulfill their signature obligations for three times, their International Protection application would be considered withdrawn.

While the alien in question was an applicant for an International Protection status, he was subjected to signature obligation every Thursday in Mersin. Although it is understood that there is a request for the alien in question to be extradited to his own country for a trial with the claim that he committed a crime in the State of Iraq on 06/22/2014 and for this reason his signature records for 06/22/2014 in our institution are requested from us, there is no signature record of the said person for 06/22/2014, because 06/22/2014 was on a Sunday that year and it was not a date when there was a signature obligation.

However, according to the Protection of Aliens and International Protection Law numbered 6548, Section Title: Withdrawal of Application or Application Considered Withdrawn, Article 77, subsection 1 (ç), *Negligence to fulfill the notification obligation without an excuse for 3 consecutive times, not going to the determined residence address or vacating the residence without permission,* according to the clause that says, acting in such manner *terminates the evaluation of the application counting it as withdrawn*, it is clear that the aliens who do not fulfill their signature obligations will be considered that they withdrew their International Protection Application. Since there is no such decision concerning the said alien and that he duly fulfilled his

EXH E - MERSIN 3

signatory obligations and that a check of our records reveals that he entered our country on 04/01/2012 at Sirnak-Habur land entry point and exited on 11/04/2014 from Istanbul Ataturk Airport and since there are no records of him exiting our country legally between these dates, it is clear that he was residing in our country between those dates and all information and documents and the system records are attached to this our reply.

Prof.Dr. Nalan YETIM,
Assistant Manager, Province Directorate of Immigration Administration

Attachment: Related Documents (22 pages)

EXH E - MERSIN 4