NOT*: The applicant shall be notified in written and verbal forms in a language that they understand*, a copy will be given to the foreigner, a copy will stay in his file in the Province, and one copy will be sent to the Ministry of Interior.

The Social Cooperation and Solidarity Foundation, Municipality, Red Crescent, Charitable Institutions and Organizations that provide food, clothing, furniture, fuel, education scholarships in the city the asylum applicants live in will be identified and the asylum applicants will be informed of the full addresses of these places and the kinds of aid they provide. The applicants will be assisted in the highest possible way.

STAMP

SAME AS ORIGINAL

SIGNATURE                                                                    OMAR AMEEN SIGNATURE

Mehmet Dumrul

Translator                                                                        [handwritten in Arabic: Omar Abdulsattar Ameen]

[signed on all 3 original pages]

TEBLİĞ TEBELLÜĞ BELGESİ

Dilekçeniz ile illegal yollardan Türkiye'ye giriş yaptığınızı, ülkenizde yaşadığınız sorunlar nedeniyle Türkiye'den geçici sığınma talebinde bulunduğunuzu bildirmektesiniz.

"Sığınma Başvuru Sahibi" statüsünde İlimizde ikamet etmeniz uygun görülerek, Bakanlığımızca herhangi bir talimat bildirilmediği sürece ilimizde serbest ikamete tabi tutulacaksınız. Ayrıca sığınma talebinizle ilgili işlemleriniz tamamlanıncaya kadar ülkemiz kanunlarına uymanız gerekmektedir.

Uygulama talimatında belirtilen Ek-1 (İltica-Sığınma Başvuru Sahiplerine Tebliğ Edilecek Hususlar) İlimize müracaatınız esnasında tarafınıza tebliğ edilmiş, ayrıca anadilinizin Arapça olduğu ve Temel Bilgiler Broşürünün tarafınıza verilerek yükümlülükleriniz ve haklarınız konusunda tam olarak bilgilendirildiğinize, kalacağınız açık adresinizi bildirilerek Perşembe günleri Yumuktepe Polis Merkezi Amirliği bodrum katında faaliyet gösteren Mersin Emniyet Müdürlüğü Yabancılar Şube Müdürlüğünün Geri Gönderme Merkezine saat:17.00' ye kadar imzaya gelmenizin gerektiği, ilimizden izinsiz olarak ayrılmanız ve izin alarak izin sürenizin bitiminde İlimize geri dönmemeniz durumunda hakkınızda yasal işlem yapılacağı, sığınma başvurunuza bakılmaksızın 5683 Sayılı Kanunun ilgili maddeleri çerçevesinde ülkemizden çıkartılabileceğiniz ve başvurunuza ilişkin gıyabınızda karar verileceği ve ikamet tezkeresi almamanız durumunda üçüncü ülkelere yerleştirilmeniz için ülkemizden çıkışınıza izin verilmeyebileceği hususlarının tarafınıza Arapça olarak bildirilerek her şeyi net olarak anladığınıza dair.

İş bu tebliğ ve tebellüğ belgesi şahsın Türkçeyi bilmesi sebebiyle okunarak tanzimle imza altına alınmıştır.
30/04/2012 Saat: 16:20

TEBLİĞ EDEN

Şelika FİDANBOY

İlt.Bür.Mem.

TERCÜMAN

Mehmet DOMRUL

TEBELLÜĞ EDEN

Omar Abdulsattar AMEEN

Sığınma Başvuru Sahibi

# NOTIFICATION and ACKNOWLEDGEMENT DOCUMENT

In your petition you state that you have entered into Turkey by illegal routes and that you are petitioning for temporary refuge status due to problems you lived through in your country.

You have been granted "Refuge Applicant Status" and permitted to reside in our province. As long as we do not receive any notifications otherwise you are permitted to reside in our province freely. Also you must comply with the laws of our country until the procedures related to your petition are completed. Appendix-1 (Provisions to be served to the Asylum Applicants) as specified in the application instructions has been given to you during your application process. Your first language is Arabic as you have stated and Essential Information booklet has been given to you. You have been fully and completely informed about your responsibilities and rights; you will notify your address and every Thursday before 5:00 PM you will go to Yumuktepe Police Center, Mersin Security Directorate; Foreigners Branch, which is located in the basement of this office for sign in. You will not leave from our province without obtaining permission, and upon granted permission you are obligated to return to our province before the expiration of the permit; if not; a legal action will be started  against you, in that case without checking the status of your application and according to Article number 5683 of the related law you can be subjected to deportation, your case can be decided without your presence; as your residential permit would be revoked you will not be permitted to leave our country for third countries to settle; all the above has been explained to you in Arabic. This document states that you have understood all completely.

Hereby this Notification and Acknowledgement Document is read to the applicant as he knows Turkish and signed.

April 4, 2012 Time: 4:20 PM

PROCESSOR

Signature

 Sefika FIDANBOY

INTERPRETER

Signature

Mehmet DOMRUL

APPLICANT

Omar Abdulsattar AMEEN

Asylum Applicant

Signature

Stamp

TRUE COPY OF THE ORIGINAL

Illegible signature and name



EXH E - MERSIN 28

| NO | NAME | LAST NAME | FATHER'S NAME | GENDER | OTHER NAME | DATE OF BIRTH | ID# | SERIAL NUMBER | COUNTRY | VISA NUMBER | TYPE | DATE | STATUS | GATE NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | OMAR | AMEEN | | M | ABDULSATTAR AMEEN | 1973 | | G1975150 | IRAQ | | ENTRY | 4/1/2012 00:36 | | SIRNAK-HABUR LAND |
| 2 | OMAR | AMEEN | | M | ABDULSATTAR AMEEN | 1973 | | G1975150 | IRAQ | | ENTRY | 4/1/2012 00:36 | | SIRNAK-HABUR LAND |
| 3 | OMAR | AMEEN | ABDULSATTA | M | ABDULSATTAR AMEEN | 1973 | | G1975150 | IRAQ | 1 | EXIT | 11/4/2014 03:43 | | ISTANBUL ATATURK AIR |

Gocnet Version Number:   2019/01

EXH E - MERSIN 29

# Translator's Declaration

I, Sybil Cayir, declare under penalty of perjury that I understand the Turkish language and the English language; that I am a member of the American Translators Association (ATA) with membership number 242103, also registered translator/interpreter for Turkish language by the Judicial Council of California with I.D. number #700599, also contract language officer of Turkish for U.S. State Department; and qualified for the Federal Court system to interpret for all U.S. Court systems, also language officer for Turkish language for U.S. Defense Department, and that, to the best of my knowledge and belief, the attached documents in Turkish has the same meanings as the attached translated English language documents with reference to Omar Abdulsattar Amen Ameen.

Sybil Cayir

X _____                    May 13, 2019

Turkish Translator

Judicial Council of California ID#700599

DP

_____

| | |
|---|---|
| **Sent:** | Wednesday, June 25, 2014 1:06 PM |
| **To:** | DP |
| **Cc:** | |
| **Subject:** | Medicals and CO for Iraqi cases between 07-10 Jul 2014 (2. group) |
| **Attachments:** | Medicals and CO for Iraqi cases between 07-10 Jul 2014 (2. group).xls |

**Dear** DP

Could you please see the attached list.

