

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TU | 385-12C02753 | P1 | TU-395157 | AMEEN, OMAR ABDULSATTAR | PA | 1 | 5 | Iraq | IZ | 12/20/1973 | M | REF | 5/22/2014 | 5/22/2014 |
| TU | 385-12C02753 | P1 | TU-395157 | SABRI, KHANSAA RASHID | WI | 2 | 5 | Iraq | IZ | 9/26/1981 | F | REF | 5/22/2014 | 5/22/2014 |
| TU | 385-12C02753 | P1 | TU-395157 | ABDULSATTAR, A... | SO | 3 | 5 | Iraq | IZ | 3/...... | M | REF | 5/22/2014 | 5/22/2014 |
| TU | 385-12C02753 | P1 | TU-395157 | ABDULSATTAR, Z/ | SO | 4 | 5 | Iraq | SY | 1/ | M | REF | 5/22/2014 | 5/22/2014 |
| TU | 385-12C02753 | P1 | TU-395157 | ABDULSATTAR, F/ | DA | 5 | 5 | Iraq | IZ | 5/ | F | REF | 5/22/2014 | 5/22/2014 |

Prepared by Erdal Huzmeli
Report Run Date:

EXH. F - ICMC 25

DP

**Sent:**          Monday, June 16, 2014 4:19 PM
██████████████DP

ᴜᴘ

DP

**Subject:**       DHS Interview Results- Istanbul  30 Apr -05 Jun 2014
**Attachments:**   DHS results 30 Apr-05 Jun.xls

Dear All,

Following are DHS interview results for the cases interviewed in Istanbul from 30 Apr to 05 Jun 2014.

| | Iraq | | Iran | | Palestine | | Somalia | | DRC | |
|---|---|---|---|---|---|---|---|---|---|---|
| | case | pax | case | pax | case | pax | case | pax | case | pa |
| **Tentatively Approved (pending security clearances)** | 111 | 321 | 13 | 17 | | | | | | |
| **Approved (stamped)** | 222 | 554 | 99 | 164 | 3 | 7 | 4 | 11 | | |
| **No Decision** | 42 | 115 | 16 | 29 | 1 | 5 | | | 2 | 2 |
| **Denied** | 16 | 40 | 5 | 10 | | | | | | |
| **No Show** | 9 | 16 | 1 | 3 | | | 1 | 3 | | |
| **Total** | 400 | 1046 | 134 | 223 | 4 | 12 | 5 | 14 | 2 | 2 |

In addition to the above figures 29 cases were re-interviewed, and 15 add on babies and spouses of previously conditionally approved cases were adjudicated.

In the attachment you can find the detailed list.

Kind regards.

DP

DP
Head of Resettlement, ICMC

ICMC's Resettlement Support Center Turkey and Middle East | Turkey
Kore Sehitleri Cad.
Mithat Ulu Ünlü Sok. No:19
34394 Zincirlikuyu, Istanbul, Turkey

1

EXH. F - ICMC 26

TU-395157

**UNHCR**
The UN Refugee Agency                    UNITED NATIONS HIGH COMMISSIONER FOR REFUGEES (UNHCR) - Resettlement Registration Form

## 1. Case-related Data

| | | |
|---|---|---|
| **UNHCR case number:** | 385-12C02753 -- AMEEN, OMAR ABDULSATTAR AMEEN | |
| **Embassy file number:** | | **HQ Reference number:** |

| | | | |
|---|---|---|---|
| **Submission Priority:** | **Normal** | **Case size:** | **5** |
| **Resettlement Criteria:** | Refugees without local integration prospects | | |
| **Secondary Resettlement Criteria:** | - | | |

| | | | | |
|---|---|---|---|---|
| **Arrival:** | 1-Apr-2012 | **Country of Asylum:** | Turkey | **Cross referenced cases:** |
| **Registration:** | 29-May-2012 | **Refugee Status:** | 29-Aug-2013 | |
| **Address:** | Mersin, TEL: 534 068 52 80, Turkey | | | |

## 2. Individual Bio Data
(If NOT currently living with Principal Applicant, explain under Section 7 - Additional Remarks)

