

**International Organization for Migration (IOM)**

The UN Migration Agency

Ref. **IOMWAS ISRAP NV024/2019**

The International Organization for Migration (IOM) in the United States of America presents its compliments to the Office of the Federal Defender of the Eastern District of California and has the honour to refer to the subpoena from the United States District Court for the Eastern District of California to testify in an extradition proceeding regarding Case No. 2:18-MJ-0152 EFB, dated 3 March 2019, whereby IOM has been requested to appear in the said District Court and share with the Office of the Federal Defender certain personal information and documents concerning the said court case, to be used in the extradition proceeding.

Please note that IOM is an intergovernmental organization, member of the United Nations system, composed of 173 Member States, including the United States of America. IOM enjoys privileges and immunities in the United States of America pursuant to the Executive Order 9698–Designating public international organizations entitled to enjoy certain privileges, exemptions and immunities, issued on 2 September 2003. As per this Executive Order, IOM, its property and assets, wherever located and by whomsoever held, enjoy the same immunity from suit and every form of judicial process as is enjoyed by foreign governments, except to the extent that IOM may expressly waive its immunity for the purpose of any proceedings or by the terms of any contract, according to Title I, Section 2 (b) of the Order. In addition, as per Section 2 (c) of the same Title I, the archives of IOM are inviolable and its property and assets, wherever located and by whomsoever held, are immune from search and from confiscation. Consequently, IOM is not subject to the jurisdiction of the United States of America, and the documentation and information that is being requested in the subpoena is protected by IOM's immunities.

In addition to the foregoing, IOM is bound by its Data Protection Principles, which guide the handling and protection of personal data of IOM beneficiaries, to preserve the information provided by its beneficiaries and not share it with third parties without the consent of the beneficiaries.

Notwithstanding the above, without prejudice to IOM's privileges and immunities and having received the consent from the Defendant to share this information with the Office of the Federal Defender, in order to be helpful and supportive on this matter, IOM has decided to disclose certain documentation for use in the legal proceedings of the Defendant, which is enclosed to this Note Verbale. This decision does not set a precedent that may be deemed to constitute a waiver of any of the privileges and immunities of IOM. Given IOM's role in the resettlement of the Defendant, the information that IOM has available is mainly related to the transportation of the Defendant from Turkey to the United States of America. It should be noted that, due to data protection considerations, the personal data of individuals not related to the case, namely other beneficiaries and staff from IOM and other entities, have been redacted from the compilation. Should the Office of the Federal Defender need additional information or clarifications regarding the compilation, IOM offers to provide written replies to questions addressed to IOM in writing.

The International Organization for Migration in the United States of America avails itself of this opportunity to renew to the Office of the Federal Defender of the Eastern District of California the assurance of its highest consideration.

Washington, DC, 29 March 2019

Office of the Federal Defender
Eastern District of California

Enclosed:

IOM's Compilation of documents regarding Case No. 2:18-MJ-0152 EFB

---

**IOM USRAP WASHINGTON, DC**

1625 Massachusetts Avenue NW, Suite 500, Washington, DC 20036

Tel: (202) 804 4295 • Fax: (202) 849-8995 • E-mail: USRAPWashington@iom.int • Internet: www.iom.int

EXH. L - IOM 5

**UNHCR** The UN Refugee Agency

UNITED NATIONS HIGH COMMISSIONER FOR REFUGEES (UNHCR) - Resettlement Registration Form

## 1.   Case-related Data

| | |
|---|---|
| **UNHCR case number:** | **385-12C02753 -- AMEEN, OMAR ABDULSATTAR AMEEN** |
| **Embassy file number:** | **HQ Reference number:** |

| | | | |
|---|---|---|---|
| **Submission Priority:** | **Normal** | **Case size:** | **5** |
| **Resettlement Criteria:** | Refugees without local integration prospects | | |
| **Secondary Resettlement Criteria:** | - | | |

| | | | | |
|---|---|---|---|---|
| **Arrival:** | 1-Apr-2012 | **Country of Asylum:** | Turkey | **Cross referenced cases:** |
| **Registration:** | 29-May-2012 | **Refugee Status:** | 29-Aug-2013 | |
| **Address:** | Mersin, TEL: 534 068 52 80, Turkey | | | |

