Address – Turkey starting 01 Apr 2012



Address – Iraq starting 15 Oct 2010



Address – Iraq starting 08 Nov 2009



Address – Syria starting 01 Jan 2008



Address – Syria starting 01 Jan 2007



Address – Syria starting 01 Jan 2006



Address – Iraq starting 20 Dec 1973



Education



## Military Service



## Law Violations



Contact Info



EXH. M - STATE DEPT. 25

U.S. Citizenship and Immigration Services
Refugee Affairs Division
Washington, DC 20529-2290



U.S. Citizenship
and Immigration
Ser A 212 734 127    TU-395157
AMEEN, Omar Abdulsattar

Date:
A-file Number(s):
OPE Case Number(s): TU-395157
Name(s):

## NOTICE OF ELIGIBILITY FOR RESETTLEMENT

Re: _____

Your application for refugee status in the United States has been conditionally approved under §207(a) of the United States Immigration and Nationality Act. Final approval is conditioned upon successful completion of any remaining clearances that are required in the screening process. These clearances may include medical examination by a U.S. approved panel physician, completion of security clearance procedures, verification of family relationships, and receipt of a sponsorship assurance from a voluntary resettlement agency in the United States.

In addition, those dependents (spouse and unmarried children under 21 years of age) who are included in your application, and who are designated by the A-file numbers listed above, are also conditionally approved for derivative refugee status. If any dependent child included in your case marries prior to admission to the United States, the derivative refugee status will no longer be available and he or she will be disqualified from traveling to the United States as a derivative refugee. Should any dependent child marry prior to travel to the United States and fail to disclose the marriage at the time of admission to the United States, he or she may be subject to termination of refugee status and removal from the United States. In addition, DHS will not approve a following-to-join petition (form I-730) should such a dependent child seek to sponsor a spouse married prior to admission to the United States.

Every refugee applicant must complete a medical examination. Some health conditions are grounds for exclusion from resettlement to the United States, but may be waived by DHS for humanitarian purposes, in the public interest, or for family unity on an exceptional basis. The medical exam is free of charge. The examining physician will explain to you the medical tests that are required subject to your consent. Failure to comply with or consent to the requirements for medical exams may jeopardize your application for refugee status and resettlement. You will be contacted by one of the U.S. Refugee Program participating organizations to arrange for your medical exam.

Prior to travel, you must be issued a Travel Packet, which is prepared by the Overseas Processing Entity (OPE) that assisted you in preparing your application. It is estimated that a minimum of four months from the date of this letter is required to complete all of the procedures before your departure to the United States. Please notify the OPE office if you have any changes in your family composition. The International Organization for Migration (IOM) will assist in arranging for your departure to the United States and provide you with an interest free travel loan for your airfare.

Refugee Affairs Division
U.S. Citizenship and Immigration Services

164

EXHIBIT N 1

OA_000175



Certification of Documents
Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form G-24
Internal Use

# United States of America

## Department of Homeland Security
## U.S. Citizenship and Immigration Services

MAY 3 1 2018
Date *(mm/dd/yyyy)*

### Certification of Documents
(Originals or Copies thereof)

**BY VIRTUE OF** the authority vested in me by Title 8, Code of Federal Regulations, Part 103 of the Immigration and Nationality Act (INA), and Title IV, Subtitle E, Section 451 and Section 456 of the Homeland Security Act of 2002,

**I HEREBY CERTIFY** that the annexed documents are originals, or copies thereof, from the records of U.S. Citizenship and Immigration Service, Department of Homeland Security, which the Secretary is the legal custodian by virtue of Section 103 of the Immigration and Nationality Act. These documents relate to:

Subject: Omar Abdulattar Ameen

Also known as (aka):

File and/or Certificate Number: A212734127

Number of Pages Copied: 220

(Signature of Authorized Person)

Joe T. Long - District Records Manager
(Print Name and Title of Authorized Person)

USCIS District 22 - Sacramento, CA
(Office of Authorized Person)

**Annotations**

Certified Documents from A-file with the exception of documents reserved per the USCIS Records Policy Manual. Reserved documents listed on Attachment of of the Certification Memorandum.

Form G-24  06/04/13 N

Page 1 of 1

EXHIBIT N 2

OA_000011