# Action Sheet

| | | | |
|---|---|---|---|
| Case # | 980-08C06652 | COO | Iraq |
| PA Name | AMEEN, OMAR ABDULSATTAR AMEEN | Ethnicity | Arab |
| Linked to | 980-08C06661 | Reg. on | 31-Mar-08 |

| Date | SM | Action taken / recommended |
|---|---|---|
| 9.7.09 | RN | Renewal (+) Adding his New Born Baby |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Digitized by Archives 08/17/2018

UNITED NATIONS
HIGH COMMISSIONER
FOR REFUGEES

P.O. Box: 30891
Damascus, Syria
Tel: +963 11 373 59 40
Fax: +963 11 373 61 08

UNHCR
The UN Refugee Agency

المفوضية السامية
للأمم المتحدة
لشؤون اللاجئين

صندوق بريد: 30891
دمشق، سوريا
هاتف: 40 59 373 11 963+
فاكس: 08 61 373 11 963+

تاريخ الإصدار: 09/07/2009

الرقم المرجعي:

# وثيقة الاعتراف بصفة اللجوء
# Refugee Certificate

Name:
OMAR ABDULSATTAR AMEEN AMEEN
UNHCR Registration No.:
980-08-06652 / N/A
Date of Birth:
20/12/1973
Place of Birth:
AL-ANBAR
Nationality:
Iraqi
Date of Entry in Syria:
05/03/2007
Place of Entry:
TANAF

الاسم:
عمر عبدالستار امين امين
رقم التسجيل في مكتب المفوضية:
تاريخ الولادة:
مكان الولادة:
الأنبار
الجنسية:
عراقية
تاريخ الدخول إلى البلد المضيف:
نقطة الدخول:
التنف

**إلى من يهمه الأمر**

يشهد مكتب المفوضية السامية للأمم المتحدة لشؤون اللاجئين بأن الشخص المذكور أعلاه، واعتماداً على المعلومات المتوفرة، قد تم الاعتراف به كلاجئ من قبل مكتب المفوضية بدمشق بموجب الولاية العامة للمفوضية.
وبصفته لاجئ، فإنه يعتبر من الأشخاص المشمولين باهتمام مكتب المفوضية، و يتوجب بشكل خاص حمايته من العودة القسرية إلى بلده حيث قد يواجه تهديدا لحياته أو حريته. ونقدر عاليا تقديم أية خدمة إلى اللاجئ المذكور أعلاه.

يمكن توجيه أي سؤال يتعلق بالمعلومات الواردة في هذا الكتاب إلى مكتب المفوضية السامية للأمم المتحدة لشؤون اللاجئين على العنوان المذكور في الاعلى.

**To Whom It May Concern**

This is to certify that the above-named person has, on the basis of available information, been recognized as a refugee by the United Nations High Commissioner for Refugees, pursuant to its mandate. As a refugee, [he/she] is a person of concern to the Office of the United Nations High Commissioner for Refugees, and should, in particular, be protected from forcible return to a country where [he/she] would face threats to his or her life or freedom. Any assistance accorded to the above-named individual would be most appreciated.

Questions regarding the information contained in this document may be directed to the United Nations High Commissioner for Refugees at the address above.

مكتب ممثل المفوضية في الجمهورية العربية السورية
Office of the UNHCR Representative in the Syrian Arab Republic

KHANSAA SABRE, Wife, Iraq, 26/09/1981
A ABDULSATTAR, Son, Iraq, 04
F Daughter, Iraq, 1 09
Z Son, Syria, 1

خنساء رشيد صبري،
احمدياسين عمر عبدالستار،
فاطمة عمر عبدالستار،
زكريا عمر عبدالستار،

UNITED NATIONS HIGH COMMISSIONER FOR REFUGEES
DAMASCUS

إن هذا الكتاب صالح حتى تاريخ: 09/07/2011
*تعتبر صالحة فقط النسخة الأصلية الممهورة بختم المفوضية*

Paper Serial No: AB 492391

Digitized by Archives 08/17/2018

3

الأقرباء للرجوع إليهم عند الحاجة

RELATIVES TO CONTACT WHEN NEEDED

NAME ........ الإسم

RELATIONSHIP ........ صلة القرابة

ADDRESS ........ العنوان

TEL. ........ تلفون

NAME ........ الإسم

RELATIONSHIP ........ صلة القرابة

ADDRESS ........ العنوان

TEL. ........ تلفون

توقيع حامل الجواز

SIGNATURE OF PASSPORT HOLDER

٣

G1975150

جمهورية العراق

REPUBLIC OF IRAQ

PASSPORT جواز سفر

TYPE P COUNTRY CODE IRQ PASSPORT NO. G1975150

GIVEN NAMES OMAR ABDULSATTAR AMEEN عمر عبدالستار امين

SURNAME AMEEN امين

PLACE OF BIRTH AL-ANBAR – IRQ العراق – الانبار

DATE OF BIRTH 1973-12-20 NATIONALITY IRAQI SEX M ذكر

MOTHER NAME FATIMAH SAKIN فاطمة ساكن

DATE OF EXPIRY 2016-05-12 DATE OF ISSUE 2008-05-13

ISSUING AUTHORITY BAGHDAD بغداد

P<IRQAMEEN<<OMAR<ABDULSATTAR<AMEEN<<<<<<<<<

G1975150<4IRQ7312209M1605125<<<<<<<<<<<<<<04

S2030222

THIS PASSPORT HAS 36 PAGES

يحتوي هذا الجواز على ٣٦ صفحة

PASSPORT جواز سفر

NO. OF PASSPORT رقم جواز السفر

S 2030222

تاريخ الاصدار ١٠-١١-٢٠٠٥

Date of Issue 10-11-2005

محل الاصدار بغداد

Place of Issue Baghdad

تاريخ النفاذ ٩-١١-٢٠٠٦

Expiry Date 9-11-2006

اسم ضابط الجوازات

Name and Signature of Passport Officer

عباس عطية العيثاوي

جمهورية العراق

REPUBLIC OF IRAQ

جواز سفر

PASSPORT

باسم وزير خارجية العراق

نحيي

من يهمهم الأمر ونرجو أن يشملوا حامله برعايتهم وأن يسمحوا له بالمرور، وأن يقدموا له جميع المساعدات الممكنة عند الاقتضاء

