

EXH. Q - UNHCR SYRIA 15



# Registration Referral Slip
UNHCR Damascus, BO

**UNHCR Reg #** 980-08-06652 / N/A

**PA's Name** OMAR AMEEN        **Family Size** 4

| | | | |
|---|---|---|---|
| **Community Services** *Comments:* | ☐ | **Protection** | ☐ |
| **Exclusion** | Category I ☐ <br> Category II ☐ | **Health** | ☐ |
| **Resettlement** | ☐ | **Filing** | ☒ |

**Codes:** PG, PG-LC

Pa fled Iraq because of the unstable security situation only.

**Registration Clerk:** Ramaz Shamoun

*RAMAZ*

## Supervisor's Section
*For Registration Supervisors' Use Only*

| | | | |
|---|---|---|---|
| **Community Services** | ☐ | **Protection** | ☐ |
| **Exclusion** Category I | ☐ | **Health** | ☐ |
| **Resettlement** | ☐ | **Exclusion CatII and Resettlement** | ☐ |
| **Filing (including Exclusion CatII only)** | ☒ | **Other (       )** | ☐ |

**Comments:**

**Date of Registration** 31/03/2008

**Registration Supervisor** *[signature]*

Digitized by Archives 08/17/2018

**UNITED NATIONS HIGH COMMISSIONER FOR REFUGEES**

P.O. Box: 30891
Damascus, Syria
Tel: +963 11 373 59 40
Fax: +963 11 373 61 08



UNHCR
The UN Refugee Agency

المفوضية السامية
للأمم المتحدة
لشؤون اللاجئين

صندوق بريد: 30891
دمشق, سوريا
هاتف: 40 59 373 11 963+
فاكس: 08 61 373 11 963+

تاريخ الإصدار: 31/03/2008

الرقم المرجعي:

وثيقة الاعتراف بصفة اللجوء
## Refugee Certificate



Name:
OMAR AMEEN
UNHCR Registration No.:
980-08-06652 / N/A
Date of Birth:
20/12/1973
Place of Birth:
ANBAR
Nationality:
Iraqi
Date of Entry in Syria:
05/03/2007
Place of Entry:
AL-TANF

الاسم: عمر عبدالستار أمين
رقم التسجيل في مكتب المفوضية:

تاريخ الولادة:

مكان الولادة:
الأنبار
الجنسية:
عراقية
تاريخ الدخول إلى البلد المضيف:

نقطة الدخول:
التنف

### إلى من يهمه الأمر

يشهد مكتب المفوضية السامية للأمم المتحدة لشؤون اللاجئين بأن الشخص المذكور أعلاه، واعتمادا على المعلومات المتوفرة، قد تم الاعتراف به كلاجئ من قبل مكتب المفوضية بدمشق بموجب الولاية العامة للمفوضية.

وبصفته لاجئ، فإنه يعتبر من الأشخاص المشمولين باهتمام مكتب المفوضية، و يتوجب بشكل خاص حمايته من العودة القسرية إلى بلده حيث قد يواجه تهديدا لحياته أو حريته. ونقدر عاليا تقديم أية خدمة إلى اللاجئ المذكور أعلاه.

يمكن توجيه أي سؤال يتعلق بالمعلومات الواردة في هذا الكتاب إلى مكتب المفوضية السامية للأمم المتحدة لشؤون اللاجئين على العنوان المذكور في الأعلى.

### To Whom It May Concern

This is to certify that the above-named person has, on the basis of available information, been recognized as a refugee by the United Nations High Commissioner for Refugees, pursuant to its mandate. As a refugee, [he/she] is a person of concern to the Office of the United Nations High Commissioner for Refugees, and should, in particular, be protected from forcible return to a country where [he/she] would face threats to his or her life or freedom. Any assistance accorded to the above-named individual would be most appreciated.

Questions regarding the information contained in this document may be directed to the United Nations High Commissioner for Refugees at the address above.

Office of the UNHCR Representative in the Syrian Arab Republic
مكتب ممثل المفوضية في الجمهورية العربية السورية

KHANSAA SABRE, Wife, Iraq, 26/09/1981
A_____ ABDULSATTAR, Son, Iraq, _____
Z_____ Son, Syria, 1_  8

خنساء رشيد صبري
احمدياسين عمر عبدالستار
زكريا عمر عبدالستار




إن هذا الكتاب صالح حتى تاريخ: 31/03/2009
تعتبر صفحة فقط النسخة الأصلية المميزة بختم المفوضية

3



# Registration Appointment Slip for Iraqis

مذكرة تحديد موعد تسجيل للعراقيين

All services provided by this office are free of charge

جميع الخدمات المقدمة من قبل مكتب المفوضية هي مجانية

Date: 31/10/07

Mr./Mrs.: OMAR A AMEN    N 286085

No. of accompanying persons presently in Syria: 2

Contact Phone No.: 0966442386

You are kindly requested to come to UNHCR office on: 31/3/08 At 7,00

Please bring your own passport, the passports of all family members who are with you in Syria and a photo for each member of the family

يرجى حضوركم إلى مكتب المفوضية بتاريخ  ٣١/٣/٠٨   الساعة  /

يرجى إحضار جوازات سفر كامل أفراد الأسرة الموجودون في سورية بالإضافة إلى صورة شخصية لكل فرد من أفراد الأسرة

Damascus, Syria P.O. Box: 30891, Tel: 3735940, Fax: 3736108

دمشق، سوريا ص.ب: ٣٠٨٩١، هاتف: ٣٧٣٥٩٤٠، فاكس: ٣٧٣٦١٠٨

This is not an ID Card

هذه المذكرة ليست هوية تعريف

SYR    A

№ 062365

EXH. Q - UNHCR SYRIA 18





Digitized by Archives 08/17/2018

EXH. Q - UNHCR SYRIA 19



EXH. Q - UNHCR SYRIA 20





EXH. Q - UNHCR SYRIA 22



Digitized by Archives 08/17/2018

EXH. Q - UNHCR SYRIA 23



Digitized by Archives 08/17/2018



Digitized by Archives 08/17/2018



Digitized by Archives 08/17/2018

# English Translation of Arabic Content of UNHCR Syria Documents
## (By Ahmed Gawish 2-18-2019)

**UNHCR Syria 21**
**Bottom half: OA Passport No. S2942331**
**Lt pg:** 1st stamp: "Temporary Residency (granted) from Reef Dimishq (=Damascus Countryside) Immigration Branch, Serial No. 10875, from 10/27/2007 to 10/26/2008, Reef Dimishq (=Damascus Countryside) on 11/27/2007, Residency Dept."

2nd oval stamp: "Arab Republic of Syria, Ministry of Interior, Immigration and Passports Dept., Immigration and Passports Branch, Residency Dept."

**Rt pg:** 1st stamp: "Entered Lands of the Arab Republic of Syria via El-Tenf Center on Mar 5, 2007, based on: (Passport) 386085 issued on: Oct. 30, 2000 issued by: Previous Passport [sic], based on the complete rules charter, Damascus on Nov. 19, 2007

2nd oval stamp: "Arab Republic of Syria, Ministry of Interior, Immigration and Passports Dept., Residency Branch, Residency Dept. (1), Damascus"

EXH. Q - UNHCR SYRIA 27