



NOTES
الملحوظات
THUMB OF BEARER
DESCRIPTION OF BEARER OF PASSPORT
اوصاف حامل الجواز
NAME AND SURNAME
الاسم واللقب
PLACE AND DATE OF BIRTH
محل الميلاد وتاريخه
OCCUPATION
المهنة
NAME OF MOTHER
اسم الام

EXHIBIT R










