



KS Passport 0010



KS Passport 0011



EXHIBIT R

KS Passport 0012



KS Passport 0013



EXHIBIT R

KS Passport 0014



KS Passport 0015



VISAS التأشيرات

VISAS التأشيرات

EXHIBIT R

KS Passport 0016



**VISAS**   التأشيرات   **VISAS**   التأشيرات

KS Passport 0017



**VISAS** التأشيرات

**VISAS** التأشيرات

EXHIBIT R

KS Passport 0018



KS Passport 0019



**NOTES**   الملحوظات

**ADDRESS**   العنوان الدائم

المحافظة:

القضاء:

الناحية:

المقاطعة:

رقم المحلة:

رقم الزقاق:

رقم الدار:

رقم الهاتف:

اسم ضابط الجوازات

توقيعه

Name and Signature
of Passport Officer

اسم ضابط الجوازات
وتوقيعه

KS Passport 0020



توجيه هام

بعد هذا الجواز وثيقة ذات أهمية عظيمة ،ويجب أن
لايستعمله في شخص لم يصدر بأسمه وأذا فقد أو
أتلف يجب اخبار مكتب الجوازات الذي اصدره او
أقرب قنصلية عراقية ان وقع الضياع أو التلف خارج
العراق بأسرع وقت ولا تصدر جوازات السفر في مثل
هذه الاحوال الا بعد بحث وتمحيص تامين.

### IMPORTANT INSTRUCTIONS

This passport is considered a highly important
document and its use must be restricted to the
person in whose name it has been issued. In the
case of its loss or damage, notification to this
effect shall be made to the passport office or
nearest Iraqi consulate if such loss or damage
has occurred abroad. In such cases, other passports
should only be issued after thorough enquiry
and investigation.

ملحوظة

نرجو من العراقيين المسافرين، مراجعة اقرب قنصلية
عراقية عند وصولهم البلد الذي يقصدونه من اجل
تسجيل اسمائهم وعناوينهم، وعلى العراقيين المقيمين
في الخارج مراعاة ذلك كل ستة اشهر، في حالة حصول
تغيير بعناوينهم، او عند خروجهم من ذلك البلد.

### NOTE

ALL IRAQI TRAVELLERS ARE REQUESTED TO
CONTACT THE NEAREST IRAQI CONSULATE ON
ARRIVAL IN THE COUNTRY OF DESTINATION
IN ORDER TO LEAVE THEIR NAMES AND
ADDRESSES. ALL IRAQIS RESIDENT ABROAD
SHOULD OBSERVE THIS EVERY SIX MONTHS,
IN CASE OF CHANGE OF ADDRESSES OR
DEPARTURE.

## English translation of Mrs. Khansaa's Passport
## (By Ahmed Gawish 10-23-2018)

**KS Passport 0002:**
**Rt pg:** Pink stamp: "Syrian Company for the Distribution of Gas – Damascus Branch Directorate"

**KS Passport 0005:**
**Lt pg:** Pink stamp: "Embassy of the Republic of Iraq – Damascus – Consulate Section"
Date: 10/21/2008, Renewed for 2 years, Expires: 10/16/2010. Signed by Consul Ibraheem Mostafa Jamal-El-Deen.

**KS Passport 0006:**
**Rt pg:** 1- Ahmed Yaseen Omar Abd-El-Sattar/Male/2004 2- Zakariyya Omar Abd-El-Sattar/Male/2008 3- Fatima Omar Abd-El-Sattar/Female/2009
**Lt pg:** Handwriting above Upper Lt photo: "Zakariyya", Pink stamp: "Embassy of the Republic of Iraq - Damascus" (No Date)
Blue stamps: "Republic of Iraq – General Directorate for Travel and Citizenship – El-Aazamiyya – Baghdad"

**KS Passport 0007:**
**Rt pg:** Blue stamp: "Republic of Iraq – General Directorate for Travel and Citizenship – Baghdad"
**Lt pg:** Blue rectangular stamp: "Newborn: Zakariyya Omar Abd-El-Sattar Ameen was added to this passport based on attached Iraqi Birth Certificate number 108331, issued on 2/10/2008, The Consul"
Red round stamp: "Embassy of the Republic of Iraq – Damascus – Consulate Section"
Signed by Consul Ibraheem Mostafa Jamal-El-Deen

