HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No. 2:18-mj-152 EFB<br><br>Judge: Hon. Edmund F. Brennan |

I, Linda K. Humble, hereby declare as follows:

1. I have been an investigator with the Office of the Federal Defender, California Eastern District in Sacramento for 22 years.

2. I was assigned to conduct witness interviews in this case by Chief Assistant Federal Defender Ben Galloway and Assistant Federal Defender Rachelle Barbour.

3. On November 28, 2018, I interviewed Tallal Al-Gaburi via telephone.

4. Al-Gaburi stated that he met Omar Ameen on July 8, 2014. He knows the exact date because he found the paperwork he had from his medical examination in Istanbul on July 7, 2014. He met Omar the next day at their CIMC Interviews. They spent four days together in Istanbul and became friends.

5. After meeting in Istanbul, he and Omar would occasionally meet for lunch. Al-Gaburi lived in Adana, a village about one hour away from Mersin.

6. Al-Gaburi remembers that Omar had very short hair in the summer of 2014. He was almost bald.

Declaration

1

EXHIBIT 11.1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of May 2019, at Sacramento, CA.

*[Signature: L K Humble]*

**Certification of Interpreter/Translator:**

I, Ahmed Gawish, declare that I am a proficient Arabic-English interpreter/translator. On 11/28/2018, I translated the entire contents of the foregoing interview between Ms. Linda Humble and Mr. Tallal Al-Gaburi from English to Arabic and vice versa. I declare that the foregoing is a true and correct translation.

Interpreter/Translator name: AHMED GAWISH

Interpreter/Translator signature: Ahmed Gawish

Dated: 5/13/2019