HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | )  Case No.  2:18-mj-152 EFB<br>)<br>)<br>)  Judge: Hon. Edmund F. Brennan<br>)<br>)<br>) |

I, Mahdi Saleh Othman, swear on my honor the following facts:

1. I am from Rawah, Iraq.  I was in Rawah in June 2014 when ISIS took over.  I know Omar Ameen because we went to school together until we were about 15 years old. After that, we remained friends.

2. I know that Omar was not in Rawah at the time the victim was killed.  In May 2014, I spoke with Omar and he was in Mersin, and I asked him many questions about living in Turkey, because we were scared about ISIS advancing on Rawah, and I was thinking about leaving.  I got from him many details about living in Turkey: houses, food, prices. It was obvious to me that it was just a matter of time before ISIS got to Rawah.  We used Viber to talk that time, and Omar took time to give me all the details I wanted about moving to Turkey.  I asked him about other places to live in Turkey.  Omar mentioned that he had to sign in every Thursday at the police office, and that he needed travel permission to go from city to city, so he had not really visited elsewhere in Turkey.

EXHIBIT 12

3.  Rawah is so small that of course I would have known if Omar had come back to town in June 2014, especially if something happened like what he is accused of. Everyone in Rawah would know if Omar came back, and he did not. All the people coming to Rawah after ISIS's entry were people who were forbidden to come earlier, and we would always notice and talk about it.

4.  We did not talk in June when ISIS came to Rawah because the Iraqi government cut all cell service and social media. A couple of months later, I moved to Baghdad. We talked again after Omar was in the U.S.

5.  Omar was not a member of Al Qaeda in Iraq or ISIS. Omar was a truck driver and not very political or religious. After 2003, his main goal was to leave Iraq to live somewhere more prosperous and safe. That was his dream. He wanted to raise his children in a good, clean environment. Claims that he was a high ranking terrorist are lies. If he had ever been part of those groups, I would never talk with him.

6.  I hate ISIS for what they did to my country. If I had any fear that Omar Ameen was affiliated with ISIS, I would never help him.

7.  I current live in Istanbul, Turkey.

My native language is Arabic. I have signed this declaration after having it translated into my native language by the interpreter who has signed below.

I swear upon my honor and upon all the values and beliefs I consider sacred that this is the truth. (Turkish penalty of perjury language.)

I declare under penalty of perjury that the foregoing is true and correct. I swear by God Almighty that this statement is the truth and nothing but the truth.

I know that this sworn declaration could be used in court and that all false declaration on my part exposes me to criminal sanction.

Executed this 29th day of April, 2019, at Istanbul, Turkey.



I am an Arabic language interpreter. I have read this declaration to the witness in his native

2

Declaration

EXHIBIT 12

language of Arabic and have witnessed his signature.

Dated: 29.04.2019

Declaration

EXHIBIT 12

1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   BENJAMIN D. GALLOWAY, #214897
    Chief Assistant Federal Defender
3   RACHELLE BARBOUR, #185395
    Assistant Federal Defender
4   OFFICE OF THE FEDERAL DEFENDER
    801 I Street, 3rd Floor
5   Sacramento, CA  95814
    Tel: 916-498-5700/Fax: 916-498-5710
6
    Attorneys for
7   OMAR AMEEN

8                  IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE              )   Case No.  2:18-mj-152 EFB
    EXTRADITION OF OMAR               )
12  ABDULSATTAR AMEEN TO THE          )
    REPUBLIC OF IRAQ,                 )   Judge: Hon. Edmund F. Brennan
13                                    )
    _____   )

14

15  I, Yacer Ede, swear on my honor the following facts:

16      1.  I am originally from Baghdad, Iraq.  I live in Mersin, Turkey.

17      2.  I knew Omar Ameen in Mersin.  He was in the community of Iraqi refugees I knew in

18          Mersin.  I would often see him at the immigration sign-ins that took place weekly.

19          All of us would need to sign in on the same days every month, so we would always

20          see each other, and I would see Omar there.

21      3.  Omar signed in consistently.  He did not want to miss sign-in dates because he was

22          very worried about losing his refugee status.  This was especially true after he got

23          permission to come to the United States.

24      //

25      //

26

27

28

                                    1
    Declaration

                                                        EXHIBIT 13

4. When anyone needed to travel, we would need to get permission. We got it by going to the foreigner's police station and requesting permission, and we would get written permission to leave Mersin if they allowed us to do so. We took it very seriously because we didn't want to lose our status.

I declare under penalty of perjury that the foregoing is true and correct. I swear by God Almighty that this statement is the truth and nothing but the truth.

I swear upon my honor and upon all the values and beliefs I consider sacred that this is the truth. (Turkish penalty of perjury language.)

I know that this sworn declaration could be used in court and that all false declaration on my part exposes me to criminal sanction.

Executed this 30 day of April, 2019, at Mersin, Turkey.

_____

I am an Arabic language interpreter. I have read this declaration to the witness in his native language of Arabic and have witnessed his signature.

Dated: 30/04/2019          _____

2

Declaration

EXHIBIT 13

1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    BENJAMIN D. GALLOWAY, #214897
     Chief Assistant Federal Defender
3    RACHELLE BARBOUR, #185395
     Assistant Federal Defender
4    801 I Street, 3rd Floor


801 I Street, 3rd Floor
     Sacramento, CA  95814
5    Tel: 916-498-5700/Fax: 916-498-5710

6    Attorneys for
     OMAR AMEEN

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   IN THE MATTER OF THE            )   Case No.  2:18-mj-152 EFB
     EXTRADITION OF OMAR             )
12   ABDULSATTAR AMEEN TO THE        )
     REPUBLIC OF IRAQ,               )   Judge: Hon. Edmund F. Brennan
13                                   )
     _____ )

14

15

16   I, Natiq Abduljaleel, swear on my honor the following facts::
        1.  I am from Rawah, Iraq, and I lived there until November 2017 when I moved to Turkey.
17
            I was in Rawah in June 2014 when ISIS came in, and when the victim was killed.
18
        2.  Everyone in Rawah knew about the incident and that the news circulated quickly about
19
            what had taken place.
20
        3.  All that was being said was that it was the family of Saddam Badr that had killed Ihsan
21
22          Jasim and they were out for revenge and they were going to get him.

23      4.  From 2010 to June 2014, I was mayor in the neighborhood where Omar Ameen's family
24
            lived, and I can confirm that Omar had not been in the area at that time - Omar was in
25
            Turkey and had been for two years or more.  Omar's wife had been my neighbor.  I never
26
27          saw Omar after 2012.  If Omar had come back in June 2014, I would have known about

28          it.  We were very aware of the people coming in to Rawah.  Most of the ISIS people were

                                               1

Declaration

EXHIBIT 14

from other countries, not from Iraq, and very few from Rawah joined them. Part of my role in Rawah was to monitor outsiders moving into Rawah and considering whether or not to approve them for a "tezkiyah" which is a document allowing them to lawfully move into Rawah. I would be involved with persons requesting and obtaining cards that prove residency and housing in a particular place, which is required in Iraq. When people move from one place to another, their new residence must be approved and they must get an official ID showing the new residence. Approximately 10,000 people lived in Rawah in June 2014.

