

Ministry of Communications
Iraqi Telecommunication & Post Company
Transmission & Data Networks Department
partners section

وزارة الاتصـــالات
شركة العامة للاتصالات والبريد
قسم التراسل وشبكة البيانات
شعبة الشركاء

Number :

Date :       1 /1/2014

العدد : ٥ ٦ ١ ٤

التاريخ : ٢٦ ١٥/ 2014

الى / جميـــع الشركـــات المـــزودة لخدمـــة الأنترنـت (افـق السمـاء – IQ Network – شبكـة الأرض – ربــط الأرض – الســرد – نوروزتيـل – فاست عـراق – ITC –هالـة ســات – الجزيـرة)

م/ إطفاء خدمة الأنترنت
مع إطفاء تطبيقات الأنترنت

تحيـــة طيبـــة ...

إشارة إلى الوضع الأمني الراهن والظرف الإستثنائي الذي يمر به بلدنا الحبيب وبتوجيه من مستشارية الأمن الوطني تقرر ما يلي :

أولاً : إطفاء خدمة الأنترنت بشكل كامل ومطلق للمحافظات التالية :

١ – محافظة نينوى .

٢ – محافظة الأنبار .

٣ – محافظة صلاح الدين .

٤ – محافظة كركوك .

٥ – محافظة ديالى .

ثانياً : إطفاء خدمة الشبكات الإفتراضية الخاصة ( VPN ) في عموم العراق ومن الساعة ( ٤:٠٠ ) عصراً ولغاية الساعة ( ٧:٠٠ ) صباحاً يومياً .

ثالثاً : إطفاء التطبيقات التالية في خدمة الأنترنت وفي عموم العراق .

١ – الـ ( face book ) .

٢ – الـ ( youtube ) .

٣ – الـ ( twitter ) .

٤ – الـ ( whats up ) .

٥ – الـ ( viper ) .

٦ – الـ ( skype ) .



Tel: 7190304
E-mail: dpa@itpc.gov.iq

www.moc.gov.i

EXHIBIT 22



بسم الله الرحمن الرحيم

Ministry of Communications
Iraqi Telecommunication & Post Company
Transmission & Data Networks Department
partners section

وزارة الاتصــــالات
ـة العامـة للاتصـالات والبريـد
سم التراسل وشبكة البيانات
شعبة الشركاء

| العدد : | Number : |
| التاريخ : / / 2014 | Date : \ \2014 |

٧- جميع التطبيقات الأخرى ( Tango , wechat , keek , instagram , didi ) .

٨- غلق جميع المواقع الإباحية.

رابعاً : إطفاء خدمة الأنترنت ويكشل كامل في المناطق التالية ( العدل ، الغزالية ، ابو غريب ، الرضوانية ، المحمودية ، اللطيفية ، الفلوجة ، جرف الصخر ، التاجي ، اليوسفية ، المسيب )

والمجهزة بالأنترنت من خلال شركاتكم وإبلاغ جميع الشركات الأخرى والتي تجهز بالأنترنت عبر شركاتكم وجميع أبراج اللاسلكي وإعتبار الموضوع في غاية الأهمية وسوف تتحمل الشركات المخالفة والغير ملتزمة للتبعات القانونية والأمنية في حال ثبت إنها غير ملتزمة بهذا الإعمام ، عُلماً بأنه توجد لجنة أمنية متخصصة تقوم بالتدقيق بهذا الخصوص وسوف يتم درج الشركات الغير ملتزمة من ضمن الشركات التي تهدد أمن البلد .

للتفضـــل بالإطــــلاع وإتخـــاذ مـــا يلـــزم وبالسرعــة القصـوى . مـــع التقديـــر ...



صالـح حسـن علـي
المديـــر العـــام وكالـــة
رئيــــس مجلـــس الإدارة/ه
٢٠١٤/٦/

نسخة منه /

• وزارة الإتصالات / مكتب الوكيل الفني الأقدم المحترم – إشارة إلى كتابكم ذي العدد ٦٨١ بتاريخ ٢٠١٤/٦/١٢ / للتفضل بالإطلاع . مع التقدير ...

• مستشارية الأمن الوطني / للتفضل بالإطلاع . مع التقدير ...

• هيئة الإعلام والإتصالات / للتفضل بالإطلاع وإتخاذ ما يلزم بإيقاف خدمات البيانات لشبكات الهاتف النقال واللاسلكي . مع التقدير ...

• مكتب المدير العام المحترم / للتفضل بالإطلاع . مع التقدير ...

• مديرية الشؤون الفنية / للتفضل بالإطلاع . مع التقدير ...

• قسم التراسل وشبكة البيانات / للتفضل بالإطلاع وإتخاذ ما يلزم . مع التقدير ...

لإيمار ٢/١٥

Tel: 7190304
E-mail: dpa@itpc.gov.iq

www.moc.gov.i

EXHIBIT 22

In the Name of God, the Entirely Merciful, the Especially Merciful

Ministry of Communications
Iraqi Telecommunication and Post Company
Transmission & Data Networks Department
Partners Section

Number 5214
Date: 6/15/2014

**To\ All Internet Service Providers (Sky Horizons, IQ Network, Earth Network, Earth Link, Al-Sard, Nuruztel, Fast Iraq, ITC, Hala Sat, Al-Jazeera)**

### Shutdown of Internet Service
### with the Shutdown of Internet Applications

**Greetings ...**

In reference to the current security situation and the exceptional circumstance that our beloved country is going through, and under the direction of the National Security Council, the following has been decided:

**First:**

The shutdown of internet services completely and absolutely for the following provinces:

1- Nineveh province
2- Al-Anbar province
3- Saladin province
4- Kirkuk province
5- Diyala province

**Second:**

The shutdown of all Virtual Private Network (VPN) services in all of Iraq from 4:00 pm until 7:00 am daily.

