

```
                 This Product Contains Sensitive Taxpayer Data
```

# Tax Return Transcript

```
                                           Request Date:     05-02-2018
                                           Response Date:    05-02-2018
                                           Tracking Number:  100386469316
```

**SSN Provided:**        3
**Tax Period Ending:** Dec. 31, 2016

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable. They do not show subsequent activity on the account.

```
SSN:                          3
SPOUSE SSN:                   8
NAME(S) SHOWN ON RETURN: OMER AMEEN & KHANSAA SABRI
ADDRESS:                 3111 EASTERN AVE
                         S               21-4060-997

FILING STATUS:        Married Filing Joint
FORM NUMBER:                          1040
CYCLE POSTED:                     20171102
RECEIVED DATE:             Apr.15, 2017
REMITTANCE:                          $0.00
EXEMPTION NUMBER:                        5
DEPENDENT 1 NAME CTRL:
DEPENDENT 1 SSN:
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
PTIN:
PREPARER EIN:
```

## Income

```
WAGES, SALARIES, TIPS, ETC:
TAXABLE INTEREST INCOME: SCH B:
TAX-EXEMPT INTEREST:
ORDINARY DIVIDEND INCOME: SCH B:
QUALIFIED DIVIDENDS:
REFUNDS OF STATE/LOCAL TAXES:
ALIMONY RECEIVED:
```



Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Tax Return Transcript

```
                                                    Request Date:      05-02-2018
                                                    Response Date:     05-02-2018
                                                    Tracking Number:   100386469316

SSN Provided:            3          }
Tax Period Ending: Dec. 31, 2017
```

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable. They do not show subsequent activity on the account.

```
SSN:                        3         }
SPOUSE SSN:                 84         .
NAME(S) SHOWN ON RETURN: OMAR AMEEN & KHANSAA SABRI

ADDRESS:
                                                    -997

       FILING STATUS:        Married Filing Joint
       FORM NUMBER:                            1040
       CYCLE POSTED:                       20181003
       RECEIVED DATE:              Apr.15, 2018
       REMITTANCE:                          $0.00
       EXEMPTION NUMBER:                        6
       DEPENDENT 1 NAME CTRL:
       DEPENDENT 1 SSN:
       DEPENDENT 2 NAME CTRL:
       DEPENDENT 2 SSN:
       DEPENDENT 3 NAME CTRL:
       DEPENDENT 3 SSN:
       DEPENDENT 4 NAME CTRL:
       DEPENDENT 4 SSN:
       PTIN:
       PREPARER EIN:
```

## Income
```
       WAGES, SALARIES, TIPS, ETC:
       TAXABLE INTEREST INCOME: SCH B:
       TAX-EXEMPT INTEREST:
       ORDINARY DIVIDEND INCOME: SCH B:
       QUALIFIED DIVIDENDS:
       REFUNDS OF STATE/LOCAL TAXES:
       ALIMONY RECEIVED:
```

# Uber

1455 Market St
San Francisco, CA 94103
Uber Tax ID Number: 45-2647441

# Omar Ameen

Tax Summary for 2018

Thanks for driving with Uber in 2018. Below is a breakdown of your earnings over the year that may help you file your taxes.

## Driving Totals

Online Miles shows all of the miles you drove while online, including off trip miles.

**422** COMPLETED TRIPS

**6,532.68** ONLINE MILES

## Your Gross Earnings

Total Trip Earnings from Uber plus any other additional earnings

| | |
|---|---|
| Gross Trip Earnings | + $9,841.00 |
| Total Additional Earnings | + $25.40 |

**$9,866.40**

## Expenses, Fees and Tax

Expenses, Fees and Tax. For a complete breakdown, please refer to table 1 on page 2.

Expenses, Fees and Tax — $3,283.39

**$3,283.39**

## Your Net Payout

Not for tax filing purposes. This amount represents what was paid in your bank account.

Net Earnings  $6,583.01

**= $6,583.01**

This is not an official tax document. Uber does not offer any tax advice.
Check with a tax professional or go to t.uber.com/tax for more information.

