

EXHIBIT 34 - REDACTED

residing in Al-Anbar – Rawah – near            states the following:

On 6/22/2014, at nearly 8 pm            , the victim, (▨▨ ▨▨ H▨ ), went outside to turn on the generator and about 12 vehicles full of a number of ISIS members carrying a variety of weapons attacked and opened fire on the house and murdered him. I was not able to identify any of the murderers and did not see the suspect, (Omar Abdulsattar), bearing in mind that I have known Omar since his childhood and he has been away for more than ten years and according to my knowledge he has been outside of Iraq. I rule out that he committed or took part in the murder of            , bearing in mind that I did not request to file a complaint against Omar at the outset of the case, and I request that the charge against him be dropped and that doubt and suspicion against him be lifted, and I also request that he be freed since he is innocent of murdering            the victim, and this is my statement.

[Signature]

5/13/2019

EXHIBIT 34 - REDACTED

born in         retired, and residing in Al-Anbar – Rawah – near Mohammed El-Fatih mosque states the following:

On 6/22/2014, at nearly 8 pm        , the victim, (Ihsan Abd El-Hafiz), went outside to turn on the generator and about 12 vehicles full of a number of ISIS members carrying a variety of weapons attacked and opened fire on the house and murdered him. I was not able to identify any of the murderers and did not see the suspect, (Omar Abdulsattar), bearing in mind that I have known Omar since his childhood and he has been away for more than ten years and according to my knowledge he has been outside of Iraq. I rule out that he committed or took part in the murder of        bearing in mind that I did not request to file a complaint against Omar at the outset of the case, and I request that the charge against him be dropped and that doubt and suspicion against him be lifted, and I also request that he be freed since he is innocent of murdering        the victim, and this is my statement.

[Signature]

4/6/2019

**Certification of Interpreter/Translator:**

I, Ahmed Gawish, declare that I am a proficient Arabic-English interpreter/translator. On __4/8/2019__, I translated the entire contents of the foregoing document signed by Mr. Abd El-Hafiz Jasim Ali from Arabic to English. I declare that the foregoing is a true and correct translation.

Interpreter/Translator name: __AHMED GAWISH__

Interpreter/Translator signature: __Ahmed Gawish__

Dated: __4/8/2019__

EXHIBIT 35                                                                                REDACTED



EXHIBIT 35 - ARABIC - REDACTED

HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No. 2:18-mj-152 EFB<br><br>Judge: Hon. Edmund F. Brennan |

I, Linda K. Humble, hereby declare as follows:

1. I have been an investigator with the Office of the Federal Defender, California Eastern District in Sacramento for 22 years.

2. I was assigned to conduct witness interviews in this case by Chief Assistant Federal Defender Ben Galloway and Assistant Federal Defender Rachelle Barbour.

3. On March 28, 2019, I interviewed ▬▬▬▬ of the homicide victim, Ihsan Jasim, via telephone with the assistance of Arabic interpreter Ahmed Gawish.

4. ▬▬ stated that the day before ▬▬ murder he received a threatening phone call from Abu-Anas al-Samirrai. ▬▬ was with ▬▬ when he received the call. When Jasim hung up, he told ▬▬ that he had been threatened by Abu-Anas that if he did not repent and swear allegiance to ISIS that he and his brother would be killed. Jasim told ▬▬ that if anything were to happen to him or his brother that ▬ should know that Abu-Anas al-Samirrai and Muhammed Abid Manaf

Declaration    1    EXHIBIT 36 - REDACTED

`Abbud al-Suri were behind it. ▊ stated that Jasim had received a similar threatening call previously from Muhammad Abid Manaf `Abbud al-Suri.

5. Around 8:30 p.m. on June 22, 2014, the family was preparing dinner when the power went out. Jasim stated that he was going to go out and check the generator. ▊ begged him not to go outside because ▊ was worried about the threat. Jasim insisted on leaving the house.

6. ▊ standing in the kitchen, could see Jasim open the front door. As soon as Jasim opened the door, ▊ saw a seemingly distant flash of light and Jasim fell down. It appeared to be from a sniper. A barrage of gunfire followed shortly after. It was all from a distance. No one approached the body or touched it. ▊ says ▊ knows that someone claimed that a man put his boot on ▊ neck and shot him point blank, but that never happened. ▊ then saw about 30 people get into 5 cars and leave the area. ▊ did not see anyone's face.

7. ▊ is still receiving threats from ISIS at ▊ ▊ home. They threaten to kidnap ▊ and ▊ children and kill them. ▊ had to move from the family home due to the threats.

