HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No. 2:18-mj-152 EFB<br><br>Judge: Hon. Edmund F. Brennan |

I, Qutaiba Abdulsattar Ameen, hereby declare as follows:

1. I am one of Omar Ameen's brothers. I lived in Rawah until 2006, then moved to Syria, then to Erbil, Iraqi Kurdistan in 2012, where I have been living since.

2. Omar was never involved with Al Qaeda in Iraq or ISIS. Omar was a truck driver and wanted to leave Iraq for Europe or America for a better life for his family. He had spent a lot of time in Syria to do that, then went to Turkey and got permission to come to the United States through the refugee program. He and his family were very excited to move to the United States. Omar never would have jeopardized that.

3. I know that Omar left Iraq in 2012 for Turkey. He went to Erbil in March 2012, to apply for a visa from the Turkish consulate there. He stayed with our brother Ayman while he obtained the visa, and then for a little while longer while he prepared to travel to Turkey. He left for the border by bus from Erbil, and exited Iraq through Ibraheem El-Khaleel checkpoint and contacted our brother Ayman from Turkey once he had arrived safely. I

Declaration

1

Exhibit 39
Scanned by CamScanner

talked with him on the telephone during 2012 through 2014 when he was in Turkey. I contacted him through his Turkish cell phone number on free chatting applications through the internet, and on Facebook messenger.

4. Since Omar's arrest, I have been trying to figure out what would motivate a person or people to accuse him of something he did not do. Our culture in Iraq is very tribal, and retaliation for past wrongs is a big part of it. Some families and tribes have had prior conflicts with our family and tribe, and those conflicts do not disappear with time. The one big conflict I can think of, that may be at issue in this case, is with a family called ▓▓▓▓, from the ▓▓▓▓ tribe. More than 25 years ago, that family moved to Rawah. They were not originally from Rawah, but were from ▓▓▓▓. A member of that family, ▓▓▓▓ made trouble and intervened in the affairs of the families of Rawah, and it was decided that he needed to be expelled from Rawah. Our tribe and family took the lead in expelling them from Rawah, and he moved back to ▓▓▓▓. This is the town next to the big Iraqi and American Air Base, ▓▓▓▓.

5. There are four brothers, ▓▓▓▓ in that family, and they all work in some connection with the Iraqi and US security forces. I have seen their Facebook pages and am attaching copies of a few of their posts to show how much they love the United States and President Donald Trump. Those pictures also show them in uniform and some seem to be taken at the base. Their Facebook pages are public.

6. Within two weeks after Omar was arrested, in Erbil, a friend told me that ▓▓▓▓ had been heard saying several weeks before then, before Omar's arrest, "I'm going to bring Omar Ameen back from the United States." After Omar's arrest, another friend told me that ▓▓▓▓ was heard saying "It's not just Omar that I'm going to bring back to Iraq, but all his brothers, even his brother in Sudan." Seven months ago, another one of our brothers, Bilal Ameen, was indeed arrested in Turkey, without any formal charges against him, and is now in a Turkish

Declaration

2

Exhibit 39
Scanned by CamScanner

1  prison under threat of being deported to Iraq. I always think of those two statements
2  now. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ knew that Omar was going to be arrested and go
3  through this extradition. If ▓▓▓▓▓▓▓ is behind these claims against Omar, that is
4  because of old conflicts between our families and tribes that Omar personally had nothing
5  to do with. However, in our culture, such a form of retaliation would be common.

6  7. I also know that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ who was heard making those
7  statements, is close friends with a family member of the victim in this case, who also
8  works at the ▓▓▓▓▓▓▓ Air Base. That family member did not grow up in Rawah,
9  but in Mosul, and is much younger than ▓▓▓▓▓▓▓▓▓▓▓▓▓.

10  8. There is a tendency in our culture to take revenge for real or perceived wrongs. Often the
11  revenge is not against the person who committed the wrong, but against the person in that
12  family or tribe who has been the most successful. We call it, "Akhz el-Thaar" (Taking
13  revenge). It is a way of hurting the family or tribe by going after the person who has
14  achieved the most success. If ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ is involved in this case,
15  then this is an example of that type of revenge.

16  9. Additionally, it is very common for anyone working closely with Iraqi and US security
17  forces in Iraq seeking promotions or other benefits to offer services as an informant and
18  provide false testimony against certain individuals, fabricating and grossly exaggerating
19  their danger, in order to gain favor with Iraqi and US security forces by seemingly
20  presenting to them "high value" and "very dangerous" elements.

My native language is Arabic. I have signed this declaration after having it translated into my native language by the interpreter who has signed below.

I declare under penalty of perjury that the foregoing is true and correct. I swear by God Almighty that this statement is the truth and nothing but the truth.

