HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No. 2:18-mj-152 EFB<br><br>STIPULATION RE: EXTENSION OF BRIEFING DATES; [Proposed] ORDER<br><br>Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Audrey Hemesath and Heiko Coppola, Assistant United States Attorneys, attorneys for Plaintiff, United States of America, and Benjamin D. Galloway and Rachelle Barbour, of the Office of the Federal Defender, attorneys for Omar Ameen, that two pending briefing dates be adjusted by the Court:

1. The parties request that the due date for Oppositions to Motions in Limine, currently set for Monday, May 20, 2019, at **9:00 a.m.,** be extended to that same date at **5:00 p.m.**

2. The Government requests that the due date for the Government Motion In Limine Regarding Defense's Proposed Witnesses be extended to Friday, May 17, 2019 at 5:00 p.m. from its current due date of Thursday, May 16, 2019. The defense has no objection to this extension.

//

1

A proposed Order is attached below.

DATED: May 16, 2019          Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin D. Galloway*
BENJAMIN D. GALLOWAY
Chief Assistant Federal Defender

/s/ Rachelle Barbour

RACHELLE BARBOUR
Assistant Federal Defender
Attorneys for OMAR AMEEN


MCGREGOR SCOTT
Dated: May 16, 2019          United States Attorney

/s/ *Audrey Hemesath*

AUDREY HEMESATH
Assistant United States Attorney
Attorney for Plaintiff


ORDER

IT IS SO ORDERED.

Dated: May 16, 2019.

HON. EDMUND F. BRENNAN
United States Magistrate Judge