



EXHIBIT 1-A