هيذر إي. ويليامز، رقم ١٢٢٦٦٤
المدافعة الفيدرالية
بنيامين د. جالاويه، رقم ٢١٤٨٩٧
المدافع الفيدرالي المساعد الرئيسي
راشيل بارير، رقم ١٨٥٣٩٥
المدافعة الفيدرالية المساعدة
٨٠١ شارع آي، الطابق الثالث
ساكرامنتو، كاليفورنيا ٩٥٨١٤
رقم الهاتف: ٤٩٨.٥٧٠٠ (٩١٦) / رقم الفاكس: ٤٩٨.٥٧١٠ (٩١٦)

محامون لـ
عمر أمين

في محكمة المنطقة بالولايات المتحدة

للمنطقة الشرقية بكاليفورنيا

| | |
|---|---|
| في مسألة تسليم عمر عبدالستار أمين كنتهم لجمهورية العراق، | ) القضية رقم ٢: ١٨-EFB-١٥٢-mj )  ) القاضي: الجليل إدموند ف. برينان ) ) |

أقر أنا، علاء عدنان الراوي، بما يلي:

١. عرفت عمر أمين منذ الطفولة. كنا أصدقاء وجيران.

٢. عشت في راوة طوال حياتي. عندما كان عمر يعيش هنا كنت أراه أكثر من مرة في الأسبوع. غادر عمر راوة في عام ٢٠١٢، ولم يعد أبداً. راوة بلدة صغيرة يعرف أغلب الناس فيها بعضهم بعضاً وبالتالي كنت سأعلم إن كان أتى عمر إلى راوة في أي وقت منذ ٢٠١٢. لم يكن في راوة في يونيو ٢٠١٤. لم يكن عمر ليتمكن من العودة إلى تركيا إذا ذهب إلى العراق في يونيو ٢٠١٤ لأن تركيا كانت ستشتبه في أنه قد يكون من داعش.

٣. بعد أن غادر عمر، كان اتصالي به من خلال الفيسبوك وتطبيقات المحادثة المجانية عبر الإنترنت فقط تقريباً. اتصلت به مرة واحدة عندما كان في الولايات المتحدة. لم أر عمر وجهاً لوجه منذ أن غادر العراق في عام ٢٠١٢.

٤. أثناء يونيو ٢٠١٤ عندما استولت داعش على راوة علمت بمقتل إحسان جاسم. اعتقد الجميع أن مقتلي داعش هم من قتلوه. لم يتبادر إلى ذهن أي شخص في راوة أن عمر أمين قد يكون متورطاً على الإطلاق في هذا القتل لأنه لم يعرف عنه أبداً أنه كان مع داعش أو أية مجموعة مسلحة أخرى في أي وقت من حياته ولم يكن أبداً متورطاً في أية جرائم عنف ولم تكن هناك أية عداوة بينه وبين الضحية أو بين أسرتيهما وبالإضافة إلى ذلك كان معروفاً أنه في تركيا في

Declaration

١

EXHIBIT 52 - 1

ذلك الوقت ولم يعد أبدأ إلى العراق حتى ولو مرة منذ ٢٠١٢.

٥. بعد إستيلاء داعش على راوة، كانوا يقتلون أو يسجنون أي شخص يريدون. بعد شهرين من إستيلاء داعش على راوة غادرت إلى بغداد وحاولت الذهاب إلى تركيا. لم تسمح لي الحكومة بالرحيل لأنني موظف حكومي. مكثت معظم الوقت في بغداد حتى تحررت راوة، ثم عدت إلى راوة.

٦. لا علم لي أبداً أن عمر إنتمى إلى تنظيم القاعدة في العراق أو داعش. لم أرَ عمر مع أي أعضاء ميليشيات أبداً. لم أرَ عمر بشعر طويل أبداً أو يرتدي زياً أفغانياً أبداً. عمر شخص مسالم يركز على عمله ويتجنب المشاكل. صدمت حين سمعت بإلقاء القبض عليه في الولايات المتحدة والإتهامات الموجهة ضده.

أقر تحت طائلة عقوبة الحنث باليمين أن ما تقدم صادق وصحيح. اقسم بالله العظيم أن هذا الإقرار هو الحقيقة ولا شيء غير الحقيقة.

أعلم أنه يمكن إستخدام هذا الإقرار تحت القسم في المحكمة وأن أي إقرار كاذب من جانبي يعرضني للعقوبة الجنائية.

تحريراً في يوم ١٣ مايو ٢٠١٩ في راوة بالعراق.

التوقيع _____

Declaration

٢

EXHIBIT 52 - 2

```
HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No. 2:18-mj-152 EFB<br><br>Judge: Hon. Edmund F. Brennan |

I, Alaa Adnan Alrawi, declare as follows:

1. I have known Omar Ameen since childhood. We were friends and neighbors.

2. I have lived in Rawah all of my life. When Omar lived here, I saw him more than once a week. Omar left Rawah in 2012, and he never returned. Rawah is a small town where most people know each other, so I would have known if Omar had come to Rawah at any time since 2012. He was not in Rawah in June 2014. Omar would not have been able to get back into Turkey if he went to Iraq in June 2014 because Turkey would have suspected he may be ISIS.

3. After Omar left, I had contact with him almost only through Facebook and free chatting applications over the internet. I called him one time when he was in the United States. I have not seen Omar in person since he left Iraq in 2012.

4. During June 2014, when ISIS took over Rawah, I learned of Ihsan Jasim's murder. Everyone believed it was ISIS militants who killed him. It never occurred to anyone in Rawah that Omar Ameen might be involved at all in that murder because he was

Declaration

1

EXHIBIT 52 - 3

never known to be with ISIS or any other militant group at any time in his life, he was never involved in any violent crimes, and there was no animosity between him and the victim or their two families. Furthermore, he was known to be in Turkey at that time, never returning to Iraq even once since 2012.

5. After ISIS took over Rawah, they would kill or jail anyone they wanted. Two months after ISIS took over Rawah, I left for Baghdad and tried to go to Turkey. The government would not let me go because I am a government employee. I stayed mostly in Baghdad until Rawah was liberated, and then I returned to Rawah.

6. I have never known Omar to be in Al-Qaeda in Iraq or ISIS. I have never seen Omar with any militia members. I have never seen Omar with long hair or wearing Afghani garb. Omar is a peaceful person who focuses on his work and avoids trouble. I was shocked to hear of his arrest in the US and the accusations made against him.

I declare under penalty of perjury that the foregoing is true and correct. I swear by God Almighty that this statement is the truth and nothing but the truth.

I know that this sworn declaration could be used in court and that any false declaration on my part exposes me to criminal sanction.

Executed 13 May 2019, at Rawah, Iraq.

[Signature]

**TRANSLATOR CERTIFICATION:**

I declare under penalty of perjury: I am a proficient professional Arabic-English translator. On 5/20/2019, I translated the entire contents of this document from its original Arabic to English, and I certify that all of the above translation is complete and accurate.

Dated: 5/20/2019 at Sacramento, California, USA.

Translator name: AHMED GAWISH

Translator signature: Ahmed Gawish

Declaration

2

EXHIBIT 52 - 4