

EXHIBIT 34 - REDACTED

residing in Al-Anbar – Rawah – near                states the following:

On 6/22/2014, at nearly 8 pm         , the victim, (I⬛  ⬛H⬛ ), went outside to turn on the generator and about 12 vehicles full of a number of ISIS members carrying a variety of weapons attacked and opened fire on the house and murdered him. I was not able to identify any of the murderers and did not see the suspect, (Omar Abdulsattar), bearing in mind that I have known Omar since his childhood and he has been away for more than ten years and according to my knowledge he has been outside of Iraq. I rule out that he committed or took part in the murder of       , bearing in mind that I did not request to file a complaint against Omar at the outset of the case, and I request that the charge against him be dropped and that doubt and suspicion against him be lifted, and I also request that he be freed since he is innocent of murdering       the victim, and this is my statement.

[Signature]

5/13/2019

EXHIBIT 34 - REDACTED