بسم الله الرحمن الرحيم

  

القنصلية العامة لجمهورية العراق

لوس انجلس

قۆنسلیا گشتی یا کۆماری عێراق

لوس ئه نجلس

العدد : ٢٣١
السجل : ٣
التاريخ : ٢٠١٩/٠٢/١٢

وكالة عامة

إني (عمر عبدالستار امين) قد وكلت المحامي (ليث عدنان مدب) وكالة عامة مونعة لديه خولته بموجبها القيام بجميع التصرفات القولية والفعلية والخصومة في كل حق لي أو علي في جميع المحاكم العامة والخاصة واللجان والهيئات بضمن ذلك حقه في رفع الدعاوى كافة وإبطالها والتنازل عن الحقوق المتعلقة بها وله حق طلب وضع الحجز الإحتياطي ورفعه والإقرار والصلح والتحكيم وإنتخاب الخبراء وردهم وتوجيه اليمين وردها وقبولها ورد القضاة والتشكي منهم ومراجعة جميع طرق الطعن القانونية وتنفيذ الإعلامات لدى دائرة التنفيذ وطلب حبس المدين ووضع الحجز التنفيذي ورفعه والإعتراض على القرارات التنفيذية وتمييزها ومراجعة كافة الدوائر الرسمية والمؤسسات وغيرها وتسيير الإنذارات بواسطة الكتاب العدول والرد عليها وحق توكيل الغير ببعض أو جميع ما وكلته به ولأجله وقعت .
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

توقيع الموكل
الاسم الثلاثي : عمر عبدالستار امين     عمر عبد الستار امين
عنوان السكن الحالي : الولايات المتحدة الامريكية

بصمة الابهام الايسر



اصادق بان التوقيع المذيل في الوكالة هو توقيع : السيد عمر عبدالستار امين
المعرف لدي بموجب:

هوية الاحوال المدنية العراقية/الدائرة : راوه     السجل: ٨٠٤     الصحيفة: ٢٠٢     الرقم: ٣٨٦٦٩٧
شهادة الجنسية العراقية / رقم المحفظة : ١٠٦٦٤     رقم الشهادة: ٦١٤     التاريخ: ٢٠٠٧/١١/٢٧

وقد تلوت عليه مدرجاتها فاعترف بمنطوقها حرفيا ووقعها امامي في يوم : ٢٠١٩/٠٢/١٢

القنصل
اسامه خلف محبوب

استوفي الرسم (٣٠) دولار بموجب وصل المحاسبة ٣٧أ المرقم (١٣٨٦٩) في يوم ٢٠١٩/٠٢/١٢

EXHIBIT 65