EXHIBIT 66