



EXHIBIT 67




EXHIBIT 67