

EXHIBIT 68

المهنة: /
الديانة او المعتقد: مسلم
تأريخ الولادة: رقما:
كتابة:
محل الولادة:
العاهات الظاهرة:
الحالة الزوجية:
اسم الزوج:
محل التسجيل:
الاوصاف:
لون العين:
لون الوجه:
لون الشعر:
الطول:
فصيلة الدم:
توقيع صاحب الهوية

EXHIBIT 68