

جمهورية العراق
مجلس القضاء الاعلى
رئاسة محكمة استئناف الانبار الاتحادية
محكمة تحقيق الانبار المركزية المختصة بقضايا الإرهاب

التاريخ ٩/٥/٢٠١٩

## افــادة المدعي بالحق الشخصي

اسم المشتكي الثلاثي واللقب: ▮▮▮▮▮  تولد: ١٩٥٣  مهنته: متقاعد  يسكن: الانبار /مدينة راوه

بعد تحليفه اليمين افاد بما يلي: بتاريخ ٢٠١٤/٦/٢٢ قامت المجاميع الإرهابية داعش بمحاصرة منزلنا الواقع في مدينة راوه بعد سيطرتهم على المدينة بيوم واحد حيث كان ولدي (احسان عبد الحافظ جاسم الراوي) يعمل في سلك الشرطة وقد حاصر الدار عدد كبير من الدواعش يستغلون سيارات مختلفة ويحملون أسلحة وقامو بفتح النار على ولدي وقتلوه حيث لم يكن من بين الدواعش المدعو (عمر عبد الستار امين الراوي) واني لم اطلب الشكوى ضده واني لا اعرفه كونه من سكنة منطقتنا حيث غادر البلاد عام ٢٠٠٨ الى أمريكا هو وعائلته أي قبل دخول داعش الإرهابي كذلك لم اسجل أي اخبار او شكوى ضده في أي مركز شرطة حيث توجد بيننا علاقة طيبة واني لم اسمع ولم اشاهد عمر عبد الستار قد شارك في عملية قتل ولدي علما ان ولدي المجني عليه متزوج من المدعوة (سمر قاسم محمد علي) وليس لدي علم في ما اذا كان المدعو عمر عبد الستار امين من ضمن المجموعة من عدمه واني لا اطلب الشكوى ضد المتهم أعلاه وهذه افادتي.



القاضي
١٩ ايار ٢٠١٩



المدعي بالحق الشخصي

EXHIBIT 73

**Republic of Iraq**
**Higher Judicial Council**                                          Date 5/19/2019
**Presidency of Al-Anbar Federal Appellate Court**
**Al-Anbar Central Inquiry Court specialized in Terrorism cases**

### STATEMENT OF PERSONAL RIGHT PLAINTIFF

Complainant full 3-part name and family name: ███████████████  Born: 1953     Occupation: Retired     Residing in: Al-Anbar / City of Rawah

After being sworn the oath, states the following: On 6/22/2014, ISIS terrorist groups surrounded our house, located in the city of Rawah, one day after their taking control of the city where my son, (Ihsan Abd El-Hafiz Jasim El-Rawi), was working in the police. A large number of ISIS members in various vehicles and carrying weapons surrounded the house and opened fire on my son and killed him. The person named (Omar Abdulsattar Ameen El-Rawi) was not among the ISIS members, and I did not request a complaint against him, and I know him because he is one of the residents of our area, and he left the country in 2008 for America, him and his family, i.e. before the entry of terrorist ISIS. Also, I did not file any report or complaint against him in any police station, as there is a good relationship between us, and I didn't hear or see Omar Abdulsattar taking part in the murder of my son. This, bearing in mind that my son, the victim, is married to the person named (Samar Qasim Mohammed Ali) and I have no knowledge whether the person named Omar Abdulsattar Ameen was among the group or not and I do not request a complaint against the aforementioned suspect, and this is my statement.

[Fingerprint]
Personal Right Plaintiff
████████████

[Stamp: Higher Judicial Council, Presidency of Al-Anbar Federal Appellate Court specialized in Terrorism cases, Issued]

[Stamp: Judge Fat-hallah Dawood Mihaidi, May 19 2019]

### TRANSLATOR CERTIFICATION:

I declare under penalty of perjury: I am a proficient professional Arabic-English translator. On 5/21/2019, I translated the entire contents of this document from its original Arabic to English, and I certify that all of the above translation is complete and accurate.

Dated: 5/21/2019 at Sacramento, California, USA.

Translator name: AHMED GAWISH
Translator signature: Ahmed Gawish

EXHIBIT 73