# اِقرار خطي

اني الموقعه ادنا ▮▮▮▮▮▮▮▮ تولد ١٩٥٤ من سكنه محافظة الانبار مدينة راوه قرب جامع محمد الفاتح اقر وانا بكامل قواي العقليه بمايلي :

بتأريخ ٢٠١٤/٦/٢٢ قامت مجموعه من داعش الارهابي يحملون اسلحه مختلفه ويستغلون سيارات بقتل ولدي المجنى عليه (احسان عبد الحافظ جاسم) الذي كان يعمل في الشرطة بعد سيطرتهم على مدينة راوه بيوم واحد . حيث تم محاصرة منزلنا من قبل المجاميع الارهابيه داعش وقامو بفتح النار على ولدي عند خروجه من باب الدار بعد غروب الشمس لغرض تشغيل المولد الكهرباني بعد انقطاع التيار الكهرباني حيث تم قتله وبعد مغادرتهم تم اسعافه الى المستشفى ولكن فارق الحياة لسوء اصابته . واني لم اتعرف على اي احد من الارهابيون الذين هجموا علينا . علماً اني لم أطلب الشكوى ضد المدعوا (عمر عبدالستار امين الراوي) ولم يكن من ضمن الارهابيون المهاجمين ولم اشاهده منذ اكثر من عشر سنوات حيث اني سمعت من اهالي المنطقه بانه هاجر خارج العراق لاحدى الدول لا اعرفها بالضبط . ولم اشاهده او اسمع بوجوده في مدينة راوه لا قبل مقتل ولدي ولا بعدها . حيث اني استبعد اتهامه كوني اعرف عمر واعرف عائلته ولايوجد اي مشاكل بيننا ولم اسمع بوجود مشكله بينه وبين ابني المجنى عليه احسان بل كانت علاقتنا بهم جيده . حيث بعد سيطرة داعش الارهابي على جميع مدن محافظة الانبار واعلان خلافتهم المزعومه عاد جميع الارهابيون الذين كانوا هاربين عن وجه العداله وكشفوا الاثام عن وجوههم واعلنوا سيطرتهم وحكمهم على الناس ولكن لم يكن عمر عبدالستار من بينهم . عليه أطلب اسقاط التهمه عن السيد عمر عبدالستار امين ورفع الشك والاشتباه عنه والتنازل عن اي شكوى ضده واطلب ايقاف الاجرائات القضائيه بحقه والافراج عنه كونه بريئ من تهمة قتل ولدي وهذه افادتي ...

المدعيه بالحق الشخصي

EXHIBIT 75

## HANDWRITTEN STATEMENT

I, the undersigned, ███████████ ███ ██████, born 1954, a resident of Al-Anbar province, city of Rawah, near Mohammed El-Fatih mosque, declare, possessing full mental capacity, the following:

On 6/22/2014, a group from terrorist ISIS carrying various weapons and in vehicles killed my son, the victim, (Ihsan Abd El-Hafiz Jasim), who was working in the police, one day after their taking control of the city of Rawah. Our house was surrounded by groups of terrorist ISIS and they opened fire on my son when he exited the house door after sunset to turn on the generator after the electricity had been cut off, and he was killed. After they left, he was taken by ambulance to the hospital, but he passed away because of the seriousness of his injury. I did not identify any of the terrorists that attacked us. This, bearing in mind that I did not request a complaint against the person named (Omar Abdulsattar Ameen El-Rawi), and he was not among the attacking terrorists, and I have not seen him for more than 10 years, as I heard from the residents of the area that he emigrated out of Iraq to a country I do not know exactly. I did not see him or hear of his presence in the city of Rawah either before my son's murder or after it. I rule out him being accused because I know Omar and know his family and there are no problems between us, and I did not hear of there being a problem between him and my son, the victim, Ihsan, but in fact our relationship with them was good. After terrorist ISIS took control of all the cities of Al-Anbar province and announced their so-called Caliphate, all the terrorists that were fugitives from the face of justice returned and took the masks off their faces and announced their control and their rule over people, but Omar Abdulsattar was not among them. Based on that, I request the charge against Mr. Omar Abdulsattar Ameen be dropped, suspicion and doubt against him be lifted, and the relinquishment of any complaint against him, and I request that judicial procedures against him be stopped, and that he be released, because he is innocent of the accusation of murdering my son, and this is my statement...

[Fingerprint]
Personal Right Plaintiff

---

**TRANSLATOR CERTIFICATION:**

I declare under penalty of perjury: I am a proficient professional Arabic-English translator. On 5/21/2019, I translated the entire contents of this document from its original Arabic to English, and I certify that all of the above translation is complete and accurate.

Dated: 5/21/2019 at Sacramento, California, USA.

Translator name: AHMED GAWISH

Translator signature: Ahmed Gawish

EXHIBIT 75