HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ | Case No. 2:18-mj-152 EFB<br><br>STIPULATION AND [~~PROPOSED~~] MODIFICATION TO PROTECTIVE ORDER REGARDING STATEMENTS OF WITNESSES A & B<br><br>Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Benjamin D. Galloway and Rachelle Barbour, on behalf of Omar Abdulsattar Ameen, and Audrey B. Hemesath, Assistant United States Attorney, on behalf of the Government, to modification of the Protective Order at Document 117 (filed April 10, 2019).

The Defense has provided the Government unredacted witness statements of and other documents regarding Witnesses A and B, the parents of the victim in this case. The defense states that those witnesses have gone on the record in Al-Anbar Court in Iraq, and their notarized statements to that Court have been provided unredacted to this Court and the Government as well. As they have made official court statements in Iraq in connection with this case, the concerns of Document 117, which would keep the U.S. Government from contacting the Iraqi authorities about the witness's statements, no longer apply. The Government has indicated it seeks to contact the Iraqi Government regarding the Witness A and B statements. Accordingly,

Stipulation and [~~Proposed~~] Order – <u>US v. Ameen</u>

the parties agree to modify the Protective Order to no longer apply to the statements of and other evidence regarding Witnesses A and B at Exhibits 34, 35, 64, 65, 66, 67, 70, 71, 72, 73, 74, 75, 76, and 77, and any other additional statements.

This Court may enter and modify protective orders pursuant to its general supervisory authority and Local Rule 141.1.

DATED: May 23, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　*/s/ Benjamin D. Galloway*
　　　　　　　　　　　　　　　　　　　BENJAMIN D. GALLOWAY
　　　　　　　　　　　　　　　　　　　Chief Assistant Federal Defender

　　　　　　　　　　　　　　　　　　　*/s/ Rachelle Barbour*
　　　　　　　　　　　　　　　　　　　RACHELLE BARBOUR
　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　Attorneys for OMAR AMEEN

DATED: May 23, 2019　　　　　　　　　*/s/ Audrey Hemesath*
　　　　　　　　　　　　　　　　　　　AUDREY B. HEMESATH
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

//

//

**[ORDER]**

IT IS SO FOUND AND ORDERED.

DATED: May 24, 2019

　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge