HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No. 2:18-mj-152 EFB<br><br>[proposed] ORDER GRANTING SUBPOENAS FOR DEFENSE WITNESSES UNDER 18 U.S.C. § 3191<br><br>Judge: Hon. Edmund F. Brennan |

The Court hereby GRANTS the Defense's requests for a subpoena to Turkcell for documents. Once a hearing date is set for the second day of the Extradition Hearing, the defense is to provide the Clerk's Office with this Order and the draft subpoenas for issuance.

IT IS SO ORDERED.

DATED: May 24, 2019

*/s/ Edmund F. Brennan*
Edmund F. Brennan
United States Magistrate Judge