McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
HEIKO P. COPPOLA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

CHRISTOPHER J. SMITH
Acting Associate Director
REBECCA HACISKI
Trial Attorney
Office of International Affairs
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-0000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ | CASE NO. 2:18-MJ-0152 EFB<br><br>STATUS REPORT; PROPOSED DATES REGARDING CONTINUED EXTRADITION HEARING |

The parties have conferred and stipulate to the following schedule for additional briefing and the continuation of the extradition hearing:

November 12, 2019:   Government's supplemental brief in support of extradition.

December 2, 2019:   Fugitive's brief in opposition to the government's supplemental brief.

December 9, 2019:   Government's supplemental reply in support of extradition.

December 16, 2019:   Extradition hearing

1

1 | The government additionally proposes an early filing date for amended exhibit and witness lists. The
2 | defense has not stipulated to this additional date:

October 28, 2019:     Deadline for submission of witness and exhibit lists for both parties [1]

                                        Respectfully submitted,

Dated: September 30, 2019                McGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ AUDREY B. HEMESATH
                                            AUDREY B. HEMESATH
                                            Assistant United States Attorney

## [ORDER]

IT IS SO ORDERED.

DATED:

                                            HON. EDMUND F. BRENNAN
                                            Chief United States Magistrate Judge

---

[1] The United States does not anticipate the receipt of any additional evidence from the Republic of Iraq. The defense has indicated that it continues its investigation and may seek to admit additional evidence obtained after this date, but the United States requests a preliminary exhibit list filing date, with copies of the proposed exhibits provided to the parties, as a means of focusing the issues for briefing and presentation at the continued extradition hearing. To the extent the a party seeks to introduce additional evidence received after this filing date, that circumstance can be addressed by a supplemental filing in advance of the continued extradition hearing date.