| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | AUDREY B. HEMESATH<br>HEIKO P. COPPOLA |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | |
| 6 | CHRISTOPHER J. SMITH<br>Associate Director |
| 7 | REBECCA A. HACISKI<br>Trial Attorney |
| 8 | Office of International Affairs<br>Criminal Division |
| 9 | U.S. Department of Justice<br>1301 New York Avenue NW |
| 10 | Washington, D.C. 20530<br>Telephone: (202) 514-0000 |
| 11 | |
| 12 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ | CASE NO.  2:18-MJ-152 EFB<br><br>UNITED STATES' EXHIBIT LIST<br><br>Date:  December 4, 2019<br>Time:  10:00 a.m.<br>Hon. Edmund F. Brennan |

UNITED STATES' EXHIBIT LIST

1

| GOV. EX. NO. | DESCRIPTION | DKT. NO. | DATE ADMITTED | CITATION |
|---|---|---|---|---|
| 1 | Extradition Request | CR 1-1 | May 31, 2019 | CR 171; 15:6-9 |
| 2 | Supplemental Extradition Request | CR 194-1 | | |
| 3 | Affidavit of FBI Special Agent J.P. Butsch | CR 206-1 | | |
| 4 | Affidavit of FBI Special Agent Phillip Coonfield | CR 206-2 | | |
| 5 | Affidavit of FBI Special Agent Emerson Lopez-Fuentes | CR 206-3 | | |
| 6 | Second Supplemental Extradition Request[1] | | | |

Dated:  November 4, 2019

McGREGOR W. SCOTT
United States Attorney

By:  */s/ Audrey B. Hemesath*
AUDREY B. HEMESATH
HEIKO P. COPPOLA
Assistant United States Attorneys

CHRISTOPHER J. SMITH
Associate Director
REBECCA A. HACISKI
Trial Attorney
Office of International Affairs

---

[1] The government lists this exhibit as a placeholder, as the government anticipates the possibility that Iraq may submit further supplemental material in support of its extradition request prior to the hearing scheduled for December 4, 2019.  In the event that Iraq does submit such material to the United States in advance of the hearing, the government may seek to offer it into evidence at that hearing.  However, the government is prepared to proceed on December 4, 2019, even without any such supplemental material, and does not intend to seek any continuance of the hearing if such material has not been received in time.