HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorneys for Defendant
OMAR ABDULSATTAR AMEEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE
EXTRADITION OF OMAR
ABDULSATTAR AMEEN TO THE
REPUBLIC OF IRAQ,

Case No. 2:18-mj-152 EFB

DECLARATION OF
RACHELLE BARBOUR RE: FACEBOOK
SUBPOENA

Judge: Hon. Edmund F. Brennan

I, RACHELLE BARBOUR, hereby declare as follows:

1. I am an Assistant Federal Defender at the Office of the Federal Defender, and have been appointed to represent Omar Ameen.

2. In Spring 2019, my office subpoenaed Facebook for information relating to Mr. Ameen's Facebook account. Specifically, Facebook documentation obtained by the defense and prosecution showed considerable activity by Mr. Ameen on his Facebook account in May and June 2014. (The date of the offense in Iraq was June 22, 2014.) However, Facebook's documentation of IP address and other location information for those actions was missing from the documents obtained by the parties. The defense subpoenaed Facebook directly for that information.

3. On June 12, 2019, counsel for Facebook contacted the defense to explain that although Facebook retains IP addresses associated with logins, logouts, or other activities in reverse

EXHIBIT 82

chronological order, "it retains only a limited amount of IP addresses associated with an account. IP addresses within the limited capacity are logged and IP addresses beyond that capacity are deleted."

4. Facebook counsel went on to explain that "there is a rolling log of IP addresses associated with an account, but that log only retains a limited amount of IP addresses associated with the account." However for photo uploads, "Facebook retains the IP address as long as the photo itself is retained."

5. Accordingly, Facebook has clarified that although Facebook has an activity log available for the critical time period for Mr. Ameen's account, it no longer has the IP addresses associated with the activities in that log.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3th day of October 2019, at Sacramento, California.

/s/ Rachelle Barbour
RACHELLE BARBOUR

EXHIBIT 82