HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No.  2:18-mj-152 EFB<br><br>WITNESS LIST<br><br>Hearing Date:  December 4, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Edmund F. Brennan |
|---|---|

| **WITNESSES** |
|---|
| FBI Special Agent Phillip Coonfield |
| FBI Special Agent Emerson Lopez |
| FBI Special Agent J.P. Butsch |
| FBI Special Agent Elizabeth Buckmiller |
| Handwriting Expert Sean Espley[1] |
| Forensic Computer Expert Art Hively[2] |
| TMF1 aka Person 4 (true name known to the defense and the Government) |

---

[1]    The defense anticipates receiving a report from Mr. Espley regarding recently obtained signatures of Person 5. The report may negate the need to call Mr. Espley as a witness at the hearing. The report will be provided as soon as it is obtained by the defense.

[2]    The victim's widow has provided the defense with the victim's cell phone from the time of his murder. This was received last week, and is being provided to Mr. Hively for forensic analysis.  Any evidence obtained from that analysis will be provided to the Court and Government.  It is likely that no testimony from Mr. Hively will be necessary, but he is being included on this list in an excess of caution.

The defense expects to contact the Government regarding alternatives to live testimony by the three FBI Special Agents who provided affidavits at Document 206. Should these alternatives fall through, the defense still intends to call them as witnesses, and the Court has already approved subpoenas for their testimony. The defense requests time to meet and confer on this issue.

The additional FBI Special Agent possesses impeaching information regarding TMF1 aka Person 4, who is emerging as a central figure in the construction of a case against Mr. Ameen in Iraq.

As discussed above, the defense expects to receive reports from the two defense experts in the next weeks and to provide them to the Government and the Court. This will likely remove the need to call them as live witnesses. Regarding Mr. Espley's work, the defense recently obtained signatures by Person 5 and has asked Mr. Espley to consider those signatures prior to completing his forensic review. Regarding Mr. Hively's work, the defense has just last week received the victim's cell phone from Iraq, through the victim's widow who provided it to a defense investigator for analysis. This is the cell phone that the victim had at the time of his death. Mr. Hively is a forensic computer expert, and the defense has requested that he review the cell phone for relevant evidence in this case. Mr. Hively is currently out of the country and will review the cell phone upon his return, and provide forensic information to the defense by mid-November. It is likely that the evidence obtained from his review will not require live testimony, but the defense lists Mr. Hively here as a matter of caution. The defense will provide any further exhibits as soon as possible.

Any defense subpoenas must be authorized under 18 U.S.C. § 3191. Witnesses in foreign countries require a special process involving the Department of Justice and the State Department. The defense will provide requests under 18 U.S.C. § 3191 to the Court this week for subpoenas for FBI Special Agent Buckmiller and TMF1 aka Person 4. These request will set forth the relevance of their testimony in this case.

//

//

Investigation is ongoing and the defense will update this witness list with additional names as they become available.

DATED: November 4, 2019   Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin D. Galloway*
BENJAMIN D. GALLOWAY
Chief Assistant Federal Defender

*/s/ Rachelle Barbour*
RACHELLE BARBOUR
Assistant Federal Defender
Attorneys for OMAR AMEEN