HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No.  2:18-mj-152 EFB<br><br>EXHIBIT 80 – COLLATED ENGLISH/ARABIC EXTRADITION PACKET WITH BATES NUMBERS<br><br>Judge: Hon. Edmund F. Brennan<br>Hearing Date: December 4, 2019 |

At the May 28, 2019 hearing, the Court authorized the defense to possess unredacted copies of both the English and Arabic Extradition Packets for the first time.  The defense has collated those two packets so that each document is presented as follows: (1) in the original Arabic version, (2) followed by the unredacted English translation, (3) followed by the redacted English translation filed by the Government in ECF Document 137-1.  As the numbered pages in the packets are tiny and challenging to refer to, sometimes with multiple different page numbers on the same document, the defense has marked this collated, bilingual packet as Exhibit 80, and has re-numbered the pages as Collated EP __ in the bottom right-hand corner.  The defense hopes that this will enable the Court and the parties to refer more easily to the pertinent pages.  Collating the documents with their translations should ensure that the Court and the parties can more easily discuss them in court and flip between the Arabic and English versions of the documents.

//

As the packet remains redacted in the record, the defense requests that the Court authorize this collated packet to be filed under seal.  A sealing request is being submitted concurrently with this document.

DATED: November 4, 2019                    Respectfully submitted,

                                                  HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin D. Galloway*
BENJAMIN D. GALLOWAY
Chief Assistant Federal Defender

*/s/ Rachelle Barbour*
RACHELLE BARBOUR
Assistant Federal Defender
Attorneys for OMAR AMEEN

2

**Cover Page for Exhibit 80**