| | Facebook Business Record | Page 1 |
|---|---|---|

| | | |
|---|---|---|
| **Service** | Facebook | |
| **Target** | 100001875305026 | |
| **Account Identifier** | 100001875305026 | |
| **Account Type** | User | |
| **Generated** | 2018-11-07 21:29:07 UTC | |
| **Date Range** | 2004-01-01 00:00:00 UTC to 2018-10-24 23:59:59 UTC | |
| **NCMEC Cybertips** | | |

| **Name** | **First** | Oaameen |
|---|---|---|
| | **Middle** | |
| | **Last** | Alrawi |

| | | |
|---|---|---|
| **Registered Email Addresses** | oaameen.alrawi@facebook.com | |
| | wssalrawe@yahoo.com | |
| | www.wssalrawe@yahoo.com | |

| **Vanity Name** | oaameen.alrawi |
|---|---|

| **Registration Date** | 2010-11-12 19:15:34 UTC |
|---|---|

**Registration Ip**

| **Account Closure Date** | **Account Still Active** | true |
|---|---|---|

| **Address** | **Street** | |
|---|---|---|
| | **City** | |
| | **State** | |
| | **Zip** | |
| | **Country** | |

| **Current City** | (112929522054724) مرسين |
|---|---|

| **Hometown** | (110536485641386) بغداد |
|---|---|

**Languages Listed by User**

| **Phone Numbers** | +13858319429 Cell Verified on 2014-11-16 17:36:07 UTC |
|---|---|
| | +905340685280 Cell Unverified |

