HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorneys for Defendant
OMAR ABDULSATTAR AMEEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No.  2:18-mj-152 EFB<br><br>DEFENDANT'S MEMORANDUM RE: IN CAMERA SUBMISSION OF EXHIBITS 118, 119, 120, 121; DECLARATION OF RACHELLE BARBOUR<br><br>Judge:  Hon. Edmund F. Brennan |

Exhibits 118, 119, 120, and 121 were provided to the Defense under the Protective Order at Document 12.  Exhibits filed by the Defense in connection with this Extradition Hearing may only be sealed by written order of the Court upon a moving party's "demonstration of compelling reasons."  (Doc. 214, p. 1.)  As set forth in its prior filings, the Defense agrees with the Court's ruling that no compelling reasons exist for sealing many of the Exhibits it has provided to the Court.  It has in the past requested sealing only in an excess of caution because of the extremely broad protective order in this case.

The Defense recognizes that the Government may believe that "compelling reasons" exist to seal various Defense exhibits (including Exhibits 118, 119, 120, and 121) and accordingly provides these exhibits to the Court and Government in camera to allow the Government an opportunity to request sealing if it believes that it can meet the standard.

Accordingly, the Defense requests that the Government address any of the Defense exhibits that it believes must be filed under seal, so that the remainder may be refiled in the open record as required by the Court's Order at Document 214.[1]

The Court has scheduled a status conference to address this matter with the parties. (Docket 215.)  The Defense will refrain from refiling its previous "under seal" exhibits until the Government has an opportunity to consider the issue and request sealing orders for any Defense exhibits that it believes meet the standard.

Dated:  November 18, 2019                                   Respectfully submitted,

                                                               HEATHER E. WILLIAMS
                                                               Federal Defender

                                                               /s/ Benjamin D. Galloway
                                                               BENJAMIN D. GALLOWAY
                                                               Chief Assistant Federal Defender

                                                               /s/ Rachelle Barbour
                                                               RACHELLE BARBOUR
                                                               Assistant Federal Defender
                                                               Attorneys for Defendant
                                                              OMAR ABDULSATTAR AMEEN

---

[1] The Defense is filing an updated exhibit list noting the current status of various exhibits with respect to this issue.

DECLARATION OF RACHELLE BARBOUR

I, RACHELLE BARBOUR, hereby declare as follows:

1. I am an Assistant Federal Defender at the Office of the Federal Defender, and have been appointed to represent Omar Ameen.

2. There is a Protective Order in this case (Document 12) that limits the Defense's ability to file documents received from the Government in the court record. The Court has ruled that the Protective Order does not require sealing of all the documents the Defense has received pursuant to the Protective Order. (Doc. 136, p. 4, lines 19-29 ["a blanket protective order – like the one in this case – will not, standing alone, justify sealing documents"]; Doc. 214.)

3. The Defense has continued to redact its filings heavily to address Government's concerns about the safety of particular witnesses in Iraq who it discussed in Document 12. To respect that concern, the Defense has even redacted filings that are not covered by the Protective Order and has gone beyond that Order to redact names of other potential Iraqi witnesses in an excess of caution.

3. The Defense is concurrently submitting four exhibits (Exhs. 118, 119, 120, 121) in camera to allow the Government to address any concerns it may have that would provide compelling reasons for sealing. The witnesses who gave the FBI statements in Exhibits 118 through 121 are not those people discussed in Document 12. The documents were redacted by the Government regarding personal identifying information of these four witnesses.

//
//

3

5.      For the time being, the Defense requests that the Court accept these four exhibits in camera to give the Government time to address any concerns it may have.  (Doc. 214, p. 2, line 9-10.)  If the Government does not request sealing for these four exhibits (or for past Defense exhibits – Exhibits 38, 42, 42.1, 43, 43.1, 44, and 47 --  that do not meet the sealing criteria), the Defense intends to file these documents (redacted regarding personal information) in ECF after the Status Conference on this matter.  (Docket 215 [setting hearing].)

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of November, 2019, at Sacramento, California.

                    HEATHER E. WILLIAMS
                    Federal Defender

                    /s/ Rachelle Barbour
                    RACHELLE BARBOUR
                    Assistant Federal Defender
                    Attorney for OMAR ABDULSATTAR AMEEN