| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, State Bar #122664 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, #214897 |
| | Chief Assistant Federal Defender |
| 3 | RACHELLE BARBOUR, #185395 |
| | Assistant Federal Defender |
| 4 | OFFICE OF THE FEDERAL DEFENDER |
| | 801 I Street, 3rd Floor |
| 5 | Sacramento, CA  95814 |
| | Tel: 916-498-5700/Fax 916-498-5710 |
| 6 | rachelle.barbour@fd.org |

Attorneys for Defendant
OMAR ABDULSATTAR AMEEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No.  2:18-mj-152 EFB |
| | MEMORANDUM RE AFFIDAVITS AND TESTIMONY OF FBI SPECIAL AGENTS |
| | Judge:  Hon. Edmund F. Brennan |

The Defense has reviewed the Government's Response to Defense Questions to Special Agents [ECF Doc. 231].  In light of the information provided in the FBI Special Agents' supplemental affidavits, and information in earlier affidavits, the Defense no longer requires the presence and live testimony of FBI Special Agents Butsch, Buckmiller, Lopez-Fuentes and Coonfield.

////

At the December 4, 2019 hearing, the Defense will address the other issues raised by the Government in its Reply In Support of Extradition [ECF Doc. 229], Objections to Defense Exhibits and Witnesses [ECF Doc. 230], and Response to Defense Questions to Special Agents [ECF Doc. 231].

Dated:  November 26, 2019

                                         Respectfully submitted,

                                         HEATHER E. WILLIAMS
                                         Federal Defender

                                         /s/ Benjamin D. Galloway
                                         BENJAMIN D. GALLOWAY
                                         Chief Assistant Federal Defender

                                         /s/ Rachelle Barbour
                                         RACHELLE BARBOUR
                                         Assistant Federal Defender
                                         Attorneys for Defendant
                                         OMAR ABDULSATTAR AMEEN