In the Name of Allah, the Merciful, the Compassionate

To/His Excellency the president of the High Judicial Council

I would like to explain to your Excellency the following regarding Omar Abdulsattar Ameen's official extradition request:

1- Based on your Excellency's directives, including the continuation of contacts with law enforcement authority at the United States Justice Department, to execute the extradition file of the accused (Omar Abdulsattar Ameen). I was informed by representatives at the Legal Attaché at the American Embassy in Baghdad that the Honorable Judge (Edmund F. Brennan), who is overseeing the extradition file sent by us, inquired about our procedures regarding the availability of additional witnesses who have statements against the accused (Omar Abdulsattar Ameen), the individual we are requesting to extradite.

2- The reason for the inquiry by the Honorable Judge (Edmund F. Brennan) is what was mentioned in the supplement of the extradition file which was already filed on 06/26/2019, where we indicated that the court is working on recording the statements of additional witnesses, which were referred to and presented by the Iraqi National Security Service's reports, among them ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ for which his statement is yet to be recorded, since information indicates that he was threatened with death if he testifies before the court.

3- I was informed through the continued contacts with the representatives of the Legal Attaché that the witness above has already appeared before representatives of the Federal Bureau of Investigation and gave a detailed testimony regarding the subject of the incident and his eyewitness account against the person to be extradited (Omar Abdulsattar Ameen).

4- The representatives at the Legal Attaché indicated that the reason for interviewing the witness was for the purpose of investigating the terrorist activities, in general, of (Omar Abdulsattar Ameen) since he is a resident of the United States of America.

5- I requested from representatives at the Legal Attaché to provide me with a copy of the statement. The representatives indicated to me that they don't require a signature when a statement or information is given to them, but they provided me with the information given to them by the witness who appeared before them.

6- I was provided with a copy of the statement given by the witness ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ by representatives at the Legal Attaché on 10/30/2019 and based on that and because there is no reason to prevent the use of this information in accordance with the Iraqi Rules of the Code of Criminal Procedures Number 23 for the year 1973, I attached the information provided to me by representatives at the Legal Attaché with the case file for which an arrest warrant was issued against the accused/requested for extradition (Omar Abdulsattar Ameen) and the court decided to consider it part of the

evidence in the case and ensure that the witness is brought before the court in order to complete the investigations the proper way to get to the facts.

7- I attach herewith to your Excellency, the information recorded, verbatim, by the representatives of the Legal Attaché who are authorized by the Federal Bureau of Investigation and who provided this information as it is indicated, verbatim, below hoping that you would review.

From the above, I request from your Excellency to attach my given memorandum, submit it with the original extradition file and send it through diplomatic channels, at your direction with appreciation.

Attachments:

- Copy same as the original of the provided statement before the representatives of the Federal Bureau of Investigation

Judge

[Signature]

Duya' Ja'far Laftah

11/14/2019

[Seal of the High Judicial Council, Office of the President of the Council]

[Handwritten]: - The Office: Send to the Entity requesting it in accordance with the rules with execution with appreciation]

[Signature]

11/14/2019

In the name of Allah, the Merciful, the Compassionate



REPUBLIC OF IRAQ

Republic of Iraq

High Judicial Council

Office of the President of the Council

To/His Excellency the President of the High Judicial Council

Warm greetings,

- We attach to your Excellency, the United States Justice Department memorandum / Criminal Division number (L-19-341) dated on 10/28/2019 regarding the extradition file associated with the accused (Omar Abdulsattar Ameen), where the file is overseen by the Judge of the Inquiry Court which specializes in integrity cases, Mr. Duya' Ja'far.
- Kindly, your Excellency's review and your order to refer it to the mentioned Judge in declaration statement, for your directive with appreciation.

[Signature]

Lubna Muhib al-Jalili

11/13/2019

[Seal of the High Judicial Council, Office of the President of the Council]

[Handwritten]

Approved...with appreciation

[Signature]

P. of the Council

11/13/2019

The content of the statement by ▮▮▮▮▮ as recorded by representatives of the Federal Bureau of Investigation.

