HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorneys for Defendant
OMAR ABDULSATTAR AMEEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No.  2:18-mj-152 EFB<br><br>Hearing Date: December 4, 2019<br>Judge:  Hon. Edmund F. Brennan |

EXHIBIT 125 (Redacted)

**Translation of Ihsan Jasim Cell Phone Text Sent 6/22/2014 1:55pm UTC to TMF1**

Obtained from cell phone extraction of Victim's cellphone, provided to defense investigator by his widow.

| 8 | Sent | 07■■■6335 2 ■■■■ Direction: Outgoing | Time 6/22/2014 1:55:37 PM(UTC+0) | | Sent | عمر عادل عبدالواحد سائق/ محمدعبود: رامي احلاديه والمقرب من ابوأنس جزيره/أحمد بلوعه/منذر صعب/معن نصير وحيد/عامرفلاح شويش/وسام فرحان جلوط |

| 8 | Sent | 078■■56335 *Ja■■ Ba■■ 2 Direction: Outgoing | Time 6/22/2014 1:55:37 PM (UTC+0) | | Sent | Omar Adel Abd El-Wahid driver/ Mohammed Abud: Large machine gun shooter who is close to Abu Anas Jazeera [=*region just outside Rawah*]/ Ahmed Baluah/ Munzir Saab/ Moan Naseer Waheed/ Aamir Falah Shaweesh/ Wisam Farhan Jalut |

Iraq time is 3 hours after UTC time.  1:55:37 PM UTC = 4:55:37 PM Iraq Time

EXHIBIT 125