McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
HEIKO P. COPPOLA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

CHRISTOPHER J. SMITH
Associate Director
REBECCA A. HACISKI
Trial Attorney
Office of International Affairs
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-0000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ | CASE NO. 2:18-MJ-152 EFB<br><br>Date: December 4, 2019<br>Time: 10:00 a.m.<br>Hon. Edmund F. Brennan |

UNITED STATES' STATUS REPORT

1

On December 2, 2019, the United States Department of State transmitted to the United States Department of Justice the anticipated second supplemental information from the Republic of Iraq in support of its request for the extradition of Omar Ameen, under cover of a supplementary declaration from Elise Liadis, Assistant Legal Advisor for the Office of Law Enforcement and Intelligence.

These materials are attached hereto, and include a declaration of Judge Dhiya, who is the Iraqi investigating judge responsible for handling the murder investigation that forms the basis for the extradition request. Judge Dhiya explains that he is incorporating into his investigation an interview by the FBI of Person 1, who witnessed Omar Ameen as part of the ISIS convoy en route to the victim's house on the day of the murder.

In his supplementary declaration on behalf of the U.S. Department of State, Elise Liadis affirms that Iraq's Ministry of Foreign Affairs properly submitted the second supplemental information through the proper diplomatic channels to the U.S. Embassy in Bahgdad, and that the documents were properly certified in accordance with 18 U.S.C. § 3190.

The second supplemental information from Iraq is additional probable cause that Ameen committed the murder with which he is charged. Because the second supplemental information has now been certified in accordance with 18 U.S.C. § 3190, it must be admitted at the continued extradition hearing and considered as part of the Court's probable cause assessment.

Dated: December 2, 2019

McGREGOR W. SCOTT
United States Attorney

By: */s/ Audrey B. Hemesath*
AUDREY B. HEMESATH
HEIKO P. COPPOLA
Assistant United States Attorneys

CHRISTOPHER J. SMITH
Associate Director
REBECCA A. HACISKI
Trial Attorney
Office of International Affairs