HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
OMAR AMEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No.  2:18-mj-152 EFB<br><br>**UPDATED** EXHIBIT LIST FOR DAY 2 OF EXTRADITION HEARING<br><br>Judge: Hon. Edmund F. Brennan<br>Hearing Date: December 4, 2019 |

| EXHIBIT NO. | DESCRIPTION | ATTACHMENTS | ADMITTED/EXCLUDED |
|---|---|---|---|
| 1 | Google Maps – Mersin to Rawah | | PREVIOUSLY ADMITTED |
| 1-A | Google Maps – Direct Distance Mersin to Rawah | | |
| 2 | Declaration of Aous Mounir Saood | | PREVIOUSLY ADMITTED |
| 3 | Declaration of Abdelsalem Altaab | | PREVIOUSLY ADMITTED |
| 4 | Declaration of Omar Hamid | | PREVIOUSLY ADMITTED |
| 5 | Mersin Police Report and Court Minutes | | PREVIOUSLY ADMITTED |
| 6 | Declaration of Ahmed Azzam | | PREVIOUSLY ADMITTED |
| 7 | Declaration of Iyad Mounir | | PREVIOUSLY ADMITTED |
| 8 | Declaration of B.I. | | PREVIOUSLY ADMITTED |

| EXHIBIT NO. | DESCRIPTION | ATTACHMENTS | ADMITTED/EXCLUDED |
|---|---|---|---|
| 9 | Declaration of Hudhayfah Al-Rawi | | PREVIOUSLY ADMITTED |
| 10 | Certification by Julie Denny Regarding Evidence | | PREVIOUSLY ADMITTED |
| 11 | Declaration of Zaid Hydari | | PREVIOUSLY ADMITTED WITH ALL ATTACHMENTS |
| 11-A | | CV | |
| 11-B | | Omar Ameen Passport | |
| 11-C | | Turkcell Contract | |
| 11-D | | Mersin Immigration Office Documents with Apostille | |
| 11-E | | Mersin Immigration Office Documents with Translation | |
| 11-F | | ICMC Documents | |
| 11-G | | UNHCR Turkey Application Page from Disclosure | |
| 11-H | | Turkey UNHCR Certificate in FBI Evidence | |
| 11-I | | Omar Ameen Kimlik (Turkish Residency Card) | |
| 11-J | | Turkish Social Security Document | |
| 11-K | | Turkish Bank Document | |
| 11-L | | IOM Documents | |
| 11-M | | U.S. State Department Records | |
| 11-N | | USCIS Eligibility Letter | |

2

**Updated** Exhibit List

| EXHIBIT NO. | DESCRIPTION | ATTACHMENTS | ADMITTED/EXCLUDED |
|---|---|---|---|
| 11-O | | ICMC Cultural Orientation Certificate in FBI Evidence (RB cert.) | |
| 11-P | | USCCB Documents | |
| 11-Q | | UNHCR Syria Documents | |
| 11-R | | Khansaa Sabri Original Passport | |
| 11-S | | Khansaa Sabri Turkish Visa From A-File in Disclosure | |
| 11-T | | Mersin Immigration Office Sign-In Sheets for Mr. Ameen; Declaration of Chris Chang | |
| 11.1 | Declaration of Linda Humble re: Tallal Al-Gaburi | | PREVIOUSLY ADMITTED |
| 12 | Declaration of Mahdi Saleh Othman | | PREVIOUSLY ADMITTED |
| 13 | Declaration of Yacer Ede | | PREVIOUSLY ADMITTED |
| 14 | Declaration of Natiq Abduljaleel | | PREVIOUSLY ADMITTED |
| 15 | Declaration of Waleed Abduljaleel | | PREVIOUSLY ADMITTED |
| 16 | Declaration of Majud Hussein | | PREVIOUSLY ADMITTED |
| 17 | Declaration of Aymen Muneer Saud | | PREVIOUSLY ADMITTED |
| 17.1 | Declaration of Linda Humble re: Osama Aarif Abdualrazaq | | PREVIOUSLY ADMITTED |
| 18 | Declaration of Linda Humble re: Musab Basil | | PREVIOUSLY EXCLUDED |

