Witness Statement

I am the witness ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ do testify on the victim's case of (Ihsan Abdulhafidh Jasim), I saw the incident and those who killed the victim were the following terrorists: The terrorist ('Omar Abdulsattar Ameen), the terrorist (Farhan Rafiq 'Itaywi Ahmad 'Izzah), the terrorist (Muntasir Shihab Ahmad Al-Badir), the terrorist (Muhammad 'Aboud – Nicknamed "Al-Suri") the terrorist (Ziyad Talib Jarbou'), the terrorist (Salam Adeeb Sa'eed Nazhan), the terrorist (Ameen Bilal Abdulsattar Ameen), the terrorist (Qutaybah Abdulsattar Ameen), the terrorist (Suhayb Abdulsattar Ameen) and the terrorist (Ayman Abdulsattar Ameen), noting that those terrorists used to conduct terrorist operations against the United States Forces and used to plant IED's and car bombs.

This is my statement and I acknowledge it.

[Signature & Thumbprint]                                  [Signature]
Witness                                                    Investigator
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                          ▮▮▮▮
21 September, 2017                                         ▮▮▮▮▮▮▮▮▮▮
                                                           21 September, 2017

EXHIBIT 126