**Exhibit 130:  Videos and Photographs of ISIS Convoy**

Exhibit 130 (consisting of two videos of the ISIS convoy is Rawah) is being provided to the Court on DVD pursuant to District Court of the Eastern District of California Local Rule 138(l), governing the submission of video files.

Video 1, Al Aan TV, posted on June 22, 2014, 7:01 GMT (aired 10:00 a.m. in Iraq) (34 seconds long).

https://www.youtube.com/watch?v=mCBxWapJ4_Y&list=PLATNnK972kwvygiwKI2vfw2WO0w6-Hxs0

Caption:  Daesh takes control of new villages in west Iraq after it tightens its grip on al-Qaim

Welcome viewers we have the latest news from Iraq, the organization Daesh took control of additional villages in Anbar Province, western Iraq. After tightening its control of al-Qaim on the border of Syria, it established its organization in the two towns, Rawah and Ana. Iraqi military representatives stated that the Iraqi army sent 2,000 fighters to protect one of the dams near the two towns.

Video 2, Al Aan TV, posted on June 22, 2014, 17:56 GMT (aired 8:56 p.m. in Iraq) (31 seconds long).

https://www.youtube.com/watch?v=pr9dUcHtlAM&list=PLATNnK972kwvygiwKI2vfw2WO0w6-Hxs0&index=3&t=0s

Caption:  Daesh militants kill 21 notable civilians in western Iraq

Armed men in the group Daesh executed 21 notable civilians from the two villages Rawah and Ana, according to medical and security sources. The sources clarified that these assassinations were by bullets/gunfire in the streets. The sources confirmed that these assassinations occurred after the withdrawal of government troops from cities in western Iraq. The withdrawal was said to have taken place for 'tactical' reasons.



EXHIBIT 130