1　HEATHER E. WILLIAMS, State Bar #122664
　　Federal Defender
2　BENJAMIN D. GALLOWAY, #214897
　　Chief Assistant Federal Defender
3　RACHELLE BARBOUR, #185395
　　Assistant Federal Defender
4　OFFICE OF THE FEDERAL DEFENDER
　　801 I Street, 3rd Floor
5　Sacramento, CA  95814
　　Tel: 916-498-5700/Fax 916-498-5710
6　rachelle.barbour@fd.org

7　Attorneys for Defendant
　　OMAR ABDULSATTAR AMEEN
8

9　　　　　　　　UNITED STATES DISTRICT COURT

10　　　　　　　EASTERN DISTRICT OF CALIFORNIA

11

12　　　　　　　　　　　　　　　　　Case No.  2:18-mj-152 EFB
　　IN THE MATTER OF THE
13　EXTRADITION OF OMAR
　　ABDULSATTAR AMEEN TO THE　　Judge:  Hon. Edmund F. Brennan
14　REPUBLIC OF IRAQ,

15　——————————————————/

16

17

18

19

20

21　　　　MEMORANDUM REBUTTING FACTUAL ASSERTIONS
　　　　　　　IN GOVERNMENT'S FILING (DOC. 261)

22

23

24

25

26

27

28

TABLE OF CONTENTS

I.   THE FACEBOOK COMMENTS THAT THE GOVERNMENT CITES ARE DRAMATICALLY TAKEN OUT OF CONTEXT AND SHOW THAT OMAR IS NOT A TERRORIST OR A SYMPATHIZER ........................................................................... 3

   A.  LATE AUGUST 2014 COMMENTS WERE IN RESPONSE TO MASSACRES OF SUNNIS ........................................................................................................................ 5

   B.  THE AUGUST 14, 2014 COMMENT WAS ON A PARODY ACCOUNT IN THE NAME OF IRAQI PRIME MINISTER NOURI MALIKI WHO STEPPED DOWN THAT VERY DAY ...................................................................................................... 13

   C.  SUMMER 2013 COMMENTS WERE IN RESPONSE TO VIOLENT WORLD EVENTS, INCLUDING THE MILITARY COUP IN EGYPT, THE MASSACRE OF PROTESTERS IN RABAA SQUARE BY EGYPTIAN SECURITY FORCES, AND THE FIGHTING IN GAZA ........................................................................................... 14

II.   THE GOVERNMENT SPINS THE FBI INTERVIEW TO ITS OWN PURPOSES, WHILE ENSURING THAT THE DEFENSE CANNOT PROVIDE IT TO THE PRESS OR PUBLIC TO SET THE MATTER STRAIGHT .......................................................... 18

III.   OUT OF OVER 25,000 IMAGES ON 1 OUT OF 16 DEVICES, THE GOVERNMENT FOUND THREE CACHED TEMP IMAGES THAT IT CLAIMED ARE CONNECTED TO ISIS ....................................................................................................... 25

IV.   THE SWITCH PICTURES RELATE TO OMAR'S BROTHER'S ELECTRONICS SUPPLY STORE, NOTHING MORE ........................................................................... 27

V.   THE GOVERNMENT'S SLEIGHT OF HAND – IN AN ATTEMPT TO CONNECT OMAR TO TERRORISM – FAILS ............................................................................... 28

VI.   THE WEB HISTORY IN THE GOVERNMENT'S BRIEF ARE THE RESULT OF ONE SEARCH BY AN UNKNOWN PERSON, SANDWICHED BETWEEN SEARCHES FOR CHIPMUNK VERSIONS OF SONGS, SOCCER CHANTS, AND NAKED WOMEN ........... 30

VII.   OMAR'S POST ON THE RAWAH BRIDGE BOMBING – COMMITTED BY ISIS IN EARLY 2014 – DEFINITIVELY SHOWS THAT HE WAS NOT INVOLVED IN, MUCH LESS THE ANBAR COMMANDER OF ISIS .......................................................... 33

VIII.   CONCLUSION ......................................................................................... 37

HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorneys for Defendant
OMAR ABDULSATTAR AMEEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| | Case No.  2:18-mj-152 EFB |
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | MEMORANDUM REBUTTING FACTUAL ASSERTIONS IN GOVERNMENT'S FILING (DOC. 261) |
| _____/ | Judge:  Hon. Edmund F. Brennan |

On February 12, 2020, the Government filed a nearly 60-page brief.  Half of that brief reiterated the same legal arguments the Government has previously raised repeatedly, in an attempt to have this Court exclude Omar Ameen's alibi evidence and refrain from considering the substantial holes in the Government's case.  The other half of the brief goes back to where this case started: the Government's Extradition Memorandum filed on August 15, 2018.

On the day of Mr. Ameen's arrest, the Government filed approximately 30 pages of allegations against him, ostensibly to support detention.  Those 30 pages were replete with assertions that the Government has failed to provide one exhibit to support.  In fact, for most of these allegations, requests for documentation by the Defense were greeted with the Government's standard refrain: that these allegations were "outside the extradition case" because they were "outside the Iraqi extradition request."  (Docs. 120, 152, 153, 173.)

The Defense strongly objects to the Court's consideration of any allegations for which the Government has not provided evidentiary support.  This is especially true for allegations

1

where the Government has steadfastly refused to provide documents to the Defense.  The Government's brief notes where it has provided items to the Defense.  (See Doc. 261, p. 17, fn. 13 (Facebook search warrant returns); p. 27 fn. 19 (devices).)  However, the Government has never provided (1) any document relating to the "historic arrest warrants" it repeatedly refers to; (2) any document relating to the arrest of any member of the Ameen family; (3) the letter clipped at page Document 261, page 40, ostensibly from the Iraqi National Operations Center; (4) social media consulted during its investigation of Omar, including other pages that he commented on and that commented on him; and (5) phone, email, and text records obtained on Omar and his family.  The Defense has repeatedly requested this information, including in its Motion to Compel at Document 116.  Evidence that complies with due process should be submitted to the Court, and the Defense objects to consideration of U.S. Government arguments without supporting evidence.

Despite the Government's attempt to inject a dozen pages of new factual allegations into the extradition case, the Government fails to advance even one documented fact to support the murder allegation at the center of this case.  However, the filing makes clear that the Government has suddenly gotten over its post-August 15, 2018, allergy to facts outside the extradition packet.[1]  Moreover, it still has failed to provide the Court or counsel with a single exhibit or document supporting any of these facts.

The Government's failure to attach any exhibits supporting its claims becomes completely understandable when each of these allegations is investigated.  The Defense has spent the last two weeks tracking down the source of each allegation from the Government's brief at Document 261.  Each one falls apart.  Because these allegations are so inflammatory – and so out of context – the Defense must file this memorandum to correct the record.  As noted before,

---

[1]     Accordingly, the Defense reiterates its repeated requests, both informal and formal (Docs. 111, 116, 123) for all documents supporting any of the Government's allegations in its filings, including the assertions that it raises as "rebuttal" arguments in Document 261.

1  investigation continues, and the Defense anticipates filing additional defense evidence, including

2  the Turkcell records when they are received.[2]

### I. THE FACEBOOK COMMENTS THAT THE GOVERNMENT CITES ARE DRAMATICALLY TAKEN OUT OF CONTEXT AND SHOW THAT OMAR IS NOT A TERRORIST OR A SYMPATHIZER

The Government goes to great lengths to pull various, scattered Facebook comments by Omar out of context.  In doing so, it selectively quotes them to make it seem like Omar routinely insulted Shiite "users."  This is facilitated by the Government's lead in to almost every quote, which inserts assertions not present in the comment itself.  All of this is supposedly to prove that Omar was ISIS.

In its January 29, 2020 brief and exhibits, the Defense provided the full context of statements by Omar and others that definitively prove that he was not ISIS.  These include: "liking" an anti-ISIS YouTube video by the "Jon Stewart of Iraq" Ahmed Al-Basheer, and posts and comments publicly supporting America and the West.  The point was not that Omar was a non-political person.  Of course, he has viewpoints, especially about continuing atrocities and corruption in his home country and elsewhere in the Middle East.  But the point of the posts cited by the Defense was that no ISIS sympathizer or commander would ever have made them.  Like so much else in Omar's life (including his continuous presence in Turkey from April 1, 2012 to November 4, 2014), these posts and comments prove that he is not the ISIS commander that is claimed in the extradition packet.  This is further supported by the fact that Omar was vilified in several private messages for his pro-Western sympathies.

Note that the Government cannot and does not point to a single post in support of ISIS, Al-Qaeda, or terrorism.  There are no such posts anywhere in Omar's social media.  Moreover,

---

[2]      The factual record on extradition stays open even through habeas challenge and appeal. Sandhu v. Burke, 2000 U.S. Dist. LEXIS 3584 (S.D.N.Y. Feb. 7, 2000)(case spanned 12 years and remanded where new evidence may negate probable cause); Extradition of D'Amico, 185 F.Supp. 925, 927 (S.D.N.Y. 1960)(remanding to reopen hearing to allow consideration of new evidence from defendant and requesting government); Na-Yuet v. Hueston, 690 F.Supp. 1008 (S.D. Fla. 1998)(providing a rehearing when petitioner proffers new evidence); Mirchandani v. United States, 836 F.2d 1223, 1226 (9th Cir. 1988)(new evidence considered in remanded habeas corpus challenge).

