**EXHIBIT 153 – ADDITIONAL DOCUMENTATION OF FACEBOOK COMMENTS DISCUSSED IN GOVERNMENT'S DOCUMENT 261**

1. <u>August 2014 Comments about Massacre at Mosque:</u>



Text in Original Post discusses the massacre at Musab Bin Umair Mosque on 8/22/2014, where approximately 70 people were killed.  It also mentioned three other massacres in mosques in the six month period prior to the post.  It asked for the international community and human rights organizations to intervene against the militias who carried out the massacre.

Omar commented on multiple posts regarding this massacre.

**EXHIBIT 153 - 1**

2. August 2014 Comment about Airstrike on Rawah that Killed Civilians:



**EXHIBIT 153 - 2**

Text in Original Post discusses one of the civilians killed by an airstrike on Omar's own hometown of Rawah on 8/22/2014.  Omar commented on that post.

**Full translation of post and Omar Ameen comment:**
"Ahmed Wageeh is with Jamal Alrawi"
August 22, 2014

We all belong to God and to Him we shall return. One of the civilian casualties as a result of the hostile airstrike on the city of Rawah.

[Photo]

Omar Ameen (comment):
"To the mercy of God"

3. <u>August 2014 Comment about Muslims of East Turkestan Being Slaughtered by the Chinese Regime:</u>



**EXHIBIT 153 - 3**

Text in Original Post discusses Muslims of East Turkestan being slaughtered by Chinese regime gangs. Omar commented on that post.

**Full translation of post and Omar Ameen comment:**
"Official page of Sheikh Dr. Mohammed El-Oraifi
August 22, 2014
#Mohammed_Aql / Media journalist
@aqel59

Muslims of East Turkestan being slaughtered at the hands of Chinese regime gangs
Support them, muslims.
Mohammed_Aql #

[4 Photos]

Omar Ameen (comment):
Where is the Mufti of Saudi Arabia, crooked Abu Hellik? Is he not seeing what's happening, or is he, God willing, blind and can't see? Isn't the dog Abdullah going to ask him? God damn you, you dogs of the rulers"

4. August 2014 Comment on Parody Maliki Page (cited as two different quotes in Government's Document 261):



EXHIBIT 153 - 4

The original post on this parody page for Nouri al-Maliki is of a sad Maliki lamenting his poor luck that he has been confined to the Green Zone. The parody page has a photograph of Maliki's face combined with the face of his successor, Haider Al-Abadi.



Omar's comments teases him for his misfortune (of being kicked out of office). In turn, the Maliki parody page "likes" Omar's comments:



**Full translation of post and Omar Ameen comments:**
"Iraqi Prime Minister Nouri al-Maliki

**EXHIBIT 153 - 5**

August 14, 2014

I assure you that I, esteemed Prime Minister Nouri al-Maliki, have not and will not relinquish my authority and the person who went out on TV is not me, but is my lookalike that they brought out and enticed with money and who gave a speech announcing my relinquishment.
"Esteemed Prime Minister"

[Photo, with caption under it:]
Oh world, you have denied me rings and prayer beads … and made me reside in the Green Zone against my will.

Omar Ameen (comment):
See what we do when we're upset?

Omar Ameen (comment):
Didn't we tell you not to provoke your masters the Sunnis, but to no avail with you."

5. <u>Summer 2013 Posts Regarding the Protests and Massacres in Egypt:</u>

   Comment on a post about Hosni Mubarak's son in prison in Egypt getting saluted by guards despite being a prisoner:

   

**EXHIBIT 153 - 6**

**Full translation of post:**
"Dr. Faisal El-Qasim (AlJazeera TV host) is with Farid Derradji and Senni Abde Eldjalil
June 5, 2012

Egyptian officers saluting Gamal Mubarak as he descends from the prison van. This is the first time I've seen a prisoner being saluted, instead of being beaten. Amazing!"

[Photo]


Late July 2013 comments showing ongoing focus on political situation in Egypt:



**Full translation of post and Omar Ameen comment:**

**EXHIBIT 153 - 7**

"B.R.Q. | BRQ Network
July 27, 2013

#BRQ | #Egypt's_Coup | Slaves of #Sisi prostrating before him
[Photo]

Omar Ameen (comment):
God curse Abd El-Nasser (Egypt's president 1952-70) and Sisi and every dog like those agents, God resurrect you and Sisi in Hell, you protectors of Israel, you traitors."

August 2014 comment on a post commemorating one Egyptian victim of nearly 1000 victims of a Sisi security force-led massacre of protesters in Egypt:



**EXHIBIT 153 - 8**

**Full translation of post and Omar Ameen comment:**
"Alhiwar TV – Alhiwar TV channel
August 13, 2014

With the anniversary of the Rabaa massacre:
Asmaa El-Biltagi's mother: "A year of sadness. I enter my daughter's room and don't find her there"
[Photo with caption underneath:]
Martyr Asmaa El-Biltagi

Omar Ameen (comment):
May God accept you and may the curse of God be on the dog Sisi"

6. The March 3, 2014 Comment Curses Iranian Religious Leaders "From Khomeini on downwards":

> **From FB Business Record:**
> Time 2014-03-03 07:54:17 UTC
> Type Comments
> Summary Oaameen Alrawi commented on a post from March 2, ما شفت ارخص من
> اعراض ^ . 2014
> الخميني من زنا اولاد لانهم الخميني الصنم زوجه لو انشاالله دينار الاف بعشر السئ يفضه كله المتعه اولاد
> نازل وانت ^
> Object Id S:_I100001875305026:619290314810140:4

The comment criticizes Iranian religious leaders "from Khomeini on downwards" and calls Khomeini a false idol. The Ayatollah Khomeini, of course, was Iran's Supreme Leader for decades, and believed by the United States to sponsor terrorism.
https://www.cia.gov/library/readingroom/docs/CIA-RDP90-00965R000706940085-6.pdf

**Full translation of Omar Ameen comment:**
"I haven't seen anything cheaper than the honor of the sons of pleasure. Everything is taken care of by the cleric for 10,000 dinars, even if it's the wife of false idol Khomeini because they're sons of fornication, from Khomeini on downwards."

EXHIBIT 153 - 9