**EXHIBIT 154 – Documentation of Al Refai Electronics Store in Erbil, Iraq**





**EXHIBIT 154 - 1**







**EXHIBIT 154 - 2**

**EXAMPLE OF IRRIGATION TIMER AT AL REFAI ELECTRONICS STORE WITH SWITCHES INSTALLED**





**EXHIBIT 154 - 3**





**EXHIBIT 154 - 4**










**EXHIBIT 154 - 5**