U.S. Department of Justice
Immigration and Naturalization Service

Sworn Statement of Refugee Applying for
Admission into the United State

**Authority.** The Authority to collect this information is contained in 8 U.S.C. 1157. Failure to provide all requested information could delay the final decision or result in denial of your request. The information collected will be used to make a determination on your application for admission. It may, however, be provided to other U.S. government agencies.

**Penalties.** If you knowingly and willfully falsify or conceal a material fact or submit a false document with this application, you will face penalties provided by law and may be subject to criminal prosecution.

**Public Reporting Burden.** Under the Paperwork Reduction Act (5 U.S.C. 1320), a person is not required to respond to a collection of information unless it displays a currently valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. Often this is difficult because some immigration laws are very complex. The estimated average time to complete and file this application is 20 minutes per application. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Immigration and Naturalization Service, 425 I Street, N.W., Room 5307, Washington, DC 20536. *(Do not mail your completed application to this address.)*

**All Applicants For Refugee Status Must Establish That They Are Admissible.**

| Name | A 212 734 127   TU-395157 |
|---|---|
| | AMEEN, Omar Abdulsattar |

Please answer the following questions truthfully. Check the appropriate box below. Answering "Yes" will not necessarily exclude you from admission to the United States. If it is determined that your admission into the United States presents a foreign policy danger to the United States, you may be found inadmissible. If you answer "Yes" to any of the following questions, please provide an explanation on the reverse side of these pages.

| Yes | No | |
|---|---|---|
| ☐ | ☒ | **1. Have you ever been arrested, or have you ever committed, or helped someone else commit, any crimes?** If no, proceed to 2 below. If yes, have you ever: |
| ☐ | ☐ | a. knowingly committed any crime (excluding traffic violations) for which you have not been arrested? |
| ☐ | ☐ | b. been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance excluding traffic violations? |
| ☐ | ☐ | c. been the beneficiary of a pardon, amnesty, rehabilitation decree or other act of clemency or similar action? |
| ☐ | ☐ | d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the United States? |
| ☐ | ☐ | e. illicitly trafficked (illegally transported, traded, dealt or sold) in any illegal narcotic or other controlled substance, or knowingly assisted, abetted or conspired in the illicit trafficking of any such substance? |
| ☐ | ☐ | f. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? |
| ☐ | ☐ | g. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the United States illegally? |
| ☐ | ☐ | h. within the past 10 years been a prostitute or procured anyone for prostitution? |

OA_000482

201

EXHIBIT 155

A 212 734 127    TU-395157
AMEEN, Omar Abdulsattar

Name: _____                              File Number: _____

| Yes | No | | |
|---|---|---|---|
| ☐ | ☒ | 2. | **Have you ever been to the United States?** If no, proceed to 3 below. If yes, have you ever: |
| ☐ | ☐ | a. | been subject to deportation or removal from the United States? |
| ☐ | ☐ | b. | voted illegally in the United States? |
| ☐ | ☐ | c. | been a citizen of the United States who has renounced that citizenship to avoid taxation? |
| ☐ | ☐ | d. | left the United States to avoid being drafted into the United States armed forces? |
| ☐ | ☐ | e. | been subject to a civil document fraud final order for violating section 274C of the Immigration and Nationality Act of the United States? |
| ☐ | ☒ | 3. | **Are you now withholding custody of a United States citizen child outside the United States from a person granted custody of the child?** |
| | | 4. | **Have you ever:** |
| ☐ | ☒ | a. | engaged in, conspired to engage in, or incited, sabotage, kidnapping, assassination, hijacking, or any other form of terrorist activity? |
| ☐ | ☒ | b. | solicited membership or funds for any person or organization that has ever engaged in or conspired to engage in sabotage, kidnapping, assassination, hijacking, or any other form of terrorist activity? |
| ☐ | ☒ | c. | provided support, including, housing, transportation, communications, funds, documents, weapons or training for any person or organization that has ever engaged in or conspired to engage in sabotage, kidnapping, assassination, hijacking, or any other form of terrorist activity? |
| ☐ | ☒ | d. | been a representative or member of a terrorist organization or a member of a group which endorses terrorist activity? |
| ☐ | ☒ | e. | [If married] Has your spouse ever engaged in terrorist activity or been a member of a terrorist organization? |
| ☐ | ☐ N/K | f. | [If between 14 and 21] Has your parent ever engaged in terrorist activity or been a member of a terrorist organization? |
| | | 5. | **While in the United States, do you intend to engage in:** |
| ☐ | ☒ | a. | espionage? |
| ☐ | ☒ | b. | terrorism or any activity a purpose of which is opposition to, or the control or overthrow of the Government of the United States, by force, violence or other unlawful means? |
| ☐ | ☒ | c. | any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? |
| ☐ | ☒ | d. | polygamy (simultaneous marriage to more than one spouse)? |
| ☐ | ☒ | e. | prostitution? |
| ☐ | ☒ | 6. | **Have you ever been a member of, or in any way affiliated with, the Communist party or any other totalitarian party?** |

OA_000483

202

EXHIBIT 155

Name: A 212 734 127 , TU-395157
AMEEN, Omar Abdulsattar

File Number: _____

| Yes | No | | |
|-----|-----|---|---|
| ☐ | ☐ | 7. | [Where Applicable] Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? |

N/A

| Yes | No | | |
|-----|-----|---|---|
| ☐ | ☒ | 8. | Have you ever ordered, incited, assisted in or participated in the harm of any other person because of the person's race, religion, nationality, ethnic origin or political opinion?<br>If no, proceed to 9 below. If yes, have you ever: |
| ☐ | ☐ | a. | engaged in genocide? |
| | | b. | as a foreign government official at any time in the preceding 24 month period been responsible for: |
| ☐ | ☐ | i. | prolonged, arbitrary, or secretive detention or abduction of a person or persons with the purpose of restricting their religious freedom, beliefs or activities? |
| ☐ | ☐ | ii. | torture or cruel, inhuman, or degrading treatment or punishment of a person or persons with the purpose of restricting their religious freedom, beliefs or activities? |
| ☐ | ☐ | iii. | any other flagrant denial of the right to life, liberty or the security of a person or persons with the purpose of restricting their religious freedom, beliefs or activities? |
| ☐ | ☒ | 9. | Have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the United States or any other immigration benefit? |
| ☐ | ☒ | 10. | Are you a narcotics abuser or addict? |

I, the undersigned, swear or affirm under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct. I understand all the foregoing statements, having asked for and obtained a translation or explanation of every point that was not understood or clear to me.

_[signature]_        MAY 2 2 2014

Signature of Applicant        Date

*Subscribed and sworn to (Affirmed) by the above named applicant before me*

Location: ISTANBUL, TURKEY      Date: MAY 2 2 2014

Interpreter: _[signature]_      INS Officer: _[signature]_ Steven Zeiger

Signature      Refugee Officer

Abla Menoues

Print Name      Print Name

OA_000484

EXHIBIT 155