**EXBHIT 156 – SCREEN SHOTS OF RELEVANT WEB HISTORY OF LAPTOP**

| | Last Visit Time | URL | Title |
|---|---|---|---|
| 130 | 11/3/2014 8:50:41 AM | http://www.googleadservices.com/pagead/adk?sa=L&ai=CebV00... | KidsGames.Biz - Free Online Kids Games |
| 131 | 11/3/2014 8:50:41 AM | http://www.kidsgames.biz/?utm_source=aw&utm_medium=con&ut... | KidsGames.Biz - Free Online Kids Games |
| 132 | 11/3/2014 8:50:54 AM | http://www.kidsgames.biz/play/258/flash-tuning-car-game | Flash Tuning Car - KidsGames.biz |
| 133 | 11/3/2014 8:50:54 AM | http://www.kidsgames.biz/free-online-games.php | More Games - Free To Play! |
| 134 | 11/3/2014 8:50:54 AM | http://www.kidsgames.biz/free-online-games.php | More Games - Free To Play! |
| 135 | 11/3/2014 8:51:06 AM | http://www.kidsgames.biz/out.php | All My Flash Games - Homepage |
| 136 | 11/3/2014 8:51:06 AM | http://www.allmyflashgames.com/ | All My Flash Games - Homepage |
| 137 | 11/3/2014 8:51:38 AM | https://www.google.com.tr/search?q=%D8%A7%D9%84%D8%... | Google'da Ara بحث علي |
| 138 | 11/3/2014 8:53:09 AM | http://www.youtube.com/watch?v=meeOzIfYZB8 | 18-4-20 اخبار اهل العربية حادث مروى يسبب بفعل شيش في دبي في اول ... |
| 139 | 11/3/2014 8:53:15 AM | http://www.youtube.com/watch?v=-67SLJU9ws | 18-4-20 اخبار اهل العربية حادث مروى يسبب بفعل شيش في دبي في اول ... |
| 140 | 11/3/2014 8:53:15 AM | http://www.youtube.com/watch?v=rDmWzb5Uyy0 | ترنيم لفيف فيه ستايل 7 - YouTube |
| 141 | 11/3/2014 8:53:15 AM | http://www.youtube.com/watch?v=6GjWGWZEz2Y | ترنيم لفيف فيه ستايل 11 - YouTube |
| 142 | 11/3/2014 8:53:18 AM | http://www.youtube.com/watch?v=m6Q86r4X0MI8spfreload=1 | Deadpool vs Gangnam Style - ستايل الامريكي حلقه - YouTube |
| 143 | 11/3/2014 8:53:25 AM | http://www.youtube.com/watch?v=m6Q86r4X0MI | Deadpool vs Gangnam Style - ستايل الامريكي حلقه - YouTube |
| 144 | 11/3/2014 8:54:10 AM | http://www.youtube.com/watch?v=AnfFJHM7WL1 | السام عليكم محمد 9 مايو 2014 مصرى فره - YouTube |
| 145 | 11/3/2014 8:54:26 AM | http://www.youtube.com/watch?v=48X4EcfrJM8 | السبات بلا حدود اغنيه 2012 - YouTube |
| 146 | 11/3/2014 8:54:27 AM | http://www.youtube.com/watch?v=M7D1XWvMYSI | السبات-حدسبات-دحج ويكس اغنى - YouTube |
| 147 | 11/3/2014 8:54:28 AM | http://www.youtube.com/watch?v=6LVAHPLTEo | السبات-حدسبات-دحج ويكس اغنى - YouTube |
| 148 | 11/3/2014 8:54:28 AM | http://www.youtube.com/watch?v=7huKbsC4PhA | السبات-حدسبات-دحج ويكس اغنى - YouTube |
