**EXHIBIT 157 – EVIDENCE REGARDING THE RAWAH BRIDGE BOMBING, MARCH 13, 2014**

Video regarding bombing at https://www.youtube.com/watch?v=EifHeiFahtc



Abu Anas Al-Sammarai, Head of ISIS in Rawah



Mohammed Abud Al-Suri (2008 arrest photo from Rawah Police)

**EXHIBIT 157 - 1**



Abu Anas Al-Sammarai with Omar Adel Abd Al-Wahid on the weekend of Jasim's Murder



Abu Anas Al-Sammarai with Omar Adel Abd Al-Wahid and other ISIS Members

**EXHIBIT 157 - 2**







Bombing of the Rawah Bridge and Aftermath

**EXHIBIT 157 - 3**



Omar Ameen's March 18, 2014 Comment Sending His Condolences to All the Victims of the Rawah Bridge ISIS Terrorist Attack:
"May God have mercy on you, Rasool, and forgive you, and have mercy on those who perished in the bridge [incident], and give their family patience.  We all belong to God and to Him we shall return."

**EXHIBIT 157 - 4**