McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
HEIKO P. COPPOLA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

CHRISTOPHER J. SMITH
Associate Director
REBECCA A. HACISKI
Trial Attorney
Office of International Affairs
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-0000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ | CASE NO.  2:18-MJ-152 EFB |

UNITED STATES' STATUS UPDATE REGARDING TMF-1

1

The United States submits this status report to supplement the record regarding a representation previously made to the Court. The United States previously informed the Court that the individual referred to in these proceedings as Tribal Mobilization Forces Member 1 (TMF-1) had received no benefit from the FBI in connection with either these extradition proceedings or with the United States' criminal investigation. CR 229 pg. 28. TMF-1 is not a witness in the Iraqi judicial investigation into the murder, nor is TMF-1 a witness in the United States' search warrant affidavit. The role of TMF-1 in the United States' criminal investigation has previously been described in CR 206-2 and 206-3.

Very recently, in response to direct and credible threats to the life of TMF-1 as a result of publicity stemming from the disclosure of the identity of TMF-1 in news reports, the FBI made a monetary payment to TMF-1 in order to facilitate his relocation overseas to attempt to ensure his personal safety. The United States now informs the Court of this new development because its previous representation, while accurate at that time, no longer reflects the current status of benefits provided to TMF-1.

Dated: April 9, 2020

McGREGOR W. SCOTT
United States Attorney

By: */s/ Audrey B. Hemesath*
AUDREY B. HEMESATH
HEIKO P. COPPOLA
Assistant United States Attorneys

CHRISTOPHER J. SMITH
Associate Director
REBECCA A. HACISKI
Trial Attorney
Office of International Affairs