UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATAR AMEEN TO THE REPUBLIC OF IRAQ | No. 2:18-mj-152-EFB<br><br>ORDER |

On January 28, 2020 the court granted counsel for Ameen's request to set a status report deadline of April 29, 2020, by which time counsel for Ameen would apprise the court of its efforts to obtain Ameen's Turkcell data. ECF No. 257. At the deadline, counsel for Ameen filed a status report indicating that the requests and documentation necessary to obtain the records had been provided, via United States government channels, to the relevant Turkish authorities. ECF No. 265 at 1-2. As of April 29, 2020, the Turkish authorities have not yet provided the data or otherwise issued a final response to the request. *Id.* at 2. Counsel for Ameen requests that the court set a new status report date of June 29, 2020 as it continues to seek the Turkcell data. *Id.* The request is granted.

Accordingly, it is ORDERED that on or before June 29, 2020, counsel for Ameen shall file an updated status report apprising the court of its ongoing attempts to obtain Ameen's Turkcell records.

DATED: April 30, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE