UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATAR AMEEN TO THE REPUBLIC OF IRAQ | No. 2:18-mj-152-EFB<br><br>ORDER |

### **The Current Status Report**

After the previous status report – dated June 29, 2020 (ECF No. 269) – the court entered an order setting a due date of August 28, 2020 for a status update on the progress of obtaining Mr. Ameen's cellular data from the government of Turkey. ECF No. 273. The newly filed defense status report indicates that its request for the data remains pending and that the defense is exploring working with a Turkish attorney to facilitate the process. ECF No. 274. In light of the foregoing, the defense requests that the court set a new due date of October 28, 2020 for a further status report. *Id.*

### **The Government's Response**

The government has filed a short opposition that simply reiterates its previous argument that the Turkcell records, to the extent they exist and can be produced, would not be admissible and are incapable of obliterating probable cause. ECF No. 275.

/////

/////

/////

**Analysis**

The court grants the defense request to set a new status report deadline of October 28, 2020. The same rationales articulated in its previous order (ECF No. 278 at 3-4) remain applicable.

Accordingly, it is ORDERED that on or before October 28, 2020 the defense shall file an updated status report apprising the court of its ongoing attempts to obtain Ameen's Turkcell records.

DATED: September 1, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2