Please let me know if it is fine to be sent to UNHCR and suits CO.

Regards
DP

Out Processing Caseworker, ICMC

ICMC's Resettlement Support Center Turkey and Middle East | Turkey
Kore Sehitleri Cad.
Mithat Ulu Ünlü Sok. No:19
34394 Zincirlikuyu, Istanbul, Turkey

DP

Restoring Dignity, Inspiring Change.

The information contained in this electronic message and any attachments are intended for specific individuals or entities, and may be confidential, proprietary or privileged. If you are not the intended recipient, please notify the sender immediately, delete this message and do not disclose, distribute or copy it to any third party or otherwise use this message. The content of this message does not necessarily reflect the official position of the International Catholic Migration Commission (ICMC) unless specifically stated. Electronic messages are not secure or error free and may contain viruses or may be delayed, and the sender is not liable for any of these occurrences.

EXH. F - ICMC 1

DP

| | |
|---|---|
| **From:** | DP |
| **Sent:** | Thursday, June 26, 2014 8:54 AM |
| **To:** | DP |

**Subject:** Medicals and CO for Iraqi cases between 07-10 Jul 2014
**Attachments:** Medicals and CO for Iraqi cases between 07-10 Jul 2014 (2. group).xls

Dear DP

I'm sending the attached list for Iraqi cases who have Medical screening on **07 Jul 2014** and CO between **08-10 Jul 2014.**

Could you please inform the applicants and request their travel permits accordingly?

Thank you .

Regards
DP

Out Processing Caseworker, ICMC

ICMC's Resettlement Support Center Turkey and Middle East | Turkey
Kore Sehitleri Cad.
Mithat Ulu Ünlü Sok. No:19
34394 Zincirlikuyu, Istanbul, Turkey

DP

Restoring Dignity, Inspiring Change.

The information contained in this electronic message and any attachments are intended for specific individuals or entities, and may be confidential, proprietary or privileged. If you are not the intended recipient, please notify the sender immediately, delete this message and do not disclose, distribute or copy it to any third party or otherwise use this message. The content of this message does not necessarily reflect the official position of the International Catholic Migration Commission (ICMC) unless specifically stated. Electronic messages are not secure or error free and may contain viruses or may be delayed, and the sender is not liable for any of these occurrences.

EXH. F - ICMC 2

**Medicals and CO for Iraqi cases between 07-10 Jul 2014**
**Medicals on 07 Jul 2014 - CO between 08-10 Jul 2014**

| UNHCR | Case# | ApplicantName | | | | | DOB | | Gender | | XRef | XRefType |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3A5-12C02753 | TU-3I6157 | AMEEN, OMAR ABDULSATTAR | PA | 1 | s | Iraq | 12/20/1973 | 41 | M | MERSIN | No Cross Referenced Cases | No Cross Referenced Cases |
| 3A5-12C02753 | TU-3I6157 | SADIE, RIDANSA RASHID | WI | 2 | s | Iraq | 9/26/1991 | 33 | F | MERSIN | No Cross Referenced Cases | No Cross Referenced Cases |
| 3A5-12C02753 | TU-3I6157 | ABDULSATTAR, AI | SO | 3 | s | Iraq | 3/27/2006 | 8 | M | MERSIN | No Cross Referenced Cases | No Cross Referenced Cases |
| 3A5-12C02753 | TU-3I6157 | ABDULSATTAR, ZA | SO | 4 | s | Iraq | 1/16/2008 | 6 | M | MERSIN | No Cross Referenced Cases | No Cross Referenced Cases |
| 3A5-12C02753 | TU-3I6157 | ABDULSATTAR, F/ | DA | 5 | s | Iraq | 5/10/2009 | 5 | F | MERSIN | No Cross Referenced Cases | No Cross Referenced Cases |

EXH. F - ICMC 3

DP

| | |
|---|---|
| **From:** | DP |
| **Sent:** | Friday, June 27, 2014 8:54 AM |
| **To:** | DP |
| **Cc:** | DP |

**Subject:** ICMC Temmuz ayı medikal listeleri
**Attachments:** ICMC Medicals on 07 Jul 2014.xls; ICMC Medicals on 09 Jul 2014.xls; ICMC Medicals on 14 Jul 2014.xls; ICMC Medicals on 16 Jul 2014.xls; ICMC Medicals on 21 Jul 2014.xlsx

DP

Ekte, Temmuz ayında muayene için Medmar'a göndereceğimiz mültecilerimizin listeleri bulunmaktadır,
Mültecilerimizin bilgileri IVMIS'e yüklenmiştir,
Bilginize.

DP

Out Processing Caseworker, ICMC

ICMC's Resettlement Support Center Turkey and Middle East | Turkey
Kore Sehitleri Cad.
Mithat Ulu Ünlü Sok. No:19
34394 Zincirlikuyu, Istanbul, Turkey

DP
DP                                    _news
                    www.icmc.net

Restoring Dignity, Inspiring Change.

The information contained in this electronic message and any attachments are intended for specific individuals or entities, and may be confidential, proprietary or privileged. If you are not the intended recipient, please notify the sender immediately, delete this message and do not disclose, distribute or copy it to any third party or otherwise use this message. The content of this message does not necessarily reflect the official position of the International Catholic Migration Commission (ICMC) unless specifically stated. Electronic messages are not secure or error free and may contain viruses or may be delayed, and the sender is not liable for any of these occurrences.

1

EXH. F - ICMC 4

**MERSIN VIP**

TURİZM, NAKLİYAT ve TİC. LTD. ŞTİ.
Tel : 0(324) 238 10 20 (9 Hat) Merkez Otogar No:2
Akdeniz / MERSİN – Liman V.D. 618 005 3707
Tic. Sic. No : 16891 – Marda No : 0-618005376700014

**MALİYE T.C.**

İL KODU : 33

**İç HATLAR YOLCU BİLETİ**
**DOMETIC LINES PASSENGER TICKET**

**232892**

Seri : A Sıra No.:

| GİDECEĞİ YER (DESTINATION) | TARİH / DATE | SAAT / HOUR | KOLTUK NO. SEAT | KDV DAHİL ÜCRET/FARE | PERON : |
|---|---|---|---|---|---|
| MER-İSTANBUL | 05.07.2014 | 18:00 | 25 | 90.00 TL | |

| YOLCUNUN ADI SOYADI | | T.C. KİMLİK NO | TAKİP NUMARASI |
|---|---|---|---|
| ONAR (BY) | | Beyan Edilmemiş | |

| SERVİS YERİ VE SAATİ | YOLDA BİNECEĞİ YER VE SAATİ | DÜZENLEME TARİHİ |
|---|---|---|
| | | 05.07.14 23:44:45 |

| DÜZENLEYEN | DÜZENLEME YERİ | BİLET SERİ NO | ONAY |
|---|---|---|---|
| GÜRAY | MERSİN OTOGAR | 232892 | |

BASIM YERİ : Mzoğlu Matbaacılık Sürekli Form Ürt. Bas. Paz. San. Tic. Ltd. Şti. Cumhuriyet Mh. 5235 Sokak No: 30/B Tel: 0324 - 238 21 23 MERSİN Liman V.D.: 618 026 0198 Ard. Trafiği ve No : 19.07.2013/28 BASIM YILI : 2