**Relationship to PRA**

### AMEEN, OMAR ABDULSATTAR AMEEN

| | | | | | | |
|---|---|---|---|---|---|---|
| **UNHCR Registration Number:** | 385-00167314 | | | | | **Principal Applicant** |
| **Alias Names:** | | **Sex:** Male | **DOB:** 20-Dec-1973 | **Est.** [ ] **Age:** 39 | | |
| **Marital Status:** | Married | **Country of Origin:** | Iraq | | | |
| **Citizenship:** | Iraq | **Place and Country of Birth:** | Anbar, Iraq | | | |
| **Religion:** | Sunni | **Name of Father:** | ABDULSATTAR | | | |
| **Ethnic Origin:** | Arab | **Name of Mother:** | FATIMAH SAKIN | | | |
| **Education:** | 12 years (or Grade 12), Secondary/high school diploma: (1979) - (1993) | | | | | |
| **Occupation/Skill:** | TRUCK DRIVER AND VEGATIBLES SALES: (2010) - (2012)<br>FARMER: (2003) - (2007)<br>TRUCK DRIVER: (1997) - (2003) | | | | | |
| **Languages:** | Arabic, Standard (Speak-Easily; Understand-Easily; Write-Easily; Read-Easily)<br>English (Speak-Not easily; Understand-Not easily; Write-None; Read-None) | | | | | |
| **Special Needs:** | - | | | | | |



### SABRI, KHANSAA RASHID SABRI

| | | | | | | |
|---|---|---|---|---|---|---|
| **UNHCR Registration Number:** | 385-00167320 | | | | | **Wife** |
| **Alias Names:** | | **Sex:** Female | **DOB:** | **Est.** [ ] **Age:** 32 | | |
| **Marital Status:** | Married | **Country of Origin:** | Iraq | | | |
| **Citizenship:** | Iraq | **Place and Country of Birth:** | Anbar, Iraq | | | |
| **Religion:** | Sunni | **Name of Father:** | RASHID | | | |
| **Ethnic Origin:** | Arab | **Name of Mother:** | ISTIQBAL WAHEEDALDEN | | | |
| **Education:** | 5 years (or Grade 5) | | | | | |
| **Occupation/Skill:** | Housekeepers (including housewives) | | | | | |
| **Languages:** | Arabic, Standard (Speak-Easily; Understand-Easily; Write-Easily; Read-Easily) | | | | | |
| **Special Needs:** | - | | | | | |

171

OA_000182

EXHIBIT G



| Certification of Documents | USCIS |
|---|---|
| Department of Homeland Security | Form G-24 |
| U.S. Citizenship and Immigration Services | Internal Use |

# United States of America

### Department of Homeland Security

### U.S. Citizenship and Immigration Services

MAY 3 1 2018
Date *(mm/dd/yyyy)*

## Certification of Documents

(Originals or Copies thereof)

**BY VIRTUE OF** the authority vested in me by Title 8, Code of Federal Regulations, Part 103 of the Immigration and Nationality Act (INA), and Title IV, Subtitle E, Section 451 and Section 456 of the Homeland Security Act of 2002,

**I HEREBY CERTIFY** that the annexed documents are originals, or copies thereof, from the records of U.S. Citizenship and Immigration Service, Department of Homeland Security, which the Secretary is the legal custodian by virtue of Section 103 of the Immigration and Nationality Act. These documents relate to:

Subject: Omar Abdulattar Ameen

Also known as (aka): _____

File and/or Certificate Number: A212734127

Number of Pages Copied: 220

(Signature of Authorized Person)

Joe T. Long - District Records Manager
(Print Name and Title of Authorized Person)

USCIS District 22 - Sacramento, CA
(Office of Authorized Person)

**Annotations**

Certified Documents from A-file with the exception of documents reserved per the USCIS Records Policy Manual. Reserved documents listed on Attachment of of the Certification Memorandum.

Form G-24 06/04/13 N

Page 1 of 1

OA_000011

**EXHIBIT G**



**UNHCR**
United Nations High Commissioner for Refugees
Haut Commissariat des Nations Unies pour les réfugiés
BMMYK Birleşmiş Milletler Mülteciler Yüksek Komiserliği Sancak Mah. Tiflis Cad. 552. Sokak No3 06550 Ankara
Tel: (312) 409 7000  Fax (312) 441 2173  Email turan@unhcr.org

Reference Number : 2013 / ILC / AC516173

Date of Issue (Veriliş Tarihi): 11/09/2013

## UNHCR REFUGEE CERTIFICATE
## BMMYK MÜLTECİ BELGESİ

Name of Applicant (Başvuru sahibinin Adı):   **OMAR ABDULSATTAR AMEEN AMEEN**

UNHCR Registration No. (BMMYK Kayıt No.):   **385-12C02753**

Date of Birth (Doğum Tarihi):   **20/12/1973**

Place of Birth (Doğum Yeri):   **Al-Anbar**

Nationality (Uyruğu):   **Iraq**

### To Whom It May Concern

This is to certify that the above-named person, has on the basis of available information, been recognized as a refugee by the United Nations High Commissioner for Refugees, pursuant to its mandate. As a refugee, [he/she] is a person of concern to the Office of the United Nations High Commissioner for Refugees, and should, in particular, be protected from forcible return to a country where [he/she] would face threats to his or her life or freedom. Any assistance accorded to the above-named individual would be most appreciated.