## 2.   Individual Bio Data

(If NOT currently living with Principal Applicant, explain under Section 7 - Additional Remarks)

Relationship to PRA

### AMEEN, OMAR ABDULSATTAR AMEEN

| | | | | | |
|---|---|---|---|---|---|
| **UNHCR Registration Number:** | 385-00167314 | | | | Principal Applicant |
| **Alias Names:** | | **Sex:** Male | **DOB:** 20-Dec-1973 | **Est.** [ ] **Age:** 39 | |
| **Marital Status:** | Married | **Country of Origin:** | Iraq | | |
| **Citizenship:** | Iraq | **Place and Country of Birth:** | Anbar, Iraq | | |
| **Religion:** | Sunni | **Name of Father:** | ABDULSATTAR | | |
| **Ethnic Origin:** | Arab | **Name of Mother:** | FATIMAH SAKIN | | |



**Education:** 12 years (or Grade 12), Secondary/high school diploma: (1979) - (1993)

**Occupation/Skill:** TRUCK DRIVER AND VEGATIBLES SALES: (2010) - (2012)
FARMER: (2003) - (2007)
TRUCK DRIVER: (1997) - (2003)

**Languages:** Arabic, Standard (Speak-Easily; Understand-Easily; Write-Easily; Read-Easily)
English (Speak-Not easily; Understand-Not easily; Write-None; Read-None)

**Special Needs:** -



EXH. M - STATE DEPT. 1

A 212 734 127       TU-395157

AMEEN, Omar Abdulsattar

| CASE summary information | | | Nationality : IZ | |
|---|---|---|---|---|
| Priority 1 385-11C05950 | Date received :14Nov2013 | V-93 LIN# : | | Date received : |
| Case opened in WRAPS | Date:16Feb2012 | Name: UNHCRImport | | |
| Case data updated in WRAPS | Date:27Feb2014 | Name: **Sait** | | |
| Persecution claim : | Date:27Feb2014 | Name: **Sait** | | |
| Case files compiled | Date:27Feb2014 | Name: **Sait** | | |
| Files checked | Date: 25 mar/4 | Name: ▮▮▮▮ | | |

| Do any case members need to be fingerprinted? | Sequence # | Date fingerprinted | | Date fingerprints sent to RPC: |
|---|---|---|---|---|
| Do any case members have a class hit? | Sealed envelopes for sequence# | Received on | If cleared by DHS list date | Date scanned in WRAPS |

| DHS Interview | Date: 23may2014 | APP | DEN | NOD | NO SHOW | CLOSED |
|---|---|---|---|---|---|---|

| CLASS/SAO clearances received | Date & signature | Assurance received | Date & signature 05.08.14 | Fingerprints cleared | Date & signature |
|---|---|---|---|---|---|

| Do any case members require a waiver? | Sequence # | Date sent to DHS | Result | Date |
|---|---|---|---|---|
| Do any case members require a medical waiver? | Sequence # | Date sent to DHS | Result | Date |

(G64b)

| Scanned by ▮▮▮▮ | Date 11. Jun. 2014 | Checked by ▮▮▮▮ | Date 19 SEP 2014 |
|---|---|---|---|

| Special medical needs | |
|---|---|

| Other comments | IAC expiry date: ▮▮▮▮ | Date file sent to IOM |
|---|---|---|

**ICMC Turkey**
Esentepe Mahallesi, Kore Sehitleri Cad.
Mithat Ulu Unlu Sok. No:19
Zincirlikuyu 34394, Istanbul

EXH. M - STATE DEPT. 2

**Resettlement Agreement**  TU-395157

**Note:  Used at Pre-screening and day of DHS interview, copy given to applicant**

**Check one:**

☑ I have provided RSC/ICMC with correct contact information for my relatives or friends in the United States.

☐ I have provided the RSC/ICMC with names of my relatives or friends in the United States, but I do not have any contact information for them.

☐ I do not have any relatives or friends in the United States.

☐ I have provided names and contact information if available for my relatives or friends in the United States but do not want to be resettled with or near them.

**Initial each statement to indicate that you understand and agree:**

_____ I understand that if the resettlement agency is not able to locate my relative or friend with the contact information I provided, I will be placed in any appropriate location in the United States.

_____ I understand that my relatives or friends are not required to pay any money to the resettlement agency in the United States.