IN THE NAME OF THE MINISTER FOR FOREIGN AFFAIRS GREETINGS

COMPETENT AUTHORITIES ARE REQUESTED TO ACCORD BEARER OF THIS PASSPORT PROTECTION, TO ALLOW HIM/HER PASSAGE AND TO AFFORD HIM/HER ALL POSSIBLE ASSISTANCE IN CASE OF NEED.

Digitized by Archives 08/17/2018

التأشيرات

VISAS

5

19 MAY 2009

التأشيرات

VISAS

4

S 2030222

اوصاف حامل الجواز

DESCRIPTION OF BEARER OF PASSPORT

الاسم واللقب

NAME AND SURNAME

محل الميلاد وتاريخه

PLACE AND DATE OF BIRTH

المهنة

OCCUPATION

اسم الأم

NAME OF MOTHER

Digitized by Archives 08/17/2018

التأشيرات
VISAS
7
17 APR 2009
التأشيرات
VISAS
الجمهورية العربية السورية - وزارة الداخلية
إدارة الهجرة و الجوازات - فرع الإقامة
الرقم :
تأشيرة العودة الى الجمهورية العربية السورية
VISA DE RETOUR EN REPUBLIQUE ARABE SYRIENNE
6
NOTES
الملحوظات
NO.
الرقم
DATE :
DESCRIPTION OF WIFE
مدة :
القنصل
ابراهيم مصطفى جمال الدين

Digitized by Archives 08/17/2018

EXH. Q - UNHCR SYRIA 5

التأشيرات
VISAS
9

19 MAY 2009
DEPARTURE

3
الجمهورية العربية السورية وزارة الداخلية

التأشيرات
VISAS
8

٢٥ أيار ٢٠٠٩

Republic of Iraq
20 APR 2009

21 MAY 2009

8

S 2030222

ACCOMPANYING PERSONS المرافقون

زكريا

DAMASCUS
Republic of Iraq

صورة

صورة

ACCOMPANYING PERSONS المرافقون

| الأسم NAME | الجنس SEX | تاريخ الميلاد DATE OF BIRTH |
| --- | --- | --- |
| ١- احمد ياسين عمر عبدالستار | ذكر | ٢٠٠٤ |
| ٢- زكريا عمر عبدالستار | ذكر | ٢٠٠٨ |
| ٣- فاطمة عمر عبدالستار | انثى | ٢٠٠٩ |
| 4- ٤- | | |
| 5- ٥- | | |
| 6- ٦- | | |

Digitized by Archives
08/17/2018

التأشيرات
VISAS
11

التأشيرات
١٠

Republic Of Iraq
25 MAY 2009
Al-Qaim
1140

DEPARTURE
Republic Of Iraq
25 MAY 2009
Al-Qaim Border Control
مغـادرة
1108

١١
G1975450

10
03132700

S 2030222
NOTES الملحوظات

تم إعادة المولود : زكريا كمركب بستراميل
على جواز الجواز استنادا الى شهادة
الميلاد ١٠٨٣٣١
والصادرة في ١٠/ ٩ / ٢٠٠٨
القنصل

القنصل
ابراهيم مصطفى جمال الدين
Name and Signature of Passport Officer
اسم ضابط الجوازات وتوقيعه

PROLONGATION التمديد

يمدد للفترة من ١٨/١٠/٢٠٠٦
From 18-10-2006
الى ١٧/١٠/٢٠٠٨
To 17-10-2008

Name and Signature of Passport Officer
اسم ضابط الجوازات وتوقيعه

Digitized by Archives 08/17/2018

VISAS
التاشيرات
VISAS
التاشيرات
13 APR 2006
13 APR 2006
Republic of Iraq
Al-Waleed Stay & Passport Center

Digitized by Archives 08/17/2018

EXH. Q - UNHCR SYRIA 8



Digitized by Archives 08/17/2018

EXH. Q - UNHCR SYRIA 9

Digitized by Archives 08/17/2018

Digitized by Archives 08/17/2018

VISAS
التأشيرات
لا يسمح له مزاولة العمل
Not Allowed Work
29 JUN 2008
VISAS
التأشيرات
EXIT
6 - MAR 2007

Digitized by Archives 08/17/2018

EXH. Q - UNHCR SYRIA 12

Digitized by Archives 08/17/2018



S 2030222
VISAS
التأشيرات
VISAS
التأشيرات
DEPARTURE
15 JUN 2009

Digitized by Archives
08/17/2018

EXH. Q - UNHCR SYRIA 14



VISAS
التأشيرات
VISAS
التأشيرات
١٥ حزيران ٢٠٠٩

Digitized by Archives 08/17/2018

EXH. Q - UNHCR SYRIA 15