**KS Passport 0008:**
**Rt pg:** 1st Blue stamp: "Date of Entry: April 13, 2006, Dept. of Immigration and Passports, Arab Republic of Syria" with handwritten "With a child" above it
2nd Blue stamp: "Exit April 13, 2006, Republic of Iraq, Al-Waleed Stay (=Residence) & Passport Center" with handwritten "With a child" under it
**Lt pg:** Stamps: "Residency from 7/20/2006 till 10/12/2006, Dept. of Immigration and Passports, Residency branch, Arab Republic of Syria" with handwritten "With a child" on it

**KS Passport 0009:**
**Rt pg:** Blue stamp: "Exit Oct 18, 2006, Republic of Iraq, Al-Waleed Stay (=Residence) & Passport Center" with handwritten "With a child" under it
2nd Blue stamp: "Entry Oct 18, 2006, Republic of Iraq, Al-Waleed Stay (=Residence) & Passport Center" with handwritten "With a child" under it
3rd Blue stamp: "Leaving El-Tenf, Kanoon the First (Dec) 29, 2007, Dept. of Immigration and Passports, Arab Republic of Syria".
4th Blue stamp: "Leaving El-Tenf, Tishreen the First (Oct) 18, 2007, Dept. of Immigration and Passports, Arab Republic of Syria"

EXHIBIT R

**Lt pg:** 1st and 2nd stamps: "Residency from 17/4/2007 till 18/10/2007, Dept. of Immigration and Passports, Residency branch, Damascus, Arab Republic of Syria" with handwritten "With a child" on it

3rd stamp: "Oct 18, 2006, Dept. of Immigration and Passports, Arab Republic of Syria" (Not clear whether this is entry or exit) with handwritten "With a child" above it

**KS Passport 0010:**

**Rt pg:** 1st stamp: "The child Zakariyya is granted the required residency card, as an original, regardless of date of entry and entry card, Damascus on 2/12/2008, Head of Residency branches, Dept. of Immigration and Passports, Damascus, Arab Republic of Syria"

2nd black stamp: "Entry Jan 29, 2007, Republic of Iraq, Al-Waleed Stay (=Residence) & Passport Center"

**Lt pg:** 1st stamp: "Temporary Residency (granted) from Reef Dimishq (=Damascus Countryside) Immigration branch from 10/27/2007 to 10/17/2008, Damascus on 11/21/2007"

2nd oval stamp on left: "Dept. of Immigration and Passports, Residency branch, Arab Republic of Syria"

3rd oval stamp on right: "Leaving El-Bukamal, Neesan (Apr) 3, 2008, Dept. of Immigration and Passports, Arab Republic of Syria" with handwritten "With the 2 children Ahmed and Zakariyya" under it

4th rectangular stamp: "Entry, Nov 6, 2009, Al-Qa'im Passports Center, Republic of Iraq"

**KS Passport 0011:**

**Rt pg:** 1st & 2nd black stamps: "12/21/????, 11/3/???? (Unclear what these dates refer to), Duration: 3 months, Number of times: Once, Dated: 11/3/????, Dept. of Immigration and Passports, Reef Dimishq (=Damascus Countryside) Immigration branch, Arab Republic of Syria"

3rd & 4th oval stamps: "Dept. of Immigration and Passports, Arab Republic of Syria" (No date)

 5th oval stamp: "Leaving El-Bukamal, Kanoon the First (Dec) 7, 2008, Dept. of Immigration and Passports, Arab Republic of Syria" with handwritten "With 2 children" under it.