5.  When ISIS came they cancelled all the prior authorities. I lost my role as mayor. They completely took over. ISIS imposed its own government. They created their own court, they took over the schools, they imposed a taxation system called jibaya, and they created new laws for everyone to follow.

6.  In regard to the actual incident there were two versions of events that were circulating, and I am not sure which one is true.   One was that the killers just stormed the house and killed Ihsan in the yard of the house. The other is that as most houses have generators outside the killers turned off the generator so that they could lure Ihsan outside, and then they killed him.

7.  There were no police in the area as Rawah was newly under ISIS control.

8.  Ihsan had worked with US SWAT forces and the Iraqi special forces.

9.  My family house is approximately 700 meters away from Ihsan's house. No neighbors saw the killing happen, and it was at night but people said three or four people in a pick-up came to Ihsan's house.

10. ISIS only executed two people in the area publicly. They detained some people and some of those never came back. I do not know what happened to them.

11. Omar Ameen was not a member of Al Qaeda in Iraq. He was not a member of ISIS. I

2

Declaration

EXHIBIT 14

1    hate ISIS for what they did to my country and would never help or support someone who

2    was involved with them.  I understand that people have claimed that Omar was very high

3    up and involved with Al Qaeda in Iraq.  Omar never made bombs.  He never was

4    involved in any way with fighting against any Iraqi or American forces.  He never killed

5    anyone.  It absolutely never happened.

6
     12. Omar's family had farming land next to mine, and I would see them regularly when we

7
     were working the land.  I would ask about Omar after he left in 2012, and they would tell

8
     me he was doing well in Turkey.

9

10   13. I live in Istanbul, Turkey.

11

12   My native language is Arabic.  I have signed this declaration after having it translated into my
     native language by the interpreter who has signed below.

13
     I swear upon my honor and upon all the values and beliefs I consider sacred that this is the truth.

14   (Turkish penalty of perjury language.)

15   I declare under penalty of perjury that the foregoing is true and correct.  I swear by God
     Almighty that this statement is the truth and nothing but the truth.

16

17   I know that this sworn declaration could be used in court and that all false declaration on my part
     exposes me to criminal sanction.

18

19   Executed this __ day of April, 2019, at Istanbul, Turkey.

20

21

22   I am an Arabic language interpreter.  I have read this declaration to the witness in his native
     language of Arabic and have witnessed his signature.

23

24   Dated: 28.04.2019

25

26

27

28

3

Declaration

EXHIBIT 14

1

HEATHER E. WILLIAMS, #122664
Federal Defender
2

BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
3

RACHELLE BARBOUR, #185395
Assistant Federal Defender
4

801 I Street, 3rd Floor
Sacramento, CA 95814
5

Tel: 916-498-5700/Fax: 916-498-5710

6

Attorneys for
OMAR AMEEN

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

IN THE MATTER OF THE                    )    Case No. 2:18-mj-152 EFB
EXTRADITION OF OMAR                     )
12

ABDULSATTAR AMEEN TO THE                )
REPUBLIC OF IRAQ,                       )    Judge: Hon. Edmund F. Brennan
13

                                        )
                                        )
14

15

I, Waleed Abduljaleel, swear on my honor the following facts:

16

   1.  I am from Rawah, Iraq and lived there until late-2014.  I was living there when ISIS took

17

       over in June 2014, and when the victim was killed.

18

   2.  I am aware of the incident. The house I was living in is approximately one kilometer

19

       from Ihsan Jasim's house.

20

21

   3.  Saddam Badr was also from Rawah.  People say that Saddam Badr was killed by Ihsan

22

       Jasim when Jasim was a police officer.

23

   4.  Saddam Badr's family are still in Iraq, but no longer in Rawah. Saddam's father is dead.

24

   5.  While I was in Rawah, there was not a great deal of violence from ISIS against civilians

25

26

       living in the area. Once they executed two people who weren't from Rawah who they

27

       brought from another town called Husayba. They would bring people from other places

28

       and execute them in another town.

1

Declaration

EXHIBIT 15

6. I know that Omar Ameen left Rawah in 2012 and did not come back. If he had come back I would have known it. I did not see Omar Ameen in Rawah after he left for Turkey in 2012.

7. Omar Ameen was not a member of Al Qaeda in Iraq or ISIS. He was not political or ideological. He was just a truck driver. He only wanted to make a better life for his family and had been trying to leave Iraq for a long time.

My native language is Arabic. I have signed this declaration after having it translated into my native language by the interpreter who has signed below.

I swear upon my honor and upon all the values and beliefs I consider sacred that this is the truth. (Turkish penalty of perjury language.)

I declare under penalty of perjury that the foregoing is true and correct. I swear by God Almighty that this statement is the truth and nothing but the truth.

I know that this sworn declaration could be used in court and that all false declaration on my part exposes me to criminal sanction.

Executed this 28th day of April, 2019, at Istanbul, Turkey.

_____

I am an Arabic language interpreter. I have read this declaration to the witness in his native language of Arabic and have witnessed his signature.

Dated: 28.04.2019                    _____

2

Declaration

EXHIBIT 15

HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No.  2:18-mj-152 EFB<br><br>Judge: Hon. Edmund F. Brennan |

I, Majud Hussein, swear on my honor the following facts:

1. I now live in Istanbul, Turkey, but I lived in Rawah, Iraq from 2010 until 2016.  I was in Rawah in June 2014, when ISIS took over.  I was in Rawah on the day that the victim was killed.  ISIS started arriving around the 17th or 18th of June, 2014, and a few days later the victim was killed.  I worked at Rawah General Hospital at the time as an administrator helping the chief doctor manage the hospital.  I was not working the night the victim was brought into the hospital.  I did work the next day.  I heard about the victim's death the next day when I reported to work.

2. Ihsan Jasim, the victim in the incident, had formerly been a police officer, but he was fired from the police.

3. After the incident, people in Rawah said that Ihsan Jasim had killed someone when he was in the police force and that the family took revenge and killed him.  The family of the person that was killed by Ihsan Jasim took advantage of the lack of security as a result of ISIS coming into the area.

Declaration

1

EXHIBIT 16

4.  The incident took place at night and the house where Ihsan lived was only approximately 500 meters from my house.

5.  It took place in a fairly isolated part of Rawah called New Rawah.  It was not a big, noisy incident, and I don't think that anyone other than Ihsan's family members, who were in the house at the time, saw what happened.

6.  For several months after ISIS arrived it was very calm as they were the only ones that had weapons.

7.  I did not know that Omar Ameen had been accused of this killing until a few months ago when someone on Facebook in the US posted that Omar had been accused of this and that he was going to be extradited to Iraq.

8.  I thought this cannot be fair when Omar left Rawah in 2012 and never came back.  I know that Omar was in Turkey in June 2014.  I was in contact with Omar's family and they told me that he was in Turkey trying to get permission to move to Europe or America.  I know Omar did not come back to Rawah in June 2014.  If he had come back to Rawah, I would have known.  Rawah is a small city.  Whenever someone comes back, or when a newcomer comes into the city, everyone knows and comments on it.