**Third:**

The shutdown of the following applications on internet services in all of Iraq:

1- face book [sic]
2- youtube

EXHIBIT 22

3- twitter

4- whats up [sic]

5- viper [sic]

6- skype

7- All other applications: Tango, wechat, keek, instagram, didi

8- Closure of all pornographic websites

**Fourth:**

The shutdown of internet services completely in all of the following areas: Al-Adl, Al-Ghazalieh, Abu Ghraib, Al-Radwanieh, Al-Mahmoudieh, Al-Lateifiah, Al-Falouja, Jarf Al-Sakhr, Al-Taji, Al-Youssifieh, Al-Musseib

which are equipped with internet via your companies, and notifying all other companies providing internet via your companies and all wireless towers, and considering this matter to be of utmost importance, and companies in violation and not adhering shall bear the legal and security consequences in the event that it is proven they are not adherent to this circulated order, bearing in mind that there is a specialized security committee checking this matter very closely and non-adherent companies shall be listed among the companies that threaten the security of the country.

**To kindly read, and take necessary measures with maximum speed, with appreciation ...**

[Signature and Date 6/15/14]

Salih Hasan Ali

Deputy General Manager

Chairman of the Board

6/ /2014

[Stamp: "Iraqi Telecommunication and Post Company **Issued**"]

**CC\**

- **Ministry of Communications \ Office of the Most Senior Technical Deputy – in reference to your document no. 681 dated 6.12.2014\ to kindly read, with appreciation ...**
- **National Security Council \ to kindly read, with appreciation ...**

EXHIBIT 22

- Mass Media and Communications Authority \ to kindly read, and take necessary measures to shut down data services for mobile and wireless phones, with appreciation ...
- Office of the esteemed General Manager \ to kindly read, with appreciation ...
- Technical Affairs Directorate \ to kindly read, with appreciation ...
- Transmission & Data Networks Department \ to kindly read, and take necessary measures, with appreciation ...

Tel: 7196304
Email: dpa@itpc.gov.iq

www.moc.gov.i

## SIGNATURE

- **Professional Translator:**

  I declare that I am a professional proficient Arabic-English translator. On 2/22/2019, I translated the entire contents of this document from its original Arabic to English, and I certify that all of the above translation is complete and accurate.

  Dated: 2/22/2019

  Translator name: AHMED GAWISH

  Translator signature: Ahmed Gawish

EXHIBIT 22

# 85.98.20.162

85.98.20.162 or 85.98.20.162.static.ttnet.com.tr is an IPv4 address owned by TurkTelecom and located in Istanbul, Turkey

## API Management Platform - Easy Scalability

Build An Application Network With Secure, Reusable Integrations. mulesoft.com



⚡ **Connection**

| | |
|---|---|
| **Address type** | IPv4 ❓ |
| **Hostname** | 85.98.20.162.static.ttnet.com.tr |
| **ASN** | 9121 - TTNET |
| **ISP** | TurkTelecom |
| **Connection type** | xDSL |

🛡 **Security rating**



| Crawler | Proxy | Attack source |
|---|---|---|
| ✖ | ✖ | ✖ |

Computed threat level for this IP address    Low

Is something wrong on this page ? Please help us improve our database accuracy.
Report wrong data

📍 **Location**



| | |
|---|---|
| **Country** | Turkey 🇹🇷 |
| **State / Region** | Istanbul |
| **City** | Istanbul |
| **Zip / Postal code** | 34122 |
| **Weather station** | TUXX0014 - Istanbul |



| | |
|---|---|
| **Timezone** | Europe/Istanbul (UTC+3) |
| **Local time** | 19:24:14 |
| **Languages** | tr-TR, ku, diq, az, av |
| **Currency** | Lira (TRY) |

**Best IT HelpDesk Software**
100,000+ Successful IT Help Desks use ServiceDesk Plus to Supercharge their IT Help
Desk

OP

# Try our free IP geolocation API

```
~$ curl http://api.db-ip.com/v2/free/85.98.20.162
{
    "ipAddress": "85.98.20.162",
    "continentCode": "AS",
    "continentName": "Asia",
    "countryCode": "TR",
    "countryName": "Turkey",
    "stateProv": "Istanbul",
    "city": "Istanbul",
}
```

```
~$ curl http://api.db-ip.com/v2/free/85.98.20.162/countr
Turkey
```

The free API is limited to 1,000 daily requests and returns city level
location data only, if you require larger query volumes or more
information such as latitude/longitude, ISP details or threat level
assessment, please see our commercial offers.

| IP Geolocation API and Databases | Company | Products | Resources |
|---|---|---|---|
| | Terms of service | IP Geolocation API | Frequently asked questions |
| | Privacy policy | IP Geolocation Database | Tutorials |
| | Contact | Geolocation tools | Browse IPs |
| | Affiliate program | Statistics | ASN List |
| | Customer | | Service status |