EXHIBIT 30 3

# Form 1040 — Department of the Treasury—Internal Revenue Service (99)
## U.S. Individual Income Tax Return  2015
OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2015, or other tax year beginning _____, ending _____   See separate instructions.

**Your first name and initial:** Omar  
**Last name:** Ameen  
**Your social security number:** 3

**If a joint return, spouse's first name and initial:** Khansaa  
**Last name:** Sabri  
**Spouse's social security number:** 8

**Home address (number and street). If you have a P.O. box, see instructions.**  
**Apt. no.** 26

Sacramento, CA 95821-4060

Make sure the SSN(s) above ▲

**Presidential Election Campaign** — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status** (Check only one box.)
- 1 ☐ Single
- 2 ☒ Married filing jointly (even if only one had income)
- 3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
- 4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
- 5 ☐ Qualifying widow(er) with dependent child

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
- b ☒ Spouse.

Boxes checked on 6a and 6b: **2**

c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✗ if child under age 17 qualifying for child tax credit |
|---|---|---|---|
|  |  | Son | ☒ |
|  |  | Son | ☒ |
|  |  | Daughter | ☒ |
|  |  |  | ☐ |

- No. of children on 6c who:
  - lived with you: **3**
  - did not live with you due to divorce or separation (see instructions): **0**
- Dependents on 6c not entered above: **0**
- Add numbers on lines above ▶ **5**

d Total number of exemptions claimed ............

## Income
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| Line | Description |  | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 5,981. |
| 8a | Taxable interest. Attach Schedule B if required | 8a |  |
| b | Tax-exempt interest. Do not include on line 8a | 8b |  |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a |  |
| b | Qualified dividends | 9b |  |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 |  |
| 11 | Alimony received | 11 |  |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 2,124. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 |  |
| 14 | Other gains or (losses). Attach Form 4797 | 14 |  |
| 15a | IRA distributions   15a ___   b Taxable amount | 15b |  |
| 16a | Pensions and annuities  16a ___  b Taxable amount | 16b |  |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |  |
| 18 | Farm income or (loss). Attach Schedule F | 18 |  |
| 19 | Unemployment compensation | 19 |  |
| 20a | Social security benefits  20a ___  b Taxable amount | 20b |  |
| 21 | Other income. List type and amount | 21 |  |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 8,105. |

## Adjusted Gross Income

| Line | Description |  | Amount |
|---|---|---|---|
| 23 | Educator expenses | 23 |  |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 |  |
| 25 | Health savings account deduction. Attach Form 8889 | 25 |  |
| 26 | Moving expenses. Attach Form 3903 | 26 |  |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | 150. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 |  |
| 29 | Self-employed health insurance deduction | 29 |  |
| 30 | Penalty on early withdrawal of savings | 30 |  |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a |  |
| 32 | IRA deduction | 32 |  |
| 33 | Student loan interest deduction | 33 |  |
| 34 | Tuition and fees. Attach Form 8917 | 34 |  |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 |  |
| 36 | Add lines 23 through 35 | 36 | 150. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 7,955. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2015)

74

OA_000085

EXHIBIT 30 4

Name: Ameen, Omar  
Birthdate:  
Student ID: 1660656  

Los Rios CCD Unofficial Transcript - All Colleges

This is an unofficial transcript.

*Official transcripts must be requested for each Los Rios college separately.*

Print Date: 02/05/2019

**ARC Career Totals**

| | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|
| Cum GPA: | 1.867 Cum Totals | 16.500 | 14.500 | 15.000 | 28.000 |

Requestor: Bettie Harris

**Other Institutions**

Foreign High School  
High School Graduate  08/01/1993

End of Los Rios CCD Unofficial Transcript - All Colleges

---------Beginning of ARC Record---------

**Fall 2017**

Plan: Welding Technology Major

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ESL | 34 | Novice-High Skills Lab | 0.500 | 0.500 | P | 0.000 |
| ESLL | 20 | Novice Listening & Speaking | 4.000 | 4.000 | B | 12.000 |
| ESLR | 20 | Novice Reading | 4.000 | 4.000 | C | 8.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | | 2.500 Term Totals | 8.500 | 8.500 | 8.000 | 20.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | | 2.500 Cum Totals | 8.500 | 8.500 | 8.000 | 20.000 |