8. ▊ does not know who accused Omar Ameen of the murder, but ▊ is certain that no one in ▊ family ever made a complaint against him. ▊ has never filed a complaint about the incident for fear of retribution from ISIS, and no one has ever interviewed ▊ about ▊ eyewitness account. Everyone in the family believes that Omar Ameen had nothing to do with the murder. ▊ and ▊ family would like to see the real killers brought to justice. They do not want an innocent man, Omar Ameen, to take false blame for the murder, thus closing the case and allowing the real killers to possibly harm them again.

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed this 8th day of April 2019, at Sacramento, CA.

*[signature]*

**Certification of Interpreter/Translator:**

I, Ahmed Gawish, declare that I am a proficient Arabic-English interpreter/translator. On 3/28/2019, I translated the entire contents of the foregoing interview between Ms. Linda Humble and ███ ███████ ████████ from English to Arabic and vice versa. I declare that the foregoing is a true and correct translation.

Interpreter/Translator name: __AHMED GAWISH__

Interpreter/Translator signature: __Ahmed Gawish__

Dated: __4/8/2019__

HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No. 2:18-mj-152 EFB<br><br>Judge: Hon. Edmund F. Brennan |

I, Linda K. Humble, hereby declare as follows:

1. I have been an investigator with the Office of the Federal Defender, California Eastern District in Sacramento for 22 years.

2. I was assigned to conduct witness interviews in this case by Chief Assistant Federal Defender Ben Galloway and Assistant Federal Defender Rachelle Barbour.

3. On March 28, 2019, I interviewed ▇▇▇▇ of the homicide victim, Ihsan Jasim, via telephone with the assistance of Arabic interpreter Ahmed Gawish.

4. ▇▇ stated that the day before ▇▇ murder he received a threatening phone call from Abu-Anas al-Samirrai. ▇▇ was with ▇▇ when he received the call. When Jasim hung up, he told ▇▇ that he had been threatened by Abu-Anas that if he did not repent and swear allegiance to ISIS that he and his brother would be killed. Jasim told ▇▇ that if anything were to happen to him or his brother that ▇ should know that Abu-Anas al-Samirrai and Muhammed Abid Manaf

Declaration       1       EXHIBIT 37 - REDACTED

1  `Abbud al-Suri were behind it. ▮ stated that Jasim had received a similar
2  threatening call previously from Muhammad Abid Manaf `Abbud al-Suri.

3  5. Around 8:30 p.m. on June 22, 2014, the family was preparing dinner when the power
4  went out. Jasim stated that he was going to go out and check the generator. ▮
5  begged him not to go outside because ▮ was worried about the threat. Jasim insisted
6  on leaving the house.

7  6. ▮ standing in the kitchen, could see Jasim open the front door. As soon as
8  Jasim opened the door, ▮ saw a seemingly distant flash of light and Jasim fell
9  down. It appeared to be from a sniper. A barrage of gunfire followed shortly after. It
10  was all from a distance. No one approached the body or touched it. ▮ says ▮
11  knows that someone claimed that a man put his boot on ▮ neck and shot him
12  point blank, but that never happened. ▮ then saw about 30 people get into 5 cars and
13  leave the area. ▮ did not see anyone's face.

14  7. ▮ is still receiving threats from ISIS at ▮ home. They threaten to
15  kidnap ▮ and ▮ children and kill them. ▮ had to move from the family home due to
16  the threats.

17  8. ▮ does not know who accused Omar Ameen of the murder, but ▮ is certain
18  that no one in ▮ family ever made a complaint against him. ▮ has never filed a
19  complaint about the incident for fear of retribution from ISIS, and no one has ever
20  interviewed ▮ about ▮ eyewitness account. Everyone in the family believes that
21  Omar Ameen had nothing to do with the murder. ▮ and ▮ family would like to see
22  the real killers brought to justice. They do not want an innocent man, Omar Ameen, to
23  take false blame for the murder, thus closing the case and allowing the real killers to
24  possibly harm them again.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of April 2019, at Sacramento, CA.

*[Signature: LK Humble]*

**Certification of Interpreter/Translator:**

I, Ahmed Gawish, declare that I am a proficient Arabic-English interpreter/translator. On 3/28/2019, I translated the entire contents of the foregoing interview between Ms. Linda Humble and [REDACTED] from English to Arabic and vice versa. I declare that the foregoing is a true and correct translation.

Interpreter/Translator name: AHMED GAWISH

Interpreter/Translator signature: Ahmed Gawish

Dated: 4/8/2019

Declaration

3

EXHIBIT 37 - REDACTED

# EXHIBIT 38

# (UNDER SEAL)