I know that this sworn declaration could be used in court and that all false declaration on my part exposes me to criminal sanction.

Executed this 10th day of May, 2019, at Erbil, Iraqi Kurdistan.

X_____

3

Declaration

Exhibit 39

Scanned by CamScanner

I declare under penalty of perjury: I am an Arabic language interpreter. I have read this declaration to the witness in his native language of Arabic and have witnessed his signature through a video of him signing it in Iraq. The witness has provided me a photograph of his identification prior to signing this declaration.

Dated: 5/10/19 at Sacramento, California, USA.

*Ahmed Gawish*

Declaration

4

Exhibit 39
Scanned by CamScanner

HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No. 2:18-mj-152 EFB<br><br>Judge: Hon. Edmund F. Brennan |

I, Linda K. Humble, hereby declare as follows:

1. I have been an investigator with the Office of the Federal Defender, California Eastern District in Sacramento for 22 years.

2. I was assigned to conduct witness interviews in this case by Chief Assistant Federal Defender Ben Galloway and Assistant Federal Defender Rachelle Barbour.

3. On March 27, 2019 and March 28, 2019 I interviewed Tribal leader Y⸺ A⸺ ⸺ via telephone with the assistance of Arabic interpreter Ahmed Gawish.

4. ⸺ is the Mayor of the Military District in Rawah. As tribal leader he has the power to interrogate and arrest people.

5. ⸺ stated that he knows Omar Ameen because their fathers are cousins and they lived for many years together in Rawah. When Omar was in Rawah, he and ⸺ would see each other every once in a while, but not often.

6. Omar left for Turkey in 2011, and ⸺ has not seen him in Iraq since. He believes that it is absolutely impossible that Omar would have been in Iraq without

Declaration    1    EXH. 40 - REDACTED

him knowing about it. He would call Omar about once a month in Turkey, and Omar would send him photos from Turkey. When ISIS took over Rawah the internet was shut down, so they did not Facebook. _____ has never seen Omar with long hair or wearing traditional Afghani garb.

7. Omar was never affiliated with ISIS or Al-Qaeda at any time. _____ never heard any allegations against Omar until after he was arrested in America. He was very surprised to hear the allegations against Omar. _____ further pointed out that ISIS started after Omar left for Turkey. Additionally, there is no way he could have moved across the border that fast. It would have been very risky and dangerous at that time.

8. _____ stated that in 2012-2014 Rawah was very unsafe. He received many threats of kidnapping and killing and ransom demands until ISIS came into Rawah. He was threatened by _____ that he had to repent and join ISIS. He sent his family away for their safety. He stayed behind to protect his property.

9. Ihsan Jasim was a close personal friend of _____ Jasim told him that he was being threatened by Ahmed Shehab Badir over the death of Badir's brother Saddam. All of the terrorist groups were targeting him, and they wanted him dead. Jasim's house was under heavy police surveillance and protection for a long time. All police and security forces retreated on the morning of the homicide.

10. After Jasim's homicide, three of his brothers were abducted by ISIS. ISIS forced anyone who worked for the government to repent and hand over their weapons. Jasim's brothers along with 1,740 others handed over their weapons and were taken to Syria and jailed, and their whereabouts are still unknown. _____ stated that Jasim's family knows that the brothers were abducted by ISIS.

11. At the beginning of our second contact with ⬛ he stated that after our interview with him, he contacted a local security official whose name he did not wish to divulge. He was told that that there was no information regarding Omar being ISIS or Al-Qaeda. He added that he is strongly against ISIS and Al-Qaeda, and he would never defend anyone who was ISIS or Al-Qaeda, because they were criminals.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of April 2019, at Sacramento, CA.

_[signature]_

**Certification of Interpreter/Translator:**

I, Ahmed Gawish, declare that I am a proficient Arabic-English interpreter/translator. On 3/27/19 and 3/28/19, I translated the entire contents of the foregoing interview between Ms. Linda Humble and Mr. Yasir Ahmed Abdulrazzaq from English to Arabic and vice versa. I declare that the foregoing is a true and correct translation.

Interpreter/Translator name: AHMED GAWISH

Interpreter/Translator signature: Ahmed Gawish

Dated: 4/8/2019

HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No. 2:18-mj-152 EFB<br><br>Judge: Hon. Edmund F. Brennan |

I, Taher Abu Alshar, swear on my honor the following facts:

1. I am originally from Palestine. I met Omar Ameen in May 2014 in Istanbul.

2. I am a friend of Abdul Mohaiman. Abdul Mohaiman is the brother of Abdelsalem Altaab, and Abdelsalem is a friend of Omar's. Abdul Mohaiman owned several rental properties and I managed them for him from 2014-2016 as I spoke Turkish and he did not. There were ten properties in total. I would receive commission for managing the properties and Abdul Mohaiman also allowed me to live in one of the apartments that was reserved for the guests of Abdul Mohaiman.