**Credit Cards**

EXHIBIT 49 - 1

**IP Address**
    208.54.38.161
    **Time** 2015-01-22 00:23:09 UTC
    **Action** Session updated

**IP Address** 172.56.38.252
    **Time** 2015-01-19 06:58:32 UTC
    **Action** Session updated

**IP Address** 50.160.118.69
    **Time** 2015-01-04 19:57:45 UTC
    **Action** Session updated

**IP Address** 172.56.40.58
    **Time** 2015-01-02 00:49:50 UTC
    **Action** Login

**IP Address** 50.160.118.69
    **Time** 2014-12-26 23:24:18 UTC
    **Action** Login

**IP Address** 65.130.188.126
    **Time** 2014-12-26 02:19:31 UTC
    **Action** Session updated

**IP Address** 174.23.145.249
    **Time** 2014-12-25 22:52:26 UTC
    **Action** Session updated

**IP Address** 174.27.240.42
    **Time** 2014-12-25 14:32:18 UTC
    **Action** Login

**IP Address** 50.160.118.69
    **Time** 2014-12-22 18:21:46 UTC
    **Action** Session updated

**IP Address** 172.56.38.50
    **Time** 2014-12-05 02:43:41 UTC
    **Action** Photo uploaded

**IP Address** 172.56.38.50
    **Time** 2014-12-05 02:43:13 UTC
    **Action** Photo uploaded

**IP Address** 172.56.38.50
    **Time** 2014-12-05 02:43:13 UTC
    **Action** Photo uploaded

**IP Address** 172.56.38.50
    **Time** 2014-12-05 02:43:13 UTC
    **Action** Photo uploaded

**IP Address** 172.56.38.50
    **Time** 2014-12-05 02:43:13 UTC
    **Action** Photo uploaded

**IP Address** 172.56.38.50
    **Time** 2014-12-05 02:43:12 UTC

EXHIBIT 49 - 2

**Action**
    Photo uploaded

**IP Address** 172.56.38.50
      **Time** 2014-12-05 02:43:12 UTC
   **Action** Photo uploaded

**IP Address** 172.56.38.50
      **Time** 2014-12-05 02:43:12 UTC
   **Action** Photo uploaded

**IP Address** 172.56.38.50
      **Time** 2014-12-05 02:43:12 UTC
   **Action** Photo uploaded

**IP Address** 172.56.38.50
      **Time** 2014-12-05 02:43:12 UTC
   **Action** Photo uploaded

**IP Address** 172.56.38.50
      **Time** 2014-12-05 02:32:24 UTC
   **Action** Photo uploaded

**IP Address** 172.56.38.50
      **Time** 2014-12-05 02:32:24 UTC
   **Action** Photo uploaded

**IP Address** 172.56.38.50
      **Time** 2014-12-05 02:32:24 UTC
   **Action** Photo uploaded

**IP Address** 172.56.38.50
      **Time** 2014-12-05 02:32:24 UTC
   **Action** Photo uploaded

**IP Address** 172.56.38.50
      **Time** 2014-12-05 02:32:24 UTC
   **Action** Photo uploaded

**IP Address** 172.56.38.50
      **Time** 2014-12-05 02:32:24 UTC
   **Action** Photo uploaded

**IP Address** 172.56.38.50
      **Time** 2014-12-05 02:32:24 UTC
   **Action** Photo uploaded

**IP Address** 172.56.38.50
      **Time** 2014-12-05 02:32:24 UTC
   **Action** Photo uploaded

**IP Address** 172.56.38.104
      **Time** 2014-12-04 02:07:40 UTC
   **Action** Session updated

**IP Address** 172.56.40.40
      **Time** 2014-11-25 02:57:39 UTC
   **Action** Session updated

EXHIBIT 49 - 3

**IP Address**
      172.56.40.255
      **Time** 2014-11-22 13:21:16 UTC
      **Action** Login

**IP Address** 172.56.40.33
      **Time** 2014-11-16 05:09:40 UTC
      **Action** Session updated

**IP Address** 172.56.40.33
      **Time** 2014-11-16 01:45:57 UTC
      **Action** Login

**IP Address** 172.56.39.39
      **Time** 2014-11-15 19:52:43 UTC
      **Action** Session updated

**IP Address** 172.56.39.39
      **Time** 2014-11-15 18:31:10 UTC
      **Action** Session updated

**IP Address** 172.56.39.39
      **Time** 2014-11-15 16:44:50 UTC
      **Action** Session updated

**IP Address** 172.56.39.39
      **Time** 2014-11-15 14:07:58 UTC
      **Action** Session updated

**IP Address** 172.56.38.12
      **Time** 2014-11-15 07:30:27 UTC
      **Action** Session updated

**IP Address** 172.56.38.12
      **Time** 2014-11-15 07:16:09 UTC
      **Action** Login

**IP Address** 172.56.39.24
      **Time** 2014-11-15 06:29:54 UTC
      **Action** Login

**IP Address** 172.56.39.12
      **Time** 2014-11-15 04:46:44 UTC
      **Action** Login

**IP Address** 50.160.118.69
      **Time** 2014-11-13 21:22:58 UTC
      **Action** Login

**IP Address** 172.56.15.81
      **Time** 2014-11-10 17:10:10 UTC
      **Action** Login

**IP Address** 172.56.32.237
      **Time** 2014-11-10 16:36:28 UTC
      **Action** Login