1. ▮▮▮▮ was born in Iraq and spent some of his childhood in Rawa. As a child, ▮▮▮▮ knew Omar Ameen and would interact socially with him. As an adult ▮▮▮▮ joined the Iraqi military and served from ▮▮ until ▮▮. ▮▮▮▮ fought against the Americans during the United States invasion of Iraq, until the Iraqi Army was disbanded by the United States in 2004. ▮▮▮▮ achieved the rank of Colonel in the Iraqi Army.
2. From ▮▮ until ▮▮, ▮▮▮▮ made a living working with multiple U.S. agencies supporting reconstruction. In ▮▮ ▮▮▮▮ joined a unit of the Iraqi Army called the TMF. ▮▮▮▮ continues to serve as a Colonel in the Iraqi TMF. ▮▮▮▮
3. Omar Ameen was an ISIS commander. Prior to joining ISIS, Omar Ameen was a member of Al-Qaida and fought against Iraqi police and the Americans. Omar Ameen would plant IEDs to attack coalition forces. Omar Ameen would walk the streets of Rawa with a slung AK-47 style rifle. When Omar Ameen was with Al-Qaida, he kidnapped ▮▮▮▮ ABU IANS AL-SHAMI from his home. ▮▮▮▮ believes that Omar Ameen later killed ABU IANS AL-SHAMI.
4. On or about the time Rawa fell to ISIS, ▮▮▮▮ was standing outside ▮▮▮▮ in the late afternoon when he witnessed a three vehicle ISIS convoy pass by. The convoy was made up of three trucks, two tan in color and one white. All of the vehicles had ISIS paraphernalia on them to include ISIS flags. At least one of the tan trucks had a larger crew served weapon mounted on it. Each vehicle had three or more men in it that were armed with rifles and dressed in ISIS style clothes. Omar Ameen was in the passenger seat of the white vehicle, was wearing a black Shmagh and was likely the commander of the convoy ▮▮▮▮ also recognized two others in the vehicle with Omar Ameen: FARHAN RAFIA and MUHAMMAD ABUD. The convoy passed ▮▮▮▮ continued down the street and stopped in the area of Iraqi Police Major IHASSAN ABD AL HALIZ JASIM. ▮▮▮▮ then heard a burst of rifle fire ▮▮▮▮ was concerned that Omar Ameen would be coming back to kill him, so he fled from the area. Through conversations with family members in the area, ▮▮▮▮ learned that Omar Ameen had killed Ihassan with that burst of rifle fire.

In the Name of Allah, the Merciful, the Compassionate

To/His Excellency the president of the High Judicial Council

I would like to explain to your Excellency the following regarding Omar Abdulsattar Ameen's official extradition request:

1. Based on your Excellency's directives, including the continuation of contacts with law enforcement authority at the United States Justice Department, to execute the extradition file of the accused (Omar Abdulsattar Ameen). I was informed by representatives at the Legal Attaché at the American Embassy in Baghdad that the Honorable Judge (Edmund F. Brennan), who is overseeing the extradition file sent by us, inquired about our procedures regarding the availability of additional witnesses who have statements against the accused (Omar Abdulsattar Ameen), the individual we are requesting to extradite.

2. The reason for the inquiry by the Honorable Judge (Edmund F. Brennan) is what was mentioned in the supplement of the extradition file which was already filed on ٠٧/٢١/٢٠١٩, where we indicated that the court is working on recording the statements of additional witnesses, which were referred to and presented by the Iraqi National Security Service's reports, among them ▇▇▇▇▇▇▇▇▇▇ for which his statement is yet to be recorded, since information indicates that he was threatened with death if he testifies before the court.

3. I was informed through the continued contacts with the representatives of the Legal Attaché that the witness above has already appeared before representatives of the Federal Bureau of Investigation and gave a detailed testimony regarding the subject of the incident and his eyewitness account against the person to be extradited (Omar Abdulsattar Ameen).

4. The representatives at the Legal Attaché indicated that the reason for interviewing the witness was for the purpose of investigating the terrorist activities, in general, of (Omar Abdulsattar Ameen) since he is a resident of the United States of America.