3

**Updated** Exhibit List

| EXHIBIT NO. | DESCRIPTION | ATTACHMENTS | ADMITTED/EXCLUDED |
|---|---|---|---|
| 19 | Declaration of Linda Humble re: Neder Abdulhameed | | PREVIOUSLY EXCLUDED |
| 19.1 | Supplemental Declaration of Omar Hamid | | PREVIOUSLY EXCLUDED IN PART |
| 19.2 | Declaration of Linda Humble re: Uday Salih | | PREVIOUSLY EXCLUDED |
| 20 | Excerpts from Facebook Return on Search Warrant | | PREVIOUSLY ADMITTED |
| **21** | **Facebook Postings from Period of the Offense** | | |
| 22 | Iraq Government Document re: Shutdown of Facebook | | ADMITTED |
| 23 | Turkey IP Addresses | | ADMITTED |
| 24 | Original Twitter Post from Disclosure | | ADMITTED |
| 25 | Twitter Return on Defense Subpoena | | ADMITTED |
| 26 | Iraq IP Address | | ADMITTED |
| 27 | Facebook Return on Defense Subpoena for Flag.Sunna Account | | ADMITTED |
| 28 | Certification of No Criminal History in Turkey with Apostille | | EXCLUDED |
| 29 | Declaration of Radhya Hamed | | EXCLUDED IN PART/ADMITTED IN PART |
| 30 | U.S. Tax Documents | | EXCLUDED |
| 31 | American River College Transcript | | EXCLUDED |
| 32 | Correspondence with Congressperson Ami Bera | | EXCLUDED |
| 33 | Declaration of Rifaat Ammar | | EXCLUDED |
| 33.1 | Declaration of Tala Najem | | EXCLUDED |

4

**Updated** Exhibit List

| EXHIBIT NO. | DESCRIPTION | ATTACHMENTS | ADMITTED/EXCLUDED |
|---|---|---|---|
| 34 | Handwritten Declaration of Witness A with translation | | ADMITTED |
| 35 | Handwritten Declaration of Witness B with translation | | ADMITTED |
| 36 | Declaration of Linda Humble re: Interview of Witness A | | ADMITTED |
| 37 | Declaration of Linda Humble re: Interview of Witness C | | EXCLUDED |
| 38 | October 23, 2017, FBI Statement by Person 5 | | EXCLUDED IN PART |
| 39 | Declaration of Quetaiba Al-Rawi | | EXCLUDED IN PART |
| 40 | Declaration of Linda Humble re: Witness YA | | ADMITTED |
| 41 | Declaration of Taher abu Alshar | | ADMITTED |
| 41.1 | Photographs of Omar Ameen | | EXCLUDED IN PART |
| 42 | September 21, 2017, Person 5's Purported Handwritten Statement *(GOVT REQUESTS SEALING OF ARABIC STATEMENT – ENGLISH FILED IN ECF 11/20/19)* | | EXCLUDED IN PART |
| 42.1 A, B, C | Three Purported Signatures of Person 5 in Extradition Packet *(GOVT REQUESTS SEALING)* | | ADMITTED |
| 43 | September 21, 2017, Witness A's Purported Handwritten Statement *(GOVT REQUESTS SEALING OF ARABIC STATEMENT – ENGLISH FILED IN ECF 11/20/19)* | | ADMITTED |

5

**Updated** Exhibit List

| EXHIBIT NO. | DESCRIPTION | ATTACHMENTS | ADMITTED/EXCLUDED |
|---|---|---|---|
| 43.1 | Signatures of Witness A in Extradition Packet *(GOVT REQUESTS SEALING)* | | ADMITTED |
| 44 | May 24, 2018, FBI 302 Re: Person 5's October 23, 2017 Statement | | EXCLUDED IN PART |
| 45 | Declaration of Belkis Wille | | EXCLUDED IN PART WITH ATTACHMENTS |
| 45-A | | CV | |
| 45-B | | U.S. State Department Iraq 2018 Human Rights Report | |
| 45-C | | Amnesty International Report 2017/18 Iraq | |
| 45-D | | UN Assistance Mission for Iraq (UNAMI) Report on Human Rights in Iraq Jan. to June 2017 | |
| 46 | Supplemental Declaration of Natiq Abduljaleel | | EXCLUDED IN PART |
| 47 | October 23, 2017, FBI 302 on Person 7 | | EXCLUDED IN PART |
| 48 | Declaration of Aymenn Al-Tamimi | | ADMITTED WITH ATTACHMENTS |
| 48-A | | CV | |
| 48-B | | Perspectives on Terrorism Article | |
| 48-C | | CTC Sentinel Article | |
| **49** | **Additional Pages Containing IP Information from Facebook Search Warrant Return**[1] | | |
| 50 | Ahmed Barakat Translator's Declaration | | ADMITTED |

---

[1] Exhibits that were provided on November 18, 2019 or after are bolded on this list. This exhibit consists of additional pages from Facebook's return on the Government's search warrant from Fall 2018.