3

there are no anti-American posts.  Rather, the Government points to political comments on news pages and posts, and divorces them from context, all in an attempt to argue that any criticism of a Shia politician or religious leader must be evidence that the proponent is an ISIS-member.  This is all extremely ironic coming a month after the United States bombed two prominent Shia military leaders in Iraq, calling them terrorists and blaming them for hundreds of American and coalition deaths.  Statement by the Department of Defense (Jan. 2, 2020) available at https://www.defense.gov/Newsroom/Releases/Release/Article/2049534/statement-by-the-department-of-defense/; New York Times, "Qassim Suleimani, Master of Iran's Intrigue, Built a Shiite Axis of Power in Mideast" (Jan. 3, 2020) available at https://www.nytimes.com/2020/01/03/obituaries/qassem-soleimani-dead.html; Washington Post, "Why the Administration Claims that Soleimani Killed Hundreds of Americans" (Jan. 3, 2020) available at https://www.washingtonpost.com/politics/2020/01/08/why-administration-claims-that-soleimani-killed-hundreds-americans/

      The Defense has looked at every single comment cited by the Government.  Not a single one was a direct message to another Facebook user.[3]  Rather, these were comments on posts in response to huge atrocities happening in Iraq, Egypt, and elsewhere.  The sentiments behind these comments – horror at the loss of life and the turmoil in the Middle East – are common, understandable, and have nothing to do with ISIS.

---

[3]     The Defense hopes that the reason the Facebook comments were taken out of context is that the Government did not have the posts to which Mr. Ameen was responding, not that the Government intentionally failed to provide the Court with that context.  The Facebook search warrant return does not reveal the content on which Mr. Ameen commented, but the Government was clearly monitoring his public Facebook accounts well prior to the search warrant and would have been able to preserve those observations as well, which would include the content and posts by other people and groups that Mr. Ameen interacted with.  The Government has previously revealed that it was monitoring at least one Rawah-focused Facebook group that discussed Mr. Ameen, although it has refused to provide the Defense with that information.  The Defense has access to Mr. Ameen's account, but if the original poster took down their post or rendered it private, it is no longer available from within the account.  Accordingly, where possible, the Defense includes the original post, but where that post is no longer available, the Defense notes other posts in the same time period that enable a determination of the social and political context for the comments.

## A. LATE AUGUST 2014 COMMENTS WERE IN RESPONSE TO MASSACRES OF SUNNIS

The Defense warns the Court that this memorandum and the attached Exhibit 153 contains images of violence that may be unsettling. These images and descriptions certainly had a very distressing effect on Omar Ameen in August 2014, spurring him to register his anguish and anger via Facebook.

As detailed below, many of Omar's Facebook comments in August 2014, were motivated by a horrendous massacre near Baghdad, where over 70 Sunni worshipers were killed by Shiite militias tied to the Iraqi Government. CNN.com, "Iraq mosque massacre: 65 dead" (Aug. 24, 2014) available at https://www.cnn.com/2014/08/22/world/meast/iraq-violence/index.html; BBC News, "Iraq conflict: Diyala Sunni mosque attack kills dozens" (Aug. 22, 2014) available at https://www.bbc.com/news/world-middle-east-28900340; L.A. Times, "Shiite militiamen in Iraq kill scores of Sunni worshipers at mosque" (Aug. 22, 2014) available at https://www.latimes.com/world/middleeast/la-fg-iraq-violence-20140823-story.html. This attack by a Shiite militia aligned with Iraqi security forces caused Sunni lawmakers to withdraw from negotiations regarding forming a new Iraqi government. Id. Iraq's Deputy Prime Minister Saleh Mutlaq noted that the Shiite militias were like terrorists, but were "protected by the government."[4]

The mosque attack was condemned by the United States, which called it "vicious" and "heinous." Dept. of State, "United States Condemns Attack on Worshippers in Iraq" (Aug. 22, 2014) available at https://2009-2017.state.gov/r/pa/prs/ps/2014/230828.htm. Omar Ameen also condemned the attack and the attackers. He could not stand to see the violence against defenseless men, women, and children who had gathered for Friday prayers. He reacted angrily and emotionally to posts about it.

---

[4]     These unimpeachable sources also make it clear that during these years there was virtually no difference between a "kidnapping" and an "arrest" of a Sunni male by a Shia militia. The Government's arguments that Omar used the wrong word to explain Bilal's disappearance in 2012 ignores reality. (See Doc. 261, p. 23 of 59.)

For example, the post the Government complains about on August 23, 2014, ostensibly cursing the Government of Iraq, relates to the massacre at the Mosque.  Here is the actual post on which Omar commented, which details the horror of the massacre.



The above post describes the massacre.  The full translation of this post and Omar's comment are contained in Exhibit 153.  On the same day, Omar saw other posts documenting murders of Sunnis.  For example, the post below contains photos from what was presented as a different massacre of Muslims in the Uighur region of China (East Turkestan), and also elicited a strong emotional reaction from Omar the same day.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



1    There are other disturbing images of innocent victims of violence in Omar's Facebook

2  feed in August 2014 that elicited strong reactions cited by the Government.



This was posted by the Iraqi League, which documented the violence perpetrated on Iraq's

Sunni's.  The photos are of an airstrike in Iraq.  Omar's response was one of the angry comments

cited by the Government in its brief.

    The photograph below is about an airstrike victim in Rawah, also on August 22, 2014.

Omar's response is, "To the mercy of God!"

8



As detailed in Exhibit 153, it is in this context that in August 2014 Omar lashed out at religious and political leaders that the United States itself has condemned, including Muqtada al Sadr, the leader of a notoriously violent Shiite militia who terrorized U.S. troops in Iraq. Military Times, "Iraqi Shia cleric whose militia killed American troops says crisis is over following Iran strike and Trump speech" (Jan. 8, 2020) available at https://www.militarytimes.com/flashpoints/2020/01/08/iraqi-shia-cleric-whose-militia-killed-american-troops-says-crisis-is-over-following-iran-strike-and-trump-speech/. Omar's comments also blamed Iran for supporting the Shiite militias and fomenting sectarian violence in Iraq. It is ironic to have the U.S. Government criticize Omar Ameen for this very American viewpoint against destabilizing Iranian influence in Iraq. See Sect. of State Pompeo "On Attacks by Iran's Proxies in Iraq" (Dec. 13, 2019) available at https://www.state.gov/on-attacks-by-irans-proxies-in-iraq/; Reuters, "Special Report: The fighters of Iraq who answer to Iran" (Nov. 12, 2014)

available at https://www.reuters.com/article/us-mideast-crisis-militias-specialreport/special-report-the-fighters-of-iraq-who-answer-to-iran-idUSKCN0IW0ZA20141112; The Intercept, "A Spy Complex Revealed" (Nov. 17, 2019) available at https://theintercept.com/2019/11/18/iran-iraq-spy-cables/ (leaked Iranian cables reveal a vast Iranian web of influence in Iraq).  Omar's Facebook feed in August 2014 was filled with the most gruesome atrocities committed against Sunnis in Iraq and elsewhere.

This was a huge issue, especially in 2014.  The Prime Minister, Nouri Al-Maliki, spent the first half of 2014 stoking sectarian tensions in Iraq.  Hassan, "Maliki's war on Al Qaeda is tained by sectarian politics," The National (Jan. 7, 2014) available at https://www.thenational.ae/maliki-s-war-on-al-qaeda-is-tainted-by-sectarian-politics-1.313490; Filkins, "What We Left Behind" The New Yorker (April 21, 2014) available at https://www.newyorker.com/magazine/2014/04/28/what-we-left-behind; Al-Qarawee, "Iraq's Sectarian Crisis: A Legacy of Exclusion" The Carnegie Endowment (April 30, 2014) available at https://carnegieendowment.org/files/iraq_sectarian_crisis.pdf.  Maliki announced the campaign against ISIS as "a fierce confrontation between the supporters of Hussain and the supporters of Yazid," putting it directly in 1400-year-old Shia (Hussain, son of the 4th Caliph Ali, and grandson of the Prophet Mohammed) versus Sunni (Yazid, son of Muawiyah) terms.  He repeatedly stated that the war in 2014 was a direct extension of the original Shia/Sunni split: "The crime that was committed against Hussain has not ended, but its episodes are what we are experiencing today." https://www.youtube.com/watch?v=7Pkw7Zgknhs.  Then he released footage of security forces raising Shia religious banners and slogans.  Hassan, supra; Hassan, "More Than ISIS, Iraq's Sunni Insurgency" The Cairo Review of Global Affairs (June 20, 2014) available at https://www.thecairoreview.com/tahrir-forum/more-than-isis-iraqs-sunni-insurgency/.  As discussed above, the ramifications of this continue today, including in the backlash against protesters of late 2019 and the recent U.S. interventions in Iraq.

In this context, the Government complains about a June 21, 2014 comment Omar left on a relative's post, stating, "This one was killed and this happened; imagine what would have happened if he had been a killer."  This comment was regarding a live debate on Al-Jazeera on

June 17, 2014, between two Iraqis, which famously got physical and was cut off the air. Available at https://www.youtube.com/watch?v=leykRbQ4XD0.  The Shiite commentator, Abu Firas Al-Hamadani, was "killed" in the debate, yet was celebrated by crowds of Shiites afterwards.  Omar commented on that: Al-Hamadani was "killed" in the debate, yet was celebrated, "imagine what would have happened if he had been a killer" in the debate.