| 149 | 11/3/2014 8:54:28 AM | http://www.youtube.com/watch?v=7huKbsC4PhA | السبات-حدسبات-دحج ويكس اغنى - YouTube |
| 150 | 11/3/2014 8:54:28 AM | http://www.youtube.com/watch?v=J-Cydq8IRh4 | السبات - BOM-BOM مفرحه يارغنو | - YouTube |
| 151 | 11/3/2014 8:54:29 AM | http://www.youtube.com/watch?v=6h2mFCztbHU | السبات 28 للماشات الارسلاميه اعبا - YouTube |
| 152 | 11/3/2014 8:54:29 AM | http://www.youtube.com/watch?v=DUTuyD0W0nA | 99999fllllly المعنفه السبات.flv - YouTube |
| 153 | 11/3/2014 8:54:30 AM | http://www.youtube.com/watch?v=HY2rLt23UDk | alivm klash كلاش جديد كلاش - YouTube |
| 154 | 11/3/2014 8:54:30 AM | http://www.youtube.com/watch?v=fafvuEIDzq4 | Klash Mother Song - Chipmunk اغنى كلاش - YouTube |
| 155 | 11/3/2014 8:56:05 AM | http://www.youtube.com/watch?v=ssudfwT2j-1 | اغنى اهل الفنا اشنف حموحد بيان مدريد اشناف اهل.wmv - YouTube |
| 156 | 11/3/2014 8:56:25 AM | http://www.youtube.com/watch?v=IpdydoTwMfl | اغنى اهل الفنا اشنف حموحد بيان مدريد اشناف اهل.wmv - YouTube |
| 157 | 11/3/2014 8:57:48 AM | http://www.youtube.com/watch?v=VvxKg6p6oAs | عد... اغانى الجيش العربى 2014 2015 اغانى الربعى اخذه اهل الفاك محمى ا داعش |

**EXHIBIT 156 - 1**

| # | | Date/Time | URL | Title |
|---|---|---|---|---|
| 158 | | 11/3/2014 8:57:53 AM | https://www.google.com.tr/webhp?sourceid=chrome-instant&ion=... | Google |
| 159 | | 11/3/2014 8:58:44 AM | https://www.google.com.tr/webhp?sourceid=chrome-instant&ion=... | الأشيد داعش الأنبار - Google'da Ara |
| 160 | | 11/3/2014 8:59:17 AM | http://www.youtube.com/watch?v=YINL4x3JNTU | كلمة الشيخ المغذاذي للجيش العر وش نجد الله ذلك سموك - YouTube |
| 161 | | 11/3/2014 8:59:33 AM | http://www.youtube.com/watch?v=yG5jDfmcOBk | حلت العلاوي نطح بمحتل سياسي سعودي - YouTube |
| 162 | | 11/3/2014 9:00:13 AM | http://www.youtube.com/watch?v=4DuZJz3IIIA | العلاوة قادمة ماذا على المهدي - YouTube |
| 163 | | 11/3/2014 9:00:57 AM | http://www.youtube.com/watch?v=g8aP66U3Gw | أحداث الدولة الإسلامية فوو - YouTube |
| 164 | | 11/3/2014 9:01:07 AM | http://www.youtube.com/watch?v=WbTC0IOLLP8 | أحداث مؤسسة أجناد :: جديد مفجور الملائكة غذا - YouTube |
| 165 | | 11/3/2014 9:01:30 AM | http://www.youtube.com/watch?v=C2P-1IkQnCU | أحداث مؤسسة الأجناد إلى وأرع أفوك الأشيد || عن أمال الشريعة بالسوائر HD - YouTube |
| 166 | | 11/3/2014 9:01:43 AM | http://www.youtube.com/watch?v=PYThxWSMQmU | الأنية نشيد هو يا شباب الشنة - YouTube |
| 167 | | 11/3/2014 9:01:51 AM | http://www.youtube.com/watch?v=RHhmAyn4ZwI&spfreload=1 | خلوان أداء الإسلام أخا جديد نشيد - YouTube |