---

**MERSIN VIP**

TURİZM, NAKLİYAT ve TİC. LTD. ŞTİ.
Tel : 0(324) 238 10 20 (9 Hat) Merkez Otogar No:2
Akdeniz / MERSİN – Liman V.D. 618 005 3707
Tic. Sic. No : 16891 – Marda No : 0-618005376700014

**MALİYE T.C.**

İL KODU : 33

**İç HATLAR YOLCU BİLETİ**
**DOMETIC LINES PASSENGER TICKET**

Seri : A Sıra No.: **232895**

| GİDECEĞİ YER (DESTINATION) | TARİH / DATE | SAAT / HOUR | KOLTUK NO. SEAT | KDV DAHİL ÜCRET/FARE | PERON : |
|---|---|---|---|---|---|
| MER-İSTANBUL | 06.07.2014 | 18:00 | 38 | 90.00 TL | 2 |

| YOLCUNUN ADI SOYADI | | T.C. KİMLİK NO | TAKİP NUMARASI |
|---|---|---|---|
| ONAR (BY) | | Beyan Edilmemiş | |

| SERVİS YERİ VE SAATİ | YOLDA BİNECEĞİ YER VE SAATİ | DÜZENLEME TARİHİ |
|---|---|---|
| | | 05.07.14 23:44:45 |

| DÜZENLEYEN | DÜZENLEME YERİ | BİLET SERİ NO | ONAY |
|---|---|---|---|
| GÜRAY | MERSİN OTOGAR | 232800 | |

BASIM YERİ : Mzoğlu Matbaacılık Sürekli Form Ürt. Bas. Paz. San. Tic. Ltd. Şti. Cumhuriyet Mh. 5235 Sokak No: 30/B Tel: 0324 - 238 21 23 MERSİN Liman V.D.: 618 026 0198 Ard. Trafiği ve No : 19.07.2013/28 BASIM YILI : B

EXH. F - ICMC 5

 

**İÇ HATLAR YOLCU BİLETİ**
**DOMETIC LINES PASSENGER TICKET**

MERSİN VİF
TURİZM, NAKLİYAT ve TİC. LTD. ŞTİ.
Tel : 0(324) 238 10 20 (9 Hat) Merkez Otogar No:2
Akdeniz / MERSİN - Liman V.D. 618 035 3767
Tic. Sic. No : 18601 - Mersin No : 0-618005376700014

İL KODU : 33

Seri : A Sıra No.: 232891

YETKİLİ ACENTE:   MRS_NO:0-618005376700014 Tıc_Scl.

| GİDECEĞİ YER (DESTINATION) | TARİH / DATE | SAAT / HOUR | KOLTUK NO. SEAT | KDV DAHİL ÜCRET/FARE | PERON : |
|---|---|---|---|---|---|
| MER~~ İSTANBUL | 05.07.2014 | 19:00 | 23 | 90,00  TL | 2 |

| YOLCUNUN ADI SOYADI | T.C. KİMLİK NO | TAKİP NUMARASI |
|---|---|---|
| OMER  (BV) | Beyan Edilmemişt | |

| SERVİS YERİ VE SAATİ | YOLDA BİNECEĞİ YER VE SAATİ | DÜZENLEME TARİHİ |
|---|---|---|
| | | 05.07.14 22:44:45 |

| DÜZENLEYEN | DÜZENLEME YERİ | BİLET SERİ NO | ONAY |
|---|---|---|---|
| GÜRAY | MERSİN OTOGAR | 232896 | |

BASIM YERİ : MEDYANFORM Matbaacılık Sürekli Form Ürt. Baz. Paz. San. Tic. Ltd. Şti. Camgöz Mh. 5205 Sokak No: 50/B Tel.: 0324 - 239 21 23 MERSİN Liman V.D.: 618 028 0158 Ard. Tadil ve No : 19.07.2013/38 BASIM YILI : 2

---

**İÇ HATLAR YOLCU BİLETİ**
**DOMETIC LINES PASSENGER TICKET**

MERSİN VİF
TURİZM, NAKLİYAT ve TİC. LTD. ŞTİ.
Tel : 0(324) 238 10 20 (9 Hat) Merkez Otogar No:2
Akdeniz / MERSİN - Liman V.D. 618 035 3767
Tic. Sic. No : 18601 - Mersin No : 0-618005376700014

İL KODU : 33

Seri : A Sıra No.: 232894

YETKİLİ ACENTE:   MRS_NO:0-618005376700014 Tıc_Scl.

| GİDECEĞİ YER (DESTINATION) | TARİH / DATE | SAAT / HOUR | KOLTUK NO. SEAT | KDV DAHİL ÜCRET/FARE | PERON : |
|---|---|---|---|---|---|
| MER~~ İSTANBUL | 05.07.2014 | 18:00 | 37 | 90.00  TL | 2 |

| YOLCUNUN ADI SOYADI | T.C. KİMLİK NO | TAKİP NUMARASI |
|---|---|---|
| OMER  (BV) | Beyan Edilmemişt | |

| SERVİS YERİ VE SAATİ | YOLDA BİNECEĞİ YER VE SAATİ | DÜZENLEME TARİHİ |
|---|---|---|
| | | 05.07.14 22:44:45 |

| DÜZENLEYEN | DÜZENLEME YERİ | BİLET SERİ NO | ONAY |
|---|---|---|---|
| GÜRAY | MERSİN OTOGAR | 232899 | |

BASIM YERİ : MEDYANFORM Matbaacılık Sürekli Form Ürt. Baz. Paz. San. Tic. Ltd. Şti. Camgöz Mh. 5205 Sokak No: 50/B Tel.: 0324 - 239 21 23 MERSİN Liman V.D.: 618 028 0158 Ard. Tadil ve No : 19.07.2013/38 BASIM YILI : 2



**MERSİN VIF**

TURİZM, NAKLİYAT ve TİC. LTD. ŞTİ.
Tel : 0(324) 236 10 20 (4 Hat) Merkez Otogar No:2
Akdeniz / MERSİN – Limen VD. 618 005 3767
Tic. Sic. No : 19691 - Mersin No : 0-6160053767002614