Questions regarding the information contained in this document may be directed to the Office of the United Nations High Commissioner for Refugees at the address above.

### İlgili Makama

Bu yazı yukarıda adı verilen kişiye, Birleşmiş Milletler Mülteciler Yüksek Komiserliği'nin yetki alanı dahilinde, mevcut bilgilere dayanarak mülteci statüsü tanındığını belgelemek üzere düzenlenmiştir. Bir mülteci olarak, söz konusu kişi Birleşmiş Milletler Mülteciler Yüksek Komiserliği Ofisinin ilgi alanındadır ve kendisi, özellikle, yaşamına veya özgürlüğüne yönelik bir tehdit ile karşı karşıya kalacağı bir ülkeye zorla geri gönderilmeye karşı korunmalıdır. Yukarıda adı verilen kişiye gösterilecek her türlü yardım memnuniyetle karşılanacaktır.

Bu belgede verilen bilgilere ilişkin sorularınızı, adresi yukarıda verilmiş olan, Birleşmiş Milletler Mülteciler Yüksek Komiserliği'ne yöneltebilirsiniz.

Yours sincerely / Saygılarımla,

Carol Batchelor
Representative/Temsilci

This document is only valid in the original when bearing official UNHCR stamp
Bu belge, yalnızca üzerinde resmi BMMYK kaşesi bulunduğunda geçerlidir

EXHIBIT H

SEEN BY JCMC

27 FEB 2014

Temporary Residency Permit

## DIKKAT EDILECEK HUSUSLAR

1- Türkiye'de bir aydan fazla veya vize muafiyet anlaşmasının sağladığı ikamet süresinden fazla kalmak isteyen yabancı bulunduğu yerin Emniyet Makamlarına başvurur.

2- İkamet tezkereleri, bedeli her yıl belirlenen bir ücret ve harç karşılığı verilir. Diğer önemli açıklamalar 22. sahifededir.

### SPECIFICIATIONS

1- When a foreigner wishes to stay in Turkey more than one month or wishes to prolong the residence period provided by visa Exemption Agreement he/she should apply to the local security Authorities.

2- Residence certificates are issued every year according to established cost fees and expenditures.

Other important explanations are present on page 22

## TÜRKIYE CUMHURIYETI
(REPUBLIC OF TURKEY)

992473604722

## İKAMET TEZKERESİ
(RESIDENCE PERMIT)

NO.:

210 sayılı değerli kağıtlar ve buna ek 3239 kanuna göre ikamet tezkera bedeli ............... TL.dir.

Seri : B   № 167414

EXHIBIT I

OA_000207



HÜVİYET BİLGİLERİ
(INFORMATION ON IDENTITY)

Doğum Yeri: AL-ANBAR
(Place of Birth)
Doğum Tarihi: 20.12.1973
(Date Of Brith)
Baba Adı:  ABDULSATTAR
(Father's Name)
Ana Adı:  FATIMA SAKIM
(Mother's Name)
Medeni Hali:   EVLİ
(Marital Status)

☐ T.C. Vatandaşı ile evli (Married to a Turkish citizen)    ☒ Yabancı ile evli (Married to a foreigner)    ☐ Bekar (Single)    ☐ Dul (Widow)

Mesleği (İşi) :
(Profession)

2

Soyadı:  AMEEN
(Surname)

Adı: OMAR ABDULSATTAR
(Name)  AMEEN
Uyruğu:   IRAK
(Origin)

3

198

EXHIBIT I

OA_000208

İş bu ikamet tezkeresi
26.09.2012-25.09.2013
tarihine kadar geçerlidir.

(This residence permit is valid
until ........ 25 SEP 2013.)