_____ I understand that my relatives or friends are not required to provide funding for my housing or any other assistance, but agencies will ask if relatives or friends are able to assist in any way.

_____ I understand that the U.S. resettlement program will not be able to honor any requests to redirect my travel or transfer my case once I arrive in the United States.  Should I choose to travel to a city other than the location selected for me, it is possible that I may be unable to receive some US Government-funded services normally provided to newly arriving refugees.

_____ I understand that I can update the information regarding my relatives or friends in the United States at any time before my travel is arranged.

_____ I understand that unless I am joining immediate family, I may be placed in another location best suited to my needs.

*By signing below, I am confirming my understanding of the U.S. resettlement program's placement policies as explained on the attached, and have provided accurate contact information for my relative(s) each time I have been asked.*

A 212 734 127      TU-395157

AMEEN, Omar Abdulsattar

| | | |
|---|---|---|
| | Signature of PA | 2-7-FEB-2014<br>Prescreening date |
| Printed name of PA | Signature of PA | 22 mar 2014<br>DHS interview date |
| Printed name of PA | Signature of PA | Booking date |

**Updated Relative Contact Information:**

Name:  ████████

Address:  ████████

Telephone:  ████████

EXH. M - STATE DEPT. 3

A 212 734 127    TU-395157
AMEEN, Omar Abdulsattar

Name: _____                    File Number: _____

| Yes | No | | |
|-----|----|--|--|
| ☐ | ☐ | 7. | [Where Applicable] Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? |

*N/A*

| | | | |
|---|---|--|--|
| ☐ | ☒ | 8. | Have you ever ordered, incited, assisted in or participated in the harm of any other person because of the person's race, religion, nationality, ethnic origin or political opinion? **If no, proceed to 9 below. If yes, have you ever:** |
| ☐ | ☐ | | a. engaged in genocide? |
| | | | b. as a foreign government official at any time in the preceding 24 month period been responsible for: |
| ☐ | ☐ | | i. prolonged, arbitrary, or secretive detention or abduction of a person or persons with the purpose of restricting their religious freedom, beliefs or activities? |
| ☐ | ☐ | | ii. torture or cruel, inhuman, or degrading treatment or punishment of a person or persons with the purpose of restricting their religious freedom, beliefs or activities? |
| ☐ | ☐ | | iii. any other flagrant denial of the right to life, liberty or the security of a person or persons with the purpose of restricting their religious freedom, beliefs or activities? |
| ☐ | ☒ | 9. | Have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the United States or any other immigration benefit? |
| ☐ | ☒ | 10. | Are you a narcotics abuser or addict? |

I, the undersigned, swear or affirm under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct. I understand all the foregoing statements, having asked for and obtained a translation or explanation of every point that was not understood or clear to me.

_____                    **MAY 2 2 2014**
Signature of Applicant                              Date

*Subscribed and sworn to (Affirmed) by the above named applicant before me*

Location: ISTANBUL, TURKEY                           Date: **MAY 2 2 2014**

| Interpreter: ▮▮▮▮▮▮▮ | INS Officer: ▮▮▮▮▮▮ |
|---|---|
| Signature ▮▮ | ~~Refugee~~ Officer |
| ▮▮▮▮ | |
| Print Name | Print Name |

Page 3

EXH. M - STATE DEPT. 4

TU-395157   -1   A 212 734 127   AMEEN , Omar Abdulsattar

14.   Political, professional or social organizations of which I am now or have been a member or with which I am now or have been affiliated since my 16 th birthday (if you have never been a member of any organization, state "None.")

NONE

15.  I  ☐ have  ☒ have  not been charged with a violation of law (If you have even been charged with a violation of law give date, place and nature of each charge and final result.

NONE

16.  I  ☐ have  ☒ have  not been in the United States (If you have ever been in the United States), show the dates of entry and departure and the purpose of your entry (visitor, permanent resident, student, seaman, etc.)