6th stamp: "Exit, Jan 10, 2009, Al-Qa'im Passports Center, Republic of Iraq"

**Lt pg:** 1st small pink rectangular stamp: "Jun 29, 2008" (Rest of info is unintelligible)

2nd big rectangular stamp: "4/1/2008, 4/30/2008 (Unclear what these dates refer to), Arab Republic of Syria" (Rest of info is unintelligible)

3rd big rectangular stamp: "Duration: 3 months, Number of times: Once, 4/1/2008, Reef Dimishq (=Damascus Countryside) Immigration and Passports branch, Ministry of Interior, Arab Republic of Syria"

4th & 5th oval stamps: "Dept. of Immigration and Passports, Arab Republic of Syria" (No date)

**KS Passport 0012:**

**Rt pg:** 1st stamp: "Exit, Mar 5, 2007, El-Waleed Residency and Passport Center, Republic of Iraq"

2nd stamp: "Azar (Mar) 5, 2007, El-Tenf Dept. of Immigration, Ministry of Interior, Arab Republic of Syria" with handwritten "One child Ahmed Yaseen Omar Abd-El-Sattar"

**Lt pg:** 1st stamp: "Not allowed to work" with handwritten "With a child" under it

EXHIBIT R

2nd stamp: "Special Tourism Residency, Carrier is allowed to reside and leave till 6/4/2007, Damascus on 4/4/2007, Reef Dimishq (=Damascus Countryside) Immigration and Passports branch, Arab Republic of Syria"
3rd stamp: "Dept. of Immigration and Passports, Ministry of Interior, Arab Republic of Syria" (No date)
4th small rectangular stamp: "Exit, Jun 29, 2008, El-Waleed Residency and Passport Center, Republic of Iraq

**KS Passport 0013:**
**Rt pg:** 1st stamp: "Entry, Apr 3, 2008, Al-Qa'im Stay (=Residency) and Passports Center, Republic of Iraq"
2nd stamp: "Entry date: Kanoon the Second (Jan) 10, 2009, Arab Republic of Syria" with handwritten "With 2 children" under it
**Lt pg:** 1st stamp: "Temporary Residency (granted) from Reef Dimishq (=Damascus Countryside) Immigration branch from 7/28/2008 to 7/27/2009, Reef Dimishq on 9/23/2008"
2nd stamp: "Dept. of Immigration and Passports, Ministry of Interior, Arab Republic of Syria" (No date)
3rd stamp: "Entry, Dec 7, 20??, Al-Qa'im Stay (=Residency) and Passports Center, Republic of Iraq"

**KS Passport 0014:**
**Rt pg:** 1st stamp: "Till: 5/7/2009, Dept. of Immigration and Passports, Residency Branch, Ministry of Interior, Arab Republic of Syria" with handwritten "With 2 children" above it.
2nd oval stamp: "Dept. of Immigration and Passports, Ministry of Interior, Damascus, Arab Republic of Syria" (No date)
3rd big rectangular stamp: "Visa for Arab Republic of Syria, Duration: 3 months, Number of times: Once, Dated: 5/8/2009" with handwritten "With 2 children" above it.
4th oval stamp: "Dept. of Immigration and Passports, Ministry of Interior, Damascus, Arab Republic of Syria" (No date)
**Lt pg:** 1st stamp: "Leaving El-Bukamal, Neesan (Apr) 11, 2009, Dept. of Immigration and Passports, Arab Republic of Syria" with handwritten "With 2 children" above it.
2nd stamp: "Entry, Apr 11, 2009, Al-Qa'im Stay (=Residency) and Passports Center, Republic of Iraq"
3rd stamp: "Departure, Jun 15, 2009, Al-Qa'im Stay (=Residency) and Passports Center, Republic of Iraq"

**KS Passport 0015:**
**Rt pg:** 1st oval stamp: "6/15/2009 (Handwritten), Dept. of Immigration and Passports, Ministry of Interior, Arab Republic of Syria" with handwritten "Child Fatima" under it.
2nd stamp: "Entry date: Hozayran (Jun) 15, 2009, Dept. of Immigration and Passports, Arab Republic of Syria" with handwritten "With 3 children" over it and handwritten "The mother and Ahmed and Zakariyya and Fatima".
**Lt pg:** 1st oval stamp: "Dept. of Immigration and Passports, Ministry of Interior, Arab Republic of Syria" (No date)
2nd big black rectangular stamp: "Visa starting from: 12/6/2009, Damascus on 11/7/2009, Ministry of Interior, Arab Republic of Syria" with handwritten "With the children" above it.