9.  Ihsan's mother and father and some of his brothers were all living together in one house, and I believe they were all at home when the incident took place.

10. Everyone in Rawah would say Omar is innocent. Omar left years before ISIS came to Rawah and did not come back.  He was never involved in Al Qaeda in Iraq.  He was in Syria in the late 2000s, and in 2006 I saw him in Syria.  I would go to his brothers' shop virtually every day in Rawah, and ask them how Omar was doing, and they would say he was in Turkey.  He was never in Rawah after leaving in 2012.

11. Omar Ameen was not a member of Al Qaeda in Iraq.  He was not a member of ISIS.  I hate ISIS for what they did to my country and would never help or support someone who was involved with them.  I understand that people have claimed that Omar was very high up and involved with Al Qaeda in Iraq.  Omar never made bombs.  He never was involved in any way with fighting against any Iraqi or American forces.  He never killed

2

EXHIBIT 16

1   anyone.  It absolutely never happened.

2   My native language is Arabic.  I have signed this declaration after having it translated into my
    native language by the interpreter who has signed below.
3

4   I declare under penalty of perjury that the foregoing is true and correct.  I swear by God
    Almighty that this statement is the truth and nothing but the truth.
5

6   I know that this sworn declaration could be used in court and that all false declaration on my part
    exposes me to criminal sanction.

7   Executed this 28 day of April, 2019, at Istanbul, Turkey.

8

9

10

11  I am an Arabic language interpreter.  I have read this declaration to the witness in his native
    language of Arabic and have witnessed his signature.
12

13  Dated: _____          _____

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration

3

EXHIBIT 16

1

HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897

2

Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395

3

Assistant Federal Defender
801 I Street, 3rd Floor

4

Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

5

6

Attorneys for
OMAR AMEEN

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

IN THE MATTER OF THE
EXTRADITION OF OMAR
ABDULSATTAR AMEEN TO THE
REPUBLIC OF IRAQ,

)
)
)
)
)
)

Case No.  2:18-mj-152 EFB

Judge: Hon. Edmund F. Brennan

12

13

14

15

I, Aymen Muneer Saud, swear on my honor the following facts:

16

17

1. I am originally from Rawah, Iraq.  I have known Omar Ameen for a long time and we lived close to each other in Rawah.

18

19

2. Omar and my brothers Iyad Mounir and Aous Mounir Saood were also good friends and Omar would come to my house in Rawah to hang out with my brothers.

20

21

3. I was living in Rawah in June 2014 when ISIS took over.  That year I was studying air conditioning and cooling systems engineering in Baghdad at Dijla University. However, it was summer vacation and I was back in Rawah for the summer break. I returned to Baghdad in November 2014 to continue my studies. I only stayed in Baghdad until January 2015 due to the tensions in the city at that time.

22

23

24

25

4. When I was in Rawah in June 2014 Omar was not there. My family had a phone shop in the city and I worked in this shop. Omar's family home was close to the shop. If Omar had been in Rawah he would have stayed at his family home and I would have seen him. Also, Rawah is a very small place and everyone knows each other. If Omar had been there I would have known.

26

27

28

1

Declaration

EXHIBIT 17

5. Omar was not in Iraq as he had left to go and live in Turkey in 2012 and did not return to Iraq.

6. In October 2013, I came to Turkey on vacation with my brother Aous and some friends. We travelled around the country and visited several places including Istanbul, Bursa, Yalova and Adana. Adana is close to Mersin where Omar was living and Omar made the effort to come and see us in Adana. We hung out together for most of the day visiting a famous square there, a shopping mall and having lunch together. Omar left us that evening and returned to Mersin by train.

7. I remember that in late June 2014 ISIS took over Rawah and a few days later we heard that Ihsan Jasim had been killed. All I knew that it was armed individuals that had come to Rawah and killed him.

8. There is no way that Omar could have been responsible as he was in Turkey at the time and I had just seen him at the end of 2013 in Adana, Turkey.

9. Omar was not the type of person that could have been a member of Al Qaeda in Iraq or ISIS as he did not have the personality for this, he was too kind-hearted.

10. I live in Istanbul, Turkey now.

I declare under penalty of perjury that the foregoing is true and correct. I swear by God Almighty that this statement is the truth and nothing but the truth.

I swear upon my honor and upon all the values and beliefs I consider sacred that this is the truth. (Turkish penalty of perjury language.)

I know that this sworn declaration could be used in court and that all false declaration on my part exposes me to criminal sanction.

Executed this 29 day of April, 2019, at Istanbul, Turkey.



I am an Arabic language interpreter.  I have read this declaration to the witness in his native language of Arabic and have witnessed his signature.

Dated: 29.04.2019



2

Declaration

EXHIBIT 17

1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   BENJAMIN D. GALLOWAY, #214897
    Chief Assistant Federal Defender
3   RACHELLE BARBOUR, #185395
    Assistant Federal Defender
4   801 I Street, 3rd Floor
    Sacramento, CA  95814
5   Tel: 916-498-5700/Fax: 916-498-5710

6   Attorneys for
    OMAR AMEEN
7

8                   IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  IN THE MATTER OF THE              )   Case No.  2:18-mj-152 EFB
    EXTRADITION OF OMAR               )
12  ABDULSATTAR AMEEN TO THE          )
    REPUBLIC OF IRAQ,                 )   Judge: Hon. Edmund F. Brennan
13                                    )
                                      )
14  _____)

15

16  I, Linda K. Humble, hereby declare as follows:

17      1.  I have been an investigator with the Office of the Federal Defender, California Eastern

18          District in Sacramento for 22 years.

19      2.  I was assigned to conduct witness interviews in this case by Chief Assistant Federal

20          Defender Ben Galloway and Assistant Federal Defender Rachelle Barbour.

21      3.  On April 29, 2019, I interviewed Osama Aarif Abdualrazaq via telephone with the

22          assistance of Arabic Interpreter Ahmed Gawish.

23      4.  Osama is a distant relative of Omar Ameen.

24      5.  Osama saw Omar daily when they both lived in Rawah.  After Omar left for Turkey,

25          Osama never saw him again.  He never saw him in Rawah in June 2014 or heard of him

26          being in Rawah.  Osama was not in frequent contact with Omar once he left for Turkey

27          due to weak internet connections.  They were banned from using the internet completely

28          in June 2014 when ISIS took over Rawah.

Declaration                              1                    EXHIBIT 17.1

6. Osama knew Ihsan Jasim.  He had a good reputation in the community.  He was hated by Al-Qaeda because he had killed many of their members.

7. Osama has never heard of Omar and Jasim having any disputes.  He has never heard any allegations against Omar for any criminal activity.  He has never heard anyone say that Omar killed Jasim.

8. Osama has never seen Omar with long hair or wearing traditional Afghani clothing.  He has never seen Omar with any militia people.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of May 2019, at Sacramento, CA.