# 85.98.22.58

85.98.22.58 or 85.98.22.58.static.ttnet.com.tr is an IPv4
address owned by TurkTelecom and located in Istanbul,
Turkey

**Best IT HelpDesk Software**

100,000+ Successful IT Help Desks use ServiceDesk Plus to Supercharge their IT
Help Desk

## ⚡ Connection

| | |
|---|---|
| **Address type** | IPv4 ❓ |
| **Hostname** | 85.98.22.58.static.ttnet.com.tr |
| **ASN** | 9121 - TTNET |
| **ISP** | TurkTelecom |
| **Connection type** | xDSL |

## 🛡 Security rating

| Crawler | Proxy | Attack source |
|---|---|---|
| ❌ | ❌ | ❌ |

| | |
|---|---|
| Computed threat level for this IP address | Low |

Is something wrong on this page ? Please help us improve our database accuracy.
Report wrong data

## 📍 Location



| | |
|---|---|
| **Country** | Turkey 🇹🇷 |
| **State / Region** | Istanbul |
| **District / County** | Fatih |
| **City** | Istanbul |
| **Zip / Postal code** | 34122 |

EXHIBIT 23 3



| | |
|---|---|
| **Coordinates** | 41.0292, 28.9517 |
| **Timezone** | Europe/Istanbul (UTC+3) |
| **Local time** | 19:24:33 |
| **Languages** | tr-TR, ku, diq, az, av |
| **Currency** | Lira (TRY) |

**Best IT HelpDesk Software**
100,000+ Successful IT Help Desks use ServiceDesk Plus to Supercharge their IT Help
Desk

OP

# Try our free IP geolocation API

```
~$ curl http://api.db-ip.com/v2/free/85.98.22.58
{
    "ipAddress": "85.98.22.58",
    "continentCode": "AS",
    "continentName": "Asia",
    "countryCode": "TR",
    "countryName": "Turkey",
    "stateProv": "Istanbul",
    "city": "Istanbul",
}
```

```
~$ curl http://api.db-ip.com/v2/free/85.98.22.58/country
Turkey
```

The free API is limited to 1,000 daily requests and returns city level
location data only, if you require larger query volumes or more
information such as latitude/longitude, ISP details or threat level
assessment, please see our commercial offers.

| IP Geolocation API and Databases | Company | Products | Resources |
|---|---|---|---|
| | Terms of service | IP Geolocation API | Frequently asked questions |
| | Privacy policy | IP Geolocation Database | Tutorials |
| | Contact | Geolocation tools | Browse IPs |
| | Affiliate program | Statistics | ASN List |
| | Customer | | Service status |

EXHIBIT 23 4

# 85.98.206.147

85.98.206.147 or 85.98.206.147.static.ttnet.com.tr is an IPv4 address owned by TurkTelecom and located in Istanbul, Turkey

## Software Defined Access

It's time to rethink security & embrace a software-defined perimeter model. Get the eBook. Zscaler

### ⚡ Connection

| | |
|---|---|
| **Address type** | IPv4 ❓ |
| **Hostname** | 85.98.206.147.static.ttnet.com.tr |
| **ASN** | 9121 - TTNET |
| **ISP** | TurkTelecom |
| **Connection type** | xDSL |

### 🛡 Security rating

| Crawler | Proxy | Attack source |
|---|---|---|
| ✖ | ✖ | ✖ |

| Computed threat level for this IP address | Low |
|---|---|

Is something wrong on this page ? Please help us improve our database accuracy.
Report wrong data

### 📍 Location



| | |
|---|---|
| **Country** | Turkey 🇹🇷 |
| **State / Region** | Istanbul |
| **District / County** | Kadıköy |
| **City** | Istanbul |
| **Zip / Postal code** | 34122 |



| | |
|---|---|
| **Coordinates** | 41.0016, 29.0456 |
| **Timezone** | Europe/Istanbul (UTC+3) |
| **Local time** | 19:24:59 |
| **Languages** | tr-TR, ku, diq, az, av |
| **Currency** | Lira (TRY) |

**Best IT HelpDesk Software**
100,000+ Successful IT Help Desks use ServiceDesk Plus to Supercharge their IT Help Desk

OP

# Try our free IP geolocation API

```
~$ curl http://api.db-ip.com/v2/free/85.98.206.147
{
    "ipAddress": "85.98.206.147",
    "continentCode": "AS",
    "continentName": "Asia",
    "countryCode": "TR",
    "countryName": "Turkey",
    "stateProv": "Istanbul",
    "city": "Istanbul",
}
```

```
~$ curl http://api.db-ip.com/v2/free/85.98.206.147/count
Turkey
```

The free API is limited to 1,000 daily requests and returns city level location data only, if you require larger query volumes or more information such as latitude/longitude, ISP details or threat level assessment, please see our commercial offers.



| IP Geolocation API and Databases | Company | Products | Resources |
|---|---|---|---|
| | Terms of service | IP Geolocation API | Frequently asked questions |
| | Privacy policy | IP Geolocation Database | Tutorials |
| | Contact | Geolocation tools | Browse IPs |
| | Affiliate program | Statistics | ASN List |
| | Customer | | Service status |