Progress TERM PCT: 0%  CUM PCT: 0%  
Academic Standing: Good Standing

**Spring 2018**

Plan: Welding Technology Major

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ESL | 34 | Novice-High Skills Lab | 1.000 | 1.000 | P | 0.000 |
| ESLR | 30 | Novice-High Reading | 4.000 | 4.000 | D | 4.000 |
| FITNS | 400 | Body Fitness/Walk/Jog | 1.000 | 1.000 | A | 4.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | | 1.600 Term Totals | 6.000 | 6.000 | 5.000 | 8.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | | 2.154 Cum Totals | 14.500 | 14.500 | 13.000 | 28.000 |

Progress TERM PCT: 0%  CUM PCT: 0%  
Academic Standing: Good Standing

**Fall 2018**

Plan: Welding Technology Major

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| WELD | 115 | Code Welding | 2.000 | 0.000 | F | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | | 0.000 Term Totals | 2.000 | 0.000 | 2.000 | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Cum GPA | | 1.867 Cum Totals | 16.500 | 14.500 | 15.000 | 28.000 |

Progress TERM PCT: 0%  CUM PCT: 0%  
Academic Standing: Academic Probation 1

ACCREDITED BY WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES

Page 1 of 1

EXHIBIT 31

AMI BERA, M.D.
7TH DISTRICT, CALIFORNIA

COMMITTEE ON FOREIGN AFFAIRS:
*VICE RANKING MEMBER*
SUBCOMMITTEES:
ASIA AND THE PACIFIC
AFRICA, GLOBAL HEALTH, AND HUMAN RIGHTS

COMMITTEE ON SCIENCE, SPACE, AND TECHNOLOGY:
SUBCOMMITTEES:
*RANKING MEMBER*, SPACE
RESEARCH AND TECHNOLOGY



# Congress of the United States
## House of Representatives

WASHINGTON OFFICE
1431 LONGWORTH BUILDING
WASHINGTON, DC 20515
PHONE: (202) 225-5716
FAX:      (202) 226-1298

DISTRICT OFFICE
8950 CAL CENTER DRIVE
BUILDING 3, SUITE 100
SACRAMENTO, CA 95826
PHONE: (916) 635-0505
FAX:      (916) 635-0514

HTTP://BERA.HOUSE.GOV
AMI.BERA@MAIL.HOUSE.GOV

## PRIVACY RELEASE REGARDING IMMIGRATION AND CITIZENSHIP MATTERS

PETITIONER OR APPLICANT:

Name: Omar Ameen

Address: 3

City, State, and Zip Code: Sacramento, CA 95821

Preferred Phone:

Alternate Phone:

Email:

Date of Birth:

Country of Birth: Iraq

Alien number, if any: A212734127

PLEASE INCLUDE COPIES OF ALL USCIS RECEIPTS:

FORM TYPE: I-797C

USCIS Receipt Number: LIN1690171255

Date of filing:

Place of filing: 11/12/2015

BENEFICIARY, IF ANY:
(PLEASE LIST INFORMATION FOR ALL BENEFICIARIES, USE SEPARATE PIECE OF PAPER, IF NEEDED)

Name:

Alien number, if any:

Date of Birth:

Country of Birth:

BRIEF DESCRIPTION OF THE ISSUE:
I have been submitting my green card application and I called 2 times but I didn't get any information about when I can get my green card. or

WHAT SPECIFIC ACTION ARE YOU SEEKING FROM OUR OFFICE?
I want help to get my green card because I start having problems when I apply to the work because they asking about green cards and I want help to get green card as far as you can.