3. At some point in May 2014 Abdul Mohaiman told me that someone called Omar would be coming to stay in the guest apartment. I asked him who Omar was and he told me he was a friend of his. Omar came to stay at the apartment with his brother Bilal.

4. Omar came to stay for ten days and we spoke several times. He told me he was very happy because he had received a yellow document that confirmed that he would be

Declaration

1

EXHIBIT 41

resettled in the USA. He told me he was in Istanbul as he had some things to do related to his application for refugee status.

5. I took Omar to a big shopping mall in Istanbul as he wanted to buy clothes in preparation for him leaving Turkey for the USA.

6. When I saw Omar in May 2014 his hair was cut very short, I think it would have been grade 1 on hair clippers.

7. I currently live in Istanbul, Turkey.

My native language is Arabic. I have signed this declaration after having it translated into my native language by the interpreter who has signed below.

I swear upon my honor and upon all the values and beliefs I consider sacred that this is the truth. (Turkish penalty of perjury language.)

I declare under penalty of perjury that the foregoing is true and correct. I swear by God Almighty that this statement is the truth and nothing but the truth.

I know that this sworn declaration could be used in court and that all false declaration on my part exposes me to criminal sanction.

Executed this 29th day of April, 2019, at Istanbul, Turkey.

I am an Arabic language interpreter. I have read this declaration to the witness in his native language of Arabic and have witnessed his signature.

Dated: 29.04.2019

2

Declaration

EXHIBIT 41

EXHIBIT 41.1

PHOTOGRAPHS OF OMAR AMEEN

| PHOTOGRAPH | DATE | SOURCE |
|---|---|---|
| 1 | August 27, 2015 | California DMV Photo Shown by FBI to Iraqi Witness on January 23, 2018 |
| 2 | July 10, 2015 | U.S. Profile Picture from Mr. Ameen's Facebook Shown by FBI to Iraqi Witnesses, including Person 5 on October 23, 2017 |
| 3 | September 16, 2016 | U.S. Profile Picture from Mr. Ameen's Facebook Shown by FBI and Iraqi Authorities to Iraqi Witnesses. Provided to Iraqi Government and Used in Iraqi Extradition Packet at Doc. 22-1, p. 85, 86. |

EXHIBIT 41.1

| 4 | May 2, 2014 | Photo from Family Visit to Turkey Posted on Mr. Ameen's Facebook Account from Phone in Turkey |
| 4 | March 23, 2014 | Taken in Mersin, Turkey by Street Photographer |
| 5 | No later than January 1, 2016 (last log-in) | Profile Photo from Mr. Ameen's Skype Account |

| 6 | May 2014 | Mr. Ameen's Photograph Taken by USCIS in May 2014 (OA_000142) Provided to Iraqi Government and Used in Extradition Packet at Doc. 22-1, pp. 28, 29, 84 |
| --- | --- | --- |
| 7 | May 29, 2012 | Mr. Ameen's Photograph from UNHCR Turkey file (OA_000182) |
| 8 | September 25, 2013 | Mr. Ameen's Photograph from Turkish Residency Permit (OA_000208) |
| 9 | May 13, 2008 | Mr. Ameen's Photograph from Iraqi Passport (OA_000213). Original in Possession of U.S. Government. |

EXHIBIT 41.1

| 10 | September 11, 2013 | Mr. Ameen's Photograph from UNHCR Refugee Certificate (OA_000214) |
|---|---|---|
| 11 | September 18, 2010 | Mr. Ameen's Photograph from Iraqi identification document (OA_000216) |
| 12 | Nov. 27, 2007 | Mr. Ameen's Iraqi Citizenship Certificate (OA_000223) |
| 13 | October 5, 2011 | Mr. Ameen's Photograph from Iraqi National ID Card (OA_000219) |

EXHIBIT 41.1

| 14 | July 9, 2009 | Mr. Ameen's Photograph from UNHCR Contact in Syria |
| --- | --- | --- |
| 15 | March 31, 2008 | Mr. Ameen's Photograph from UNHCR Registration in Syria |
| 16 | October 24, 2007 | Mr. Ameen's Photograph from Iraqi Passport and Identity Card |
| 17 | Prior to March 31, 2012 | Mr. Ameen's Photograph Provided by Iraqi Consulate on Notarized Power of Attorney |

EXHIBIT 41.1

# EXHIBIT 42

# (UNDER SEAL)

# EXHIBIT 42.1

# (UNDER SEAL)

# EXHIBIT 43

# (UNDER SEAL)

# EXHIBIT 43.1

# (UNDER SEAL)

# EXHIBIT 44

# (UNDER SEAL)