**IP Address** 172.56.14.94
      **Time** 2014-11-09 19:38:11 UTC

EXHIBIT 49 - 4

**Action**
         Session updated

**IP Address**  172.56.14.94
       **Time**  2014-11-09 17:44:38 UTC
     **Action**  Session updated

**IP Address**  172.56.14.94
       **Time**  2014-11-09 16:36:19 UTC
     **Action**  Session updated

**IP Address**  172.56.14.94
       **Time**  2014-11-09 14:27:21 UTC
     **Action**  Session updated

**IP Address**  172.56.33.171
       **Time**  2014-11-09 04:32:13 UTC
     **Action**  Session updated

**IP Address**  172.56.6.135
       **Time**  2014-11-09 03:27:11 UTC
     **Action**  Session updated

**IP Address**  172.56.6.135
       **Time**  2014-11-09 01:53:36 UTC
     **Action**  Session updated

**IP Address**  94.122.35.92
       **Time**  2014-11-02 04:00:29 UTC
     **Action**  Login

**IP Address**  94.122.35.92
       **Time**  2014-11-01 21:11:14 UTC
     **Action**  Login

**IP Address**  31.143.133.68
       **Time**  2014-10-29 18:19:00 UTC
     **Action**  Session updated

**IP Address**  178.244.82.150
       **Time**  2014-10-29 08:46:27 UTC
     **Action**  Session updated

**IP Address**  176.88.18.203
       **Time**  2014-10-26 21:34:25 UTC
     **Action**  Session updated

**IP Address**  78.183.254.95
       **Time**  2014-10-25 16:56:30 UTC
     **Action**  Login

**IP Address**  178.242.116.253
       **Time**  2014-10-19 20:42:33 UTC
     **Action**  Session updated

**IP Address**  31.143.136.195
       **Time**  2014-10-18 04:19:28 UTC
     **Action**  Session updated

EXHIBIT 49 - 5

**IP Address**

178.244.115.169
**Time**  2014-10-17 03:41:39 UTC
**Action**  Session updated

**IP Address**  178.244.44.97
**Time**  2014-10-04 03:15:33 UTC
**Action**  Session updated

**IP Address**  178.244.24.189
**Time**  2014-10-03 21:09:34 UTC
**Action**  Session updated

**IP Address**  78.165.22.18
**Time**  2014-10-01 18:55:32 UTC
**Action**  Session updated

**IP Address**  78.165.22.18
**Time**  2014-10-01 17:44:22 UTC
**Action**  Login

**IP Address**  85.98.16.135
**Time**  2014-09-18 18:10:18 UTC
**Action**  Login

**IP Address**  178.247.221.132
**Time**  2014-09-16 06:27:27 UTC
**Action**  Session updated

**IP Address**  178.244.115.122
**Time**  2014-09-15 20:01:59 UTC
**Action**  Session updated

**IP Address**  176.88.120.106
**Time**  2014-09-09 18:51:37 UTC
**Action**  Session updated

**IP Address**  176.88.41.25
**Time**  2014-08-28 22:50:17 UTC
**Action**  Session updated

**IP Address**  176.88.122.88
**Time**  2014-08-28 14:59:51 UTC
**Action**  Session updated

**IP Address**  176.88.122.88
**Time**  2014-08-28 08:53:38 UTC
**Action**  Session updated

**IP Address**  178.244.68.250
**Time**  2014-08-25 11:35:37 UTC
**Action**  Session updated

**IP Address**  178.244.68.250
**Time**  2014-08-25 07:38:55 UTC
**Action**  Session updated

**IP Address**  178.247.206.154
**Time**  2014-08-24 18:36:52 UTC

EXHIBIT 49 - 6

**Action**
    Session updated

**IP Address**  178.242.96.180
    **Time**  2014-08-23 00:05:14 UTC
    **Action**  Session updated

**IP Address**  176.88.29.190
    **Time**  2014-08-22 15:58:34 UTC
    **Action**  Session updated

**IP Address**  176.88.29.190
    **Time**  2014-08-22 14:49:40 UTC
    **Action**  Session updated

**IP Address**  178.244.96.208
    **Time**  2014-08-21 22:53:25 UTC
    **Action**  Session updated

**IP Address**  178.242.125.222
    **Time**  2014-08-19 19:46:17 UTC
    **Action**  Session updated

**IP Address**  176.88.51.28
    **Time**  2014-08-19 10:46:44 UTC
    **Action**  Session updated

**IP Address**  178.247.192.242
    **Time**  2014-08-18 22:44:18 UTC
    **Action**  Session updated

**IP Address**  178.247.228.232
    **Time**  2014-08-13 23:43:50 UTC
    **Action**  Session updated

**IP Address**  178.244.55.162
    **Time**  2014-08-11 01:29:07 UTC
    **Action**  Session updated

**IP Address**  178.242.73.227
    **Time**  2014-08-10 13:03:20 UTC
    **Action**  Session updated

**IP Address**  178.242.73.227
    **Time**  2014-08-10 11:41:13 UTC
    **Action**  Session updated

**IP Address**  176.88.26.88
    **Time**  2014-08-09 10:58:02 UTC
    **Action**  Session updated

**IP Address**  176.88.109.10
    **Time**  2014-08-08 16:24:03 UTC