5. I requested from representatives at the Legal Attaché to provide me with a copy of the statement. The representatives indicated to me that they don't require a signature when a statement or information is given to them, but they provided me with the information given to them by the witness who appeared before them.

6. I was provided with a copy of the statement given by the witness ▇▇▇▇▇▇▇▇▇▇ by representatives at the Legal Attaché on ١٠/٠٣/٠٢/٢٠١٩ and based on that and because there is no reason to prevent the use of this information in accordance with the Iraqi Rules of the Code of Criminal Procedures Number ٢٣ for the year ١٩٧١, I attached the information provided to me by representatives at the Legal Attaché with the case file for which an arrest warrant was issued against the accused/requested for extradition (Omar Abdulsattar Ameen) and the court decided to consider it part of the

- evidence in the case and ensure that the witness is brought before the court in order to complete the investigations the proper way to get to the facts.
- ᵛ- I attach herewith the information on record, as provided by the representatives of the Legal Attaché and authorized by the Federal Bureau of Investigation who provided this information as it is indicated below, hoping that you would review.

From the above, I request from your Excellency to attach this given memorandum, submit it with the original extradition file and send it through diplomatic channels, at your direction with appreciation.

Attachments:

- Copy same as the original of the provided statement before the representatives of the Federal Bureau of Investigation

Judge

Duya' Ja'far Laftah



The content of the statement by ▓▓▓▓▓▓ as recorded by representatives of the Federal Bureau of Investigation.

> ١. ▓▓▓▓ was born in Iraq and spent some of his childhood in Rawa. As a child, ▓▓▓▓ knew Omar Ameen and would interact socially with him. As an adult ▓▓▓▓ joined the Iraqi military and served from ▓▓ until ▓▓▓▓ fought against the Americans during the United States invasion of Iraq, until the Iraqi Army was disbanded by the United States in ٢٠٠٣. ▓▓▓▓ achieved the rank of Colonel in the Iraqi Army.

[Seal of the High Judicial Council, Office of the President of the Council]

٢. From ▮ f until▮ ▮ made a living working with multiple U.S. agencies supporting reconstruction. In ▮ ▮ joined a unit of the Iraqi Army called the TMF ▮ ▮ continues to serve as a Colonel in the Iraqi TMF. ▮

٣ Omar Ameen was an ISIS commander. Prior to joining ISIS, Omar Ameen was a member of Al-Qaida and fought against Iraqi police and the Americans. Omar Ameen would plant IEDs to attack coalition forces. Omar Ameen would walk the streets of Rawa with a slung AK-٤٧ style rifle. When Omar Ameen was with Al-Qaida, he kidnapped ▮ ▮ ABU IANS AL-SHAMI from his home. ▮ believes that Omar Ameen later killed ABU IANS AL-SHAMI.

٤ On or about the time Rawa fell to ISIS, ▮ was standing outside ▮ in the late afternoon when he witnessed a three vehicle ISIS convoy pass by. The convoy was made up of three trucks, two tan in color and one white. All of the vehicles had ISIS paraphernalia on them to include ISIS flags. At least one of the tan trucks had a larger crew served weapon mounted on it. Each vehicle had three or more men in it that were armed with rifles and dressed in ISIS style clothes. Omar Ameen was in the passenger seat of the white vehicle, was wearing a black Shmagh and was likely the commander of the convoy. ▮ also recognized two others in the vehicle with Omar Ameen: FARHAN RAFIA and MUHAMMAD ABUD. The convoy passed ▮ continued down the street and stopped in the area of Iraqi Police Major IHASSAN ABD AL HALIZ JASIM ▮ then heard a burst of rifle fire. ▮ was concerned that Omar Ameen would be coming back to kill him, so he fled from the area. Through conversations with family members in the area, ▮ learned that Omar Ameen had killed Ihassan with that burst of rifle fire.



[Seal of the High Judicial Council, Office of the President of the Council]

[TN: After reviewing the translation. I audited the translation for item number (7) as well as the paragraph immediately after, on page number (6) of the Arabic version of the file, to represent a more precise and accurate translation of the original document in Arabic. The correction was captured on page 2 of the English version of the document.]