**Updated** Exhibit List

| EXHIBIT NO. | DESCRIPTION | ATTACHMENTS | ADMITTED/EXCLUDED |
|---|---|---|---|
| 51 | Zakaria Zakaria Translator's Declaration | | ADMITTED |
| 52 | Declaration of Alaa Adnan Alrawi (with Certified English Translation) | | ADMITTED AS ALIBI EVIDENCE (Doc. 171, pp. 92-93) |
| 53 | Declaration of Ayad Zaidan Saadallah (with Certified English Translation) | | ADMITTED AS ALIBI EVIDENCE |
| 54 | Declaration of Ghassan Hameed Salman (with Certified English Translation) | | ADMITTED AS ALIBI EVIDENCE |
| 55 | Declaration of Mortafea Ahmed (with Certified English Translation) | | ADMITTED AS ALIBI EVIDENCE |
| 56 | Declaration of Nagya Sakin (with Certified English Translation) | | ADMITTED AS ALIBI EVIDENCE |
| 57 | Declaration of Nasser Mohamed Yahya (with Certified English Translation) | | ADMITTED AS ALIBI EVIDENCE |
| 58 | Declaration of Omar Salih Rasheed (with Certified English Translation) | | EXCLUDED IN COURT (Doc. 170, p. 93) |
| 59 | Declaration of Qasim Sadiq Abd El-Lateef (with Certified English Translation) | | ADMITTED AS ALIBI EVIDENCE |
| 60 | Declaration of Sabah Ammar Qaddo (with Certified English Translation) | | ADMITTED AS ALIBI EVIDENCE |
| 61 | Declaration of Yasir Ahmed Abdulrazzaq (with Certified English Translation) | | ADMITTED AS ALIBI EVIDENCE |
| 62 | Declaration of Zayed Tarek Sadallah (with Certified English Translation) | | EXCLUDED IN COURT (New declaration at Exh. 85, below.) |
| 63 | Declaration of Linda Humble Re: Fayiq Waheed | | ADMITTED |
| 64 | Declaration of Layth Madab | | ADMITTED |
| 65 | Official Iraqi Power of Attorney for Layth Madab | | ADMITTED |

7

**Updated** Exhibit List

| EXHIBIT NO. | DESCRIPTION | ATTACHMENTS | ADMITTED/EXCLUDED |
|---|---|---|---|
| 66 | Photograph of Layth Madab with Witness B | | ADMITTED |
| 67 | Identification Documents of Witnesses A & B Provided to Layth Madab (REDACTED) | | ADMITTED |
| 68 | Identification Document of Witness C Provided to Layth Madab (REDACTED) | | ADMITTED |
| 69 | Identification Document of Person 5 Provided to Layth Madab (REDACTED) | | ADMITTED |
| 70 | Request By Witness B to Withdraw Complaint (REDACTED) (with Certified English Translation) | | ADMITTED |
| 71 | Witness B – First Signed Draft by Al-Anbar Court (REDACTED) (with Certified English Translation) | | ADMITTED |
| 72 | Witness A – First Signed Draft by Al-Anbar Court (REDACTED) (with Certified English Translation) | | ADMITTED |
| 73 | Witness B – Notarized and Filed Statement by Al-Anbar Court (REDACTED) (with Certified English Translation) | | ADMITTED |
| 74 | Witness A – Notarized and Filed Statement by Al-Anbar Court (REDACTED) (with Certified English Translation) | | ADMITTED |
| 75 | Witness A – Additional Statement (REDACTED) (with Certified English Translation) | | ADMITTED |
| 76 | Witness B – Additional Statement (REDACTED) (with Certified English Translation) | | ADMITTED |
| 77 | Signature and Fingerprint Exemplars by Witness A (REDACTED) (with Certified English Translation) | | ADMITTED |
| 78 | Examples of Consistent Signatures by Judge Jafaar from Extradition Packet (REDACTED) | | |