In attacking Omar for expressing political opinions, the United States ignores its intimate knowledge of Iraqi sectarianism, as well as its own interventions to minimize Iranian influence on Iraqi Shiite militias.  The responsibility and impunity of the Shiite militias who committed atrocities of this kind in Iraq is incontrovertible.  Amnesty International, Absolute Impunity: Militia Rule in Iraq (Oct. 14, 2014) available at https://www.amnesty.org/en/latest/news/2014/10/iraq-evidence-war-crimes-government-backed-shi-militias/ (documenting Iraqi Government support for Shia militias that committed war crimes in 2014.)  Until now, and especially in 2014, they enjoyed the backing and support of the Iraqi Government, which had calculated that ISIS was a bigger threat than its enabling of this type of sectarian terrorism.  Prime Minister Maliki was overt in his anti-Sunni prejudice.  The commander of these Shia militias was Abu Mahdi al-Muhandis, whom the U.S. just killed in an airstrike with Iranian general Qassim Suleimani.  New York Times, "Airstrike That Killed Suleimani Also Killed Powerful Iraqi Militia Leader" (Jan 3, 2020) available at https://www.nytimes.com/2020/01/03/world/middleeast/iraq-iran-airstrike-al-muhandis.html. The lesson here appears to be that both Sunnis and Shia in Iraq have committed atrocities and been on the receiving end of them.  In this context, Omar's comments carry no suggestion of any affiliation with ISIS.

B. **THE AUGUST 14, 2014 COMMENT WAS ON A PARODY ACCOUNT IN THE NAME OF IRAQI PRIME MINISTER NOURI MALIKI WHO STEPPED DOWN THAT VERY DAY**



On August 14, 2014, Prime Minister Nuri Kamal al-Maliki agreed to step aside from his post in Iraq. Arango, "Maliki Agrees to Relinquish Power in Iraq" <u>New York Times</u> (Aug. 14, 2014) available at <u>https://www.nytimes.com/2014/08/15/world/middleeast/iraq-prime-minister-.html</u>. Maliki had been under heavy pressure from the United States to step down, in the face of a possible military coup. One of the big issues facing Mr. Maliki was that he repeatedly favored the Shiite majority against the Sunni minority in Iraq, as discussed above: "Many of the Sunnis and Kurds had become so disenchanted with Mr. Maliki that they were willing to accept any new Shiite leader." <u>Id.</u> Maliki's "policies towards the Sunnis – arresting leaders, the unlawful mass detentions of young Sunni men in the name of fighting terrorism – alienated the community. . . ." <u>Id.</u> The United States also stopped supporting him. The Guardian, "How Nouri al-Maliki fell out of favour with the US" (June 19, 2014) available at

1   https://www.theguardian.com/world/2014/jun/19/how-nouri-al-maliki-fell-out-favour-with-us-
2   iraq.

3          On the very day of Maliki's ouster, Omar commented on a Maliki parody account
4   discussing it.  The Government took this seriously and cited it in its brief.  One tipoff that this is
5   a parody account?  That "Nouri Al-Maliki" himself ostensibly "liked" Omar's comment teasing .
6   . . Nouri Al-Maliki.

7          **C.  SUMMER 2013 COMMENTS WERE IN RESPONSE TO VIOLENT WORLD
               EVENTS, INCLUDING THE MILITARY COUP IN EGYPT, THE MASSACRE
8              OF PROTESTERS IN RABAA SQUARE BY EGYPTIAN SECURITY FORCES,
               AND THE FIGHTING IN GAZA**
9
10         Omar's Summer 2013 comments were for the most part prompted by political turmoil in
11   Egypt, and have nothing to do with Iraq or ISIS.  During that challenging summer, there was also
12   political turmoil in Gaza, resulting in casualties.  These events were the catalyst for several posts,
     not any kind of situation in Iraq.
13
14         On July 3, 2013, Egypt's democratically-elected President Morsi was forcibly removed in
15   Cairo by the Army Chief General Abdel Fattah El-Sisi.  Unrest, protests, and violence followed,
16   including wave upon wave of murders of pro-democracy protesters.  This violence was strongly
17   condemned by the United States Government.  Dept. of State, "Violence in Egypt" (July 6, 2013)
18   https://2009-2017.state.gov/secretary/remarks/2013/07/211574.htm; The White House,
19   "Statement by President Barack Obama on Egypt" (July 3, 2013) available at
20   https://obamawhitehouse.archives.gov/the-press-office/2013/07/03/statement-president-barack-
21   obama-egypt.  "Shortly after the July 3 military intervention, Israel began unequivocally backing
22   the new [Egyptian] regime."  Soliman, "Sisi's New Approach to Egypt-Israel Relations" The
23   Washington Institute (July 29, 2016) available at
24   https://www.washingtoninstitute.org/fikraforum/view/sisis-new-approach-to-egypt-israel-
25   relations.

26         Omar also strongly condemned the violence in Egypt.  Omar's Facebook shows that he
27   followed this closely, and cared very much about it.  He posted multiple times, criticizing Sisi
28   and supporting the protesters, including on July 22, July 27 (the day of a massacre at a rally in

13

Cairo), and July 31, 2013. These comments were clearly motivated by escalating violence in Egypt and elsewhere throughout the summer.

These comments had nothing to do with Iraq.  For example, on July 22, 2014, the Government wrongly claims that Omar prayed to make Sunnis victorious over Shiites, but the actual comment says nothing about Sunnis or Shiites.  Omar appeared to have been commenting on the fighting in Gaza, because two minutes before the above comment, Omar prayed in the same language, specifically discussing the bravery of Gazans defending themselves against the Israeli Army.  Barnard and Kershner, "Neighborhood Ravaged on Deadliest Day So Far for Both Sides in Gaza" New York Times (July 20, 2014) available at https://www.nytimes.com/2014/07/21/world/middleeast/gaza-israel.html.



Then, on July 27, 2013, Egyptian security forces killed over 80 Sunni protesters near Rabaa Square in Cairo.  The Guardian, "At least 120 Morsi supporters reported killed in Egypt clashes" (July 27, 2013) available at https://www.theguardian.com/world/2013/jul/27/morsi-supporters-killed-egypt-cairo; New York Times, "Crackdown in Egypt Kills Islamists as They

1    Protest" (July 28, 2013) available at

2    https://www.nytimes.com/2013/07/28/world/middleeast/egypt.html.

3             That same day, July 27, 2013, Omar cursed Sisi, Abd El-Nasser (a prior Egyptian

4    president), and "every dog like those agents."  He called Sisi and Nasser "dogs" and "protectors

5    of Israel, you traitors."

6

7

8

9

10

11

12

13                           

14

15

16

17

18

19

20

21

22

23

24

25

26

27   The language is the same as other anti-Sisi comments in July 2013, prompted by the takeover

28   and massacre of protesters.

1    That same day, Omar commented on another post, "To hell, our dead are in paradise and

2    their dead are in hell."  The Government opines that this is an anti-Shia post, but there is nothing

3    about it that is about Sunnis or Shias, and it comes within an hour of the posts above criticizing

4    Sisi for the murder of protesters that day.  It is clearly tied to the flurry of comments Omar made

5    about the killing of the protesters.

6    It should be clear by now that the Government repeatedly reframes comments to try to

7    suggest some kind of tie to jihadism, for example:

8        On July 31, 2013, Ameen commented on a post, reciting a supplication so that the jihadists are

9    victorious over the infidels:  "O' God, May they hit their targets, and strengthen their foothold and make

10    them victorious upon the infidels."  On that same day, Ameen cursed an unidentified user, apparently for

11

12    The quote itself has nothing to do with jihadists.  It is a common supplication for any group of

13    Muslims who are under attack.  The Government quotes a comment the same day that is directly

14    about Sisi, calling him a traitor for killing Egyptian protesters instead of his "masters in Israel."

15    This comment has nothing to do with Iraqis, nothing to do with Shias, and nothing to do with any

16    form of jihadism.  Yet, the Government seeks to transform this political comment on current

17    events in July 2013 into something nefarious.

18    Extensive review of Omar's Facebook posts reveals that he never had any anti-Iraqi

19    police or security force comments or posts, or any anti-United States posts, or anti-Christianity

20    posts, ever.[5]  Surely if he had, the Government would have provided them.  Omar never posted

21

22    [5]    To imply anti-Christian prejudice, the Government refers to Yazidis as "Yazidi
    Christians."  That is false.  Yazidis are a persecuted minority group in Iraq, who practice a
23    religion called Yazidism.  They are not Christians, and their non-Abrahamic religion carries
    elements of Zoroastrianism, Christianity, and Islam.  They worship a fallen angel, Melek
24    Tawwus, who fell from grace and returned to heaven.  It is for this that it is
    common for Iraqis of all types to call them "devil worshippers," a term that has been frequently
25    used in mainstream coverage of the sect.  The Telegraph, "The Devil worshippers of Iraq" (Aug.
    19, 2007) available at https://www.telegraph.co.uk/news/worldnews/1560714/The-Devil-
26    worshippers-of-Iraq.html; Th Irish Times, "Sympathy for the devil in a land where Lucifer
    reigns" (April 21, 2003) available at https://www.irishtimes.com/news/sympathy-for-the-devil-
27    in-a-land-where-lucifer-reigns-1.356341; New York Times, "Sheikh Adi Journal: Satan's Alive
    and Well but the Sect May Be Dying" (May 31, 1993) available at
28    https://www.nytimes.com/1993/05/31/world/sheik-adi-journal-satan-s-alive-and-well-but-the-

16

in support of Al Qaeda, ISIS, or any other jihadi group.  He did not follow those accounts, which were rife in those days.  The messages that Omar posted in support of pro-democracy protesters, security, and tolerance were not the exception, they were the rule.[6]  His posts about Shiite militias were in support of a non-sectarian Iraq that those militias were rendering impossible.