| 168 | | 11/3/2014 9:02:08 AM | http://www.youtube.com/watch?v=RHhmAyn4ZwI | أبدأ لا لن نحيد - YouTube |
| 169 | | 11/3/2014 9:02:10 AM | http://www.youtube.com/watch?v=4Y26zsnWCaU | خلوان أداء الإسلام أخا جديد نشيد - YouTube |
| 170 | | 11/3/2014 9:02:12 AM | http://www.youtube.com/watch?v=29WFIX95JDg | أبدأ لا لن نحيد - YouTube |
| 171 | | 11/3/2014 9:02:15 AM | http://www.youtube.com/watch?v=rsDO6MvdNxw | مفجور غذا الملائكة نشيد أحداث مؤسسة أجناد جديد - YouTube |

**EXHIBIT 156 - 2**

| # | Date/Time | URL | Title |
|---|---|---|---|
| 172 | 11/3/2014 9:02:27 AM | http://www.youtube.com/watch?v=PpQOniMW2gM | مشاجرة في العراق بين الشباب الدوليين الاسلامية وقطة من الشهيد رافعة - YouTube |
| 173 | 11/3/2014 9:03:21 AM | http://www.youtube.com/watch?v=IuH4LiNexy4 | مشاجرة في العراق ولاية الاسلامية في العراق والشام :: فرحة كبرى للقطاء وضحي... - YouT... |
| 174 | 11/3/2014 9:03:47 AM | http://www.youtube.com/watch?v=G-3UaMT4A1g | المسعد بمعهد الفقيد الجهادية الاسلامية وبشار المركي واسرائيل شاهد فرحته وضحي :: شهيد - You... |
| 175 | 11/3/2014 9:03:53 AM | http://www.youtube.com/watch?v=qnf57wSsabE | البلاد الجلد - 2014 الفقيد الجهادية الاسلامية الذي أرعب الشيشان - الطفل السوري الذي أ... - YouT... |
| 176 | 11/3/2014 9:04:07 AM | http://www.youtube.com/watch?v=vOaI-K8LNrA | ادخل وتردد الدولة الاسلامية العربية مجموعة - YouTube |
| 177 | 11/3/2014 9:05:02 AM | http://www.youtube.com/watch?v=bZFPhhFs-sI | تفاصيل - ج الفقهاء بالفعل ستنج وفحجم بعداد وقتل الدولة للاعجام تنظيم من يسعدد قتل - YO... |
| 178 | 11/3/2014 9:05:05 AM | http://www.youtube.com/watch?v=eht-BUVoOhc | تفاصيل - ج الفقهاء بالفعل ستنج وفحجم بعداد وقتل الدولة للاعجام تنظيم من يسعدد قتل - YO... |
| 179 | 11/3/2014 9:05:05 AM | http://www.youtube.com/watch?v=YVnfo-sTH8 | وسر كج بكشف الأسلمة الرقبية الدولة قوة اولى الأخبار تنشر+وج عنسكري خجم-خير جدا خطير تر... |
| 180 | 11/3/2014 9:05:08 AM | http://www.youtube.com/watch?v=SPLdt2NBQB4 | ...الفقل الأخبار الدولة الاسلامية+عمل اولى الأخبار تنشر+وجه عنسكري يكشف الاعلامي للدانة ترحمت |
| 181 | 11/3/2014 9:05:11 AM | http://www.youtube.com/watch?v=wrDupkoQPJI | ...الطفل الأخبار الدولة الاسلامية+عمل اولى الأخبار تنشر+وجه عنسكري يكشف الاعلامي للدانة ترحمت |
| 182 | 11/3/2014 9:06:22 AM | http://www.cartitans.com/game/night-highway-race/ | Free Racing Game, Night Highway Race |
| 183 | 11/3/2014 9:07:32 AM | http://foreign.mgid.com/popunder.php?popId=18cpid=6878&s=1... | MGID |