MALİYE T.C. BAKANLIĞI

İL KODU : 33

**İÇ HATLAR YOLCU BİLETİ**
**DOMETIC LINES PASSENGER TICKET**

Seri : A Sıra No.: **232893**

| GİDECEĞİ YER (DESTINATION) | TARİH / DATE | SAAT / HOUR | KOLTUK NO. SEAT | KDV DAHİL ÜCRET/FARE | PERON : |
|---|---|---|---|---|---|
| | 05.07.2011 | | 35 | 90,00 TL | 2 |

| YOLCUNUN ADI SOYADI | T.C. KİMLİK NO | TAKİP NUMARASI |
|---|---|---|
| | | Payar Settlement |

| SERVİS YERİ VE SAATİ | YOLDA BİNECEĞİ YER VE SAATİ | DÜZENLEME TARİHİ |
|---|---|---|
| | | 05.07.14 23:44:45 |

| DÜZENLEYEN | DÜZENLEME YERİ | BİLET SERİ NO | ONAY |
|---|---|---|---|
| SARAY | MERSİN OTOGAR | 232893 | |

BASIM YERİ : MERSİN VIF Matbaacılık Sürekli Form Üret. Dan. Paz. San. Tic. Ltd. Şti. Camişerif Mh. 5236 Sokak No: 30/B Tel : 0324 - 213 21 23 MERSİN Limen VD: 618 028 0153 Ard. Turizi ve No : 19.07.2013/36 BASIM YILI : 2014

EXH. F - ICMC 7

DP

**Bristol Otel 07-08-09 July 2014 (3 nights)**

Prepared by DP
Report Run on

1 of 2



| | | | | FA | 41 | M | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | TU-395357 | AMEEN; OMAR ABDULSATTAR | | WI | 38 | F | | | | 369 |
| 29 | TU-395357 | SABRI; KHANSAA RASHID | | SO | 10 | M | 2 | 2 | 3 | 3410 |
| 30 | TU-395357 | ABDULSATTAR, A | | SO | 6 | M | | | | |
| 31 | TU-395357 | ABDULSATTAR, Z | | DA | 5 | F | | | | |
| 32 | TU-395357 | ABDULSATTAR, F | | | | | | | | |

DP

$$1.036 \text{M} \times 3. \text{ GELE} = 3.108 \text{M} \times \text{M}. 2.130 \text{ } 7 = 6.620.00 \text{ } 7$$

$$124 \text{M} \times 1. \text{ GELE} = 124 \text{M} \times 2.130 \text{ } 7 = 264.00 \text{ } 7$$

$$+$$

$$\text{NORMA} = 6.884.00 \text{ } 7$$

Prepared by DP
Rapod Rubion                                      2 of 2

(             (

**Bristol Bilet**

DP

| | Area Name | | | Verity | Age | Health Status | WEIGHT | EYE COLOR | Skin Type |
|---|---|---|---|---|---|---|---|---|---|

Prepared by
Report Run on

EXH. F - ICMC 10

| 28 | TU-395157 | AMEEN, OMAR ABDULSATTAR | PA | MERSIN | | | | |
|----|-----------|--------------------------|----|--------|-----|------------------|------|---|
| 29 | TU-395157 | SABRI, KHANSAA RASHID | WI | MERSIN | | | | |
| 30 | TU-395157 | ABDULSATTAR, AI | SO | MERSIN | 100 | 90*5=450*2=900 | 1000 | |
| 31 | TU-395157 | ABDULSATTAR, Z/ | SO | MERSIN | | | | |
| 32 | TU-395157 | ABDULSATTAR, F/ | DA | MERSIN | | | | |

DP

Prepared by
Report Run on

2 of 2

EXH. F - ICMC 11



| Cntry | CaseNumber | UNHCR_RegDate | CreationDate | Prescr_Date | USCIS_Date | MedDate | CODate | AssurDate | TravelReq_Date | ArrivalDate |
|---|---|---|---|---|---|---|---|---|---|---|
| KU | | 1/4/2009 | 12/21/2013 | 1/11/2014 | 1/22/2014 | 5/18/2014 | 6/20/2014 | 9/26/2014 | 9/17/2014 | 11/3/2014 |
| KU | | 1/4/2009 | 12/21/2013 | 1/11/2014 | 1/22/2014 | 5/18/2014 | 6/20/2014 | 9/26/2014 | 9/17/2014 | 11/3/2014 |
| LE | | 2/4/2011 | 6/28/2012 | 4/28/2014 | 6/4/2014 | 6/30/2014 | 8/12/2014 | 8/4/2014 | 10/21/2014 | 11/17/2014 |
| LE | | 3/21/2000 | 4/7/2011 | 9/14/2011 | 5/30/2012 | 7/11/2014 | 8/5/2014 | 7/18/2014 | 10/20/2014 | 11/17/2014 |
| LE | | 8/26/1998 | 5/13/2011 | 11/4/2011 | 6/13/2014 | 7/7/2014 | 8/20/2014 | 8/7/2014 | 10/1/2014 | 11/4/2014 |
| LE | | 2/11/2008 | 1/23/2012 | 7/12/2012 | 8/1/2012 | 8/7/2014 | 9/16/2014 | 9/16/2014 | 11/10/2014 | 11/24/2014 |