Veren Makam MERSİN VALİLİĞİ
(Issued By)

Veriliş Tarihi : 27.09.2012
(Issued Date)

SIĞINMA BAŞ.
Veriliş Maksadı : SAHİBİ
(Reason of Issue)

HARÇSIZ ...... TL. harç alınmıştır.
(          TL. has been taken
for the expenses)
Seri : B    № 167414

4

Tezkere sahibinin halen bulunduğu iş
adresi :
(The Business Address of the residence
permit holder)
Does Not
Right Of Employment

Ev adresi :
(Home address) İPTAL
MENDERES MAH. BARBAROS
HAYRETTİN CANCELLATION.
A. BLK. N.105 MEZİTLİ/MERS.
Tel :                    BK2- syf. ⇒7/6

Seri : B    № 167414      5

EXHIBIT I

OA_000209

Yabancı 26.09.2012 .................... tarihinde ilk kez yasal ikamete başlamıştır. Ayrıca bu ikamet tezkeresinin verildiği tarihe
kadar Türkiye'de toplam ............... yıl ............ ay............ gün yasal ikamet etmiştir.

*(The foreigner has started his first legal residence on ......................... besides, he has spent totally .......... years .............. months and ................ days in Turkey until this residence permit is given.)*

6

İş bu tezkerenin sahibi ve refakat hanesinde yazılı olanlar kanun ve nizam dairesinde Türkiye' de oturabilirler.

*(The holder and those whose names are written on accompaniment sheet can reside in Turkey in accordance by the law and ordinance)*

BR.ME.
ŞB.MD.V.Ş

**Emniyet Müdürü**
*(Chif Superintendent)*

**İmza ve Mühür**
*(Signature and Stamp)*

7

200

EXHIBIT I

OA_000210



Türkiyedeki ikamet adresi ve
değişikliği

(Residence address in Turkey and
changes)

ŞAHSIN ADRESİNİN
TURUNÇLU MAH.78057 SOK.
NO.33 TOROSLAR/MERSİN
OLARAK DEĞİŞTİĞİNE DAİR
ŞERHTİR.

21.05.2013

Seri : B   № 167414

16

Türkiyedeki ikamet adresi ve
değişikliği

(Residence address in Turkey and
changes)

Seri : B   № 167414

17

EXHIBIT I



**Certification of Documents**

Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form G-24
Internal Use

# United States of America

### Department of Homeland Security
### U.S. Citizenship and Immigration Services

MAY 3 1 2018
Date *(mm/dd/yyyy)*

## Certification of Documents

(Originals or Copies thereof)

**BY VIRTUE OF** the authority vested in me by Title 8, Code of Federal Regulations, Part 103 of the Immigration and Nationality Act (INA), and Title IV, Subtitle E, Section 451 and Section 456 of the Homeland Security Act of 2002,

**I HEREBY CERTIFY** that the annexed documents are originals, or copies thereof, from the records of U.S. Citizenship and Immigration Service, Department of Homeland Security, which the Secretary is the legal custodian by virtue of Section 103 of the Immigration and Nationality Act. These documents relate to:

Subject: Omar Abdulattar Ameen

Also known as (aka): _____

File and/or Certificate Number: A212734127

Number of Pages Copied: 220

_____
(Signature of Authorized Person)

Joe T. Long - District Records Manager
(Print Name and Title of Authorized Person)

USCIS District 22 - Sacramento, CA
(Office of Authorized Person)

**Annotations**

Certified Documents from A-file with the exception of documents reserved per the USCIS Records Policy Manual. Reserved documents listed on Attachment of of the Certification Memorandum.

Form G-24  06/04/13 N

Page 1 of 1

EXHIBIT I

OA_000011

## TEBLİĞ VE TEBEBİLÜĞ BELGESİ

İlgi    : Em.Gnl.Md.nün 20.12.2013/103 sayılı 5510 Sayılı Kanunda Yapılan Değişiklikler Konulu Genelgesi

İlgi sayılı genelge kapsamında bu tarih itibari ile Genel Sağlık Sigortası (GSS) kapsamında sağlık hizmetlerinden faydalanabileceği, Genel Sağlık Sigortasından faydalanabilmesi için geçerli bir ikamet tezkeresi olması ve Türkiye'de ikamet ediyor olması gerektiği, ikamet tezkeresinin bitim tarihinden itibaren 15 (onbeş) gün içinde temdit ettirmesi gerektiği, ikamet iznini süresi içinde temdit ettirmemesi, mazaret bildirmeksizin imza kontrolüne gelmemesi ve ilimizi izinsiz terkedip dönmemesi halinde sağlık hizmetlerinden faydalanamayacağı hususları anladığı dilde okunup izah edildikten sonra birlikte imza altına alınmıştır . .2//2014

Süreyya OTLU

Büro Memuru

Hüseyin GÜNGÖREN

Büro Memuru

Omar Abdulsattar Ameen

AMEEN

Uluslararası Koruma Başvuru Sahibi

EXHIBIT J 1

**SUMMARY OF DOCUMENT**

Teblig ve Tebebllug Belgesi (General Health Insurance): First part (top line) refers to the law that changed (as of the date cited in the top line).  Second part states that the person is qualified for general health insurance (public health insurance) as long as he lives in Turkey.  When his residence permission ends he has to: extend the permission within 15 days, come in for signature controls, not leave the city without permission.