NONE

NO VISA  AND
NOUT ENTERD US Embassy

File or Alien Registration
Number:

17.  I have the following close relatives in the United States:

| Name | Relationship | Present Address |
|------|--------------|-----------------|
|      |              |                 |

Date:   2 7 FEB 2014   Signature of Registrant:   AMEEN , Omar Abdulsattar

**Do not write below this line. For Government use only.**

I,   AMEEN , Omar Abdulsattar _____ , do swear (affirm) that I know the contents of this registration subscribed by me including attached documents, that the  same are true to the best of my knowledge, and that corrections numbered ( 1 ) to ( 7 ) were made by me or at my request, and that this registration was  signed by me with my full, true name:

(Complete and true signature of Registrant)
MAY 2 2 2014

Subscribed and sworn to before me by the above named registrant at   Istanbul, Turkey

(Signature and Title of Officer)

| Interview | Approved APPROVED | Action Block |
|-----------|-------------------|--------------|
| Date      | Date              |              |
| At        |                   |              |
| Immigration Officer | U.S. Citizenship and Immigration Services | |

U.S. Department of Homeland Security

**INSTRUCTIONS**   RE-1

**Execution of Form-**   This form should be executed, signed and submitted to the District Director or Officer in Charge of the nearest overseas office of U.S Citizenship and Immigration Services. When your name has been reached as a Registrant you will be furnished additional instructions.

**Registration-**  A separate Registration Form I-590 must be executed by each registrant and submitted in one copy. A Registration Form I-590 on behalf of a child under 14 years of age shall be executed by the parent of guardian.

**Public Reporting Burden-**   A person is not required to respond to a collection of information unless it displays a currently valid OMB control number.This collection of information is estimated to average 35 minutes per response.If you have comments regarding the accuracy of this estimate or suggestions for simplifying this form, write to: U.S.Citizenship and Immigration Services,Regulatory Management Division, 111 Massachusetts Avenue, N.W.,Washington, D.C.20529; OMB No.1615-0068.     **DO NOT MAIL YOUR COMPLETED APPLICATION TO THIS ADDRESS.**

Form I-590(rev. 01/27/06)Y  Page 2

EXH. M - STATE DEPT. 5

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Refugee Affairs Division*
Washington, DC  20529-2290

 **U.S. Citizenship
and Immigration
Services**

## RELEASE OF INFORMATION CONSENT FORM

Date: **MAY 2 2 2014**   A 212 734 127        TU-395157
                          AMEEN, Omar Abdulsattar
Applicant Name:
Case #:

By signing below, I authorize U.S. Citizenship and Immigration Services to release
information contained in or pertaining to my application for refugee status to the U.N. High
Commissioner for Refugees, other U.S. Government agencies and other resettlement
countries.  I understand that no information will be shared with the government of the
country from which I am seeking refuge.

I understand that I am not required to sign this waiver, and I do so voluntarily.

_____
Applicant Signature

_____
USCIS Officer Signature

_____
Interpreter Signature

EXH. M - STATE DEPT. 6

Officer: ███████        Case#: TU-395157        Page 3 of 9

## VI. DECISION

| CASE ON HOLD -- Include Explanation and Sequence Numbers for Applicants/Derivatives: | Hold Resolved: |
|---|---|
| ███ ██ ████ █ | ██ ███ ██████ |
| ☐ SAO: | ☐ YES  Initials/Date |
| ☐ IAC: | ☐ YES  Initials/Date |
| ☐ Fingerprints: | ☐ YES  Initials/Date |
| ☐ Security Check Requiring HQ Review: | ☐ YES  Initials/Date |
| ☐ TRIG Indefinite Hold: | ☐ YES  Initials/Date |
| ☐ HQ TRIG Exemption: | ☐ YES  Initials/Date |
| ☐ Field TRIG Exemption: | ☐ YES  Initials/Date |
| ☐ Pending CARRP Review: | ☐ YES  Initials/Date |
| ☐ Possible/Probable 3rd Country Resettlement: | ☐ YES  Initials/Date |
| ☐ Persecution under duress: | ☐ YES  Initials/Date |
| ☐ Pending USCIS HQ Review (for Desk Officer review): | ☐ YES  Initials/Date |
| ☐ Other: | ☐ YES  Initials/Date |

███ ████ ███ ████

---

**IS THE APPLICANT ELIGIBLE FOR REFUGEE RESETTLEMENT PURSUANT TO INA §207?**      Yes ☒    No ☐
If yes, issue Grant Letter.  If no, select each reason that forms a basis for the decision:

IF NO, SELECT EACH REASON THAT FORMS A BASIS FOR THE DECISION:

☐ NOT QUALIFIED AS SPECIAL HUMANITARIAN CONCERN TO THE U.S. [Either NQ letter or Denial Letter Item 1 & [5 &/or 6]]

☐ NOT A REFUGEE PURSUANT TO INA §101(a)(42) [Applicable Denial Letter Item(s) 1,2,3 4 and/or 6]

☐ PERSECUTOR PURSUANT TO INA §101(a)(42)    [Denial Letter Item 3]

☐ FIRMLY RESETTLED PURSUANT TO 8 C.F.R. §207.1(b)    [Denial Letter Item 4]

☐ INADMISSIBLE PURSUANT TO INA §212(a)    [Denial Letter Item 5]

☐ TESTIMONY LACKED CREDIBILITY ON A MATERIAL ELEMENT OF INA§207(c)    [Denial Letter Item 6]

☐ OTHER -- Explain below.    [Denial Letter Item 7]

**JUSTIFICATION:**
PA established PP and WFF. Case recommended for approval, pending security checks.

EXH. M - STATE DEPT. 7

Case#: **TU-395157**                                         Page 4 of 9

| VII. SUPERVISORY REVIEW |
|---|

**CASE NUMBER**: **TU-395157**

☒ REVIEWING OFFICER CONCURS WITH THE ADJUDICATING OFFICER'S DECISION:
☐ REVIEWING OFFICER REMANDS THIS CASE FOR RE-INTERVIEW AS EXPLAINED BELOW:
☐ REVIEWING OFFICER OVERTURNS THE ADJUDICATING OFFICER'S DECISION AS EXPLAINED BELOW:

F█████████████████████████████████  ate:

**MAY 2 2 2014**

| VIII. POST INTERVIEW NOTES  (INCLUDE OFFICER'S NAME AND DATE OF NOTES) |
|---|

(use additional pages as needed)
(VERSION/HQRAD Ed. 01-04-12)

EXH. M - STATE DEPT. 8



U.S. Citizenship
and Immigration
Services

A 212 734 127        TU-395157
AMEEN, Omar Abdulsattar

Date:
A-file Number:
OPE Case Number: **TU-395157**
Case No:

### NOTICE OF ELIGIBILITY FOR RESETTLEMENT

Re:

Your application for refugee status in the United States has been conditionally approved under § 207 of the United States Immigration and Nationality Act. Final approval is conditioned upon successful completion of any required clearances that are required in the screening process. These clearances may include medical examination by a U.S. approved panel physician, completion of security clearance procedures, verification of family relationships, and receipt of a sponsorship assurance from a voluntary resettlement agency in the United States.

In addition, those derivatives (your spouse and unmarried children under 21 years of age) who are included in your application and who are designated by the A-file number listed above, are also conditionally approved for derivative refugee status. If any dependent child included in your case marries prior to admission to the United States, the derivative refugee status will no longer be available and he or she will be disqualified from resettlement in the United States as a derivative refugee. Should any dependent child marry prior to arrival in the United States and fail to disclose the marriage at the time of arrival in the United States, he or she may be subject to termination of refugee status and removal from the United States. In addition, USCIS will not approve a following-to-join petition (Form I-730), should a dependent child or a spouse marry prior to admission to the United States.

Every refugee applicant must undergo a medical examination. Some health conditions are a ground for exclusion from resettlement to the United States, but may be waived by DHS for humanitarian reasons, in the public interest, or to ensure family unity, on an exceptional basis. The medical exam is free of charge. The examining physician has been trained to explain to you the medical tests that are required subject to your consent. Failure to comply with or to consent to the requirements for medical exams may jeopardize your application as not eligible as to derivative consent. You will be contacted by one of the IOM for your medical exam.

Prior to travel, you will be issued a Travel Packet, which is prepared by the Overseas Processing Entity (OPE) that assisted you in completing your application. It is estimated that a minimum of four to six months to a year after you are approved to complete all of the procedures before your departure to the United States. Please notify the OPE office if you have any change in your family composition. The International Organization for Migration (IOM) will assist in arranging for your departure to the United States and process an interest-free travel loan for your airfare.