EXHIBIT R

3rd oval stamp: "Dept. of Immigration and Passports, Ministry of Interior, Arab Republic of Syria" (No date)

4th big black rectangular stamp: "Duration: 3 months, Number of times: Once, Reef Dimishq (=Damascus Countryside) on 11/7/2009, Reef Dimishq Immigration and Passports branch, Ministry of Interior, Arab Republic of Syria"

5th oval stamp: "Dept. of Immigration and Passports, Ministry of Interior, Arab Republic of Syria" (No date)

6th oval stamp: "Leaving El-Bukamal, Tishreen the Second (Nov) 8, 2009, Dept. of Immigration and Passports, Arab Republic of Syria" with handwritten "With 3 children" under it.

**KS Passport 0020:**
**Rt pg:** Governorate: Baghdad, Court: El-Rassafa

**KS Passport 0021:**
**Rt pg:** Red stamp: "Reviewed 11/8/2009, Iraq"
Blue stamp: "Ministry of Health, El-Anbar Health Administration, 11/15/2009"

EXHIBIT R

VISAS / التأشيرات / فيزه / VISAS

EXIT / خروج

24 MAY 2012

T.C. ERBİL BAŞKONSOLOSLUGU
TURKISH CONSULATE GENERAL - ERBIL

**TÜRKİYE CUMHURİYETİ**
GİRİŞ VİZESİ / ENTRY VISA
TRANSİT VİZESİ / TRANSIT VISA

Adı Soyadı
Name Surname : KHANSAA RASHID SABRI

Pasaport No
Passport No : A1950178 ............... Tek Giriş
Single Entry

Geçerlik Süresi
Validity : 21.05.2012-19.11.2012

İkamet Süresi
Duration of Stay : 30 Gün/Days

Amaç
Purpose : Turistik/Tourism

Tarih / No
Date of Issue / No : 21.05.2012/27

Harç / Harçsız
Fee / Gratis : Harçsız/Gratis

Cafer AŞIK
Muavin Konsolos   8

A1950179

27 FEB 2014

COPIED FROM A COPY

REPUBLIC OF IRAQ
Passport

SIGNATURE OF PASSPORT HOLDER

Type / P

Surname
SABRI

Full Name
KHANSAA RASHID SABRI

Sex
F

Date of Birth
1981-09-26

Nationality / Country
IRAQ

IRAQI

Date of Issue
2011-12-25

Date of Expiry
2019-12-23

Mother Name
ISTIQBAL WAHEEDALDEN

Passport No
A1950178

AL ANB

IRQ

P<IRQSABRI<<KHANSAA<RASHID<SABRI<<<<<<<
A1950178<7IRQ8109264F1912236<<<<<<<<<<<<

TEL

ADDRESS

RELATIONSHIP

NAME

TEL

ADDRESS

RELATIONSHIP

NAME

75

RELATIVES TO CONTACT WHEN NEEDED

EXHIBIT S

KS_000077



**Certification of Documents**

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form G-24**
Internal Use

# United States of America

**Department of Homeland Security**
**U.S. Citizenship and Immigration Services**

JUN 0 1 2018
_____
Date *(mm/dd/yyyy)*

### Certification of Documents

(Originals or Copies thereof)

**BY VIRTUE OF** the authority vested in me by Title 8, Code of Federal Regulations, Part 103 of the Immigration and Nationality Act (INA), and Title IV, Subtitle E, Section 451 and Section 456 of the Homeland Security Act of 2002,

**I HEREBY CERTIFY** that the annexed documents are originals, or copies thereof, from the records of U.S. Citizenship and Immigration Service, Department of Homeland Security, which the Secretary is the legal custodian by virtue of Section 103 of the Immigration and Nationality Act. These documents relate to:

Subject: _Khansaa Rashid Sabri_ _____

Also known as (aka): _____

File and/or Certificate Number: _A212734130_ _____

Number of Pages Copied: _82_ _____

_(Signature of Authorized Person)_

Joe T. Long - District Records Manager
(Print Name and Title of Authorized Person)

USCIS District 22 - Sacramento, CA
(Office of Authorized Person)

**Annotations**

Certified Documents from A-file with the exception of documents reserved per the USCIS Records Policy Manual. Reserved documents listed on Attachment of of the Certification Memorandum.