*(signature)*

**Certification of Interpreter/Translator:**

I, Ahmed Gawish, declare that I am a proficient Arabic-English interpreter/translator. On 4/29/2019, I translated the entire contents of the foregoing interview between Ms. Linda Humble and Osama Aarif Abdualrazaq from English to Arabic and vice versa. I declare that the foregoing is a true and correct translation.

Interpreter/Translator name: _AHMED GAWISH_

Interpreter/Translator signature: _Ahmed Gawish_

Dated: _5/13/2019_

Declaration

2

EXHIBIT 17.1

HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No.  2:18-mj-152 EFB<br><br>Judge: Hon. Edmund F. Brennan |

I, Linda K. Humble, hereby declare as follows:

1.  I have been an investigator with the Office of the Federal Defender, California Eastern District in Sacramento for 22 years.

2.  I was assigned to conduct witness interviews in this case by Chief Assistant Federal Defender Ben Galloway and Assistant Federal Defender Rachelle Barbour.

3.  On November 26, 2018, I interviewed Musab Basil via telephone.

4.  Basil stated that Omar Ameen is his cousin.  He has not seen Omar since the mid 1990's.

5.  In August 2016, Basil was contacted by Agent Haugen of the Federal Bureau of Investigation.  Haugen asked him if he knew Omar Ameen.  Basil told Haugen that Omar was his cousin.  There were no other questions asked about Omar at this meeting.

6.  In March 2017, Haugen contacted Basil again.  Haugen had a list of people whose names were Al-Rawi.  Many were Basil's relatives.  Haugen wanted to know who was involved with ISIS and Al-Qaeda.  Basil told Haugen that Omar was not involved with either organization.

1

EXHIBIT 18

7. After Omar's arrest in August 2018, Basil was contacted by three FBI agents. Keith Weidlich, Dan LNU, and Mark LNU. They showed him photos of his cousins and asked him who was involved in terrorism. He told them that Ghasan and Radwan were involved in terrorism, but Omar and his brothers and father were not involved in terrorism.

8. Basil also told the FBI that Omar was in Turkey during the time of Jasim's murder, and it didn't make sense that he would have gone back to Iraq when he was getting prepared to come to America. Omar always dreamed of leaving Iraq someday.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of May 2019, at Sacramento, CA.



2

EXHIBIT 18

HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | ) Case No.  2:18-mj-152 EFB<br>)<br>)<br>) Judge: Hon. Edmund F. Brennan<br>)<br>) |

I, Linda K. Humble, hereby declare as follows:

1. I have been an investigator with the Office of the Federal Defender, California Eastern District in Sacramento for 22 years.

2. I was assigned to conduct witness interviews in this case by Chief Assistant Federal Defender Ben Galloway and Assistant Federal Defender Rachelle Barbour.

3. On November 26, 2018, I interviewed Dr. Nader Farhan Abdulhameed via telephone.

4. Abdulhameed stated that Omar Ameen was his neighbor in Rawah. Abdulhameed has not seen Omar since he moved to Baghdad in 2003. They are not close friends.

5. In August 2016, Abdulhameed was contacted by an FBI agent from Gainesville, FL who asked him if he had any contact with Omar Ameen recently. He told them he was Facebook friends with Omar, and Omar called him in late 2015 or early 2016 to ask him about a dental problem that he had.

1

EXHIBIT 19

6. Abdulhameed told agents that he did not know Omar to be involved with ISIS or Al-Qaeda, but he knew that some of Omar's cousins were involved with terrorist organizations.

7. Abdulhameed has only heard good things about Omar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of May 2019, at Sacramento, CA.



2

EXHIBIT 19

1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Chief Assistant Federal Defender
3  RACHELLE BARBOUR, #185395
   Assistant Federal Defender
4  801 I Street, 3rd Floor
   Sacramento, CA  95814
5  Tel: 916-498-5700/Fax: 916-498-5710

6  Attorneys for
   OMAR AMEEN
7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE            )  Case No.  2:18-mj-152 EFB
   EXTRADITION OF OMAR            )
12 ABDULSATTAR AMEEN TO THE        )
   REPUBLIC OF IRAQ,              )  Judge: Hon. Edmund F. Brennan
13                                 )
   _____)
14

15

16 I, Omar Hamid, hereby declare as follows:

17    1.  After I met with the defense lawyer, investigator, and interpreter on April 24, 2019, I

18        looked through my computer to see if I had photographs of Omar Ameen from 2014 in

19        Mersin, Turkey.

20    2.  I found the attached photograph and provided it to the defense team, along with the

21        details of the file, to show the date when it was taken.

22    3.  The photograph is of Omar Ameen with me, and two other people, Yacer Ede, an Iraqi

23        Christian who still lives in Mersin, and a friend named Sanar, who is Iraqi and originally

24        Shiite, and then became atheist.  The photograph was taken in Mersin, Turkey, at a gym

25        where Yacer and I worked out.  The photograph was taken on February 1, 2014, as

26        indicated in the details I provide in the attached document.  That is noted as the date of

27        the photograph, and that date is also part of the filename for the photograph.  That date is

28        consistent with my memory as well.  The photograph was taken by another friend,

          Mohammed Arsalan, who now lives in Canada.

EXHIBIT 19.1

4. I provided this photograph to the defense team because it shows that Omar socialized and was friends with Christians, Shiites, and atheists. Omar was not strict in his religion or politics. Even though Iraq had faced sectarian violence, Omar was happy to be living in Mersin and did not differentiate between Sunni and Shiite. He also did not discriminate against Christians, and was a good friend of Yacer Ede, who is a Christian from Iraq and also a refugee in Turkey. Another name we used for Yacer Ede was Yacer El-Maseehi, which translates as Yacer the Christian. A person who supported or was a member of ISIS would never accept and socialize with Christians, Shiites, and atheists. Furthermore, at the time, I used to drink alcohol daily, and continuously, even with breakfast in the morning, and Omar knew that and would be with me while I was drinking. A person who supported or was a member of ISIS would never accept and befriend someone who drinks alcohol, and would never accept to be present with them while they were drinking.

5. The photograph also helps show what I said in my first declaration. Omar never had shoulder-length hair. He always kept his hair cut extremely short and wore western clothing.

My native language is Arabic. I have signed this declaration after having it translated into my native language by the interpreter who has signed below.

I declare under penalty of perjury that the foregoing is true and correct. I swear by God Almighty that this statement is the truth and nothing but the truth.

I know that this sworn declaration could be used in court and that all false declaration on my part exposes me to criminal sanction.

Executed this 10th day of May, 2019, at Aurachtal, Germany.

X _____

I declare under penalty of perjury: I am an Arabic language interpreter. I have read this declaration to the witness in his native language of Arabic and have witnessed his signature through a video of him signing it in Germany. The witness has provided me a photograph of his identification prior to signing this declaration.

Dated: 5/10/19 at Sacramento, California, USA.