EXHIBIT 23 6

000062



EXHIBIT 24

2312078485-account.txt

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512

account_id: 2312078485
created_at: 2014-01-26 15:59:07 +0000
updated_at: 2018-09-03 06:00:41 +0000
email: flag.sunnis.iraq@gmail.com
created_via: web
screen_name: Abo_Nimr
time_zone: Pacific Time (US & Canada)
********************

-----BEGIN PGP SIGNATURE-----
Comment: GPGTools - https://gpgtools.org

iQEcBAEBCgAGBQJcfc65AAoJEHHJ+AuGRPzzokYIAJyBQ8r1mIRdI2CKbh/TvmiX
2QN63Iaj6eZdRuIzYRwjdcTYBYrL+kJQI1KgS2flrgWQO9JV8B9yHItRd9zWasnI
8I5HG2dAmq37p4QVs+Ti8Ij1ubtOVuy5rROTFUdt+bx6TRIicxHQP3WE2WS2SBG/
HbiIop8uymeNycIEBdYnh118r9jzWKRnZpp//ucFOnm4BeHPXYSqzxCIuOtqhTnM
sxI7H4TtJv2NpYaLgQWmwFgpBHbynP1yIrzFqv2J/+OG9u7Tpca68YR3VtMeH6YS
Bv1at7OdemEdcvm79ySOUUgOT8+hes1TEGWq46uYIHBjZGAj3Pek4GOg/X/2LXY=
=jyat
-----END PGP SIGNATURE-----

EXHIBIT 25

```
                    2312078485-account-creation-ip.txt
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512

creation_ip_address: Some(37.238.53.7)
*********************
-----BEGIN PGP SIGNATURE-----
Comment: GPGTools - https://gpgtools.org

iQEcBAEBCgAGBQJcfc65AAoJEHHJ+AuGRPzzP9EH/RrIOvtQKCvwEp5X8jrNcZbq
xMCOd5+den1btHMfPrafLhNQh9mNv1UfIMnRqUzvt1WBA9Zh3IIZbck8wBvZrX1i
dF5IEvISBPq2bqHFhESAB1WNB+3v8X47wYkqDnbniWbUOITNQNa4oXXTcJyQDSf2
4ijo/PTvhHIgVOZ/ScfmB4MkExwdawiak/ybT3vXH2jYhJNZPu2wb2Kf7JxQFPLs
l6DONm8sbggm17LvOOAdyV6fi8X7xQAVQVHdxmOfro3SoEoc98KP8TD5IiPUseDd
yJaKO7IBSG2fecOOFkFf12ZWMXvzEu5UdbytuYpYPBDZoNpvIXdx+QJEVRqWI1s=
=T6xh
-----END PGP SIGNATURE-----
```

EXHIBIT 25

```
                          evidence-key.txt
[user_id]-devices.txt: Physical devices (e.g., mobile phone) associated with the
account
created_at: Date and time device is registered to account
updated_at: Date and time device last modified
type: [PhoneDevice | BlackberryPushDevice | EmailDevice | SamsungPushDevice]
ipx_carrier_name: Phone carrier (e.g.,AT&T, etc.)
phone_numer: verified phone number


********************

[user_id]-ipaudit.txt: IP addresses per session (not per Tweet)
account_id: Unique identifier for the account
created_at: Date and time of login
last_login_ip: IP address used for log in


********************

[user_id]-account.txt: Basic Subscriber Information
account_id: Unique identifier for the account
created_at: Date and time of account creation
updated_at: Date and time of last account modification (e.g., updating account bio)
email: Email associated with the account
created_via: Client application used to create account
screen_name: Account's current @username (NOTE: @username may change, but account_id
remains the same)
time_zone: Time zone specified by account holder, if provided


********************

[user_id]-account-creation-ip.txt:  IP address information at account creation
```

EXHIBIT 25



# 37.238.53.7

37.238.53.7 is an IPv4 address owned by EarthLink
Telecommunications and located in Baghdad, Iraq

**START NOW**

Start Download
1) **Click** "Start Now"
2) **Download** on our website
3) **Get** My Inbox Helper

My Inbo›

## ⚡ Connection

| | |
|---|---|
| **Address type** | IPv4  ❓ |
| **ASN** | 50710 - EARTHLINK-AS |
| **ISP** | EarthLink Telecommunications |
| **Organization** | EarthLink Ltd. Communications& |

## 🛡 Security rating



| Crawler | Proxy | Attack source |
|---|---|---|
| ❌ | ❌ | ❌ |

Computed threat level for this IP address      [ Low ]

Is something wrong on this page ? Please help us improve our database accuracy.
Report wrong data

## 📍 Location



| | |
|---|---|
| **Country** | Iraq 🇮🇶 |
| **State / Region** | Baghdad |
| **District / County** | Al Rusafa |
| **City** | Baghdad |
| **Weather station** | IZXX0008 - Baghdad |
| **Coordinates** | 33.3128, 44.3615 |



| | |
|---|---|
| Languages | ar-IQ, ku, hy |
| Currency | Dinar (IQD) |

## Syslog Server

Syslog collection made easy with built-in Syslog Server manageengine.com

# Try our free IP geolocation API

```
~$ curl http://api.db-ip.com/v2/free/37.238.53.7
{
    "ipAddress": "37.238.53.7",
    "continentCode": "AS",
    "continentName": "Asia",
    "countryCode": "IQ",
    "countryName": "Iraq",
    "stateProv": "Baghdad",
    "city": "Baghdad",
}
```

```
~$ curl http://api.db-ip.com/v2/free/37.238.53.7/country
Iraq
```