I CERTIFY UNDER PENALTY OF PERJURY THAT I PROVIDED, OR AUTHORIZED, ALL OF THE INFORMATION IN THIS PRIVACY RELEASE AND ANY DOCUMENT SUBMITTED WITH IT AND, TO THE BEST OF MY KNOWLEDGE, ALL OF THIS INFORMATION IS COMPLETE, TRUE, AND ACCURATE. I AUTHORIZE CONGRESSMAN AMI BERA OR HIS STAFF TO REQUEST AND RECEIVE ANY INFORMATION REGARDING THIS MATTER FROM ANY AGENCY. I HEREBY RELEASE CONGRESSMAN BERA AND HIS STAFF FROM ANY LIABILITY THAT MAY ARISE BY OBTAINING THE REQUESTED INFORMATION.

SIGNATURE (IN INK): *[signature]*

DATE: 7-23-18

EXHIBIT 32.1

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | APPLICATION/PETITION/REQUEST NUMBER<br>LIN1690171255 | | NOTICE DATE<br>05/14/2016 |
|---|---|---|---|
| CASE TYPE<br>I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | SOCIAL SECURITY NUMBER | USCIS A#<br>A212 734 127 | CODE<br>3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER<br>NSC | PAGE<br>1 of 1 |

OMAR ABDULSATTAR AMEEN



To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER<br>USCIS SACRAMENTO<br>825 Riverside Parkway Suite 100<br>West Sacramento CA 95605 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY.<br>DATE AND TIME OF APPOINTMENT<br>06/01/2016<br>01:00PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Resident Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**NOTE:** USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28, C.F.R., Section 16.34.

**NOTE:** If the USCIS ASC is closed due to inclement weather or for other unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available appointment date and mail you a notice with the new date and time.

### REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586

BIOMETRICS PROCESSING STAMP
ASC SITE CODE: _____
BIOMETRICS QA REVIEW BY: JUN 01 2016
TEN PRINT QA REVIEW BY: _____
ON _____
056[?]B3

APPLICATION NUMBER
I485 - LIN1690171255



If you have any questions regarding this notice, please call 1-800-375-5283.
**WARNING:** Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.        Form I-797C  07/11/14 Y

EXHIBIT 32.2

AMI BERA, M.D.
7TH DISTRICT, CALIFORNIA

COMMITTEE ON FOREIGN AFFAIRS
SUBCOMMITTEES:
ASIA AND THE PACIFIC
AFRICA, GLOBAL HEALTH, AND HUMAN RIGHTS

COMMITTEE ON SCIENCE, SPACE, AND TECHNOLOGY
SUBCOMMITTEES:
ENVIRONMENT
SPACE

WASHINGTON OFFICE
1535 LONGWORTH BUILDING
WASHINGTON, DC 20515
PHONE:  (202) 225-5716
FAX:       (202) 226-1298

DISTRICT OFFICE
8950 CAL. CENTER DRIVE
BUILDING 3, SUITE 100
SACRAMENTO, CA 95826
PHONE:  (916) 635-0505
FAX:       (916) 635-0514

HTTP://WWW.BERA.HOUSE.GOV
AMI.BERA@MAIL.HOUSE.GOV



# Congress of the United States
## House of Representatives

August 8, 2018

Mr. Omar Ameen

Dear Mr. Ameen,

Thank you for contacting my district office regarding your situation.

I have contacted the USCIS, Nebraska Service Center to inquire on your family's behalf, and my district office will be back in touch with you as soon as I receive a response. Please keep in mind that as a federal legislator, I am privileged to make inquiries on behalf of my constituents, but I am prohibited by law from dictating the outcome of those inquiries.

In the meantime, please feel free to contact Daneen Bennison in my district office should you need further assistance.