    **Action**  Session updated

**IP Address**  85.98.80.222
    **Time**  2014-08-04 19:39:55 UTC
    **Action**  Session updated

EXHIBIT 49 - 7

**IP Address**
188.57.65.218
**Time** 2014-07-30 20:37:28 UTC
**Action** Login

**IP Address** 85.98.204.61
**Time** 2014-07-28 16:43:53 UTC
**Action** Session updated

**IP Address** 85.98.204.61
**Time** 2014-07-28 15:43:08 UTC
**Action** Login

**IP Address** 85.98.204.61
**Time** 2014-07-28 15:26:33 UTC
**Action** Session updated

**IP Address** 85.98.204.61
**Time** 2014-07-28 14:25:53 UTC
**Action** Login

**IP Address** 85.98.204.61
**Time** 2014-07-28 12:56:01 UTC
**Action** Login

**IP Address** 85.98.204.61
**Time** 2014-07-28 11:55:20 UTC
**Action** Session updated

**IP Address** 178.247.219.253
**Time** 2014-05-02 08:35:52 UTC
**Action** Photo uploaded

**IP Address** 178.244.59.237
**Time** 2013-08-31 20:52:02 UTC
**Action** Photo uploaded

**IP Address** 178.244.59.237
**Time** 2013-08-31 20:50:42 UTC
**Action** Photo uploaded

**IP Address** 178.244.59.237
**Time** 2013-08-31 20:49:01 UTC
**Action** Photo uploaded

**IP Address** 178.244.59.237
**Time** 2013-08-31 20:48:05 UTC
**Action** Photo uploaded

**IP Address** 178.244.59.237
**Time** 2013-08-31 20:46:50 UTC
**Action** Photo uploaded

**IP Address** 178.244.59.237
**Time** 2013-08-31 20:45:38 UTC
**Action** Photo uploaded

**IP Address** 5.46.131.206
**Time** 2013-08-27 19:01:14 UTC

EXHIBIT 49 - 8

| | |
|---|---|
| **Seen** | |
| | 2015-04-07 01:53:16 UTC |
| **Seen** | 2015-04-07 00:17:55 UTC |
| **Seen** | 2015-04-06 22:49:53 UTC |
| **Seen** | 2015-03-26 14:44:38 UTC |
| **Seen** | 2015-03-26 13:37:09 UTC |
| **Seen** | 2015-03-26 03:45:47 UTC |
| **Seen** | 2015-03-26 00:04:13 UTC |

| | |
|---|---|
| **Cookie** | 2vVkVbf5zxs7WDzQ_oz-Josc |
| **First Seen** | 2015-05-26 22:38:18 UTC |
| **Seen Count** | 1 |
| **User** | Oaameen Alrawi (100001875305026) |
| **Seen** | 2015-05-26 22:38:18 UTC |

| | |
|---|---|
| **Cookie** | ej1jVZrfW7x4PHfxWLoQKG0z |
| **First Seen** | 2015-05-25 15:19:22 UTC |
| **Seen Count** | 1 |
| **User** | Oaameen Alrawi (100001875305026) |
| **Seen** | 2015-05-25 15:19:22 UTC |

| | |
|---|---|
| **Cookie** | LUphVcVTMTI6nyIDniRfqHmc |
| **First Seen** | 2015-05-24 03:49:01 UTC |
| **Seen Count** | 1 |
| **User** | Omar Ameen (100009449065836) |
| **User** | Oaameen Alrawi (100001875305026) |
| **Seen** | 2015-05-24 03:49:02 UTC |

| | |
|---|---|
| **Cookie** | RGcgVZNHm8Mu7BZGir5ttRz4 |
| **First Seen** | 2015-04-04 22:35:48 UTC |
| **Seen Count** | 2 |
| **User** | Oaameen Alrawi (100001875305026) |
| **Seen** | 2015-05-24 03:33:55 UTC |
| **Seen** | 2015-05-10 23:21:53 UTC |

| | |
|---|---|
| **Cookie** | V0VhVak4vwK9t6wzFE3tNcXS |
| **First Seen** | 2015-05-24 03:28:23 UTC |
| **Seen Count** | 1 |
| **User** | Oaameen Alrawi (100001875305026) |
| **Seen** | 2015-05-24 03:28:24 UTC |

| | |
|---|---|
| **Cookie** | 00BhVVMLUZTKrdGrZDadvTzG |
| **First Seen** | 2015-05-24 03:09:07 UTC |
| **Seen Count** | 1 |
| **User** | Oaameen Alrawi (100001875305026) |
| **Seen** | 2015-05-24 03:10:15 UTC |

| | |
|---|---|
| **Cookie** | 1QFoVIwqzmUVQ0uhDax6B9Kf |
| **First Seen** | 2014-11-16 01:45:57 UTC |
| **Seen Count** | 27 |
| **User** | Omar Ameen (100009449065836) |
| **User** | Oaameen Alrawi (100001875305026) |

EXHIBIT 49 - 9

**Image**



| | |
|---|---|
| **Photo Id:** | 782303378508832 |
| **Id** | 782303378508832 |
| **Title** | |
| **Link** | https://www.facebook.com/photo.php?fbid=782303378508832&set=a.364689136936927&type=3 |
| **Upload Ip** | 172.56.38.50 |
| **Album Name** | Mobile Uploads |
| **Uploaded** | 2014-12-05 02:43:41 UTC |
| **Tags** | |
| **Comments** | |

| | |
|---|---|
| **User** | Othman Radm (100006594311384) |
| **Text** | Nice bro  omar |
| **Time** | 2014-12-05 02:48:47 UTC |

| | |
|---|---|
| **User** | Oaameen Alrawi (100001875305026) |
| **Text** | فيجوزيدبيس اهلين |
| **Time** | 2014-12-05 02:50:19 UTC |

| | |
|---|---|
| **User** | Oaameen Alrawi (100001875305026) |
| **Text** | مشكور حج عثمان |
| **Time** | 2014-12-05 02:51:17 UTC |

| | |
|---|---|
| **User** | اركان الراوي (100001917241465) |
| **Text** | حيا ا   أبو أحمد أن شاء ا   تصل متحمس ... اخبارك شلون الوضع |