**Updated** Exhibit List

| EXHIBIT NO. | DESCRIPTION | ATTACHMENTS | ADMITTED/EXCLUDED |
|---|---|---|---|
| 79 | Declaration of Layth Madab | | |
| 80 | Collated & Bates Numbered Arabic/English Extradition Packet (SEALED BY COURT ORDER – DOC. 214) | | |
| 81 | UNHCR Documents | | |
| 82 | Declaration of Rachelle Barbour re: Facebook Subpoena | | |
| 83 | Declaration of Rachelle Barbour re: FBI 302- Exhibit 38 | | |
| 84 | Declaration of Samar Qasim, Widow of the Victim (with Certified English Translation) | | |
| 85 | Declaration of Zayed Tarek Sadallah (with Certified English Translation) | | |
| 86 | Letter from Defense Intelligence Agency | | |
| 87 | Verified Signatures from Person 5 *(GOVT REQUESTS SEALING)* | | |
| 88 | Additional Signatures from Witness A *(GOVT REQUESTS SEALING)* | | |
| 89 | Declaration of Gamal Abdel-Hafiz Re: Interviews of Witnesses A and B | | |
| 90 | Transcript of Interview of Person 5 (REDACTED) | | |
| 91 | Identification Card of Person 5 Provided to Interviewer *(GOVT REQUESTS SEALING, DEFENSE DOES NOT OPPOSE)* | | |
| 92 | Transcript of Interview of TMF1 | | |
| 93 | Facebook Messenger Messages from Person 5 (REDACTED) | | |
| 94 | WhatsApp Messages from Person 5 (REDACTED) | | |
| 95 | Facebook Postings from TMF1 (REDACTED) | | |

**Updated** Exhibit List

| EXHIBIT NO. | DESCRIPTION | ATTACHMENTS | ADMITTED/EXCLUDED |
|---|---|---|---|
| **96** | **Facebook Postings by Person 5 (REDACTED)[2]** | | |
| **97** | **Two 2015 Facebook Pictures Used by TMF1[3]** | | |
| **98** | **Facebook Connections Between Person 5, TMF1, and Others Connected to the Case (REDACTED)[4]** | | |
| 99 | Facebook Post by Person 5 on Omar Ameen (REDACTED) | | |
| 100 | Bulletin on Omar Ameen Provided to Defense by TMF1 | | |
| 101 | California DMV Photograph of Omar Ameen | | |
| 102 | Court Document Regarding Release of Other Arrestee for Jasim's Murder | | |
| 103 | Documents Re: Ahmed Badr, Member of PMF | | |
| 104 | Additional Photographs of Omar Ameen Texted to Defense By TMF1 | | |
| 105 | US Refugee Program Photograph from Omar Ameen's Confidential Refugee Application Provided by USA to Iraqi Intelligence Service (INSS) | | |
| 106 | Word-for-Word Page-for-Page Translation of Witness A Extradition Packet Statement *(GOVT REQUESTS SEALING, DEFENSE DOES NOT OPPOSE)* | | |
| 107 | Word-for-Word Page-for-Page Translation of Witness B Extradition Packet Statement *(GOVT REQUESTS SEALING, DEFENSE DOES NOT OPPOSE)* | | |

---

[2] This Exhibit was filed November 18, 2019. The Defense monitored Person 5's Facebook page through that day. The postings have been redacted and translated.

[3] This Exhibit was filed November 18, 2019. It was created using Facebook information that the Government has possessed since 2018.

[4] This Exhibit was filed November 18, 2019. It contains public information that needed to be redacted with help from an Arabic interpreter prior to filing.

10

**Updated** Exhibit List

| EXHIBIT NO. | DESCRIPTION | ATTACHMENTS | ADMITTED/EXCLUDED |
|---|---|---|---|
| 108 | Word-for-Word Page-for-Page Translation of Person 5 Extradition Packet Statement *(GOVT REQUESTS SEALING, DEFENSE DOES NOT OPPOSE)* | | |
| 109 | Affidavit of FBI SA J.P. Butsch | | |
| 110 | Affidavit of FBI SA Phillip Coonfield | | |
| 111 | Affidavit of FBI SA Emerson Lopez-Fuentes | | |
| 112 | Search Warrant Affidavit for Mr. Ameen's Home and Vehicle *(GOVT REQUESTS SEALING, DEFENSE DOES NOT OPPOSE)* | | |
| 113 | WhatsApp Communications with TMF1 (REDACTED) | | |
| 114 | Government Letter Regarding Witness OH (REDACTED) | | |
| 115 | October 18, 2019 WhatsApp Text Messages from Person 5 Soliciting Money (REDACTED) | | |
| **116[5]** | **Documentation of Handwriting Added to Iraqi Court Documents** | | |
| **117** | **November 8, 2019, Statements by Russell Travers, Acting Director of National Counterterrorism Center** | | |
| **118** | **August 21, 2018 FBI 302 of Interview of Ahmed Amar** | | |
| **119** | **July 15, 2016 FBI 302 of Interview of Musab Alrawi** | | |
| **120** | **August 2, 2016 FBI 302 of Interview of Nader Farhan Al-Rawi** | | |
| **121** | **August 22, 2018 FBI 302 of Interview of Yusra Abbas** | | |