In this context it should be noted that Omar's Facebook account was public, and that in the years 2012 through 2014, the United States did review social media posts in its vetting of incoming refugees.[7]  Dept. of Homeland Security, "Privacy Policy for Operational Use of Social Media," Instruction Number: 110-01-001, Rev. 00 (June 8, 2012) available at

https://www.dhs.gov/sites/default/files/publications/Instruction_110-01-001_Privacy_Policy_for_Operational_Use_of_Social_Media_0.pdf

**II. THE GOVERNMENT SPINS THE FBI INTERVIEW TO ITS OWN PURPOSES, WHILE ENSURING THAT THE DEFENSE CANNOT PROVIDE IT TO THE PRESS OR PUBLIC TO SET THE MATTER STRAIGHT**

The Government quotes at length from the FBI interview of Omar on August 15, 2018, an interview that it has fought tooth and nail to keep under a protective order.  Now that the Government has discussed and transcribed some of it, the Defense must put the statements into context.

---

sect-may-be-dying.html; Ebied, "Devil Worshippers: the Yazidis" Univ. of Sydney Studies in Religion (2008)(analysis by Professor of Semetic Studies on origin of Yaziki sect) available at https://pdfs.semanticscholar.org/2520/5b3bc7ad6ec196ecb55be12372fb8fc1fcc9.pdf.  Omar's use of the term once in a comment, while impolitic, does not render him a terrorist.  The comment that the Government cites is followed shortly by another comment complaining that the massacres of Sunnis do not elicit the same international condemnation as atrocities against Yazidis.

[6]     The Government complains that these comments, posts, and messages, including several where Omar was subjected to slurs and invective, are not representative.  The Government miscomprehends the point.  The issue was never that Omar abstained from politics or the sectarian issues of the day: he was involved and interested in politics, and had clear views, especially about the persecution of Sunnis in his homeland.  The point is that no one would have insulted an ISIS commander in the way that several Sunnis insulted Omar on Facebook, especially using the slurs used against Omar.  The Government wants the Court to believe that Omar was such a high-up ISIS commander that he lunched with Baghdadi and could slip across borders at will.  Such a person never would have been insulted on Facebook the way that Omar was, especially for not being "Sunni enough."

[7]     The Defense has fought for these vetting documents precisely to prove that Omar was properly vetted in 2014.  KXTV v. USCIS, No. 19-CV-415-JAM (Ameen intervening).

17

1       During more than four hours of questioning, the FBI Special Agent never questioned

2 Omar regarding the Jasim murder or any specific terrorism allegations against Omar.  Even

3 though on the day of arrest the Government filed allegations that Omar was close to Abu Bakr

4 Al-Baghdadi, the most wanted man on the planet, the interrogating agent had not one question

5 about Omar's knowledge of Baghdadi.

6       Rather, the Special Agent advised Omar the following:

7     We have received a warrant from the government of Iraq for your arrest.  They are
accusing you of murdering a police colonel.  And they want us to put you on a plane and
8     send you back to Baghdad.  So I'm sure you have a lot of questions about that and why
you're here.  And I definitely have a lot of questions for you.
9

10 But the agent, never asked any questions about the ostensible reason for the arrest.

11       Early in the interview, Omar explains his desire to get himself and his family safely out

12 of Iraq was fueled by false accusations, mass arrests, and imprisonment suffered by many in his

13 family and his community.

14     FBI AGENT:  So you mentioned uh, Omar, that you feel differently here.  That for the
first time you feel you have value here.  Explain to me how that's different then the time
15     when you were in in Iraq.

16     OMAR:     In Iraq anybody could anytime at any moment break in the door, walk in
with no questions, hurt you, bother you and do stuff to you.

17     …

18     FBI AGENT:  Explain for me, it's important for me to be able to document the hardships
that you've been through.  So explain to me from between 2004 until you decide to take
19     your family and leave, what was happening to you, and what was happening that made
you feel unsafe?
20

21     OMAR:     It started when the government was not fair, and I was always afraid of
myself and my family because there was always mass arrests – you know, they come in
22     and arrest anybody – and I was very fearful when it came to that.  When they start
arresting people.

23     FBI AGENT:  So you were afraid of the government?

24     OMAR:     Yes.  Yes.

25     FBI AGENT:  But what about Al Qaeda?

26     OMAR:     Both the government and Al Qaeda they used to kill people in Iraq.

27     …

28     FBI AGENT:  You said you were fleeing because people were being arrested.  Who was
arresting the people?

OMAR:        Whenever Al Qaeda attacked the Americans or Iraqi forces, the Iraqi government arrested whoever was in that area.  And in Iraq, if anybody had any animosity or vengeance against someone, he would say it also and he'd be arrested.

FBI AGENT:  So the Iraq and the Americans were arresting people, anyone, after Al Qaeda attacks?

OMAR:        Sometimes both the Iraqi and the American forces were arresting people.

…

FBI AGENT:  Why did they arrest [your brother Bilal]?

OMAR:        Many people were persecuted like that.  For no reason they could arrest you.

…

OMAR:        Any Sunni people, especially them, always people say "Oh he's with Al Qaeda," and they come and arrest them.


Shortly into the interrogation, the FBI special agent used the safety of Omar's wife and children to coax him into implicating his brothers and cousins.

FBI AGENT:  I understand, you know, you have four children, your wife, and your youngest daughter is a US Citizen.  And it's my duty to try and protect them and make sure they're okay. … They want to send you back to Iraq.  But I want make sure that, number one, I understand everything about you, and your family, so that if I can, I can protect your wife and your children.  They are here as refugees and your daughter is a U.S. citizen.  And I have a desire, a want, to make sure that their safety is protected.

…

FBI AGENT:  I want to spend some time talking about your experiences in Iraq.  I think it's important to help protect your family.

…

FBI AGENT:  The reason why I keep asking these questions is because, like I mentioned, in order for me to be able to try to make sure that your family can stay in the safety and security of the United States, I need to understand the hardships they went through.

…

FBI AGENT:  Okay so here's the thing Omar.  There's something I want to make sure you understand.  I understand that the situation in Iraq was a very difficult situation.  And that you felt the need to get yourself and your family to safety.  I have two children of my own.  I would do anything to protect them.  I'd do anything.  I'd say anything.  So I know that you told a story that got you and your family here safe.  But you know and I know that not all of that story is true.  So what I want you to do is I want you to realize that there's a difference between when you came here and where you are now.  I'm not some border immigration guy out in Turkey.  Okay, I'm from the FBI and I know what I'm talking about.  Okay, now I mean it when I say that I want to protect your wife and your

19

1    children.  And the best way for you to protect your wife and your children is for you to be
     honest with me.  I've done a lot of research before I came here today.  And what I want
2    you, what I want us to talk about now, is the truth of what happened.  Some of what you
     said is true.  Some of what you said is not true.  <u>The only way, okay, that I can help your</u>
3    <u>family, is if I believe that you are being honest with me.</u> (Emphasis added.)

4    The FBI agent repeatedly told Omar that he would not be able to help his family remain in the

5    safety of the U.S. unless Omar makes the agent "believe" and "think" that Omar is telling the full

6    truth.

7    FBI AGENT:  You told me that you feel safe here and you like your family being here,
     and I want to keep that.  I want to help them, but I can't do it if I leave from here thinking
8    that you weren't honest with me.

9    It is in this context that Omar stated an agreement with the agent that he fabricated a

10   portion of his persecution story relating to his father's demise.  He also agreed with the agent that

11   he did not volunteer that a cousin, Ghassan Al Rawi, was arrested by American forces in 2005

12   for involvement with Al Qaeda, and has been in prison since.

13   FBI AGENT:  So we talked about your father, okay, he didn't die from Al Qaeda.  I
     asked you if you'd ever known anyone from Al Qaeda.  You said no, but you do know
14   Ghassan.

15   These admissions were not enough for the FBI.  Indeed, the agent made clear that anything less

16   than unequivocal statements about the nature and extent of the involvement of Omar's relatives,

17   even ones he had not seen or spoken to in 15 years, is unacceptable.

18   FBI AGENT:  Again, remember, I understand you had to do what you had to do to get
     here.  Okay, but you know Ghassan, and Ghassan's a member of Al Qaeda, correct?
19
20   OMAR:         As I told you, I never joined them. I never worked with them. I tried only
     to avoid dealing with them back and forth driving.  But if the American government says
     he's with Al Qaeda—
21
22   FBI AGENT:  No, I'm not saying he is with Al Qaeda.  I want you to be honest with me.
     Everyone in Rawah knows Ghassan Al Rawi.  Everybody knows him.

23   OMAR:         If you guys say it.

24   INTERP:       I said no, we're not saying it.

25   FBI AGENT:  Is Ghassan a member of Al Qaeda?

26   OMAR:         I can't tell 100% if he's Al Qaeda, but if they say he's Al Qaeda, he's Al
     Qaeda.
27
28   FBI AGENT:  That's not going to work for me.  You know your family.  I'm not going to
     sit here and have you tell me that you didn't know he was Al Qaeda.  He was arrested in
     2005.  You were still in Rawah.

1

2
     OMAR:      Yeah, I used to go back and forth.

     FBI AGENT:  You knew that he was arrested by the Americans.  And you knew he was

3
on TV.  As a member of Al Qaeda.

4
     OMAR:      Yeah.

5
     Throughout the interview, Omar was faced with an impossible choice:  to make the agent

6
believe he is being honest by implicating relatives abroad, or to risk the safety and security of his

7
wife and children in the U.S., as in this example:

8
     INTERP:     He said all my cousins were blamed that they were – I said no, no.
Blaming is one thing.  Working with Daesh, if you know about them tell us.

9

10
     FBI AGENT:  Just tell us.  Muthana [brother-in-law] was a member of ISIS, right?

     OMAR:      Yes.

11
     FBI AGENT:  Okay.  These things are okay as long as you're being honest with me.

12
     OMAR:      I know you want the truth, but I don't know what's going on in there.

13

14
     INTERP:     I said you know we just want the truth.  Just tell us yes or no, that's it.
Then he says, well, like I told you, I never wanted to get close to them.  I heard that
things, but I cannot tell you 100% whether he was or not, but then I always tried to avoid

15
that.  And finally I got in trouble for doing nothing, just because of that.