| 184 | 11/3/2014 9:07:32 AM | http://mgid.com/mg-product.html?s=13408&n=1614765 | MGID |
| 185 | 11/3/2014 9:08:29 AM | http://www.youtube.com/watch?v=F3fvT7J65U | يوقف تصفق عن فرحتهم السوفي نام سيفي 3 الساء الكشفون - YouTube |
| 186 | 11/3/2014 9:08:37 AM | http://www.youtube.com/watch?v=3uPNSVArpkc | يوقف تصفق عن فرحتهم السوفي نام سيفي 3 الساء الكشفون - YouTube |
| 187 | 11/3/2014 9:08:44 AM | https://www.google.com.tr/search?q=%D8%A7%D9%85%D8%... | اعرا Google'da Ara |
| 188 | 11/3/2014 9:10:14 AM | http://www.youtube.com/watch?v=Rd87_v4Wpz0 | امرأة تحترم أتيرب - YouTube |
| 189 | 11/3/2014 9:10:50 AM | http://www.youtube.com/watch?v=x9Ob8z19Bds | امرأة تحترم أتيرب - YouTube |
| 190 | 11/3/2014 9:10:54 AM | https://www.google.com.tr/search?q=%D8%A7%D9%85%D8%... | اعرا دون دون شفاءها من اليسار - Google'da Ara |
| 191 | 11/3/2014 9:10:59 AM | http://games.mgid.com/pnews/1614765/i/13408/pp/2/1/?h=rT7E... | Almost 100% Of Gamers Are Confused With This GTA Version - MGID |
| 192 | 11/3/2014 9:11:22 AM | https://www.google.com.tr/search?q=%D8%A7%D9%84%D8%... | اعرا Google'da - السعار بمسابقات |
| 193 | 11/3/2014 9:11:53 AM | http://www.ttt4.com/bike-games/blues-bikers.html | لعبة بالدراجة ركوب اعبة |
| 194 | 11/3/2014 9:11:53 AM | http://www.ttt4.com/bike-games/blues-bikers.html | لعبة بالدراجة ركوب اعبة |
| 195 | 11/3/2014 9:12:12 AM | http://googleads.g.doubleclick.net/adk?sa=L&ai=CuxXh3EZXVLG3... | Racing Games - - :: Play Action Games :: \| Play Free Action Games \| |
| 196 | 11/3/2014 9:13:21 AM | https://www.google.com.tr/search?q=%D8%A7%D9%85%D8%... | اعرا Google'da - اعبة وقف في طبزخ 9 |
| 197 | 11/3/2014 9:13:34 AM | http://www.playon.com/racing?aid=7158gclid=CKqA2O-L3sECFSY... | Racing Games - - :: Play Action Games :: \| Play Free Action Games \| |
| 198 | 11/3/2014 9:14:10 AM | http://www.youtube.com/watch?v=BQs-s_L3c44 | اعرا محموعة دخت على شاشة تعرض البرن - YouTube |
| 199 | 11/3/2014 9:14:16 AM | https://www.google.com.tr/search?q=%D8%A7%D9%85%D8%... | اعرا Google'da - محموعة |
| 200 | 11/3/2014 9:14:20 AM | http://www.youtube.com/watch?v=AF2Y1GKyVEo | !!!! الملعب في عارية ازبة مشاهدة بعد سيك بوسيف قفل ردة - YouTube |
| 201 | 11/3/2014 9:14:31 AM | http://www.youtube.com/watch?v=iqMK0YbdJU | 2014 امم بالبرازيل كأس مدرجات ملاعب زادت - YouTube |
| 202 | 11/3/2014 9:14:42 AM | http://www.youtube.com/watch?v=dGqBFnQnw4c | SuperPop: Gata encara desafio para conquistar 'bumbum nota 10' - YouTube |

EXHIBIT 156 - 3