| LE | | 11/16/2011 | 9/6/2012 | 11/6/2012 | 11/6/2013 | 7/11/2014 | 8/20/2014 | 9/3/2014 | 10/20/2014 | 11/17/2014 |
| LE | | 12/18/2012 | 7/8/2013 | 9/19/2013 | 1/31/2014 | 9/26/2014 | 5/27/2014 | 3/21/2014 | 10/16/2014 | 11/6/2014 |
| LE | | 1/19/2012 | 8/2/2013 | 9/18/2013 | 11/5/2013 | 8/11/2014 | 9/16/2014 | 9/15/2014 | 10/10/2014 | 11/4/2014 |
| LE | | 1/19/2012 | 8/15/2013 | 9/18/2013 | 11/5/2013 | 8/11/2014 | 9/16/2014 | 9/15/2014 | 10/10/2014 | 11/4/2014 |
| LE | | 5/21/2013 | 9/27/2013 | 10/7/2013 | 4/22/2014 | 6/5/2014 | 7/22/2014 | 8/12/2014 | 11/19/2014 | 11/19/2014 |
| LE | | 11/29/2010 | 1/16/2014 | 1/23/2014 | 3/26/2014 | 5/15/2014 | 7/16/2014 | 6/18/2014 | 10/10/2014 | 11/6/2014 |
| LE | | 11/14/2013 | 2/5/2014 | 2/10/2014 | 6/11/2014 | 7/16/2014 | 8/20/2014 | 9/2/2014 | 10/10/2014 | 11/6/2014 |
| LE | | 11/14/2013 | 2/6/2014 | 2/10/2014 | 6/11/2014 | 7/16/2014 | 8/20/2014 | 9/2/2014 | 10/10/2014 | 11/6/2014 |
| LE | | 12/16/2004 | 3/11/2014 | 3/19/2014 | 6/6/2014 | 7/1/2014 | 7/22/2014 | 7/25/2014 | 10/1/2014 | 11/6/2014 |
| LE | | 9/11/2012 | 3/11/2014 | 3/19/2014 | 6/13/2014 | 7/7/2014 | 9/23/2014 | 9/19/2014 | 10/10/2014 | 11/4/2014 |
| LE | | 6/13/2012 | 3/13/2014 | 3/26/2014 | 6/6/2014 | 7/1/2014 | 7/22/2014 | 8/12/2014 | 10/21/2014 | 11/20/2014 |
| LE | | 12/18/2012 | 3/13/2014 | 4/8/2014 | 6/10/2014 | 7/3/2014 | 8/20/2014 | 8/12/2014 | 10/1/2014 | 11/4/2014 |
| LE | | 12/18/2012 | 3/20/2014 | 4/8/2014 | 6/10/2014 | 7/3/2014 | 8/20/2014 | 8/12/2014 | 10/1/2014 | 11/4/2014 |
| LE | | 12/18/2012 | 3/20/2014 | 4/8/2014 | 6/10/2014 | 7/3/2014 | 8/20/2014 | 8/12/2014 | 10/1/2014 | 11/4/2014 |
| LE | | 12/18/2012 | 3/20/2014 | 4/8/2014 | 6/10/2014 | 7/3/2014 | 8/20/2014 | 8/12/2014 | 10/1/2014 | 11/6/2014 |
| LE | | 7/12/2012 | 4/4/2014 | 4/17/2014 | 6/5/2014 | 7/1/2014 | 8/5/2014 | 7/29/2014 | 10/1/2014 | 11/6/2014 |
| LE | | 6/20/2013 | 4/24/2014 | 4/29/2014 | 6/12/2014 | 7/4/2014 | 8/12/2014 | 7/28/2014 | 11/10/2014 | 11/24/2014 |
| LE | | 9/5/2012 | 5/22/2014 | 6/30/2014 | 9/9/2014 | 9/30/2014 | 10/21/2014 | 10/24/2014 | 10/30/2014 | 11/20/2014 |
| LE | | 2/12/2013 | 6/4/2014 | 6/27/2014 | 9/11/2014 | 10/2/2014 | 11/5/2014 | 10/23/2014 | 10/30/2014 | 11/20/2014 |
| LE | | 10/15/2012 | 6/13/2014 | 7/3/2014 | 9/5/2014 | 9/30/2014 | 11/11/2014 | 11/3/2014 | 11/4/2014 | 11/24/2014 |
| LE | | 2/14/2014 | 6/26/2014 | 7/10/2014 | 9/9/2014 | 10/1/2014 | 10/21/2014 | 10/28/2014 | 10/31/2014 | 11/20/2014 |
| LE | | 2/4/2013 | 6/26/2014 | 7/17/2014 | 9/17/2014 | 10/3/2014 | 11/11/2014 | 11/4/2014 | 11/5/2014 | 11/24/2014 |
| LE | | 6/27/2014 | 7/18/2014 | 7/22/2014 | 9/11/2014 | 10/3/2014 | 11/5/2014 | 10/31/2014 | 11/3/2014 | 11/24/2014 |
| TU | | 4/8/2008 | 1/11/2009 | 1/28/2009 | 1/30/2012 | 8/6/2014 | 8/5/2014 | 9/2/2014 | 9/30/2014 | 11/13/2014 |
| TU | | 2/7/2007 | 10/26/2009 | 9/3/2009 | 11/14/2010 | 8/6/2014 | 8/5/2014 | 9/18/2014 | 10/9/2014 | 11/13/2014 |
| TU | | 3/16/2008 | 2/9/2010 | 2/18/2010 | 5/29/2014 | 8/27/2014 | 8/25/2014 | 9/18/2014 | 10/17/2014 | 11/18/2014 |
| TU | | 5/8/2008 | 5/20/2010 | 4/27/2010 | 2/3/2011 | 7/23/2014 | 7/22/2014 | 9/11/2014 | 9/30/2014 | 11/6/2014 |
| TU | | 5/19/2008 | 3/24/2014 | 4/11/2014 | 8/11/2014 | 9/1/2014 | 9/2/2014 | 9/26/2014 | 10/17/2014 | 11/18/2014 |
| TU | | 7/9/2010 | 7/28/2010 | 9/7/2010 | 1/28/2011 | 8/20/2014 | 8/19/2014 | 9/11/2014 | 10/8/2014 | 11/19/2014 |