EXHIBIT J 2

Müşteri Hesap Ekstresi

```
Banka   : 10. T. C. Ziraat Bankası                    Sayfa      :
Şube    : 1924, Toroslar/mersin Şubesi                İşlem Tari :
Kullanıcı: MEHUYSAL                                   Sistem Tari:
Ekran   : ONTRMHI                                     Sistem Saat:
```

```
Müşteri No  : 67649481-5001-TRY
IBAN        : TR19000100192467649481 5001
Adı/Soyadı  : OMAR ABDULSATTAR AMEEN    AMEEN
Hesap Adı   :
Müşteri Adres :
Bloke Tutarı :
Devir Bakiye : 0,00
```

| Muh Tarih Valör | Sube Fiş No | İşl Kd | Borc | Alacak | Bakiye İşlem Açıklaması | M.Sube | Sistem Tarihi Kanal |
|---|---|---|---|---|---|---|---|
| 12.03.2014 13.03.2014 | 1924 Z00449 | 900 | | 200,00 | 200,00 06.03.2014 TARİHLİ 2014/11 NOLU KARAR ÖDEMELERİ 1403121326 12.03.2014 TOROSLAR S | 1924 | 12.03.2014 17:33:12 ZAMANLANMI |
| 21.03.2014 21.03.2014 | 1924 F00549 | 470 | 200,00 | | ATM PARA ÇEKME KART NO:67612480840 52985    ATM: Z1924001 JOURNAL NO:7193 | 1924 | 21.03.2014 10:47:18 ATM |
| 07.07.2014 08.07.2014 | 1924 Z00891 | 900 | | 200,00 | 200,00 29.06.2014 TARİHLİ 2014/ 24 NOLU KARAR ÖDEMELERİ 1407070855 07.07.2014 TOROSLAR | 1924 | 07.07.2014 11:33:13 ZAMANLANMI |
| 11.07.2014 11.07.2014 | 1924 F00299 | 470 | 200,00 | | ATM PARA ÇEKME KART NO:67612480840 52985    ATM: Z1924001 JOURNAL NO:5446 | 1924 | 11.07.2014 09:39:45 ATM |
| 30.09.2014 01.10.2014 | 1924 Z01744 | 900 | | 200,00 | 200,00 22.09.2014 TARİHLİ 2014/ 36 NOLU KARAR ÖDEMELERİ 1409301524 30.09.2014 TOROSLAR | 1924 | 30.09.2014 17:34:36 ZAMANLANMI |
| 01.10.2014 01.10.2014 | 1924 F01041 | 470 | 200,00 | | ATM PARA ÇEKME KART NO:67612480840 52985    ATM: Z1924001 JOURNAL NO:5665 | 1924 | 01.10.2014 14:11:13 ATM |
| -Sayfa Toplam-- | | | 600,00 | 600,00 | | | |
| -Genel Toplam-- | | | 600,00 | 600,00 | | | |
```
T.C. ZİRAAT BANKASI A.Ş.
TOROSLAR-MERSİN ŞUBESİ

                    KUTLAY
              Operasyon Asistanı

              Mehmet UYSAL
              Operasyon Vekili
```

EXHIBIT K 1

Customer Account Statement

Turkish Republic Ziraat Bank                                                                              Page
Branch: 1924 Toroslar / Mersin Branch
    Transaction Date

MEHUYSAL                                                                                                  System
date
ORTAMMI                                                                                                   System
Hour