Refugee Affairs Division
U.S. Citizenship and Immigration Services

U.S. Department of State
**MEDICAL EXAMINATION FOR
IMMIGRANT OR REFUGEE APPLICANT**
For use with TB Technical Instructions 2007 and the DS-3030

OMB No. 1405-0113
EXPIRATION DATE: 08/31/2014
EST MATED BURDEN: 10 minutes
(See Page 2 - Back of Form)

| | | | |
|---|---|---|---|
| **Name** (Last, First, MI.) | AMEEN | , OMAR | ABDULSATTAR |
| **Birth Date** (mm-dd-yyyy) | 12-20-1973 | | Sex: ☒ M ☐ F |
| **Birthplace** (City/Country) | RAGWA | / IRAQ | |
| **Present Country of Residence** | TURKEY | **Prior Country** | |
| **U.S. Consul** (City/Country) | İSTANBUL | / TURKEY | |
| **Passport Number** G1975150 | | **Alien** (Case) Number TU-395157 (A 212734127) |

**Date of Medical Exam** (Date of TB physical exam or date of lab report of final TB culture results, if cultures performed) (mm-dd-yyyy) 07-07-2014

**Date Exam Expires** (3 months if Class A TB, or Class B1 TB, otherwise 6 months) (mm-dd-yyyy)  01-07-2015

**Date** (mm-dd-yyyy) of Prior Exam, if any _____    **Exam Place** (City/Country) İSTANBUL    / TURKEY

**Panel Physician** ████████████    **Radiology Services** ████████████

**Screening Site** ████████████    **Lab** (Name for syphilis/TB) ████████████ /

**(1) Classification** (Check all boxes that apply):

☒ **No apparent defect, disease, or disability** (See Worksheets DS-3025, DS-3026, and DS-3030)

---

☐ **Class A Conditions** (From Past Medical History and Physical Examination Worksheets)

☐ TB, active, infectious (Class A, from Chest X-Ray Worksheet)

☐ Syphilis, untreated

☐ Chancroid, untreated

☐ Gonorrhea, untreated

☐ Granuloma inguinale, untreated

☐ Lymphogranuloma venereum, untreated

☐ Hansen's disease, untreated multibacillary

☐ Addiction or abuse of specific* substance

☐ Any physical or mental disorder (including other substance-related disorder) with harmful behavior or history of such behavior likely to recur

*amphetamines, cannabis, cocaine, hallucinogens, opioids, phencyclidines, sedative-hypnotics, and anxiolytics

---

☐ **Class B Conditions** (From Past Medical History and Physical Examination Worksheets)

☐ Syphilis (with residual defect), treated within the last year

☐ Current pregnancy, number of weeks pregnant _____

☐ Any physical or mental disorder (excluding addiction or abuse of specific* substance but including other substance-related disorder) without harmful behavior or history of such behavior unlikely to recur

*amphetamines, cannabis, cocaine, hallucinogens, opioids, phencyclidines, sedative-hypnotics, and anxiolytics

☐ Hansen's disease, treated mult bacillary
Treatment: ☐ Partial ☐ Completed

☐ Hansen's disease, pauc bacillary
Treatment: ☐ None ☐ Partial ☐ Completed

☐ Sustained, full remission of addiction or abuse of specific* substances

---

☐ **Class B1 TB, Pulmonary**

☐ No treatment

☐ Completed treatment (Check all that apply and attach all laboratory and DOT documents)

☐ By panel physician

☐ Initial smear positive

☐ Pre-treatment culture and DST results performed/available

☐ By non-panel physician

☐ Initial culture positive

☐ Pre-treatment culture and/or DST results not performed/available

---

☐ **Class B1 TB, Extrapulmonary**    **Anatomic Site of Disease** _____

☐ No treatment

☐ Current treatment

☐ Completed treatment

---

☐ **Class B2 TB, LTBI Evaluation**

☐ Test for TB infection positive: ☐ TST _____ mm; ☐ IGRA positive    Result _____    ☐ TST or IGRA Conversion

☐ No LTBI treatment

☐ Current LTBI treatment (Indicate medications in Part 4 of DS-2054 form)

☐ Completed LTBI treatment (Indicate medications in Part 4 of DS-2054 form)