Form G-24  06/04/13 N

Page 1 of 1

EXHIBIT S

KS_000001



| 318 | 2012-03-31 | IRAK | Omar Abdulsattar AMEEN AMEEN | | MEVCUT |

EXHIBIT T          MERSIN SIGN-IN 1



| 218 | 2012-33-81 | IRAK | Omar Abdulsattar AMEEN AMEEN | | MEVCUT |

EXHIBIT T                    MERSIN SIGN-IN 2



| 218 | 2012-33-81 | IRAK | Omar Abdulsattar AMEEN AMEEN | | MEVCUT |



| 218 | 2012-33-81 | IRAK | Omar Abdulsattar AMEEN AMEEN | | MEVCUT |

EXHIBIT T          MERSIN SIGN-IN 4

HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
BENJAMIN GALLOWAY, State Bar # 214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, State Bar #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorneys for Defendant
OMAR AMEEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ. | No. 2:18-mj-00152-EFB |
| | DECLARATION |
| _____/ | Judge:  Hon. Edmund F. Brennan |

I, Chris Chang, the undersigned, declare:

1.  I am an investigator based in London, England, and working on this matter for the Office of the Federal Defender.

2.  In that capacity, I went to the Mersin Immigration Office, Temporary Protection Unit, in Mersin, Turkey, on Tuesday, April 30, 2019, to follow up on previous documents obtained from that unit.  Also present were Assistant Federal Defender Rachelle Barbour and Translator Zakaria Zakaria.

3.  In the office, we met with several employees.  One employee, Emine Seker, indicated she was familiar with the case and with the documents that had previously be provided.  I recognized Ms. Seker's name from the cover letter we previously obtained from the Mersin Immigration Office.

4.  Ms. Seker pulled Mr. Ameen's physical file and went through it in front of us.  We discussed the need for the sign-in sheets for June 2014 for Mr. Ameen, particularly the ones for the Thursday before and after the date of the charged offense.  These would be the sheets that Mr. Ameen signed in the Foreigner's Police Office on June 19, 2014, and June 26, 2014.  We explained why we needed the sheets themselves if

EXHIBIT T                                    MERSIN SIGN-IN 5

they were still available.  Ms. Seker indicated that she had checked with the manager and that the office would attempt to find and pull the actual sign-in sheets from archives and provide copies of Mr. Ameen's signature duty to the defense.  We notified Ms. Seker that someone from the defense team would come pick them up.  A follow-up email in Turkish was sent to Ms. Seker care of the Mersin Immigration Office office, reiterating the request for the sign-in sheets from those dates for Mr. Ameen.

5.  A Turkish lawyer working with the defense sent a staff member to the Mersin Immigration Office on Thursday, May 9, 2019 to pick up the documents that had been prepared.

6.  The attached sheets were provided by the Mersin Immigration Office.  They are sign-ins by Mr. Ameen.  I am familiar with Mr. Ameen's signature from reviewing other signed documents in this case, including other documents he signed at the Mersin Immigration Office in the relevant time period.  The signature on the sign-in sheets is next to Mr. Ameen's typewritten name, and matches his other signatures in official documents.

7.  I noted that the sheets that were provided were taken from larger sheets that were redacted to protect the privacy interests of other refugees who signed in.  The four signature sheets we received do not have dates on them.  They appear to correspond to the request we made for the sign-in sheets from June 2014.  We are attempting to obtain additional information from the Mersin Immigration Office about these documents.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on this 14 day of May, 2019 in London, England.


/s/ Chris Chang
_____
CHRIS CHANG