Ahmed Gawish

2

Declaration

EXHIBIT 19.1





EXHIBIT 19.1



EXHIBIT 19.1

1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Chief Assistant Federal Defender
3  RACHELLE BARBOUR, #185395
   Assistant Federal Defender
4  801 I Street, 3rd Floor
   Sacramento, CA  95814
5  Tel: 916-498-5700/Fax: 916-498-5710

6  Attorneys for
   OMAR AMEEN
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  IN THE MATTER OF THE          )   Case No.  2:18-mj-152 EFB
    EXTRADITION OF OMAR           )
12  ABDULSATTAR AMEEN TO THE      )
    REPUBLIC OF IRAQ,             )   Judge: Hon. Edmund F. Brennan
13                                )
                                  )
14  _____   )

15

16  I, Linda K. Humble, hereby declare as follows:

17     1.  I have been an investigator with the Office of the Federal Defender, California Eastern

18         District in Sacramento for 22 years.

19     2.  I was assigned to conduct witness interviews in this case by Chief Assistant Federal

20         Defender Ben Galloway and Assistant Federal Defender Rachelle Barbour.

21     3.  On April 29, 2019, I interviewed Uday Salih via telephone with the assistance of Arabic

22         interpreter Ahmed Gawish.

23     4.  Salih stated that he does not know Omar Ameen personally, but he learned of his arrest

24         from the Facebook page of Steven Nabil.

25     5.  Salih stated that he worked from 2007-2010 as a police officer, police academy lecturer

26         at the El-Assad Army base, intelligence officer and counterterrorism officer overseeing

27         Rawah.

28     6.  In 2010, Salih was forced into early retirement because he was being persecuted by the

           new government for being a Saddam regime supporter.  He also had religious militants

Declaration                              1

EXHIBIT 19.2

1      targeting him.  Salih worked as a mechanic from 2010-2015. In 2015 he applied for

2      asylum to the United States.  He has been in the United States since November 25, 2015.

3      He now works security.

4      7.  The Ameen family name came up frequently in intelligence investigations, but he never

5          heard of Omar being involved in any criminal activity.

6      8.  Salih volunteered that his cousin, Nagih Abbas Mijwal was killed in Iraq by a member of

7          the Ameen family tribe who is now serving a life sentence.

8      9.  Salih explained that Rawah was one of the last ISIS strongholds because of its geographic

9          location.  It is surrounded by water on three sides, making it easy to defend.  The fact that

10          it was the last stronghold has nothing to do with most of the residents being ISIS

11          members.

12

13

14   I declare under penalty of perjury that the foregoing is true and correct.

15   Executed this 6th day of May 2019, at Sacramento, CA.

16

17

18

19   **Certification of Interpreter/Translator:**

20   I, Ahmed Gawish, declare that I am a proficient Arabic-English interpreter/translator. On

21   4/29/2019, I translated the entire contents of the foregoing interview between Ms. Linda

22   Humble and Uday Salih from English to Arabic and vice versa. I declare that the foregoing is a true and

23   correct translation.

24

25   Interpreter/Translator name: _____AHMED GAWISH_____

26   Interpreter/Translator signature: _____Ahmed Gawish_____

27   Dated: __5/13/2019_____

28

| | | |
|---|---|---|
| **Service** | Facebook | |
| **Target** | 100001875305026 | |
| **Account Identifier** | 100001875305026 | |
| **Account Type** | User | |
| **Generated** | 2018-11-07 21:29:07 UTC | |
| **Date Range** | 2004-01-01 00:00:00 UTC to 2018-10-24 23:59:59 UTC | |
| **NCMEC Cybertips** | | |

| | | |
|---|---|---|
| **Name** | **First** | Oaameen |
| | **Middle** | |
| | **Last** | Alrawi |

| | |
|---|---|
| **Registered Email Addresses** | oaameen.alrawi@facebook.com |
| | wssalrawe@yahoo.com |
| | www.wssalrawe@yahoo.com |

| | |
|---|---|
| **Vanity Name** | oaameen.alrawi |

| | |
|---|---|
| **Registration Date** | 2010-11-12 19:15:34 UTC |

**Registration Ip**

| | | |
|---|---|---|
| **Account Closure Date** | **Account Still Active** | true |

| | | |
|---|---|---|
| **Address** | **Street** | |
| | **City** | |
| | **State** | |
| | **Zip** | |
| | **Country** | |

| | |
|---|---|
| **Current City** | (112929522054724) مرسين |

| | |
|---|---|
| **Hometown** | (110536485641386) بغداد |

**Languages Listed by User**

| | |
|---|---|
| **Phone Numbers** | +13858319429 Cell Verified on 2014-11-16 17:36:07 UTC |
| | +905340685280 Cell Unverified |

**Credit Cards**

EXHIBIT 20

Microsoft (27694818115)
    **Install Time**   2014-11-10 16:36:28 UTC
SamsungGalaxy (311659368932617)
    **Install Time**   2014-06-18 19:07:58 UTC
Skype (260273468396)
    **Install Time**   2014-01-31 01:21:03 UTC
FarmVille 2 (321574327904696)
    **Install Time**   2013-11-01 17:12:35 UTC
Viber (192454074134796)
    **Install Time**   2013-10-26 14:25:14 UTC
SamsungGalaxy Note ǁ (375898912469864)
    **Install Time**   2014-02-22 19:17:42 UTC
Nimbuzz Messenger (102796083108857)
    **Install Time**   2014-01-31 01:21:17 UTC
ICQ (168935243978)
    **Install Time**   2013-10-12 11:00:32 UTC
Quickly (213863351961663)
    **Install Time**   2013-10-19 22:11:50 UTC
Fàcely HD for iPhone/iPad (170448006304526)
    **Install Time**   2013-10-17 09:07:22 UTC
Plink! (217338158281397)
    **Install Time**   2013-10-19 22:12:06 UTC
Vichat (224389414274552)
    **Install Time**   2013-10-19 22:12:33 UTC
Skout (103730181618)
    **Install Time**   2013-10-12 10:58:04 UTC
Wetalk GA (232470143463335)
    **Install Time**   2013-10-19 22:13:37 UTC
ooVoo (437432000642)
    **Install Time**   2013-10-15 02:08:11 UTC
Facebook Chat by mSonar (122387864479529)
    **Install Time**   2014-01-31 01:21:17 UTC
Video+ (149116835134337)
    **Install Time**   2013-10-16 06:54:26 UTC
Socialcam (150768931647055)
    **Install Time**   2013-10-16 06:54:45 UTC
Myspace (109417482436806)
    **Install Time**   2013-10-15 09:18:14 UTC
Texas HoldEm Poker (2389801228)
    **Install Time**   2013-10-04 14:17:10 UTC
Calendar (10475720715)
    **Install Time**   2013-10-08 08:43:05 UTC


**Connections**   راوة..شخصيات وأحداث (545496182255691)
Oracle Cloud (119524084796419)
شبكة راوة الاخبارية [فكاهة مثيرة للجدل] (318500898355017)
كل يوم معلومة طبية (235730276873)
O'shea Darrel (448744298490937)
Facebook for Every Phone (331288023558058)