The free API is limited to 1,000 daily requests and returns city level location data only, if you require larger query volumes or more information such as latitude/longitude, ISP details or threat level assessment, please see our commercial offers.



| Company | Products | Resources |
|---|---|---|
| Terms of service | IP Geolocation API | Frequently asked questions |
| Privacy policy | IP Geolocation Database | Tutorials |
| Contact | Geolocation tools | Browse IPs |
| Affiliate program | Statistics | ASN List |
| Customer | | Service status |

Facebook Business Record

| | |
|---|---|
| **Service** | Facebook |
| **Target** | 100004970778145 |
| **Account Identifier** | 100004970778145 |
| **Account Type** | User |
| **Generated** | 2019-05-07 00:06:24 UTC |
| **Date Range** | 2004-01-01 00:00:00 UTC to 2019-03-29 23:59:00 UTC |

**Name**

| | |
|---|---|
| **First** | أبو |
| **Middle** | |
| **Last** | نمر |

| | |
|---|---|
| **Registered Email Addresses** | tiger3raq@mail.ru |

**Vanity Name**

**Vanity Changes**   No responsive records located

**Registration Date**   2014-06-19 17:48:20 UTC

**Registration Ip**

| | | |
|---|---|---|
| **Account Closure Date** | **Account Still Active** | false |
| | **Time** | 2014-06-25 21:28:32 UTC |

**Phone Numbers**   No responsive records located

**Registered Credit Card Number**   No responsive records located

**Paypal Accounts**   No responsive records located

**Direct Debit**   No responsive records located

| | | |
|---|---|---|
| **Logins** | **IP Address** | 176.10.140.226 |
| | **Time** | 2014-06-25 21:02:20 UTC |
| | **Location** | WWW |
| | **IP Address** | 173.254.216.69 |

EXHIBIT 27

**Time** 2014-06-25 20:43:11 UTC
**Location** WWW

**IP Address** 95.211.191.40
**Time** 2014-06-25 15:04:41 UTC
**Location** WWW

**IP Address** 195.154.15.188
**Time** 2014-06-25 13:54:32 UTC
**Location** WWW

**IP Address** 41.215.240.140
**Time** 2014-06-25 11:53:29 UTC
**Location** WWW

**IP Address** 199.255.211.37
**Time** 2014-06-24 16:04:13 UTC
**Location** WWW

**IP Address** 199.255.211.37
**Time** 2014-06-24 16:01:43 UTC
**Location** WWW

**IP Address** 173.245.67.51
**Time** 2014-06-24 11:20:12 UTC
**Location** WWW

**IP Address** 173.245.67.51
**Time** 2014-06-23 20:31:25 UTC
**Location** WWW

**IP Address** 173.245.67.143
**Time** 2014-06-23 20:21:31 UTC
**Location** WWW

**IP Address** 204.14.77.67
**Time** 2014-06-23 20:13:02 UTC
**Location** WWW

**IP Address** 176.56.174.224
**Time** 2014-06-23 19:34:53 UTC
**Location** WWW

**IP Address** 199.255.209.211
**Time** 2014-06-23 16:51:25 UTC
**Location** WWW

**IP Address** 199.255.209.211
**Time** 2014-06-23 12:45:43 UTC
**Location** WWW

**IP Address** 199.255.209.211
**Time** 2014-06-22 12:46:22 UTC
**Location** WWW

**IP Address** 199.255.209.211
**Time** 2014-06-21 18:17:08 UTC
**Location** WWW

EXHIBIT 27

**IP Address**  199.255.209.211
**Time** 2014-06-21 14:29:58 UTC
**Location** WWW

**IP Address** 204.14.77.92
**Time** 2014-06-21 13:33:29 UTC
**Location** WWW

**IP Address** 85.237.223.196
**Time** 2014-06-21 11:25:14 UTC
**Location** WWW

**IP Address** 46.16.33.71
**Time** 2014-06-21 10:06:26 UTC
**Location** WWW

**IP Address** 199.255.209.168
**Time** 2014-06-21 07:43:39 UTC
**Location** WWW

**IP Address** 199.255.211.71
**Time** 2014-06-21 06:43:45 UTC
**Location** WWW

**IP Address** 199.255.211.71
**Time** 2014-06-21 06:38:02 UTC
**Location** WWW

**IP Address** 199.255.211.71
**Time** 2014-06-20 21:17:45 UTC
**Location** WWW

**IP Address** 46.16.33.72
**Time** 2014-06-20 11:18:01 UTC
**Location** WWW

**IP Address** 204.14.77.175
**Time** 2014-06-20 10:44:18 UTC
**Location** WWW

**IP Address** 204.14.77.175
**Time** 2014-06-20 10:44:06 UTC
**Location** WWW

**IP Address** 204.14.77.175
**Time** 2014-06-20 10:42:22 UTC
**Location** WWW

**IP Address** 204.14.77.67
**Time** 2014-06-20 10:15:35 UTC
**Location** WWW

**IP Address** 46.16.33.223
**Time** 2014-06-20 08:44:13 UTC
**Location** WWW

**IP Address** 46.16.37.33
**Time** 2014-06-19 17:48:20 UTC

EXHIBIT 27

Facebook Business Record Page 4

**Location**

WWW

**Logouts**          **Time** 2014-06-24 16:41:34 UTC
             **Location** WWW
             **IP Address** 199.255.209.167