Be Well,

Ami Bera, M.D.
Member of Congress

EXHIBIT 32 3

**AMI BERA, M.D.**
7TH DISTRICT, CALIFORNIA

COMMITTEE ON FOREIGN AFFAIRS
SUBCOMMITTEES:
ASIA AND THE PACIFIC
AFRICA, GLOBAL HEALTH, AND HUMAN RIGHTS

COMMITTEE ON SCIENCE, SPACE, AND TECHNOLOGY
SUBCOMMITTEES:
ENVIRONMENT
SPACE

WASHINGTON OFFICE
1535 LONGWORTH BUILDING
WASHINGTON, DC 20515
PHONE:  (202) 225–5716
FAX:       (202) 226–1298

DISTRICT OFFICE
8950 CAL. CENTER DRIVE
BUILDING 3, SUITE 100
SACRAMENTO, CA 95826
PHONE:  (916) 635–0505
FAX:       (916) 635–0514

HTTP://WWW.BERA.HOUSE.GOV
AMI.BERA@MAIL.HOUSE.GOV



# Congress of the United States
## House of Representatives

August 13, 2018

Mr. Omar Ameen and Family

Dear Mr. Ameen,

Below please find the response I received from the USCIS, Sacramento Field Office regarding the inquiry you requested. They write:

**Thank you for your recent letter on behalf of your constituent, Omar Ameen and family, regarding their pending I-485, Application to Register Permanent Residence or Adjust Status.**

**U.S. Citizenship and Immigration Services (USCIS) records confirm that Omar Ameen's case is pending at this time. USCIS is committed to adjudicating immigration benefits in a timely and efficient manner while also ensuring public safety, national security and compliance with all relevant directives. While the processing steps for most applications or petitions are completed quickly, a small percentage of cases involve unresolved issues that may result in adjudication delays.**

**USCIS is unable to render a decision on Omar Ameen application until certain issues are resolved. USCIS is striving to resolve these issues as soon as possible. We are unable to determine at this time when the review process for their application will be completed.**

While I understand that this is not the information for which you had hoped, please keep in mind that my office is unable to force an agency to act in your favor. As a federal legislator, I am privileged to make inquiries on behalf of my constituents, but I am prohibited by law from dictating the outcome of those inquiries.

Be Well,

Ami Bera, M.D.
Member of Congress

EXHIBIT 32 4

HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No. 2:18-mj-152 EFB<br><br>Judge: Hon. Edmund F. Brennan |

I, Rifaat Salih Ammar, hereby declare as follows:

1. I first met Omar Ameen in Iraq in the late 1990's. We were both truck drivers traveling from Iraq to Jordan. We were not close friends in Iraq.

2. I came to the United States in July 2014. In January 2015, while driving through Utah on a trip to Colorado, I ran into Omar. When I got back to Sacramento, I kept in touch with Omar.

3. Omar was becoming frustrated with finding well- paying work in Utah, and I suggested that he come to Sacramento where there are better paying jobs with more benefits. Omar moved to Sacramento, and our families became close friends.

4. Omar is a very nice man, and a good person. I have never heard anyone say anything bad about Omar. I have never heard or seen anything that would make me believe that Omar is connected to ISIS. I was very shocked to learn of his arrest.

Declaration

1

EXHIBIT 33

Executed this 7th day of May, 2019, at Carmichael.

_[signature]_

**Certification of Interpreter/Translator:**

I, Ahmed Gawish, declare that I am a proficient Arabic-English interpreter/translator. On May 7, 2019, I translated the entire contents of the foregoing interview between Ms. Linda Humble and Rifaat ~~Ammar Salih~~ Salih Ammar AG from English to Arabic and vice versa. I declare that the foregoing is a true and correct translation.

Interpreter/Translator name: Ahmed Gawish

Interpreter/Translator signature: Ahmed Gawish

Dated: May 7, 2019

Declaration

2

EXHIBIT 33

HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No. 2:18-mj-152 EFB<br><br>Judge: Hon. Edmund F. Brennan |

I, Talal Najem, hereby declare as follows:

1. I met Omar Ameen in 2017 at a mechanic shop on Fulton and Marconi. I would often see him at the mechanic shop on Fulton and Marconi and a car dealership on Auburn Blvd. in Sacramento that was owned by a mutual friend.
2. Omar Ameen is the nicest person I have ever met in my life. He is the last person I would ever suspect of anything criminal.
3. I have never known Omar to say or do anything that would make me believe that he was associated with ISIS.
4. I was very shocked by his arrest.

Executed this 13 day of 05, 2019, at T% Carmichael.

Declaration    -1-    EXHIBIT 33.1