EXHIBIT 49 - 10

**Time**
    2014-12-05 03:33:55 UTC

**User** Malath Al-rawi (1004164498)
**Text** شلونكم ويه البرد
**Time** 2014-12-05 03:51:45 UTC

**User** Oaameen Alrawi (100001875305026)
**Text** يحيك شيخ اركان وببارك فيك ويشفي مرضى المسلمين ا
**Time** 2014-12-05 03:52:56 UTC

**User** Oaameen Alrawi (100001875305026)
**Text** اهلين ابو مصطفى وا   البرد مو قوي
**Time** 2014-12-05 03:54:41 UTC

**User** Jihad Alrawi (100001640990022)
**Text** حلوووو ومنوور ربي بحفظكم.
**Time** 2014-12-05 04:01:30 UTC

**User** Oaameen Alrawi (100001875305026)
**Text** بحفظكم مشكورين ا
**Time** 2014-12-05 04:02:39 UTC

**User** Omar Hamid (100000732148090)
**Text** احلى عموري واحلى عثمان منورين امريكا  مشتاقيلكم وا
**Time** 2014-12-05 05:24:54 UTC

**User** Oaameen Alrawi (100001875305026)
**Text** يسلملك ويسر امرك سيد عمر وا   مشتاقين ا   يوفقك
**Time** 2014-12-05 06:22:19 UTC

**User** احمد حميد (100004333022204)
**Text** أمنورين
**Time** 2014-12-05 06:35:12 UTC

**User** أحمد فارس (100000874935901)
**Text** منورين امريكا مبروك ابو احمد ومشتاقلك حبي عثمان
**Time** 2014-12-05 07:45:59 UTC

**User** ناهض الراوي (100002313068137)
**Text** منور ابو احمد ا   يسهل عليك... بيين مو بارده وطالع
**Time** 2014-12-05 07:49:11 UTC

**User** Ismail Önal (100004767090948)
**Text** وا   الدنيا صغيره سبحان ا   ربي بحفظكم يا اجمل شباب
    بلكون كله حجي عمر الغالي وعئومه حبيب الروح
**Time** 2014-12-05 08:52:23 UTC

**User** Hussain Alrawi (100001342950196)
**Text** حمد ا   عالسلامة ابو احمد
**Time** 2014-12-05 09:38:16 UTC

**User** Oaameen Alrawi (100001875305026)
**Text** اشكر كم اعزائي الاصدقاء
**Time** 2014-12-05 15:12:54 UTC

**User** Oaameen Alrawi (100001875305026)
**Text** يسلمك اخ ابو عمر وبحفظك ا
**Time** 2014-12-05 15:13:47 UTC

EXHIBIT 49 - 11

**User** ابو حنين الراوي (100006630612977)
**Text** مبروك عليك سفرته يارب بحميك ويسهل امرك مشتاقين
**Time** 2014-12-05 16:40:08 UTC