---

[5]   Exhibits 116 through 122 were filed November 18, 2019. Exhibit 116 is simply a close-up on the handwriting added to the witness statements in the Extradition Request. Exhibit 117 contains statements made after the November 4, 2019 filing deadline. Exhibits 118 through 121 are FBI 302s that the Government agreed could be filed in ECF (Doc. 221). Exhibit 122 is simply a larger, easier-to-see version of a photograph previously contained in Exhibit 41.1. Exhibit 123 was received on November 20, 2019, and filed the same day.

11

**Updated** Exhibit List

| EXHIBIT NO. | DESCRIPTION | ATTACHMENTS | ADMITTED/EXCLUDED |
|---|---|---|---|
| 122 | **March 23, 2014 Photograph of Omar Ameen and Family in Mersin, Turkey** | | |
| 123 | **Declaration of Professor Haider Ala Hamoudi** | | |
| | **Attachment 1** | **CV** | |
| | **Attachment 2** | **UNAMI Report on Iraqi Courts** | |
| 124 | **Examiner Report of Questioned Documents Examiner Sean Espley[6] (*GOVT REQUESTS SEALING*)** | | |
| | **Attachment 1** | **Signature Chart Person 5** | |
| | **Attachment 2** | **Signature Chart Witness A** | |
| | **Attachment 3** | **ASTM Standard** | |
| | **Attachment 4** | **CV** | |
| 125 | **June 22, 2014 Text from Victim to TMF1 (REDACTED)** | | |
| 126 | **September 2017, English Translation of Purported Person 1 Statement Provided by TMF1 to FBI[7] (REDACTED)** | | |
| 127 | **Unredacted FBI 302 from January 23, 2018 of Person 1 (in the possession of the Government)[8]** | | |

---

[6]    Exhibit 124 was received on November 22, 2019, and filed the same day.  It has been provided in camera pending the Government's sealing arguments.  The Defense intends to have the expert correct a typo pointed out by the Government, and will provided the corrected copy to the Court and Government.  Exhibit 125 was obtained on December 2, 2019, and filed the same day.

[7]    The Defense provides this prior statement attributed to Person 1 (Exhibit 126) to the Court in light of the Second Supplemental Information filed yesterday.

[8]    Exhibit 127 is a placeholder for the Unredacted FBI 302 from January 23, 2018, of an interview of Person 1, which the Defense asks the Court to order the Government to file under seal or to provide the Defense a copy to file under seal.  The Defense has seen this document today (December 3, 2019) at the Government's office.  The Defense has not been allowed to have a copy of this document.  It has requested that the Government find a way to file it with the Court so that the Court can review it.  It is essential for this Court to view the entire unredacted document in connection with the Government's filing, the second supplemental information.

**Updated** Exhibit List

| EXHIBIT NO. | DESCRIPTION | ATTACHMENTS | ADMITTED/EXCLUDED |
|---|---|---|---|
| 128 | Unredacted FBI 302 from October 23, 2017 of Person 5 (in the possession of the Government – Defense has never seen)[9] | | |

The defense still has outstanding requests for documents and anticipates additional investigation. The defense is cognizant of this Court's Order that further exhibits for the December 4, 2019 hearing will only be accepted with "good cause." The defense has provided all of the exhibits that it currently possesses.

The defense will continue to supplement this Exhibit List with any additional documents and provide those new exhibits to Court and counsel as soon as they become available.

DATED: December 3, 2019                    Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Defender

                                           */s/ Benjamin D. Galloway*
                                           BENJAMIN D. GALLOWAY
                                           Chief Assistant Federal Defender

                                           */s/ Rachelle Barbour*
                                           RACHELLE BARBOUR
                                           Assistant Federal Defender
                                           Attorneys for OMAR AMEEN

---

[9] Exhibit 128 is a placeholder for the Unredacted FBI 302 from October 23, 2017, of an interview of Person 5, which the Defense requests that the Court order the Government to file under seal and in camera. The Defense has not seen an unredacted version of this document. However, the Defense has seen a less-redacted version at the Government's office than what the Defense has filed as Exhibit 38. It is critical for the Court to be able to see the entire unredacted document in connection with evaluating Person 5's reliability and the competency of probable cause.

13

**Updated** Exhibit List