16
     The FBI Agent continued to press Omar to implicate himself as well as his relatives, but

17
Omar was steadfast and unwavering, despite the agent's assurance that he himself would have

18
fought invading forces under similar circumstances.

19
     FBI AGENT:  What about you?  Did you ever fight against the Americans?

20
     OMAR:      Never fought against the Americans.  Not even a moment thought about it,
and I always avoided problems.  That's why when the situation was that bad, I decided to

21
leave.

22
     FBI AGENT:  I mean listen, because if armed vehicles started driving through my
neighborhood, where I lived, me and my neighbors and my family, we would fight back.

23
Okay, I understand that.  But this is nothing that you ever did?

24
     OMAR:      Absolutely.  Never.

25
     Where, as here, an agent makes promises with respect to an interviewee's children and

26
family, the law regarding the involuntariness of the resulting statement is especially clear.  "The

27
relationship between parent and child embodies a primordial and fundamental value of our

28
society."  United States v. Tingle, 658 F.2d 1332, 1336 (9th Cir. 1981).  "When law enforcement

1   officers deliberately prey upon the maternal [or paternal] instinct and inculcate fear in a [parent]

2   that [he or] she will not see [his or] her child in order to elicit 'cooperation,' they exert the

3   'improper influence' proscribed by Malloy [v.Hogan, 378 U.S. 1, 7 (1964)]." Tingle, 658 F.2d

4   at 1336; see also United States v. McShane, 462 F.2d 5, 7 (9th Cir. 1972) ("[W]e can readily

5   imagine that the psychological coercion generated by concern for a loved one could impair a

6   suspect's capacity for self-control, making his confession involuntary.")  In fact, the same exact

7   tactics by FBI Special Agents in Phoenix, Arizona, in a similar case involving a Somali

8   immigrant, were held by a District Court to render the suspect's statements involuntary.  See

9   United States v. Arale, Cr. 18-01584-001-RM (Feb. 27, 2019)(Suppression Hearing Transcript,

10   at Doc. 95); Doc. 129 (Govt. Notice of Appeal)[Order granting suppression of evidence on July

11   5, 2019 sealed]

12          These techniques, by an experienced investigator, were meant to break Omar down so

13   that he would agree to anything the agent wanted him to admit.  During the interview, the Agent

14   repeatedly pointed out the vulnerability of Omar's wife and children in this country and

15   emphasized that the Agent's view of Omar's honesty was what could save them.  He told Omar

16   repeatedly that if Omar were not truthful it will not be "okay," and then "confronted" him with

17   what the Agent says is the truth.  As the Government calls it, in the "confrontation phase" of the

18   interview, Omar was pushed to state that his father died "of natural causes."  He was made to

19   agree to the facts that the Agent asserts as the truth, aided by the translator who repeats and

20   emphasizes the confrontation.  (Doc. 261, pp. 21-22.)  Omar, broken down at this point by over

21   two hours of interrogation, simply agrees, "Yes."[8]

22

23

24   _____

25   [8]      The Government points to a death certificate – not obtained from the Rawah hospital, as
     the Government claims – but provided to the FBI by TMF-1, its fixer on this case.  (Doc. 261,
26   pp. 22.)  TMF-1 has already been proven to have provided the FBI with false documents in
     September 2017, in connection with this case.  (Doc. 216, Exh 110)  Interestingly, the
27   Government does not attach or provide a copy of that certificate, which it cites in its first filing.
     (Doc. 6, at p. 23.)  Perhaps that is because the certificate looks unreliable, especially when
28   compared with the legitimate Rawah General Hospital death certificate provided for the victim in
     the extradition packet.  (Exh. 80, Collated EP at 164-65.)

The Agent further presses Omar over whether he was "sent here" for terrorist purposes. These questions reveal a fundamental misunderstanding of the asylum system. Refugees are not able to pick their resettlement nations. They are sent to their new homes by U.S. immigration authorities. More important than the questions themselves, are Omar's tear-filled answers:

> FBI AGENT:  Were you sent there for any reason?
>
> OMAR:       I just wanted to leave Iraq. Ask for [UI] ask for asylum. [UI] received asylum, I just wanted leave. I realize I cannot live in Iraq anymore so I decide to go to Syria, ask for asylum and fail – didn't get asylum.
>
> FBI AGENT:  So no one sent you here?
>
> OMAR:       I came on my own. I want to live in peace. When I stayed– when I stayed with my family I don't want in the middle of the night somebody comes in breaks in door and walk in on us. I want to live in peace in here with my family. I don't want them to be in need of anything.

As discussed above, soon after the American withdrawal, Sunnis in Iraq began to be persecuted by an increasingly sectarian Shia government headed by Prime Minister Maliki. PBS Frontline, "In Their Own Words: Sunnis on Their Treatment in Maliki's Iraq" (Oct. 28, 2014) available at https://www.pbs.org/wgbh/frontline/article/in-their-own-words-sunnis-on-their-treatment-in-malikis-iraq/. This includes the arbitrary arrests described in previous filings, and extensively documented by human rights organizations and the United Nations. This is why a history of arrests in this atmosphere needs to be taken with a grain of salt. Sunni men were routinely arrested and imprisoned on false charges. The Government's own filing indicates that out of the detentions in Omar's extended family, only Ghassan' s arrest appears to have resulted in a conviction. Qutaiba's charges were dismissed in 2006. Other detentions seem not to have resulted in charges.

Notably, Omar himself was <u>never</u> arrested. In a world where thousands of Sunni men were arrested and incarcerated falsely, Omar's lack of any arrest speaks volumes about his ability to stay away from trouble and the fact that he was outside Iraq for much of the relevant time, in Syria during the late 2000s and in Turkey from early 2012 until late 2014. This literal disenfranchisement of the Sunni minority continued through the defeat of ISIS. The New York Times, "As ISIS is Driven From Iraq, Sunnis Remain Alienated" (Oct. 26, 2017) available at

1   https://www.nytimes.com/2017/10/26/world/middleeast/iraq-isis-sunni.html; Washington Post,

2   "ISIS: A Catastrophe for Sunnis" (Nov. 23, 2016) available at

3   https://www.washingtonpost.com/sf/world/2016/11/23/isis-a-catastrophe-for-

4   sunnis/?utm_term=.d2b5a0e1c1e2.  As a prominent expert testified to a Congressional

5   Subcommittee in June 2015, Sunnis in Iraq have been living "in mortal fear of their own

6   government."  Brian Fishman, Testimony to 114th Congress, Subcommittee on Emerging Threats

7   and Capabilities (June 24, 2015)(H.A.S.C. No. 114-42, Hearing on The Counterterrorism

8   Strategy Against the Islamic State of Iraq and the Levant: Are We on the Right Path?).

9
      **III. OUT OF OVER 25,000 IMAGES ON 1 OUT OF 16 DEVICES, THE**
      **GOVERNMENT FOUND THREE CACHED TEMP IMAGES THAT IT CLAIMED**
10      **ARE CONNECTED TO ISIS**

11        The Government provided little context for three images it claims to have found on one

12   of the family devices taken during the search of Omar's apartment in August 2018.  The Defense

13   has found two of the three images cached onto one of the phones taken in that search.  The

14   images are in a Viber cache on that phone.  Viber is one of many internet-based apps that permit

15   free wifi calling and texting to foreign countries.  It is notable that the two images were cached –

16   they were not sent to anyone using the device, nor were they intentionally downloaded to the

17   device.  They were saved as .temp files on the Android device.  These are temporary internet

18   files that are cached.  They are not the produce of an intentional download.  Forensic review

19   shows in-excess of 25,000 images on that phone.

20        One of the three images, which the Government claims is called the Bird of Jannah, is

21   actually the Twitter image for a jihadi bride who Tweeted and blogged under that handle.  The

22   image does turn up on the Internet, as an illustration on mainstream stories on that woman.  See

23   https://www.dailymail.co.uk/news/article-2843901/The-secret-diary-jihadi-bride-Doctor-leaves-

24   middle-class-life-Malaysia-travels-join-ISIS-keeps journal-time-Syria.html;

25   https://www.buzzfeednews.com/article/ellievhall/an-isis-love-story-till-martyrdom-do-us-part;

26   https://www.cnn.com/videos/world/2015/05/27/isis-bird-of-jannah-shubert-pkg.cnn;

27   https://www.yahoo.com/news/jihottie-isis-wants-022500924.html.  That temporary image was

28   cached on the cellphone in April 2016.

1    The second image does appear to be an ISIS flag with some additions – crossed swords

2   and assault rifles.  This image appears to have been cached on April 19, 2016, again not

3   voluntarily.  There is no indication that it was knowingly accessed or downloaded.  Apparently,

4   there were no other images of concern to the Government in the 25,000 images on that device.

5   The image cached on the phone the day prior to the black flag?   This adorable baby duck.



6   One image, the one of two guns below a bookshelf, has nothing to do with ISIS, Iraq,

7   terrorism, or Islam.[9]  Defense counsel located the original source of this photograph, on the

8   website of an Indiana company, Tactical Traps, https://www3.tacticaltraps.com/, that sells

9   concealment cabinets for gun owners.   The owner, Joe Alters, the President and CEO of Home

10   Defense News, proudly states that his products support the chance to protect the home, "our right

11   as Americans."



---

9        The Defense was unable to find this picture on any device taken from the apartment.

1
2
3
4
5
6



7   Why the Government decided to falsely call this American product an ISIS image is unknown.

8   This allegation really does prove the maxim, "To a person with a hammer, everything looks like

9   a nail."  It is a powerful example of the Government's confirmation bias in this case, in which

10   any ambiguous evidence is continually interpreted against Omar, even when overwhelming

11   contrary evidence exists of his innocence.