| ID | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TU | 2/25/2013 | 10/25/2013 | 2/11/2014 | 5/29/2014 | 6/25/2014 | 6/23/2014 | 8/12/2014 | 9/17/2014 | 11/3/2014 |
| TU | 9/4/2013 | 10/28/2013 | 1/31/2014 | 5/12/2014 | 7/16/2014 | 7/14/2014 | 8/22/2014 | 9/18/2014 | 11/3/2014 |
| TU | 9/12/2013 | 10/28/2013 | 2/7/2014 | 5/9/2014 | 7/16/2014 | 7/14/2014 | 8/13/2014 | 9/30/2014 | 11/4/2014 |
| TU | 6/19/2012 | 10/30/2013 | 2/14/2014 | 5/16/2014 | 7/9/2014 | 7/7/2014 | 9/2/2014 | 9/30/2014 | 11/3/2014 |
| TU | 6/19/2012 | 10/30/2013 | 2/14/2014 | 5/16/2014 | 7/9/2014 | 7/7/2014 | 9/2/2014 | 9/30/2014 | 11/3/2014 |
| TU | 8/27/2013 | 11/1/2013 | 1/24/2014 | 5/22/2014 | 6/25/2014 | 6/23/2014 | 7/22/2014 | 10/17/2014 | 11/6/2014 |
| TU | 9/3/2013 | 11/1/2013 | 1/20/2014 | 5/22/2014 | 6/25/2014 | 6/23/2014 | 8/12/2014 | 9/17/2014 | 11/17/2014 |
| TU | 9/12/2013 | 11/1/2013 | 1/21/2014 | 5/23/2014 | 6/25/2014 | 6/23/2014 | 8/20/2014 | 9/18/2014 | 11/5/2014 |
| TU | 10/8/2013 | 11/1/2013 | 1/14/2014 | 5/23/2014 | 7/16/2014 | 7/14/2014 | 8/26/2014 | 9/17/2014 | 11/5/2014 |
| TU | 10/18/2012 | 11/6/2013 | 3/6/2014 | 5/21/2014 | 7/14/2014 | 7/15/2014 | 9/5/2014 | 9/30/2014 | 11/17/2014 |
| TU | 9/23/2013 | 11/6/2013 | 2/12/2014 | 5/22/2014 | 6/18/2014 | 6/16/2014 | 8/6/2014 | 9/3/2014 | 11/3/2014 |
| TU | 3/20/2013 | 11/6/2013 | 2/18/2014 | 5/22/2014 | 8/6/2014 | 8/5/2014 | 9/3/2014 | 9/30/2014 | 11/17/2014 |
| TU | 9/9/2013 | 11/6/2013 | 12/13/2013 | 5/21/2014 | 9/15/2014 | 4/1/2014 | 5/12/2014 | 9/23/2014 | 11/4/2014 |
| TU | 9/2/2013 | 11/6/2013 | 2/12/2014 | 5/29/2014 | 8/6/2014 | 8/5/2014 | 8/25/2014 | 9/17/2014 | 11/6/2014 |
| TU | 11/22/2001 | 11/8/2013 | 3/7/2014 | 5/6/2014 | 7/16/2014 | 7/14/2014 | 8/12/2014 | 9/18/2014 | 11/17/2014 |
| TU | 12/27/2011 | 11/8/2013 | 2/24/2014 | 5/2/2014 | 8/25/2014 | 8/26/2014 | 9/24/2014 | 11/6/2014 | 11/20/2014 |
| TU | 12/14/2002 | 11/8/2013 | 2/26/2014 | 5/15/2014 | 6/11/2014 | 6/9/2014 | 8/6/2014 | 9/3/2014 | 11/3/2014 |
| TU | 1/9/2013 | 11/8/2013 | 3/13/2014 | 5/20/2014 | 6/11/2014 | 6/9/2014 | 7/31/2014 | 8/29/2014 | 11/3/2014 |
| TU | 5/7/2013 | 11/8/2013 | 2/18/2014 | 5/20/2014 | 7/16/2014 | 7/14/2014 | 8/21/2014 | 9/18/2014 | 11/4/2014 |
| TU | 12/27/2011 | 11/13/2013 | 2/19/2014 | 5/20/2014 | 6/9/2014 | 6/10/2014 | 7/22/2014 | 11/6/2014 | 11/20/2014 |
| TU-395157 | 5/29/2012 | 11/13/2013 | 2/27/2014 | 5/22/2014 | 7/7/2014 | 7/8/2014 | 8/4/2014 | 9/3/2014 | 11/4/2014 |
| TU | 9/20/2013 | 11/13/2013 | 2/21/2014 | 5/14/2014 | 7/14/2014 | 7/15/2014 | 8/14/2014 | 9/18/2014 | 11/4/2014 |
| TU | 9/20/2013 | 11/13/2013 | 2/21/2014 | 5/14/2014 | 7/14/2014 | 7/15/2014 | 8/14/2014 | 9/18/2014 | 11/4/2014 |
| TU | 11/15/2012 | 11/13/2013 | 3/7/2014 | 5/22/2014 | 7/23/2014 | 7/22/2014 | 9/3/2014 | 9/30/2014 | 11/17/2014 |
| TU | 10/22/2013 | 11/13/2013 | 3/7/2014 | 5/23/2014 | 8/11/2014 | 8/12/2014 | 9/16/2014 | 10/9/2014 | 11/18/2014 |
| TU | 10/5/2012 | 11/15/2013 | 1/17/2014 | 5/2/2014 | 7/16/2014 | 7/14/2014 | 11/21/2014 | 9/18/2014 | 11/4/2014 |
| TU | 4/3/2013 | 11/15/2013 | 3/17/2014 | 5/14/2014 | 8/25/2014 | 8/26/2014 | 9/23/2014 | 10/17/2014 | 11/18/2014 |
| TU | 1/21/2013 | 11/15/2013 | 3/31/2014 | 6/3/2014 | 8/13/2014 | 8/11/2014 | 9/2/2014 | 9/30/2014 | 11/19/2014 |
| TU | 6/28/2013 | 11/15/2013 | 2/27/2014 | 5/27/2014 | 7/17/2014 | 7/18/2014 | 8/29/2014 | 10/2/2014 | 11/5/2014 |
| TU | 7/24/2013 | 11/20/2013 | 2/27/2014 | 5/23/2014 | 6/30/2014 | 6/30/2014 | 7/18/2014 | 8/29/2014 | 11/6/2014 |
| TU | 7/24/2013 | 11/20/2013 | 2/27/2014 | 5/23/2014 | 6/30/2014 | 6/30/2014 | 7/18/2014 | 8/29/2014 | 11/6/2014 |
| TU | 7/29/2013 | 11/20/2013 | 3/3/2014 | 5/21/2014 | 8/6/2014 | 8/5/2014 | 9/10/2014 | 9/30/2014 | 11/17/2014 |
| TU | 5/31/2013 | 11/20/2013 | 3/4/2014 | 5/22/2014 | 8/6/2014 | 8/5/2014 | 8/25/2014 | 9/17/2014 | 11/4/2014 |
| TU | 9/18/2013 | 11/20/2013 | 1/17/2014 | 5/22/2014 | 8/20/2014 | 8/18/2014 | 9/15/2014 | 10/9/2014 | 11/17/2014 |
| TU | 7/24/2013 | 11/20/2013 | 2/27/2014 | 5/23/2014 | 6/30/2014 | 6/30/2014 | 7/18/2014 | 8/29/2014 | 11/6/2014 |
| TU | 9/5/2011 | 11/22/2013 | 3/17/2014 | 5/13/2014 | 8/13/2014 | 8/11/2014 | 11/7/2014 | 9/30/2014 | 11/20/2014 |
| TU | 9/5/2011 | 11/22/2013 | 3/17/2014 | 5/13/2014 | 8/13/2014 | 8/11/2014 | 11/7/2014 | 9/30/2014 | 11/20/2014 |