Serial Number          : 67649481-5001 Turkish Lira
                       TR190001001924676494815001
Name Last Name: OMAR ABDULLSATTAR AMEEN AMEEN
Name:
Adres:
Price:
Balance: 0.00

| Date System Date | Value | Branch Channel | Voucher | Transaction Code | Debit | Credit | Balance | Transaction Comments | Branch | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.10.2014 | 3.10.2014 | 1924 | Z00449 | 900 | | 200.00 | 200.00 | Dated 6/3/2014, 2014/11 PAYMENTS 1403121326 3.12.2014 Toroslar S | 1924 | 3.12.2014 17 33 12 TIMING |
| 3.21.2014 | 3.21.2014 | 1924 | F00549 | 470 | 200.00 | | | ATM CASH WITHDRAWAL NO 67612480840S2985, ATM Z1924001 JOURNAL NO 7193 | 1924 | 3.21.2014 10 47 18 ATM |
| 7.6.2014 | 7.6.2014 | 1924 | Z00891 | 900 | | 200.00 | 200.00 | Dated 6/29/2014, 2014/24 PAYMENTS 1407070855 7.7.2014 TOROSLAR | 1924 | 7.7.2014 11 33 13 TIMING |
| 7.11.2014 | 7.11.2014 | 1924 | F00299 | 470 | 200.00 | | | ATM CASH WITHDRAWAL NO 676124808405Z985, ATM Z1924001 JOURNAL NO  5446 | 1924 | 7.11.2014  9 39 45 ATM |
| 10.1.2014 | 10.1.2014 | 1924 | Z01744 | 900 | | 200.00 | 200.00 | Dated 9.22.2014, 2014/36 PAYMENTS 1409301524 9.30.2014 TOROSLAR | 1924 | 9.30.2014 17 34 36 TIMING |
| 10.1.2014 | 10.1.2014 | 1924 | F01041 | 470 | 200.00 | | | ATM CASH WITHDRAWAL NO 67612480840S2985, ATM Z1924001 JOURNAL NO   5665 | 1924 | 10.1.2014 14 11 13 ATM |
| Page Total | | | | | 600.00 | 600.00 | | | | |

General Total                                         600.00      600.00

                        STAMP
                        TURKISH REPUBLIC ZIRAAT BANK
                        TOROSLAR MERSIN BRANCH

                        SIGNATURE              SIGNATURE
                        Guray KUTLAY           Mehmet UYSAL
                        Operations Assistant   Operations Official

EXHIBIT K 2

# Translator's Declaration

I, Sybil Cayir, declare under penalty of perjury that I understand the Turkish language and the English language; that I am a member of the American Translators Association (ATA) with membership number 242103, also registered translator/interpreter for Turkish language by the Judicial Council of California with I.D. number #700599, also contract language officer of Turkish for U.S. State Department; and qualified for the Federal Court system to interpret for all U.S. Court systems, also language officer for Turkish language for U.S. Defense Department, and that, to the best of my knowledge and belief, the attached documents in Turkish has the same meanings as the attached translated English language documents with reference to Omar Abdulsattar Amen Ameen.

Sybil Cayir

X _____                          May 13, 2019

Turkish Translator

Judicial Council of California ID#700599

EXHIBIT K 3

EXH. L - IOM 1

EXH. L - IOM 2

EXH. L - IOM 3

**From:** ███████████████ @unhcr.org>
**Sent:** Wednesday, October 22, 2014 11:21 AM
**To:** ████████████
**Cc:** ███████████ (via Internet); ████████████ ███; ████████████ IOM Turkey Operations; ████████████ ████████████ IOM Istanbul Ops; ABN@icmcturkey.org
**Subject:** RE: TRE0269 04NOV14 UNHCR Report

Dear ███

Please be informed that exit permission letters for the a/m flight have been written accordingly and sent to the DGMM.
For your kind information.

Best regards,

████████████

**From:** ████████ [mailto ████████ @iom.int]
**Sent:** Friday, October 03, 2014 2:01 PM
**To:** ████████████
**Cc:** ████████████; ████████████ (via Internet); ████████████ ████████████; ████████████ ; IOM Turkey Operations; ████████████; ████████████ IOM Istanbul Ops; ABN@icmcturkey.org
**Subject:** TRE0269 04NOV14 UNHCR Report

Dea████

Please kindly find attached report for 4 November.

Regards,

████████████

**Operations Assistant**
IOM Istanbul - Turkey
Tel: +90 212 293 50 00/1005
Fax:+90 212 249 27 33
www.iom.int

================== The information contained in this electronic message and any attachments are intended for specific individuals or entities, and may be confidential, proprietary or privileged. If you are not the intended recipient, please notify the sender immediately, delete this message and do not disclose, distribute or copy it to any third party or otherwise use this message. The content of this message does not necessarily reflect the official position of the International Organization for Migration (IOM) unless specifically stated. Electronic messages are not secure or error free and may contain viruses or may be delayed, and the sender is not liable for any of these occurrences.



1

EXH. L - IOM 4