---

DS-2054
08-2011

Page 1 of 3

EXH. M - STATE DEPT. 10

| Class B Tuberculosis - Continued |
|---|

☐ **Class B3 TB, Contact Evaluation**

☐ TST _____ mm    ☐ IGRA negative    ☐ IGRA positive    IGRA Result _____

☐ No preventive treatment

☐ Current preventive treatment (*Indicate medications in Part 4 of DS-2054 form*)

☐ Completed preventive treatment (*Indicate medications in Part 4 of DS-2054 form*)

Source Case:   Name _____

Alien Number _____

Relationship to Contact _____

Date Contact Ended  *(mm-dd-yyyy)*  _____

Type of Source Case TB  (*Mark only one and ATTACH DST RESULTS*)

☐ Pansusceptible TB

☐ MDR TB (*resistant to at least INH and rifampin*)

☐ Drug-resistant TB other than MDR TB

☐ Culture negative

☐ Culture results not available

☐ **Class B Other** (*specify or give details on checked conditions from worksheets*) _____

_____

_____

_____

**(2) Laboratory Findings** (*check all boxes that apply*):

**Syphilis:**        ☐ **Not done**

|  | Test Name | Date(s) Run *(mm-dd-yyyy)* | Negative | Positive | Titer 1 | Notes |
|---|---|---|---|---|---|---|
| Screening | VDRL | 07-07-2014 | X |  |  |  |
| Confirmatory |  |  |  |  |  |  |

| Treated | If treated, therapy: | Date(s) treatment given  *(mm-dd-yyyy)*  (3 doses for penicillin) |
|---|---|---|
| ☐ Yes | ☐ Benzathine penicillin, 2.4 MU IM | _____  _____  _____ |
| ☐ No | ☐ Other (therapy, dose): _____ |  |

**Test for Cell-Mediated Immunity to TB** (*Required for all applicants 2 through 14 years of age; perform one type only*)

☐ TST

Date Applied *(mm-dd-yyyy)* _____        Result *(mm)* _____

☐ IGRA

Name of IGRA Test _____        Date Drawn *(mm-dd-yyyy)* _____

Nil Value (IU/ml or number of cells) _____        TB Response (TB- nil IU/ml or number of cells*) _____

IGRA Interpretation:     ☐ Positive        ☐ Negative        ☐ Indeterminate, Borderline, or Equivocal

\* For T-Spot, TB Response number of cells = Higher of Panel A or Panel B minus nil value

**(3) Immunizations** (*See Vaccination Form, check all boxes that apply*) **Not required for refugee applicants.**

☐ Vaccine history complete        ☐ Vaccine history incomplete, requesting waiver (*indicate type below*)

☐ Incomplete vaccine history, no waiver requested        ☐ Blanket waiver        ☐ Individual waiver

I certify that I understand the purpose of the medical examination and I authorize the required tests to be completed.

_____        ████████████ MD, MPH        07-07-2014

Applicant Signature        Inter Panel Physician Signature        Date *(mm-dd-yyyy)*

DS-2054        Page 2 of 3

EXH. M - STATE DEPT. 11

I certify that I understand the purpose of the medical examination and I authorize the required tests to be completed.

_____                                    07-07-2014

Applicant Signature                                                 Date (mm-dd-yyyy)

DS-2054                                                             Page 2 of 3



**IVMIS.:** 34.8580
**F.NAME:** OMAR
**M.NAME:** ABDULSATTAR
**L.NAME:** AMEEN
**SEX...:** Male
**DOB...:** 12-20-1973 (40)
**POB...:** RAGWA/IRAQ
**PASS #:** G1975150
**CASE #:** TU-395157 (A 212734127)

| Applicant Signature at X-Ray | Applicant Signature at Phlebotomy |
|---|---|
|  |  |

EXH. M - STATE DEPT. 12

TU-395157

## Case Summary



EXH. M - STATE DEPT. 13

TU-395157_01

Bio1



Bio2



EXH. M - STATE DEPT. 14

Identification



Identification – BIO



EXH. M - STATE DEPT. 15

## Identification – NAT ID PRI



## Identification – PASSPT



EXH. M - STATE DEPT. 16

Identification – PCD_UNHCR



Identification – Testimony



EXH. M - STATE DEPT. 17

## Medical Health



## Citizenships



EXH. M - STATE DEPT. 18

Address



Address – Turkey starting 25 Apr 2013