**Notification
Settings**
        **Category**   Facebook

        **Notification**   Messages
        **Email**   true
        **Mobile Email**   false
        **Sms**   true


**EXHIBIT 20**

Facebook Business Record

| | |
|---|---|
| **Sender** | محمد العاني (100007383698501) |
| **Recipient** | Oaameen Alrawi (100001875305026) |
| **Marked As Spam** | false |
| **Hidden** | false |
| **Rejected** | false |
| **Accepted** | true |
| **Time** | 2014-06-12 13:00:27 UTC |

| | |
|---|---|
| **Sender** | فراس الراوي (100000746348048) |
| **Recipient** | Oaameen Alrawi (100001875305026) |
| **Marked As Spam** | false |
| **Hidden** | false |
| **Rejected** | false |
| **Accepted** | true |
| **Time** | 2014-06-14 20:12:50 UTC |

| | |
|---|---|
| **Sender** | ناظم الراوي (100007817172416) |
| **Recipient** | Oaameen Alrawi (100001875305026) |
| **Marked As Spam** | false |
| **Hidden** | false |
| **Rejected** | false |
| **Accepted** | true |
| **Time** | 2014-06-16 12:47:01 UTC |

| | |
|---|---|
| **Sender** | حٮﭒ*ﭒﭒﭒفﭒﭒﭒ*ﭒﭒﭒ.ﭒﭒﭒ*ﭒﭒﭒص ذﭒﭒﭒ*ﭒﭒﭒذم (100004836494825) |
| **Recipient** | Oaameen Alrawi (100001875305026) |
| **Marked As Spam** | false |
| **Hidden** | false |
| **Rejected** | false |
| **Accepted** | true |
| **Time** | 2014-06-30 18:00:32 UTC |

| | |
|---|---|
| **Sender** | M Yunis Rawi (100005607404253) |
| **Recipient** | Oaameen Alrawi (100001875305026) |
| **Marked As Spam** | false |
| **Hidden** | false |
| **Rejected** | false |
| **Accepted** | true |
| **Time** | 2014-07-04 21:04:15 UTC |

| | |
|---|---|
| **Sender** | رافع الراوي (100007794370470) |
| **Recipient** | Oaameen Alrawi (100001875305026) |
| **Marked As Spam** | false |
| **Hidden** | false |
| **Rejected** | false |
| **Accepted** | true |
| **Time** | 2014-07-04 21:07:59 UTC |

| | |
|---|---|
| **Sender** | نصر الراوي (100001873216004) |
| **Recipient** | Oaameen Alrawi (100001875305026) |
| **Marked As** | |

EXHIBIT 20

Facebook Business Record                Page 145

**Story** Oaameen Alrawi and اكبر □are now friends.

**Time** 2014-08-12 22:31:40 UTC
**Story** Oaameen Alrawi and دريد الراويare now friends.

**Time** 2014-07-30 20:39:20 UTC
**Story** Oaameen Alrawi and Omer Alrawi are now friends.

**Time** 2014-07-26 19:56:12 UTC
**Story** Oaameen Alrawi and عيسى تبن are now friends.

**Time** 2014-07-08 18:53:43 UTC
**Story** Oaameen Alrawi and نصر الراويare now friends.

**Time** 2014-07-04 21:04:16 UTC
**Story** Oaameen Alrawi and M Yunis Rawi are now friends.

**Time** 2014-06-30 18:00:32 UTC
**Story** Oaameen Alrawi and م□□□ذ*□□□ص□□□ذ*□□□ي□□□*□□□ف□□□*□□□>are now friends.

**Time** 2014-06-16 12:47:01 UTC
**Story** Oaameen Alrawi and ناظم الراويare now friends.

**Time** 2014-06-14 20:12:50 UTC
**Story** Oaameen Alrawi and فراس الراويare now friends.

**Time** 2014-06-12 13:00:27 UTC
**Story** Oaameen Alrawi and محمد العانيare now friends.

**Time** 2014-06-11 16:47:50 UTC
**Story** Oaameen Alrawi and مهند الراويare now friends.

**Time** 2014-06-04 16:19:46 UTC
**Story** Oaameen Alrawi and ديمه الراويare now friends.

**Time** 2014-06-01 08:11:26 UTC
**Story** Oaameen Alrawi and ابو نور الراويare now friends.

**Time** 2014-05-29 19:07:53 UTC
**Story** Oaameen Alrawi was tagged in a photo.

**Time** 2014-05-29 19:02:10 UTC
**Story** Oaameen Alrawi and عبد اللطيف الراويare now friends.

**Time** 2014-05-27 16:41:44 UTC
**Story** Oaameen Alrawi and محمود الراويare now friends.

**Time** 2014-05-23 08:22:14 UTC
**Story** Oaameen Alrawi and Moath Al-hayani are now friends.

**Time** 2014-05-22 17:53:57 UTC
**Story** Oaameen Alrawi and عادل الراويare now friends.

**Time** 2014-05-21 10:23:28 UTC
**Story** Oaameen Alrawi was tagged in a post.

**Time** 2014-05-14 16:45:35 UTC
**Story** Oaameen Alrawi and تيسير الراويare now friends.

EXHIBIT 20

**Facebook Business Record**
**Page 266**

|  |  |
|---|---|
| **Type** | Comments |
| **Summary** | Oaameen Alrawi commented on a post from July 2, 2014. `اللهم انصر من نصر المسلمين السنه واخذل من خذلهم` |
| **Object Id** | S:_l100001875305026:685906788148492:2 |

|  |  |
|---|---|
| **Time** | 2014-07-03 01:29:15 UTC |
| **Type** | Comments |
| **Summary** | Oaameen Alrawi commented on a post from July 2, 2014. `` واكبر ا`` |
| **Object Id** | S:_l100001875305026:685906788148492:1 |

|  |  |
|---|---|
| **Time** | 2014-07-03 01:16:53 UTC |
| **Type** | Likes |
| **Summary** | Oaameen Alrawi liked this post from July 2014. Content owned by شبكة أخبار سنة العراق (296107473884913) |
| **Object Id** | S:_l100001875305026:684383881634116:7 |

|  |  |
|---|---|
| **Time** | 2014-07-03 00:23:04 UTC |
| **Type** | Likes |
| **Summary** | Oaameen Alrawi liked this post from July 2014. Content owned by شبكة أخبار سنة العراق (296107473884913) |
| **Object Id** | S:_l100001875305026:684383881634116:6 |

|  |  |
|---|---|
| **Time** | 2014-07-02 17:43:45 UTC |
| **Type** | Likes |
| **Summary** | Oaameen Alrawi liked this post from July 2014. Content owned by الحدث الآن (282431018595613) |
| **Object Id** | S:_l100001875305026:684383881634116:5 |

|  |  |
|---|---|
| **Time** | 2014-07-02 08:52:53 UTC |
| **Type** | Comments |
| **Summary** | Oaameen Alrawi commented on a post from June 11, 2014. `اللهم امين`` |
| **Object Id** | S:_l100001875305026:685906788148492:0 |

|  |  |
|---|---|
| **Time** | 2014-06-30 21:51:52 UTC |
| **Type** | Comments |
| **Summary** | Oaameen Alrawi commented on a post from June 30, 2014. `الى جهنم`` |
| **Object Id** | S:_l100001875305026:684632228275948:2 |