             **Time** 2014-06-24 16:05:13 UTC
             **Location** WWW
             **IP Address** 199.255.211.37

             **Time** 2014-06-24 11:52:10 UTC
             **Location** WWW
             **IP Address** 92.63.104.206

             **Time** 2014-06-23 20:34:01 UTC
             **Location** WWW
             **IP Address** 173.245.67.51

             **Time** 2014-06-23 16:16:47 UTC
             **Location** WWW
             **IP Address** 199.255.209.211

             **Time** 2014-06-22 13:42:23 UTC
             **Location** WWW
             **IP Address** 199.255.209.211

             **Time** 2014-06-21 19:31:15 UTC
             **Location** WWW
             **IP Address** 199.255.209.211

             **Time** 2014-06-21 14:57:58 UTC
             **Location** WWW
             **IP Address** 199.255.209.211

             **Time** 2014-06-21 13:08:46 UTC
             **Location** WWW
             **IP Address** 204.14.77.190

             **Time** 2014-06-21 09:56:02 UTC
             **Location** WWW
             **IP Address** 199.255.209.168

             **Time** 2014-06-21 07:33:02 UTC
             **Location** WWW
             **IP Address** 199.255.209.168

             **Time** 2014-06-21 06:41:12 UTC
             **Location** WWW
             **IP Address** 199.255.211.71

             **Time** 2014-06-20 21:30:32 UTC
             **Location** WWW
             **IP Address** 199.255.211.71

             **Time** 2014-06-20 10:18:18 UTC
             **Location** WWW

EXHIBIT 27

**IP Address**

        204.14.77.67

      **Time** 2014-06-19 18:19:16 UTC
  **Location** WWW
**IP Address** 46.16.37.33

EXHIBIT 27

This page intentionally left blank.

EXHIBIT 27

| | |
|---|---|
| **Service** | Facebook |
| **Target** | 100004970778145 |
| **Account Identifier** | 100004970778145 |
| **Account Type** | User |
| **Generated** | 2019-04-12 00:06:07 UTC |
| **Date Range** | 2004-01-01 00:00:00 UTC to 2019-03-29 23:59:00 UTC |

**Name**

| | |
|---|---|
| **First** | أبو |
| **Middle** | |
| **Last** | نمر |

**Registered Email Addresses**  tiger3raq@mail.ru

**Vanity Name**

**Vanity Changes**  No responsive records located

**Registration Date**  2014-06-19 17:48:20 UTC

**Registration Ip**

| | | |
|---|---|---|
| **Account Closure Date** | **Account Still Active** | false |
| | **Time** | 2014-06-25 21:28:32 UTC |

**Phone Numbers**  No responsive records located

**Registered Credit Card Number**  No responsive records located

**Paypal Accounts**  No responsive records located

**Direct Debit**  No responsive records located

**Logins**

| | | |
|---|---|---|
| | **IP Address** | 176.10.140.226 |
| | **Time** | 2014-06-25 21:02:20 UTC |
| | **Location** | WWW |
| | **IP Address** | 173.254.216.69 |