**User** Oaameen Alrawi (100001875305026)
**Text** اشكرك ابوحنين
**Time** 2014-12-05 17:38:18 UTC

**User** Yaser Ede (100000107788687)
**Text** منور اخويه ابو احمد مشتاقين يا غالي
**Time** 2014-12-05 20:35:57 UTC

**User** Oaameen Alrawi (100001875305026)
**Text** اشكرك اخويه ياسر ا  يسر امرك
**Time** 2014-12-05 21:22:22 UTC

**User** Mhn Alrawi (100000862980601)
**Text** منور ابو احمد مشتاقلك وا
**Time** 2014-12-06 15:17:35 UTC

**User** Oaameen Alrawi (100001875305026)
**Text** ا  يحفظك سيد مثنى ويبارك فيك
**Time** 2014-12-06 17:08:44 UTC

**User** Alaa Alrawi (100005099285981)
**Text** منورررر ابو احمد شخبارك
**Time** 2014-12-09 09:42:51 UTC

**User** Oaameen Alrawi (100001875305026)
**Text** نورك سيد علاء
**Time** 2014-12-09 23:20:25 UTC

**User** يمان الراوي (100007001400163)
**Text** منور عمي
**Time** 2014-12-10 06:46:36 UTC

**User** Oaameen Alrawi (100001875305026)
**Text** اشكرك سيد يمان
**Time** 2014-12-10 15:29:20 UTC

**User** أحمد الجحيشي (100007435030292)
**Text** حياكم ا  أنت وعثمان
**Time** 2014-12-17 06:25:41 UTC

**User** Oaameen Alrawi (100001875305026)
**Text** ا  يحيك اخ احمد
**Time** 2014-12-18 01:44:47 UTC

**User** بلال الراوي (100006856171128)
**Text** ا  يحفظكم
**Time** 2014-12-18 08:01:50 UTC

**User** Oaameen Alrawi (100001875305026)
**Text** ا  يبارك فيك
**Time** 2014-12-19 00:32:40 UTC

**User** Alaa Alrawi (100005099285981)
**Text** منورين حفظكم ا

EXHIBIT 49 - 12

Facebook Business Record                                    Page 432

**Time**
    2014-12-19 16:40:52 UTC

**User** Oaameen Alrawi (100001875305026)
**Text** علاء اخويه كورن
**Time** 2014-12-20 00:59:06 UTC

**User** Yousif Alrawi (100004077594413)
**Text** عمي منور
**Time** 2014-12-27 08:22:45 UTC

**User** Oaameen Alrawi (100001875305026)
**Text** يوسف اهلين
**Time** 2014-12-27 17:16:37 UTC

**User** Harith Alrawi (100005825522389)
**Text** شباب منورين
**Time** 2014-12-27 17:33:03 UTC

EXHIBIT 49 - 13

**Image**



| | |
|---|---|
| **Photo Id:** | 782303078508862 |
| **Id** | 782303078508862 |
| **Title** | |
| **Link** | https://www.facebook.com/photo.php?fbid=782303078508862&set=a.364689136936927&type=3 |
| **Upload Ip** | 172.56.38.50 |
| **Album Name** | Mobile Uploads |
| **Uploaded** | 2014-12-05 02:43:13 UTC |
| **Tags** | |

EXHIBIT 49 - 14

**Image**



|  |  |
|---|---|
| **Photo Id:** | 782302621842241 |
| **Id** | 782302621842241 |
| **Title** | |
| **Link** | https://www.facebook.com/photo.php?fbid=782302621842241&set=a.364689136936927&type=3 |
| **Upload Ip** | 172.56.38.50 |
| **Album Name** | Mobile Uploads |
| **Uploaded** | 2014-12-05 02:43:13 UTC |
| **Tags** | |

EXHIBIT 49 - 15



EXHIBIT 49 - 16

**Photo Id:**

| | |
|---|---|
| | 782302391842264 |
| **Id** | 782302391842264 |
| **Title** | |
| **Link** | https://www.facebook.com/photo.php?fbid=782302391842264&set=a.364689136936927&type=3 |
| **Upload Ip** | 172.56.38.50 |
| **Album Name** | Mobile Uploads |
| **Uploaded** | 2014-12-05 02:43:13 UTC |
| **Tags** | |

EXHIBIT 49 - 17

**Image**



| | |
|---|---|
| **Photo Id:** | 782302248508945 |
| **Id** | 782302248508945 |
| **Title** | |
| **Link** | https://www.facebook.com/photo.php?fbid=782302248508945&set=a.364689136936927&type=3 |
| **Upload Ip** | 172.56.38.50 |
| **Album Name** | Mobile Uploads |
| **Uploaded** | 2014-12-05 02:43:13 UTC |
| **Tags** | |

EXHIBIT 49 - 18



EXHIBIT 49 - 19

**Photo Id:**

|  |  |
|---|---|
|  | 782302015175635 |
| **Id** | 782302015175635 |
| **Title** |  |
| **Link** | https://www.facebook.com/photo.php?fbid=782302015175635&set=a.364689136936927&type=3 |
| **Upload Ip** | 172.56.38.50 |
| **Album Name** | Mobile Uploads |
| **Uploaded** | 2014-12-05 02:43:12 UTC |
| **Tags** |  |