12   **IV.  THE SWITCH PICTURES RELATE TO OMAR'S BROTHER'S ELECTRONICS**
                **SUPPLY STORE, NOTHING MORE**

13
14
15





16
17
18
19
20



21
22
23
24
25
26
27
28

1

2      A couple of photos firmly rebut the vaguely scary-looking, but ultimately innocuous

3   switch pictures on page 33 (of 59) of Document 261.  This is the Al-Refai electronics store run

4   by Omar's brother Qutaiba in Erbil, Iraq since 2013.

5

6

7

8      

9

10

11      The store front has the name and the phone number that the Government acknowledges

12   connect to Qutaiba's electronics supply store.  The Government acknowledges that the

13   Honeywell switches in the pictures are commercially available electronic parts, used in various

14   applications, including agricultural irrigation. Qutaiba's store in Erbil is filled with such parts.

15   Qutaiba provided an explanation, with photographs, for how the switches are used in equipment,

16   including agricultural irrigation timers.  (Exh. 154.)  The switch pictures are not evidence of

17   anything.

18      There is absolutely no connection to terrorism here.  The photos immediately before and

19   after the switch pictures could not have been more anodyne: Omar was signing one of his

20   children up for Taekwondo lessons in his neighborhood.

21   **V.  THE GOVERNMENT'S SLEIGHT OF HAND – IN AN ATTEMPT TO CONNECT
          OMAR TO TERRORISM – FAILS**

22

23      Throughout its brief the Government stretches thin facts to attempt to connect Omar to

24   terrorists or terrorism.  One example is the mug shots that it now adds to its allegations from its

     original Extradition Memorandum.

25

26      Ghassan Amin is Omar's cousin.  Omar has ten brothers.  His father had three siblings.

27   Ghassan is one of eight sons in the branch of the family headed by Muhammed Amin.  The

     Government alleges that Ghassan was a terrorist in 2005.  He has been in custody since then.

28   Contrary to the Government's allegations, Omar was never asked in 2014 to answer under oath

whether he had a distant relative who had been captured as a terrorist over seven years before. The actual document that Omar signed is attached as Exhibit 155.  That statement asks if <u>Omar</u> has ever been arrested or committed crimes.  He had not.  It also asks if his spouse had ever been engaged in terrorism.  Of course, she had not.  Regarding other family, the only question is for applicants between 14 and 21, about whether their parents were ever engaged in terrorism or members of a terrorist organization.  Of course, Omar was too old to be asked that question. These are the statements that he swore under oath.

Any other question, including an incredibly broad question whether Omar had ever "interacted with" anyone in an armed group or militia, are contained in a list of typewritten notes in Omar's A-file.  Those do not appear to have been presented to Omar in any fashion requiring an oath.  They are unsigned by Omar or the interviewing officer.  It is not clear if they were taken during the interview or after.  It appears that this interview (in Istanbul in 2014) was not recorded.  It is not clear what document these questions refer to, as they claim to be from the Form G-646 that asks nothing of the kind.

The Government slides from questions about present membership in specific groups, to broader allegations that Omar knows people "affiliated" with unspecified groups at some point in the past.  The Government then expands this further to include people who fought in Iraq "against American forces" at any unspecified time in the past.  Given the history of Iraq since the first U.S. invasion in August of 1990 until present, this is too broad a swath to cut.[10]

For example, the Government alleges that Omar's brother Qutaiba was arrested in 2005, and claims that he made admissions, but then acknowledges that charges "were eventually dismissed in 2006."  (The Government fails to provide any documentation except for a mugshot of Qutaiba, taken as part of Department of Defense "biometric enrollment" upon detention.) (Doc. 261, p. 28 of 59.)  Similarly, Omar was made to inculpate his brother Mustafa, although apparently there is no evidentiary support for him being involved with ISIS.  (Doc. 261, p. 29 of 59.)  He also was made to inculpate his cousin, Muthanna, for whom the Government provides a

---

[10]     In fact, the Government's own witness – Person 1 – was in Saddam Hussein's Army and fought against the American occupation.  (Exhs. 127, 129.)

biometric headshot, but no other support for accusing him of being a member of ISIS.  (Doc. 261, p. 29 of 59.)  For cousin Adnan, the Government provides a mugshot and alleges there is a warrant from 2011, but says that it is not in possession of any information or documentation evidencing this "historic warrants."  (Doc. 261, pp. 29-30 of 59.)  For cousin Radwan, the Government provides a mugshot and no supporting documentation beyond the suggestion that Radwan "fought against the Americans" at some unspecified point.  (Doc. 261, p. 30 of 59.)  All the other allegations are even less supported: the Government claims "historic arrest warrants" (a term without a real meaning) and prior biometric headshots for Ayman, Suhaib, Hudayfah, Udai, and Bilal.[11]  Notably, it has no prior mugshot or arrest history for Omar, a fact that he repeatedly confirmed for the U.S.

This pattern confirms a history of persecution of Sunnis and the Ameen family in Iraq, especially after 2010, as discussed extensively above.  This is what Omar pointed to in his application and has discussed in his interviews.  Source after source confirms that the Iraqi criminal justice system cannot be trusted: Iraqis, especially Sunni men Omar's age, are subjected to arrest, detention, and even conviction, without any support or due process.  During arrest and detention, they are subjected to torture.  The U.S. Government now wants to ignore its own prior findings about this legacy of human rights abuses, as well as those of human rights monitors in Iraq, to argue that this pattern is at all trustworthy.

Further, the Government's discussion of Omar's contacts with his family since he entered the United States is patently false.  Omar was asked in May 2016 if he was in contact at that time "with anybody who *is* a member of a terrorist group."  (Doc. 261, p. 33 of 59.)  He truthfully said, "No."  He was not in contact in 2014 with anyone in a terrorist group.  At best, the Government is alleging that Omar was in contact in 2014 with family members who the United

---

[11]     Claims of these (now) four "historical arrest warrants" against members of the Ameen family are manifestly unreliable.  The Government refuses to produce any documentation of the warrants and acknowledges having no supporting documentation.  Due process applies here, and this does not meet any standard in our court.  Although the Defense would prefer to have any documentation and be able to meet these allegations head-on, as long as the Government refuses to provide any support for its claims, the Court should disregard all of these allegations.

States believed had been linked to terrorist activity almost a decade in the past.  For Qutaiba,

with whom Omar *was* in contact, the alleged activity was in 2005, and charges were dismissed in

2006.  For Mustafa, there is no indication of terrorist activity at all, except for Omar's compelled

statement.  (Doc. 261, p. 29 of 59.)  Although cousin Muthanna was listed in two devices, there

appear to be no contacts with him at all, much less "current" contacts in May 2016.  (Doc. 261,

p. 34 of 59.)  Cousin Adnan and Brother Ayman saw Omar in Turkey in 2012, but there appear

to be no further contacts since then, much less current contacts in May 2016.  (Doc. 261, pp. 34-

35 of 59.)

## VI. THE WEB HISTORY IN THE GOVERNMENT'S BRIEF ARE THE RESULT OF ONE SEARCH BY AN UNKNOWN PERSON, SANDWICHED BETWEEN SEARCHES FOR CHIPMUNK VERSIONS OF SONGS, SOCCER CHANTS, AND NAKED WOMEN

The Government appears to be arguing that Omar is responsible for every single thing on

his shared family laptop, and for every person who may have access it at any point in the past.  It

points to an eight minute period on November 3, 2014, for its entire argument that there is an

interest in ISIS.  That eight minute period is sandwiched between a number of other searches and

videos that were accessed or viewed that morning.  Those searches and videos provide a strong

impression of the person who used the laptop the morning of November 3, 2014, when Omar's

family was staying with people in Istanbul while preparing for their November 4, 2014 flight.

No offense to teenage boys, but anyone who has ever had one (or known one) can understand

this web history.

Here is the history starting at 8:50:41 a.m. UTC on November 3, 2014 (11:50:41 in

Istanbul due to the three hour time difference with UTC time) and ending at 9:14:42 a.m.  The

history spans the time the Government has identified and a few minutes before and after.