EXH. F - ICMC 14



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TU | | Iraq | 11/6/2013 | 2/12/2014 | 5/21/2014 | 8/5/2014 | 11/6/2014 | 365 |
| TU | | Iran | 11/8/2013 | 3/7/2014 | 5/29/2014 | 7/14/2014 | 11/17/2014 | 374 |
| TU | | Iran | 11/8/2013 | 2/24/2014 | 5/6/2014 | 8/26/2014 | 11/20/2014 | 377 |
| TU | | Iran | 11/8/2013 | 2/26/2014 | 5/2/2014 | 6/9/2014 | 11/3/2014 | 360 |
| TU | | Iran | 11/8/2013 | 3/13/2014 | 5/15/2014 | 6/9/2014 | 11/3/2014 | 360 |
| TU | | Iran | 11/8/2013 | 2/18/2014 | 5/20/2014 | 7/14/2014 | 11/4/2014 | 361 |
| TU | | Iraq | 11/13/2013 | 2/19/2014 | 5/20/2014 | 6/10/2014 | 11/20/2014 | 372 |
| TU | | Iraq | 11/13/2013 | 2/27/2014 | 5/22/2014 | 7/8/2014 | 11/4/2014 | 356 |
| TU | TU-395157 | Iraq | 11/13/2013 | 2/21/2014 | 5/14/2014 | 7/15/2014 | 11/4/2014 | 356 |
| TU | | Iraq | 11/13/2013 | 2/21/2014 | 5/14/2014 | 7/15/2014 | 11/4/2014 | 356 |
| TU | | Iraq | 11/13/2013 | 3/7/2014 | 5/22/2014 | 7/22/2014 | 11/17/2014 | 369 |
| TU | | Iran | 11/13/2013 | 3/7/2014 | 5/23/2014 | 8/12/2014 | 11/18/2014 | 370 |
| TU | | Iran | 11/15/2013 | 1/17/2014 | 5/2/2014 | 7/14/2014 | 11/14/2014 | 354 |
| TU | | Iran | 11/15/2013 | 3/17/2014 | 5/14/2014 | 8/26/2014 | 11/18/2014 | 368 |
| TU | | Iran | 11/15/2013 | 3/31/2014 | 6/3/2014 | 8/11/2014 | 11/19/2014 | 369 |
| TU | | Somalia | 11/15/2013 | 2/27/2014 | 5/27/2014 | 7/18/2014 | 11/5/2014 | 355 |
| TU | | Iraq | 11/20/2013 | 2/27/2014 | 5/23/2014 | 6/30/2014 | 11/6/2014 | 351 |
| TU | | Iraq | 11/20/2013 | 2/27/2014 | 5/23/2014 | 6/30/2014 | 11/6/2014 | 351 |
| TU | | Iraq | 11/20/2013 | 3/3/2014 | 5/21/2014 | 8/5/2014 | 11/17/2014 | 362 |
| TU | | Iraq | 11/20/2013 | 3/4/2014 | 5/22/2014 | 8/5/2014 | 11/4/2014 | 349 |
| TU | | Iraq | 11/20/2013 | 1/17/2014 | 5/22/2014 | 8/18/2014 | 11/17/2014 | 362 |
| TU | | Iraq | 11/22/2013 | 2/27/2014 | 5/23/2014 | 6/30/2014 | 11/6/2014 | 351 |
| TU | | Iran | 11/22/2013 | 3/17/2014 | 5/13/2014 | 8/11/2014 | 11/20/2014 | 363 |
| TU | | Iran | 11/22/2013 | 3/27/2014 | 6/2/2014 | 8/11/2014 | 11/4/2014 | 347 |
| TU | | Iran | 11/22/2013 | 4/4/2014 | 6/3/2014 | 8/11/2014 | 11/18/2014 | 363 |
| TU | | Iran | 11/22/2013 | 4/4/2014 | 6/3/2014 | 8/11/2014 | 11/18/2014 | 361 |
| TU | | Iran | 11/22/2013 | 3/24/2014 | 5/16/2014 | 8/11/2014 | 11/19/2014 | 362 |
| TU | | Iran | 11/27/2013 | 2/26/2014 | 5/6/2014 | 6/23/2014 | 11/6/2014 | 344 |
| TU | | Afghanistan | 12/2/2013 | 1/28/2014 | 5/16/2014 | 8/11/2014 | 11/4/2014 | 337 |
| TU | | Iran | 12/2/2013 | 3/10/2014 | 5/21/2014 | 6/16/2014 | 11/4/2014 | 337 |
| TU | | Iran | 12/2/2013 | 3/20/2014 | 5/16/2014 | 8/11/2014 | 11/24/2014 | 357 |
| TU | | Iran | 12/2/2013 | 3/20/2014 | 5/16/2014 | 8/11/2014 | 11/24/2014 | 357 |
| TU | | Iran | 12/2/2013 | 3/20/2014 | 5/16/2014 | 8/11/2014 | 11/24/2014 | 357 |
| TU | | Iraq | 12/2/2013 | 3/13/2014 | 5/21/2014 | 7/14/2014 | 11/4/2014 | 337 |
| TU | | Afghanistan | 12/13/2013 | 5/7/2014 | 8/14/2014 | 9/1/2014 | 11/18/2014 | 340 |
| TU | | Afghanistan | 12/13/2013 | 5/27/2014 | 8/15/2014 | 9/1/2014 | 11/19/2014 | 341 |
| TU | | Somalia | 1/7/2014 | 1/31/2014 | 5/27/2014 | 7/18/2014 | 11/17/2014 | 314 |
| TU | | Iran | 1/7/2014 | 2/17/2014 | 5/22/2014 | 8/11/2014 | 11/19/2014 | 316 |
| TU | | Iran | 1/8/2014 | 3/5/2014 | 5/14/2014 | 6/23/2014 | 11/3/2014 | 299 |
| TU | | Iran | 1/8/2014 | 4/4/2014 | 6/5/2014 | 6/23/2014 | 11/3/2014 | 299 |
| TU | | Iran | 1/8/2014 | 4/8/2014 | 8/12/2014 | 9/1/2014 | 11/20/2014 | 316 |
| TU | | Iran | 1/9/2014 | 4/7/2014 | 8/13/2014 | 9/1/2014 | 11/19/2014 | 314 |
| TU | | Iran | 1/9/2014 | 3/6/2014 | 5/14/2014 | 6/23/2014 | 11/6/2014 | 301 |
| TU | | Iran | 1/9/2014 | 3/3/2014 | 5/13/2014 | 6/23/2014 | 11/6/2014 | 301 |
| TU | | Iraq | 1/10/2014 | 3/13/2014 | 5/27/2014 | 8/5/2014 | 11/19/2014 | 313 |



Photo Screening — Date: 2/27/2014

| Case # | UNHCR # | Applicant's Name | Relat | Seq # | Size | Location | Age | Height | Weight | Eye | Hair | Ticket | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 385-12C02753 | AMEEN, OMAR ABDULSATTAR AMEEN | PA | 1 | 5 |  | 41 |  |  |  |  |  |  |
|  | 385-12C02753 | SABRI, KHANSAA RASHID SABRI | WI | 2 | 5 |  | 33 |  |  |  |  |  |  |
| TU-395157 | 385-12C02753 | ABDULSATTAR, A | SO | 3 | 5 |  | 10 |  |  |  |  |  |  |
|  | 385-12C02753 | ABDULSATTAR, Z | SO | 4 | 5 |  | 6 |  |  |  |  |  |  |
|  | 385-12C02753 | ABDULSATTAR, F | DA | 5 | 5 |  | 5 |  |  |  |  |  |  |

Prepared by Erdal Hizmeli
Report Run on

EXH. F - ICMC 16



**Department of State**
**Bureau of Population, Refugees, and Migration**
**Office of Admissions - Refugee Processing Center**
**Must Travel By Date**

Case Status: RFD
Availability Status: AIM
Travel Status: REQ

Case Prefix:
Case Number:
Case Suffix:

Priority: All
Urgency: All
Special Program: All

MTB Date Start:
MTB Date End:

Profilght:
Location Country: to
Location:

Data extracted from the Worldwide Refugee Admissions Processing System (WRAPS). Must Travel By Date
Report Run Date: 9/3/2014 1:47:05 PM

Page 1 of 4

EXH. F - ICMC 17

**Department of State**
**Bureau of Population, Refugees, and Migration**
**Office of Admissions - Refugee Processing Center**
**Must Travel By Date**

| TU-399157 | A | RFD | REG | ABR | 04-Aug-15 | IST | | NOR | PI | | REF | CLR | CLR | CLR | CLR | CLR | W | TU | ISTANBUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25-Nov-14 | | | | | | 1 | AMEEN, Omar Abdulsattar | | PA | REF | | CLR / 28-May-15 | CLR / 30-Jun-15 | CLR / 27-May-15 | CLR / 25-Nov-14 | | | | CLR / 07-Jan-15 |
| | | | | | | 2 | SABRI, Khansaa Rashid | | W | REF | | CLR / 28-May-15 | CLR / 02-Jul-15 | CLR / 27-May-15 | CLR / 25-Nov-14 | | | | CLR / 07-Jan-15 |
| | | | | | | 3 | ABDULSATTAR, | | SO | REF | | CLR / 28-May-15 | NRQ | NRQ | CLR / 25-Nov-14 | | | | CLR / 07-Jan-15 |
| | | | | | | 4 | ABDULSATTAR, Omar | | SO | REF | | CLR / 04-Jun-15 | NRQ | NRQ | CLR / 25-Nov-14 | | | | CLR / 07-Jan-15 |
| | | | | | | 5 | ABDULSATTAR, i Omar | | DA | REF | | CLR / 28-May-15 | NRQ | NRQ | CLR / 25-Nov-14 | | | | CLR / 07-Jan-15 |