|  |  |
|---|---|
| **Time** | 2014-06-30 18:06:06 UTC |
| **Type** | Likes |
| **Summary** | Oaameen Alrawi liked this post from June 2014. Content owned by الثورة العراقية الان (473901826045539) |
| **Object Id** | S:_l100001875305026:684383881634116:4 |

|  |  |
|---|---|
| **Time** | 2014-06-30 18:05:01 UTC |
| **Type** | Likes |
| **Summary** | Oaameen Alrawi liked this post from June 2014. Content owned by معركة بغداد الكــبرى (1439078466363872) |
| **Object Id** | S:_l100001875305026:684383881634116:3 |

|  |  |
|---|---|
| **Time** | 2014-06-30 12:49:22 UTC |
| **Type** | Likes |
| **Summary** | Oaameen Alrawi liked this post from June 2014. Content owned by قتيبه الراوي (100002644293346) |
| **Object Id** | S:_l100001875305026:684383881634116:2 |

|  |  |
|---|---|
| **Time** | 2014-06-30 12:44:50 UTC |
| **Type** | Likes |

**EXHIBIT 20**

Facebook Business Record                                    Page 267

**Summary**   Oaameen Alrawi liked this post from June 2014. Content owned by Roqayh ALrawi
(100005841548008)
**Object Id**   S:_l100001875305026:684383881634116:1

**Time**   2014-06-30 01:06:13 UTC
**Type**   Comments
**Summary**   المسلمين السنه لنا ⬚ اقوى من ` .Oaameen Alrawi commented on a post from June 29, 2014
`ايران وحكام العرب الخونه
**Object Id**   S:_l100001875305026:684632228275948:0

**Time**   2014-06-29 15:06:40 UTC
**Type**   Likes
**Summary**   Oaameen Alrawi liked this post from June 2014. Content owned by Roqayh ALrawi
(100005841548008)
**Object Id**   S:_l100001875305026:684383881634116:0

**Time**   2014-06-29 09:26:48 UTC
**Type**   Likes
**Summary**   درع ابطال السنة Oaameen Alrawi liked this post from June 2014. Content owned by
(329366207217714)
**Object Id**   S:_l100001875305026:680232952049209:4

**Time**   2014-06-28 23:43:23 UTC
**Type**   Likes
**Summary**   Oaameen Alrawi liked this post from June 2014. Content owned by أخبار البراق alboraq
news (255529401232771)
**Object Id**   S:_l100001875305026:680232952049209:3

**Time**   2014-06-27 05:58:11 UTC
**Type**   Comments
**Summary**   امين يارب العالمين`` .Oaameen Alrawi commented on a post from June 26, 2014
**Object Id**   S:_l100001875305026:683096711762833:0

**Time**   2014-06-24 20:50:21 UTC
**Type**   Likes
**Summary**   Oaameen Alrawi liked this post from June 2014. Content owned by Omar A Othman
(100003991792928)
**Object Id**   S:_l100001875305026:680232952049209:2

**Time**   2014-06-24 20:47:17 UTC
**Type**   Likes
**Summary**   شبكة أخبار سنة العراق Oaameen Alrawi liked this post from June 2014. Content owned by
(296107473884913)
**Object Id**   S:_l100001875305026:680232952049209:1

**Time**   2014-06-22 11:03:19 UTC
**Type**   Likes
**Summary**   ابو همام Oaameen Alrawi liked this post from June 2014. Content owned by
(100002934418563)
**Object Id**   S:_l100001875305026:680232952049209:0

**Time**   2014-06-21 16:15:51 UTC
**Type**   Comments
**Summary**   هذا انكتل وهيج لعد لو كائل `` .Oaameen Alrawi commented on a post from June 20, 2014
**Object Id**   S:_l100001875305026:679761748762996:1

**Time**   2014-06-21 15:21:19 UTC
**Type**   Comments

EXHIBIT 20

| | |
|---|---|
| **Summary** | Oaameen Alrawi commented on a post from June 21, 2014. `` طيح ١٦ حظك الفطير يضحك |
| **Object Id** | S:_l100001875305026:679761748762996:0 |
| | |
| **Time** | 2014-06-20 11:28:15 UTC |
| **Type** | Likes |
| **Summary** | Oaameen Alrawi liked this post from June 2014. Content owned by جزيرة الرمادي (242867712579749) |
| **Object Id** | S:_l100001875305026:675266049212566:8 |
| | |
| **Time** | 2014-06-17 18:54:37 UTC |
| **Type** | Comments |
| **Summary** | Oaameen Alrawi commented on a post from June 17, 2014. `` عافيات اولسن |
| **Object Id** | S:_l100001875305026:677639222308582:0 |
| | |
| **Time** | 2014-06-16 17:43:45 UTC |
| **Type** | Likes |
| **Summary** | Oaameen Alrawi liked this post from June 2014. Content owned by Latif Yahia (159368820928237) |
| **Object Id** | S:_l100001875305026:675266049212566:7 |
| | |
| **Time** | 2014-06-15 19:37:23 UTC |
| **Type** | Comments |
| **Summary** | Oaameen Alrawi commented on a post from June 14, 2014. `` ياخذك ١٦ا |
| **Object Id** | S:_l100001875305026:676177149121456:0 |
| | |
| **Time** | 2014-06-15 10:10:20 UTC |
| **Type** | Likes |
| **Summary** | Oaameen Alrawi liked this post from June 2014. Content owned by ابناء قبيلة زوبع (549226361776895) |
| **Object Id** | S:_l100001875305026:675266049212566:6 |
| | |
| **Time** | 2014-06-15 09:56:18 UTC |
| **Type** | Likes |
| **Summary** | Oaameen Alrawi liked this post from June 2014. Content owned by رئيس الوزراء العراقي نوري المالكي (467097366660757) |
| **Object Id** | S:_l100001875305026:675266049212566:5 |
| | |
| **Time** | 2014-06-15 09:56:16 UTC |
| **Type** | Likes |
| **Summary** | Oaameen Alrawi liked this post from June 2014. Content owned by رئيس الوزراء العراقي نوري المالكي (467097366660757) |
| **Object Id** | S:_l100001875305026:675266049212566:4 |
| | |
| **Time** | 2014-06-15 09:51:52 UTC |
| **Type** | Likes |
| **Summary** | Oaameen Alrawi liked this post from June 2014. Content owned by كلنا فلوجة (658551230892362) |
| **Object Id** | S:_l100001875305026:675266049212566:3 |
| | |
| **Time** | 2014-06-15 06:46:49 UTC |
| **Type** | Likes |
| **Summary** | Oaameen Alrawi liked this post from June 2014. Content owned by علم الصبرقي (100005219280335) |
| **Object Id** | S:_l100001875305026:675266049212566:1 |
| | |
| **Time** | 2014-06-14 20:12:25 UTC |
| **Type** | Comments |
| **Summary** | Oaameen Alrawi commented on a post from June 14, 2014. ` كونش فراس العزيز اخي اهلين |