EXHIBIT 27

**Time**
    2014-06-25 20:43:11 UTC
**Location** WWW

**IP Address** 95.211.191.40
**Time** 2014-06-25 15:04:41 UTC
**Location** WWW

**IP Address** 195.154.15.188
**Time** 2014-06-25 13:54:32 UTC
**Location** WWW

**IP Address** 41.215.240.140
**Time** 2014-06-25 11:53:29 UTC
**Location** WWW

**IP Address** 199.255.211.37
**Time** 2014-06-24 16:04:13 UTC
**Location** WWW

**IP Address** 199.255.211.37
**Time** 2014-06-24 16:01:43 UTC
**Location** WWW

**IP Address** 173.245.67.51
**Time** 2014-06-24 11:20:12 UTC
**Location** WWW

**IP Address** 173.245.67.51
**Time** 2014-06-23 20:31:25 UTC
**Location** WWW

**IP Address** 173.245.67.143
**Time** 2014-06-23 20:21:31 UTC
**Location** WWW

**IP Address** 204.14.77.67
**Time** 2014-06-23 20:13:02 UTC
**Location** WWW

**IP Address** 176.56.174.224
**Time** 2014-06-23 19:34:53 UTC
**Location** WWW

**IP Address** 199.255.209.211
**Time** 2014-06-23 16:51:25 UTC
**Location** WWW

**IP Address** 199.255.209.211
**Time** 2014-06-23 12:45:43 UTC
**Location** WWW

**IP Address** 199.255.209.211
**Time** 2014-06-22 12:46:22 UTC
**Location** WWW

**IP Address** 199.255.209.211
**Time** 2014-06-21 18:17:08 UTC
**Location** WWW

EXHIBIT 27

**IP Address**
199.255.209.211
**Time** 2014-06-21 14:29:58 UTC
**Location** WWW

**IP Address** 204.14.77.92
**Time** 2014-06-21 13:33:29 UTC
**Location** WWW

**IP Address** 85.237.223.196
**Time** 2014-06-21 11:25:14 UTC
**Location** WWW

**IP Address** 46.16.33.71
**Time** 2014-06-21 10:06:26 UTC
**Location** WWW

**IP Address** 199.255.209.168
**Time** 2014-06-21 07:43:39 UTC
**Location** WWW

**IP Address** 199.255.211.71
**Time** 2014-06-21 06:43:45 UTC
**Location** WWW

**IP Address** 199.255.211.71
**Time** 2014-06-21 06:38:02 UTC
**Location** WWW

**IP Address** 199.255.211.71
**Time** 2014-06-20 21:17:45 UTC
**Location** WWW

**IP Address** 46.16.33.72
**Time** 2014-06-20 11:18:01 UTC
**Location** WWW

**IP Address** 204.14.77.175
**Time** 2014-06-20 10:44:18 UTC
**Location** WWW

**IP Address** 204.14.77.175
**Time** 2014-06-20 10:44:06 UTC
**Location** WWW

**IP Address** 204.14.77.175
**Time** 2014-06-20 10:42:22 UTC
**Location** WWW

**IP Address** 204.14.77.67
**Time** 2014-06-20 10:15:35 UTC
**Location** WWW

**IP Address** 46.16.33.223
**Time** 2014-06-20 08:44:13 UTC
**Location** WWW

**IP Address** 46.16.37.33
**Time** 2014-06-19 17:48:20 UTC

EXHIBIT 27

**Location**

WWW

**Logouts**     **Time** 2014-06-24 16:41:34 UTC
**Location** WWW
**IP Address** 199.255.209.167

    **Time** 2014-06-24 16:05:13 UTC
**Location** WWW
**IP Address** 199.255.211.37

    **Time** 2014-06-24 11:52:10 UTC
**Location** WWW
**IP Address** 92.63.104.206

    **Time** 2014-06-23 20:34:01 UTC
**Location** WWW
**IP Address** 173.245.67.51

    **Time** 2014-06-23 16:16:47 UTC
**Location** WWW
**IP Address** 199.255.209.211

    **Time** 2014-06-22 13:42:23 UTC
**Location** WWW
**IP Address** 199.255.209.211

    **Time** 2014-06-21 19:31:15 UTC
**Location** WWW
**IP Address** 199.255.209.211

    **Time** 2014-06-21 14:57:58 UTC
**Location** WWW
**IP Address** 199.255.209.211

    **Time** 2014-06-21 13:08:46 UTC
**Location** WWW
**IP Address** 204.14.77.190

    **Time** 2014-06-21 09:56:02 UTC
**Location** WWW
**IP Address** 199.255.209.168

    **Time** 2014-06-21 07:33:02 UTC
**Location** WWW
**IP Address** 199.255.209.168

    **Time** 2014-06-21 06:41:12 UTC
**Location** WWW
**IP Address** 199.255.211.71

    **Time** 2014-06-20 21:30:32 UTC
**Location** WWW
**IP Address** 199.255.211.71

    **Time** 2014-06-20 10:18:18 UTC
**Location** WWW

EXHIBIT 27

**IP Address**

204.14.77.67

**Time** 2014-06-19 18:19:16 UTC
**Location** WWW
**IP Address** 46.16.37.33

EXHIBIT 27

T.C.
BAKIRKÖY
CUMHURİYET BAŞSAVCILIĞI

| | | | BAKIRKÖY |
|---|---|---|---|
| SAYI | : | 0180-2019-015288 / 10:28 | |
| KONU | : | RESMİ KURUM | --------------- |
| VERİLECEĞİ KURUM | : | | 10.04.2019 |
| KİMLİK TÜRÜ | : | VEKALETNAME | |

SORGULAMAYA ESAS KİMLİK BİLGİLERİ :

TCKN         :                        DOĞUM T. : 20.12.1973
SOYAD AD  : AMEEN, OMAR ABDULSATTAR AMEEN
BABA ADI  : YOK                       ANA ADI  : YOK
DOĞUM YERİ:
                                      NÜFUS K.Y:

ADLİ SİCİL KAYDI SORGULAMASI SONUÇLARI :

YUKARIDA KİMLİK BİLGİLERİ BULUNAN KİŞİNİN ADLİ SİCİL KAYDI YOKTUR.

YUKARIDA KİMLİK BİLGİLERİ BULUNAN KİŞİNİN ADLİ SİCİL ARŞİV KAYDI YOKTUR.

10.04.2019
YETKİLİ MEMUR
108374.H.A♠

Hayrettin AKSOY-108374
V.H.K.İŞLT.

                                    CUMHURİYET BAŞSAVCISI Y.

NOT : BU SORGULAMA YUKARIDAKİ "SORGULAMAYA ESAS KİMLİK BİLGİLERİ"NE GÖRE YAPILMIŞTIR.

EXHIBIT 28 1



## APOSTILLE
### (Convention de La Haye du 5 Octobre 1961)

1- Ülke/Country/Pays/Staat : Türkiye

İşbu resmi belge/This public document/Le présent acte public/Dieses Zeugnis wurde

2- Hayrettin Aksoy tarafından imzalanmıştır./Has been signed by/a été signé par/durch ... unterschrieben

3- İmzalayanın sıfatı YETKİLİ MEMUR dır./Acting in the capacity of/Agissant en qualité de/Titel des Unterzeichneten.