EXHIBIT 49 - 20

EXHIBIT 49 - 21

| Facebook Business Record | Page 444 |
|---|---|

**Photo Id:**

|  | 782301808508989 |
|---|---|
| **Id** | 782301808508989 |
| **Title** | |
| **Link** | https://www.facebook.com/photo.php?fbid=782301808508989&set=a.364689136936927&type=3 |
| **Upload Ip** | 172.56.38.50 |
| **Album Name** | Mobile Uploads |
| **Uploaded** | 2014-12-05 02:43:12 UTC |
| **Tags** | |

EXHIBIT 49 - 22

EXHIBIT 49 - 23

**Photo Id:**

| | |
|---|---|
| | 782301668509003 |
| **Id** | 782301668509003 |
| **Title** | |
| **Link** | https://www.facebook.com/photo.php?fbid=782301668509003&set=a.364689136936927&type=3 |
| **Upload Ip** | 172.56.38.50 |
| **Album Name** | Mobile Uploads |
| **Uploaded** | 2014-12-05 02:43:12 UTC |
| **Tags** | |

EXHIBIT 49 - 24

**Image**



**Photo Id:** 782301571842346

**Id** 782301571842346

**Title**

**Link** https://www.facebook.com/photo.php?fbid=782301571842346&set=a.364689136936927&type=3

**Upload Ip** 172.56.38.50

**Album Name** Mobile Uploads

**Uploaded** 2014-12-05 02:43:12 UTC

**Tags**

EXHIBIT 49 - 25

**Image**



| | |
|---|---|
| **Photo Id:** | 782301368509033 |
| **Id** | 782301368509033 |
| **Title** | |
| **Link** | https://www.facebook.com/photo.php?fbid=782301368509033&set=a.364689136936927&type=3 |
| **Upload Ip** | 172.56.38.50 |
| **Album Name** | Mobile Uploads |
| **Uploaded** | 2014-12-05 02:43:12 UTC |
| **Tags** | |

EXHIBIT 49 - 26

**Image**



**Photo Id:** 782297911842712
**Id** 782297911842712
**Title**
**Link** https://www.facebook.com/photo.php?fbid=782297911842712&set =a.364689136936927&type=3
**Upload Ip** 172.56.38.50
**Album Name** Mobile Uploads
**Uploaded** 2014-12-05 02:32:24 UTC
**Tags**

EXHIBIT 49 - 27

Facebook Business Record                                              Page 451

**Image**



| | |
|---|---|
| **Photo Id:** | 782297768509393 |
| **Id** | 782297768509393 |
| **Title** | |
| **Link** | https://www.facebook.com/photo.php?fbid=782297768509393&set=a.364689136936927&type=3 |
| **Upload Ip** | 172.56.38.50 |
| **Album Name** | Mobile Uploads |
| **Uploaded** | 2014-12-05 02:32:24 UTC |
| **Tags** | |

EXHIBIT 49 - 28

**Image**



|  |  |
|---|---|
| **Photo Id:** | 782297638509406 |
| **Id** | 782297638509406 |
| **Title** | |
| **Link** | https://www.facebook.com/photo.php?fbid=782297638509406&set=a.364689136936927&type=3 |
| **Upload Ip** | 172.56.38.50 |
| **Album Name** | Mobile Uploads |
| **Uploaded** | 2014-12-05 02:32:24 UTC |
| **Tags** | |

EXHIBIT 49 - 29



EXHIBIT 49 - 30

**Photo Id:**

782297461842757

**Id** 782297461842757

**Title**

**Link** https://www.facebook.com/photo.php?fbid=782297461842757&set
=a.364689136936927&type=3

**Upload Ip** 172.56.38.50

**Album Name** Mobile Uploads

**Uploaded** 2014-12-05 02:32:24 UTC

**Tags**

EXHIBIT 49 - 31



EXHIBIT 49 - 32

**Photo Id:**

782297271842776

**Id** 782297271842776

**Title**

**Link** https://www.facebook.com/photo.php?fbid=782297271842776&set
=a.364689136936927&type=3

**Upload Ip** 172.56.38.50

**Album Name** Mobile Uploads

**Uploaded** 2014-12-05 02:32:24 UTC

**Tags**

EXHIBIT 49 - 33



EXHIBIT 49 - 34

**Photo Id:**

782297111842792

| | |
|---|---|
| **Id** | 782297111842792 |
| **Title** | |
| **Link** | https://www.facebook.com/photo.php?fbid=782297111842792&set=a.364689136936927&type=3 |
| **Upload Ip** | 172.56.38.50 |
| **Album Name** | Mobile Uploads |
| **Uploaded** | 2014-12-05 02:32:24 UTC |
| **Tags** | |