(Exhibit 156 has larger versions of this.)  This is the Google Chrome history, which is the

browser that was being used.  The version in the Government's brief has a number of

redundancies likely caused by using different databases to parse these historical entries.  The

Defense forensic investigator indicates that the Chrome history is being culled from a number of

databases, including Chrome, Chromium, and Vosteran.  Therefore, in the figure in the

30

1  Government's Document 261 several videos are listed four or even five times in duplicate

2  entries.[12]

3      The Defense forensic investigator used forensic software called FEX to analyze the

4  laptop.  He determined that these Chrome history results are likely from a different database,

5  called Vosteran, that was a plug-in for Chrome.  In any case, a broader swath of information is

6  below:

7

8

| | Last Visit Time | URL | Title |
|---|---|---|---|
| 130 | 11/3/2014 8:50:41 AM | http://www.googleadservices.com/pagead/ack?sa=L&ai=CebV00... | KidsGames.Biz - Free Online Kids Games |
| 131 | 11/3/2014 8:50:41 AM | http://www.kidsgames.biz/utm_source=aw&utm_medium=con&ut... | KidsGames.Biz - Free Online Kids Games |
| 132 | 11/3/2014 8:50:54 AM | http://www.kidsgames.biz/play/258/flash-tuning-car-game | Flash Tuning Car - KidsGames.biz |
| 133 | 11/3/2014 8:50:54 AM | http://www.kidsgames.biz/free-online-games.php | More Games - Free To Play! |
| 134 | 11/3/2014 8:50:54 AM | http://www.kidsgames.biz/free-online-games.php | More Games - Free To Play! |
| 135 | 11/3/2014 8:51:06 AM | http://www.kidsgames.biz/out.php | All My Flash Games - Homepage |
| 136 | 11/3/2014 8:51:06 AM | http://www.allmyflashgames.com/ | All My Flash Games - Homepage |
| 137 | 11/3/2014 8:51:38 AM | https://www.google.com.tr/search?q=%D8%A7%D9%84%D8%... | العاب ظاهر - Google'da Ara |
| 138 | 11/3/2014 8:53:09 AM | http://www.youtube.com/watch?v=meeOIzfYZB8 | 20-18 لوم دبابي في شخص شفقل بسبب مروري حادث - الهدية اقل اخبار... |
| 139 | 11/3/2014 8:53:15 AM | http://www.youtube.com/watch?v=6R5L3U9ws | 20-18 لوم دبابي في شخص شفقل بسبب مروري حادث - الهدية اقل اخبار... |
| 140 | 11/3/2014 8:53:15 AM | http://www.youtube.com/watch?v=DmWzbSUyvy0 | 7 الحلقة مسلسل لعبة برنامج - YouTube |
| 141 | 11/3/2014 8:53:15 AM | http://www.youtube.com/watch?v=6GJWGWZEz2Y | 11 الحلقة مسلسل لعبة برنامج - YouTube |
| 142 | 11/3/2014 8:53:18 AM | http://www.youtube.com/watch?v=m6Q86r4X0Mf3&spfreload=1 | Deadpool vs Gangnam Style - الامريكية مسلسل حنابجم - YouTube |
| 143 | 11/3/2014 8:53:25 AM | http://www.youtube.com/watch?v=m6Q86r4X0Mf | Deadpool vs Gangnam Style - الامريكية مسلسل حنابجم - YouTube |
| 144 | 11/3/2014 8:54:10 AM | http://www.youtube.com/watch?v=Antf3HM7WLI | السلامي صوت 2014 اغنية و اغنية السلامي صخد - YouTube |
| 145 | 11/3/2014 8:54:26 AM | http://www.youtube.com/watch?v=48X4Ecfr3M8 | 2012 لما بلا السلامي - YouTube |
| 146 | 11/3/2014 8:54:27 AM | http://www.youtube.com/watch?v=M7JD1XWvMYSI | جدا حمبل---السلامي - واحد ناهيه إنس - YouTube |
| 147 | 11/3/2014 8:54:28 AM | http://www.youtube.com/watch?v=6LVfH4PLTEo | جدا حمبل---السلامي - واحد ناهيه إنس - YouTube |
| 148 | 11/3/2014 8:54:28 AM | http://www.youtube.com/watch?v=7hukbsC4PhA | جدا حمبل---السلامي - واحد ناهيه إنس - YouTube |
| 149 | 11/3/2014 8:54:28 AM | http://www.youtube.com/watch?v=7hukbsC4PhA | جدا حمبل---السلامي - واحد ناهيه إنس - YouTube |
| 150 | 11/3/2014 8:54:29 AM | http://www.youtube.com/watch?v=J-2-Cydq8tRh4 | بونو جوبو السلامي - YouTube |
| 151 | 11/3/2014 8:54:29 AM | http://www.youtube.com/watch?v=6h2nFCzbHU | السلامي بهوت الاسلاميتية 95 اغنية - YouTube |
| 152 | 11/3/2014 8:54:29 AM | http://www.youtube.com/watch?v=DUTuyD0W0nA | 99999بالالالالاللهوو العصبية السلامي اغنية - YouTube |
| 153 | 11/3/2014 8:54:30 AM | http://www.youtube.com/watch?v=HY2rLt23Uek | alvin klaSh كلاس - YouTube |
| 154 | 11/3/2014 8:54:30 AM | http://www.youtube.com/watch?v=fafvuEDzq4 | Klash Mother Song - Chipmunk كلاس - YouTube |
| 155 | 11/3/2014 8:56:05 AM | http://www.youtube.com/watch?v=ssudfH1T2J-1 | البلغ خصوصا جديد مردين اشتياق الفداء.wmv - YouTube |
| 156 | 11/3/2014 8:56:25 AM | http://www.youtube.com/watch?v=3pdyvdoTIuMfE | البلغ خصوصا جديد مردين اشتياق الفداء.wmv - YouTube |
| 157 | 11/3/2014 8:57:48 AM | http://www.youtube.com/watch?v=Vvxkg6p6oAs | ...صدد العراقي الجيش اقدامي 2015 الربيعي عشين اقل اخته داعش با |

18

19

| | | | |
|---|---|---|---|
| ☑ 158 | 11/3/2014 8:57:53 AM | https://www.google.com.tr/webhp?sourced=chrome-instant&ion=... | Google |
| ☑ 159 | 11/3/2014 8:58:44 AM | https://www.google.com.tr/webhp?sourced=chrome-instant&ion=... | العربية داعش نشيد - Google'da Ara |
| ☑ 160 | 11/3/2014 8:57:44 AM | http://www.youtube.com/watch?v=YINL4x33NTU | سعودي سياسي بمعلل بطوح القتالوي حبان - YouTube - جديد . كلمة الشيخ الشريخ البهدادي للجيش الع لوم يهب قائم |
| ☑ 161 | 11/3/2014 8:59:33 AM | http://www.youtube.com/watch?v=yGSJDfmcOBk | سعودي سياسي بمعلل بطوح القتالوي حبان - YouTube |
| ☑ 162 | 11/3/2014 9:00:13 AM | http://www.youtube.com/watch?v=I0uZ3z3IIIA | المهيدي على العلاقة ماهي - فاطمي خارجية الاسلامية الخلافة - YouTube |
| ☑ 163 | 11/3/2014 9:00:57 AM | http://www.youtube.com/watch?v=g8aP66UJ3Gw | الاسلامية الدالة قوة - YouTube |
| ☑ 164 | 11/3/2014 9:01:07 AM | http://www.youtube.com/watch?v=WIbTC0IOLLP8 | احاد مؤسسه مقهور :: الماليكي عدا مقهور :: نشيد - YouTube |
| ☑ 165 | 11/3/2014 9:01:30 AM | http://www.youtube.com/watch?v=C2P-I1kQnCU | الجنادية وأروع أفوف من || للعوائل بالعنوان الشريعة أصمار حنا - HD - YouTube |
| ☑ 166 | 11/3/2014 9:01:43 AM | http://www.youtube.com/watch?v=PYIhxWSMQmU | السياحة نشر هيوا شهوا نشيد - YouTube |
| ☑ 167 | 11/3/2014 9:01:51 AM | http://www.youtube.com/watch?v=RHhfmAyn4ZwI&spfreload=1 | حوبان أداه الاسلامي أخذ الاسبوع جديد نشيد - YouTube |
| ☑ 168 | 11/3/2014 9:02:08 AM | http://www.youtube.com/watch?v=RHhfmAyn4ZwI | بعيد ان ابدا لا - YouTube |
| ☑ 169 | 11/3/2014 9:02:10 AM | http://www.youtube.com/watch?v=4YZ6zsnWCaU | حوبان أداه الاسلامي أخذ الاسبوع جديد نشيد - YouTube |
| ☑ 170 | 11/3/2014 9:02:12 AM | http://www.youtube.com/watch?v=29WlFIX95JDg | بعيد ان ابدا لا - YouTube |
| ☑ 171 | 11/3/2014 9:02:15 AM | http://www.youtube.com/watch?v=rsDO6MvdNxw | مقهور عدا الماليكي أحاد مؤسسة نشيد جديد - YouTube |

24

25

26

27

---

28  [12]    Although the Defense received a copy of the laptop hard drive early in the case, the
Government has not provided the Defense with a forensic report on the laptop, and it is not clear
which forensic software the Government used to create the database in its brief.