Data extracted from the Worldwide Refugee Admissions Processing System (WRAPS).   Must Travel By Date
Report Run Date: 9/3/2014 1:47:03 PM

Page 3 of 4

EXH. F - ICMC 18

DP

| | |
|---|---|
| **From:** | DP |
| **Sent:** | Thursday, September 25, 2014 11:14 AM |
| **To:** | DP |
| | DP |
| **Subject:** | RFD Files |
| **Attachments:** | TU_Travel_Packet_Inventory_Report.pdf |

**Dear IOM Colleagues,**

**Enclosed please find the list of the cases that are ready to depart. Today we are going to bring them to your office.**

D
P

12      TU-395157
D
P

**Regards**

DP
Clerical Department Supervisor Assistant

ICMC's Resettlement Support Center Turkey and Middle East | Turkey
Kore Sehitleri Cad.
Mithat Ulu Ünlü Sok. No:19
34394 Zincirlikuyu, Istanbul, Turkey

DP
DP                        **www.icmc.net**

Restoring Dignity, Inspiring Change.

The information contained in this electronic message and any attachments are intended for specific individuals or entities, and may be confidential, proprietary or privileged. If you are not the intended recipient, please notify the sender

1

EXH. F - ICMC 19





ICMC's Resettlement Support Center
Turkey and Middle East | Turkey
Kore Sehitleri Cad. Mithat Ulu Ünlü Sok.
No : 19 34394 Zincirlikuyu, Istanbul, Turkey
Tel : +90 212 219 20 55
Fax : +90 212 219 16 01
ICMC Twitter: @ICMC_news
Email:info.rsc@icmc.net

Eylül 25, 2014

**Dear IOM Colleagues,**
**Enclosed please find the list of the cases that are ready to depart. Today we are going to bring them to your office.**

| | |
|---|---|
| 1 | TU- |
| 2 | TU- |
| 3 | TU- |
| 4 | TU- |
| 5 | TU- |
| 6 | TU- |
| 7 | TU- |
| 8 | TU- |
| 9 | TU- |
| 10 | TU- |
| 11 | TU- |
| 12 | TU-395157 |
| 13 | TU- |
| 14 | TU- |
| 15 | TU- |
| 16 | TU- |
| 17 | TU- |
| 18 | TU- |
| 19 | TU- |
| 20 | TU- |
| 21 | TU- |
| 22 | TU- |



**Regards,**
DP

Restoring Dignity. Inspiring Change.
www.icmc.net

EXH. F - ICMC 20

DP

doctorun

SERBEST MESLEK MAKBUZU

Seri: **A**
Sıra No: 005902

Tarih: 11/07/2014

Atatürk Blv. No:237/45 Kavaklıdere 06680 ANKARA
Tel: +90 (312) 427 66 26
Kavaklıdere V.D. - T.C. No: 1041478028
Diploma No: 4249 - İhtisas No: 33965-44545

**Sayın OMAR ABDULSATTAR AMEEN,**
Uluslararası Katolik Muhacerat Komisyonu
Esentepe Mah. Kore Şehitleri Cad. Mithat Ulu Ünlü Sok.
No:19 Zincirlikuyu / İSTANBUL
Zincirlikuyu V.D. 8900003837

| **Açıklama** | **Tutarı** | |
|---|---|---|
| Amerikan Vize Sağlık Taraması, Rapor, Konsültasyon, Radyoloji, VDRL | | $170.00 |
| | Stopaj %20 | $34.00 |
| | Kalan | $136.00 |
| | KDV %8 | $13.60 |
| | **TOPLAM** | $149.60 |

Yalnız YÜZKIRKDOKUZ DOLAR ALTMIŞ CENT'dir.

$1.00 = TRL2.1292 (TCMB Efektif Satış Kuru)
$149.60 = TRL318.53

B. Yeni ÖZENIR Matbaacılık San. Ve Tic. Ltd. Şti. K. Karabekir Cad. No:89/1 Tel:341 00 99 Kızılbey V.D. 687 003 3373 İskitler/ANKARA Anlaşma Tarihi: 21.10.2013 - 665 Basım Yılı: 2014

DP

| | |
|---|---|
| **From:** | DP |
| **Sent:** | Monday, April 7, 2014 3:57 PM |
| **To:** | DP |
| | |
| **Subject:** | FW: DHS schedule 30 Apr-05 Jun |
| **Attachments:** | DHS schedule.docx |

DP

As promised here is schedule; so officers can start reviewing. I'll send you in your excel format once UNHCR confirms that they reached all applicants.

Best.

DP

RSC Turkey and Middle East | ICMC Istanbul, Turkey|
RSC⬛⬛ICMC

**From:** DP
**Sent:** Monday, April 07, 2014 3:56 PM
**To:** DP
**Cc:** DP
DP
**Subject:** DHS schedule 30 Apr-05 Jun

Dear DP           ,

Please find attached new DHS schedule. I will kindly ask you to inform applicants and request travel permits from police. As usual please let us know if you cannot reach any of the applicants so we can try also reaching them. Please note that we haven't schedule any case on last two days of mission as we are keeping these slots for emergency cases and these will be filled in later.

Thanks and have a nice afternoon.

DP

RSC Turkey and Middle East | ICMC Istanbul, Turkey|
RSC⬛⬛ICMC

1

EXH. F - ICMC 22

DP

| | |
|---|---|
| **From:** | DP |
| **Sent:** | Wednesday, June 11, 2014 5:42 PM |
| **To:** | DP |

| | |
|---|---|
| **Subject:** | USCIS Results 30 Apr - 05 Jun 2014 |
| **Attachments:** | USCIS Results for UNHCR 30 Apr - 05 Jun 2014.xls; Denial Reasons Report for UNHCR 30 Apr - 05 Jun 2014.xls |

Dear DP

Please find attached the USCIS results report and denial reasons reports of the cases interviewed or cases that their decisions have changed during the last USCIS mission.

Please update your records accordingly and let me know if you have any questions.

Best,
DP
Out Processing Supervisor, ICMC

ICMC's Resettlement Support Center Turkey and Middle East | Turkey

Kore Sehitleri Cad.
Mithat Ulu Ünlü Sok. No:19
34394 Zincirlikuyu, Istanbul, Turkey

DP

**www.icmc.net**

Restoring Dignity, Inspiring Change.

The information contained in this electronic message and any attachments are intended for specific individuals or entities, and may be confidential, proprietary or privileged. If you are not the intended recipient, please notify the sender immediately, delete this message and do not disclose, distribute or copy it to any third party or otherwise use this message. The content of this message does not necessarily reflect the official position of the International Catholic Migration Commission (ICMC) unless specifically stated. Electronic messages are not secure or error free and may contain viruses or may be delayed, and the sender is not liable for any of these occurrences.

EXH. F - ICMC 23



Prepared by Erdal Hazmali
Report Run Date:

EXH. F - ICMC 24