EXHIBIT 20

| | |
|---|---|
| | شون الاهل انشا⬛ بخير اخباركم يمكم الوضع شون بخير ⬛انشا شون الاهل انشا⬛ ماكو شي يمكم ` |
| **Object Id** | S:_I100001875305026:675262702546234:6 |

| | |
|---|---|
| **Time** | 2014-06-14 17:56:18 UTC |
| **Type** | Comments |
| **Summary** | Oaameen Alrawi commented on a post from June 14, 2014. `` انا عمر عبد الستار امين |
| **Object Id** | S:_I100001875305026:675262702546234:5 |

| | |
|---|---|
| **Time** | 2014-06-14 17:52:43 UTC |
| **Type** | Comments |
| **Summary** | Oaameen Alrawi commented on a post from June 14, 2014. `` عبد الستار امين |
| **Object Id** | S:_I100001875305026:675262702546234:4 |

| | |
|---|---|
| **Time** | 2014-06-14 17:50:24 UTC |
| **Type** | Comments |
| **Summary** | Oaameen Alrawi commented on a post from June 13, 2014. `` تشكيل جيش المتعه |
| **Object Id** | S:_I100001875305026:675262702546234:3 |

| | |
|---|---|
| **Time** | 2014-06-14 17:38:04 UTC |
| **Type** | Comments |
| **Summary** | Oaameen Alrawi commented on a post from June 14, 2014. `` هذا سعد امين |
| **Object Id** | S:_I100001875305026:675262702546234:1 |

| | |
|---|---|
| **Time** | 2014-06-14 03:37:03 UTC |
| **Type** | Comments |
| **Summary** | Oaameen Alrawi commented on a post from June 13, 2014. ` ا⬛ يرحمه ويجعل مثواه الجنه ويرحم اموات المسلمين ` |
| **Object Id** | S:_I100001875305026:675262702546234:0 |

| | |
|---|---|
| **Time** | 2014-06-13 19:46:13 UTC |
| **Type** | Comments |
| **Summary** | Oaameen Alrawi commented on a post from June 13, 2014. `` اعوذبا⬛ من الشيطان الرجيم |
| **Object Id** | S:_I100001875305026:674440422628462:1 |

| | |
|---|---|
| **Time** | 2014-06-12 20:02:07 UTC |
| **Type** | Comments |
| **Summary** | Oaameen Alrawi commented on a post from June 12, 2014. `` اللهم العن من لعن معاويه |
| **Object Id** | S:_I100001875305026:674440422628462:0 |

| | |
|---|---|
| **Time** | 2014-06-12 08:23:19 UTC |
| **Type** | Comments |
| **Summary** | Oaameen Alrawi commented on a post from June 11, 2014. `` هل صحيح انهم ابنائها |
| **Object Id** | S:_I100001875305026:673771416028696:1 |

| | |
|---|---|
| **Time** | 2014-06-09 12:24:59 UTC |
| **Type** | Comments |
| **Summary** | Oaameen Alrawi commented on a post from June 9, 2014. `` كواكم ا⬛ |
| **Object Id** | S:_I100001875305026:672276702844834:1 |

| | |
|---|---|
| **Time** | 2014-06-09 07:43:40 UTC |
| **Type** | Comments |
| **Summary** | Oaameen Alrawi commented on a post from June 8, 2014. `` الحمد ⬛ على السلامه |
| **Object Id** | S:_I100001875305026:672276702844834:0 |

| | |
|---|---|
| **Time** | 2014-06-08 18:26:53 UTC |
| **Type** | Likes |
| **Summary** | Oaameen Alrawi liked this post from June 2014. Content owned by تيسير الراوي (100006704791345) |
| **Object Id** | S:_I100001875305026:670311116374726:2 |

EXHIBIT 20

| | |
|---|---|
| **Time** | 2014-06-07 20:31:15 UTC |
| **Type** | Comments |
| **Summary** | Oaameen Alrawi commented on a post from June 7, 2014. ``نعيما |
| **Object Id** | S:_l100001875305026:670967419642429:1 |

| | |
|---|---|
| **Time** | 2014-06-07 15:30:24 UTC |
| **Type** | Likes |
| **Summary** | Oaameen Alrawi liked this post from June 2014. Content owned by علم الصيرفي (100005219280335) |
| **Object Id** | S:_l100001875305026:670311116374726:1 |

| | |
|---|---|
| **Time** | 2014-06-07 03:42:13 UTC |
| **Type** | Comments |
| **Summary** | Oaameen Alrawi commented on a post from September 11, 2013. `يزيدك ❤ منور ابو محمد ❤ بس مو هيج ` |
| **Object Id** | S:_l100001875305026:670967419642429:0 |

| | |
|---|---|
| **Time** | 2014-06-06 18:43:09 UTC |
| **Type** | Comments |
| **Summary** | Oaameen Alrawi commented on a post from June 6, 2014. `ا❤ برحمه ويتجاوز عنها ويدخلها فسيح جناته ` |
| **Object Id** | S:_l100001875305026:670148823057622:1 |

| | |
|---|---|
| **Time** | 2014-06-03 19:17:26 UTC |
| **Type** | Likes |
| **Summary** | Oaameen Alrawi liked this post from June 2014. Content owned by Ayad Muneer Alrawi (749607659) |
| **Object Id** | S:_l100001875305026:666201586785679:4 |

| | |
|---|---|
| **Time** | 2014-06-03 19:09:18 UTC |
| **Type** | Comments |
| **Summary** | Oaameen Alrawi commented on a post from June 3, 2014. ``منور شيخ جاسم |
| **Object Id** | S:_l100001875305026:669014373171067:0 |

| | |
|---|---|
| **Time** | 2014-06-03 19:07:55 UTC |
| **Type** | Likes |
| **Summary** | Oaameen Alrawi liked this post from June 2014. Content owned by المجلس العسكري لثوار ابوغريب (1488555018042238) |
| **Object Id** | S:_l100001875305026:666201586785679:3 |

| | |
|---|---|
| **Time** | 2014-06-01 20:08:38 UTC |
| **Type** | Comments |
| **Summary** | Oaameen Alrawi commented on a post from June 1, 2014. `الى رحمه ا❤ ❤ برحمهم ويتجاوز عنهم ` |
| **Object Id** | S:_l100001875305026:667811189958052:0 |

| | |
|---|---|
| **Time** | 2014-05-31 18:05:39 UTC |
| **Type** | Comments |
| **Summary** | Oaameen Alrawi commented on a post from May 31, 2014. `ا❤ برحمه ويتجاوز عنه بس قويه منوره المرحومه ` |
| **Object Id** | S:_l100001875305026:667227723349732:0 |

| | |
|---|---|
| **Time** | 2014-05-31 03:31:32 UTC |
| **Type** | Comments |
| **Summary** | Oaameen Alrawi commented on a post from May 16, 2013. ``ا❤ بحفظكم جميعا |
| **Object Id** | S:_l100001875305026:666412840097887:4 |

| | |
|---|---|
| **Time** | 2014-05-30 19:49:19 UTC |

EXHIBIT 20