4- Bakırköy Cumhuriyet Başsavcılığı' nin mühür/damgasını taşımaktadır-bears the seal/stamp of-/est revêtu du sceau/timbre de-
   Trägt Siegel/Stempel von

TASDİK /  CERTIFIED / ATTESTE / BEGLAUBIGUNG:

5- 10/04/2019 'da/at/à/in

6- Çarşamba günü/ the/le/Am

7- Bakırköy Adli Yargı İlk Derece Mahkemesi Adalet Komisyonu -  Atila Öztürk - 39703- tarafından/by/par/durch den/die

8- No :.2019 / 655 ile tasdik edilmiştir./ No:/sous No:/unter Nr.

9- Mühür-Damga/Seal-stamp/Sceau- timbre/Siegel-Stempel   10-İmza/Signature/Signature/Unterschrift :



......................

Atila ÖZTÜRK
····Hakim-39703
Bakırköy Adli Yargı
İlk Derece Mahkemesi
Adalet Komisyonu Üyesi



EXHIBIT 28 2

TURKISH REPUBLIC
BAKIRKOY
REPUBLIC ATTORNEY GENERAL

| | | | |
|---|---|---|---|
| NUMBER | : | 0180-2019-015288 / 10:28 | BAKIRKOY |
| SUBJECT | : | OFFICIAL INSTITUTION | APRIL 10, 2019 |
| INSTITUTION SUBMITTED | : | | |
| IDENTIFICATION TYPE | : | POWER OF ATTORNEY | |

IDENTIFICATION INFORMATION OF PERSON INVESTIGATED:

| | | | |
|---|---|---|---|
| TURKISH ID NUMBER | : | DATE OF BIRTH: DECEMBER 12, 1973 | |
| FIRST LAST NAME | : | AMEEN, OMAR ABDULSATTAR AMEEN | |
| FATHER'S NAME | : | NO       MOTHER'S NAME    : NO | |
| PLACE OF BIRTH | : | BIRTH K.Y. | |

RESULTS OF CRIMINAL RECORD DATA    :

THE PERSON WHOSE IDENTIFICATION INFORMATION IS ABOVE DOES NOT HAVE ANY CRIMINAL RECORD

THE PERSON WHOSE IDENTIFICATION INFORMATION IS ABOVE DOES NOT HAVE ANY ARCHIVED CRIMINAL RECORD

APRIL 4, 2019
AUTHORIZED CLERK                                                      stamp
108374.H.A.
Signature
        signature
[stamp] Hayrettin Aksoy- 108374                          ASSISTANT ATTORNEY GENERAL
V.H.K. ISLT

NOTE: THIS CRIMINAL RECORD REPORT IS DONE BY TAKING THE "BASIC IDENTIFICATION DATA"

EXHIBIT 28 3

# **Translator's Declaration**

I, Sybil Cayir, declare under penalty of perjury that I understand the Turkish language and the English language; that I am a member of the American Translators Association (ATA) with membership number 242103, also registered translator/interpreter for Turkish language by the Judicial Council of California with I.D. number #700599, also contract language officer of Turkish for U.S. State Department; and qualified for the Federal Court system to interpret for all U.S. Court systems, also language officer for Turkish language for U.S. Defense Department, and that, to the best of my knowledge and belief, the attached documents in Turkish has the same meanings as the attached translated English language documents with reference to Omar Abdulsattar Amen Ameen.

Sybil Cayir

X _____                    May 13, 2019

Turkish Translator

Judicial Council of California ID#700599

EXHIBIT 28 4

1
2
3
4
5
6
7

HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11
12
13

IN THE MATTER OF THE
EXTRADITION OF OMAR
ABDULSATTAR AMEEN TO THE
REPUBLIC OF IRAQ,

    )
    )
    )
    )
    )
    )

Case No. 2:18-mj-152 EFB

Judge: Hon. Edmund F. Brennan

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Radhya Hamad, swear on my honor the following facts:

1. Omar Hamid is my son. Through him, I met Omar Ameen in Mersin, Turkey. I moved to Mersin after Mosul fell in June 2014. I remember Omar and his family well. They were nice people with lovely kids. We went to their house for dinner sometime in middle to late 2014. We would have BBQs together. I knew his wife and children.

2. I know that my son saw Omar Ameen regularly in Mersin in 2014. Omar's family had already gotten permission to go to the United States, and they were thrilled. They didn't want anything to get in the way of moving to the United States.

//

//

1

Declaration

EXHIBIT 29

1

    3.  I currently live in Aurachtal, Germany.

2

3

My native language is Arabic.  I have signed this declaration after having it translated into my native language by the interpreter who has signed below.

4

5

I declare under penalty of perjury that the foregoing is true and correct.  I swear by God Almighty that this statement is the truth and nothing but the truth.

6

7

I know that this sworn declaration could be used in court and that all false declaration on my part exposes me to criminal sanction.

8

9

Executed this 26 day of April, 2019, at Aurachtal, Germany.

10

_____

11

12

I am an Arabic language interpreter.  I have read this declaration to the witness in his native language of Arabic and have witnessed his signature.

13

14

Dated: 26/04/2019          _____

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Declaration

EXHIBIT 29