EXHIBIT 49 - 35

**Image**



|  |  |
|---|---|
| **Photo Id:** | 782296991842804 |
| **Id** | 782296991842804 |
| **Title** | |
| **Link** | https://www.facebook.com/photo.php?fbid=782296991842804&set=a.364689136936927&type=3 |
| **Upload Ip** | 172.56.38.50 |
| **Album Name** | Mobile Uploads |
| **Uploaded** | 2014-12-05 02:32:24 UTC |
| **Tags** | |

EXHIBIT 49 - 36

Facebook Business Record | Page 463

**Image**



**Photo Id:** 782296851842818
**Id** 782296851842818
**Title**
**Link** https://www.facebook.com/photo.php?fbid=782296851842818&set
=a.364689136936927&type=3
**Upload Ip** 172.56.38.50
**Album Name** Mobile Uploads
**Uploaded** 2014-12-05 02:32:24 UTC
**Tags**

EXHIBIT 49 - 37

**Image**



| | |
|---|---|
| **Photo Id:** | 650985684973936 |
| **Id** | 650985684973936 |
| **Title** | |
| **Link** | https://www.facebook.com/photo.php?fbid=650985684973936&set=a.364689136936927&type=3 |
| **Upload Ip** | 178.247.219.253 |
| **Album Name** | Mobile Uploads |
| **Uploaded** | 2014-05-02 08:35:52 UTC |
| **Tags** | |
| **Comments** | |

| | |
|---|---|
| **User** | (100007624771487) عبدالعظيم الراوي |
| **Text** | هلُو عمر شلونك |
| **Time** | 2014-09-16 12:08:14 UTC |

| | |
|---|---|
| **User** | Oaameen Alrawi (100001875305026) |
| **Text** | اهلين عبد العظيم شونك شون الاهل اخبارك |
| **Time** | 2014-09-16 15:46:53 UTC |

| | |
|---|---|
| **User** | (100007624771487) عبدالعظيم الراوي |
| **Text** | هلُو شلونك |
| **Time** | 2014-09-16 18:32:59 UTC |

| | |
|---|---|
| **User** | Diyaa Diyaa (100000575522279) |
| **Text** | منورين الفيس |
| **Time** | 2014-09-16 19:23:59 UTC |

EXHIBIT 49 - 38

**User**       Oaameen Alrawi (100001875305026)
**Text**       بنور حياتكم  ا
**Time**       2014-09-16 20:07:40 UTC

**User**       عبدالعظيم الراوي (100007624771487)
**Text**       هلو ابوخطاب
**Time**       2014-09-16 20:08:54 UTC

**User**       M Yunis Rawi (100005607404253)
**Text**       منور حجي
**Time**       2014-09-16 22:41:17 UTC

**User**       Oaameen Alrawi (100001875305026)
**Text**       بارك فيكم  ا  نوركم
**Time**       2014-09-17 04:59:01 UTC

**User**       وسام الراوي (100004387754327)
**Text**       منورين
**Time**       2014-09-17 12:58:53 UTC

**User**       Oaameen Alrawi (100001875305026)
**Text**       يحفظكم  ا  مشكورين
**Time**       2014-09-17 14:56:58 UTC

**User**       Ayman Alrawi (100007988913895)
**Text**       يحفضكم انشا   قريبا نزوركم  ا
**Time**       2014-09-21 08:42:49 UTC

**User**       Oaameen Alrawi (100001875305026)
**Text**       وحمدا  علسلامه  حياك ا
**Time**       2014-09-21 14:55:24 UTC

EXHIBIT 49 - 39



**Photo Id:** 904006659671836

**Author** Sada Alaneen (100008157420472)
**Sent** 2015-05-11 19:28:15 UTC
**Body** أريد المطبخ والحمام

**Author** Oaameen Alrawi (100001875305026)
**Sent** 2015-05-11 19:25:50 UTC
**IP** 208.54.70.181
**Body** You sent a photo.
**Attachments** image-904006083005227 (904006083005227)
**Type** image/jpeg
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=904006083005227&mid=mid.%2
4oAAAAB3bzufpTdbYK0P____rvwMP2&uid=1000
01875305026&accid=100001875305026&previ
ew=0&hash=AQALKQZwSzSp2UlQi6UdhOpdFyO
Lc_4Ka0pYx9C7qQfd1g

EXHIBIT 49 - 40