| | | | |
|---|---|---|---|
| 172 | 11/3/2014 9:02:27 AM | http://www.youtube.com/watch?v=PpQOnMW2gM | ... اشاهد رأهة من اشبال اندونيسيا للدولة الاسلامية في العراق والشام - YouTube |
| 173 | 11/3/2014 9:03:21 AM | http://www.youtube.com/watch?v=1uHHLiNexy4 | ... نشيد :: وتعلمت فرحة اللقها كرف :: الدولة الاسلامية في العراق والشام - YouT... |
| 174 | 11/3/2014 9:03:47 AM | http://www.youtube.com/watch?v=G-3UaMT4A1g | ... الطفل السوري الذي أرعب الشيعة ويشار وتعريقا واسرائيل تخاطف بنفسك - YouT... |
| 175 | 11/3/2014 9:03:53 AM | http://www.youtube.com/watch?v=qnf57wSsabE | ... أجمل و أفضل الأناشيد الجهادية الاسلامية الحماسية 2014 - الجزء الثالث - YouT... |
| 176 | 11/3/2014 9:04:07 AM | http://www.youtube.com/watch?v=Oal-K8LNrA | ... مجموعة من اروع الاناشيد المؤثرة تدخل ولا تبرد - YouTube |
| 177 | 11/3/2014 9:04:59 AM | http://www.youtube.com/watch?v=bZP9htFs-s1 | Yo... - هل يستهم تنظيم الدولة لاقتحام بغداد وهل ياقطعل سلاح الأقلباس؟ - تفاصيل |
| 178 | 11/3/2014 9:05:05 AM | http://www.youtube.com/watch?v=eeht-BUVoOhc | Yo... - هل يستهم تنظيم الدولة لاقتحام بغداد وهل ياقطعل سلاح الأقلباس؟ - تفاصيل |
| 179 | 11/3/2014 9:05:05 AM | http://www.youtube.com/watch?v=YWnfo-sTfH8 | ... الخطر جدا~خبر عسكري يكشف السر ورة قوة الدولة الأسلامية الرقمية وسر حو |
| 180 | 11/3/2014 9:05:08 AM | http://www.youtube.com/watch?v=SPLdt2hBQ84 | ترجمان الشاخص للائح الاعلامي بقدم:نشرة اخبار الدولة الاسلامية+اخبار العلق... |
| 181 | 11/3/2014 9:05:11 AM | http://www.youtube.com/watch?v=wrDupkoQP_II | ترجمان الشاخص للائح الاعلامي بقدم:نشرة اخبار الدولة الاسلامية+اخبار العلق... |
| 182 | 11/3/2014 9:06:22 AM | http://www.carltitans.com/game/night-highway-race/ | Free Racing Game, Night Highway Race |
| 183 | 11/3/2014 9:07:32 AM | http://foreign.mgid.com/popunder.php?popId=1&cpid=6878&s=1... | MGID |
| 184 | 11/3/2014 9:07:32 AM | http://mgid.com/mg-product.html?s=13408&n=1614765 | MGID |
| 185 | 11/3/2014 9:08:29 AM | http://www.youtube.com/watch?v=F3fV77X69U | ... اعتقال 3 نساء اكتشفهن عن فرحهن والسؤال أمام سبني قوف - YouTube |
| 186 | 11/3/2014 9:08:37 AM | http://www.youtube.com/watch?v=3uPNSVArpkc | ... اعتقال 3 نساء اكتشفهن عن فرحهن والسؤال أمام سبني قوف - YouTube |
| 187 | 11/3/2014 9:08:44 AM | https://www.google.com.tr/search?q=%D8%A7%D9%85%D8%... | اعراه مصلغة - Google'da Ara |
| 188 | 11/3/2014 10:14 AM | http://www.youtube.com/watch?v=Rd87_v4Wpz0 | ... أعرب جسم أمرأة - YouTube |
| 189 | 11/3/2014 10:50 AM | http://www.youtube.com/watch?v=9Db8z19Bds | ... أعرب جسم أمرأة - YouTube |
| 190 | 11/3/2014 10:54 AM | https://www.google.com.tr/search?q=%D8%A7%D9%85%D8%... | اعراه مصلغة من دون لباس - Google'da Ara |
| 191 | 11/3/2014 10:59 AM | http://games.mgid.com/jnews/1614765/l/13408/pp/2/1/?h=wTr7E... | Almost 100% Of Gamers Are Confused With This GTA Version - MGID |
| 192 | 11/3/2014 11:22 AM | https://www.google.com.tr/search?q=%D8%A7%D9%D9%84%D8%... | اعراه مصلغة - Google'da Ara |
| 193 | 11/3/2014 11:53 AM | http://www.tttt4.com/bike-games/blues-bikers.html | لعبة بلوز بايكرز - ألعاب ماطر |
| 194 | 11/3/2014 11:53 AM | http://www.tttt4.com/bike-games/blues-bikers.html | لعبة بلوز بايكرز - ألعاب ماطر |
| 195 | 11/3/2014 12:12 AM | http://googleads.g.doubleclick.net/ack?sa=L&ai=CuxXh3EZXVLG3... | Racing Games - : :| Play Action Games : | Play Free Action Games | |
| 196 | 11/3/2014 13:21 AM | https://www.google.com.tr/search?q=%D8%A7%D9%85%D8%... | اعره مصلغة قهى و هيزجة! - Google'da Ara |
| 197 | 11/3/2014 13:47 AM | http://www.playxn.com/racing?aid=715&gclid=CKqA2O-L3eECFSY... | Racing Games - : :| Play Action Games : | Play Free Action Games | |
| 198 | 11/3/2014 14:10 AM | http://www.youtube.com/watch?v=BQs-s_L3c44 | ... اعراة مقصمة :دخت علي مجلس رجال - YouTube |
| 199 | 11/3/2014 14:16 AM | https://www.google.com.tr/search?q=%D8%A7%D9%85%D8%... | اعراه مقصمة - Google'da Ara |
| 200 | 11/3/2014 14:20 AM | http://www.youtube.com/watch?v=AF2Y1GkyYEo | ... ردة فعل يوسف سيف بعد مشاهدته أمرأة عارية في الملعب !!!!! - YouTube |
| 201 | 11/3/2014 14:31 AM | http://www.youtube.com/watch?v=qHk0YbdJU | ... زلات مندرجات مذاعب كأس العالم 2014 بالبرازيل - YouTube |
| 202 | 11/3/2014 9:14:42 AM | http://www.youtube.com/watch?v=dGqBFnQnw4c | SuperPop: Gata encara pedido para conquistar 'bumbum nota 10' - YouTube |

The first set of searches, from lines 130 to 137 are for video games. The next lines are news and comedy videos (lines 138 to 141.) Two of these videos are dated April 20, 2018, making it unclear whether these historical entries really were on November 3, 2014. The next two lines are videos related to "Gangnam Style" (the Korean pop hit) and Deadpool (the Marvel movie). Then lines 144 to 154 all involve Chipmunk-voice versions of various pop songs, except for line 151, which is a Wrestlemania video. Then lines 155 and 156 are Arabic-language soccer chants for Real Madrid. As the Government has noted, 157 is related to ISIS, but it is actually an anti-ISIS song by the Iraqi Army. It also has the year 2015 in the title, which again makes it less clear that this all happened in November 2014.[13]

The next line does appear to be a search, on the Turkish version of Google, for jihadi ISIS chants (of course this is prompted by an anti-ISIS song on YouTube). Then various videos pop up on lines 159 to 167 (which roughly relate to the entries in the Government's brief, with fewer duplications) and lines 168 to 182. The entries are separated by seconds for the most part – two seconds between lines 168 to 169, two seconds between lines 169 to 170, three seconds for

---

[13] This is an issue because this history is not showing up where the Defense forensic examiner would expect to see it. It is deep in the bowels of this laptop, apparently connected to a Chrome ad-in called Vosteran.

1   lines 170 to 171 – not enough time to even start a video before the browser seems to log the next

2   one.  This makes it especially hard to determine if any particular video was intentionally

3   accessed, much less watched.

4          After the entries the Government has complained about, at line 183, the history goes back

5   to a racing game.  Then, at lines 184 to 185, a pop-up ad from a company called MGID appears

6   in the history twice.  The ad is followed by YouTube videos involving naked women, which lead

7   to searches and videos for more naked women, more games, more naked women, and soccer

8   nude bloopers.  YouTube provides suggestions for the next videos.

9          This laptop has a 120 GB hard drive.  Each gigabyte would hold approximately 65,000

10  word documents, or 15,000 image files.  The history above, of unknown provenance, by an

11  unknown person, during an eight minute period, and buried in the laptop, without any indication

12  of an actual download of any concerning video or data, does not an ISIS commander make.

13  **VII. OMAR'S POST ON THE RAWAH BRIDGE BOMBING – COMMITTED BY ISIS
    IN EARLY 2014 – DEFINITIVELY SHOWS THAT HE WAS NOT INVOLVED IN,**
14  **MUCH LESS THE ANBAR COMMANDER OF, ISIS**

15         In March 2014, ISIS bombed the Rawah bridge.  It is documented in the Internet, most

16  notably in a series of YouTube videos by a group of Rawans commemorating their town and its

17  travails.  Those videos evidence that the same group of ISIS fighters accused in Ihsan Jasim in

18  June 2014, were terrorizing Rawah three months prior, in March 2014.  On March 13, 2014, Abu

19  Anas al-Sammarai, Mohammed Abud, Omar Adel Abd Al-Wahid, Farhan Rafiq Itaywi, and Ziad

20  Tariq Abbas, used C-4 explosives to explode a large portion of the Rawah Bridge over the

21  Euphrates River.  (Exh. 157.)

22

23    

24

25

26

27

28



1
2
3
4
5
6
7
8



9
10
11
12
13
14
15
16
17
18
19
20



21
22
23
24
25
26
27



28

The video includes footage of the bridge explosion, a commemoration of the victims, and clear identification of the perpetrators.

1    Within five days of the terrorist attack, Omar Ameen, in Turkey, commented on a post

2  about one of the victims, expressing his condolences.



The post has a photograph of a victim, in front of the Rawah Bridge.  Omar's comment,

on March 18, 2014, states, "May God have mercy on you, Rasool, and forgive you, and have

mercy on those who perished in the bridge [incident], and give their family patience.  We all

belong to God and to Him we shall return."  The Government's theory would require that Omar

be at the same time an ISIS commander blowing up the bridge with Abu Anas Al-Sammarai and

the rest of Jasim's murderers, and expressing condolences about the bridge bombing from

Turkey.  Again, the Government's theories and arguments make no sense, and that is because

Omar is innocent.

1

**VIII. CONCLUSION**

2        The Defense felt compelled to file this factual memorandum to set the record straight.

3   The Defense continues to investigate all aspects of this case, including Omar's presence in

4   Turkey on the date of the Iraq offense, and the true identities of the perpetrators of Ihsan Jasim's

5   murder.

6

7   DATED: February 26, 2020                    Respectfully submitted,

8                                               HEATHER E. WILLIAMS
9                                               Federal Defender

10                                              /s/ Rachelle Barbour
                                                RACHELLE BARBOUR
11                                              Assistant Federal Defender

12                                              /s/ Benjamin D. Galloway
13                                              BENJAMIN D. GALLOWAY
                                                Chief Assistant Federal Defender
14                                              Attorneys for OMAR AMEEN

15

16

17

18

19

20

21

22

23

24

25

26

27

28