UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATAR AMEEN TO THE REPUBLIC OF IRAQ

No. 2:18-mj-152-EFB

ORDER

## **The Current Status Report**

The latest defense status report, filed on October 28, 2020, states that the request for the Turkcell records remains outstanding. ECF No. 277. The defense does state that it has received information via informal channels that the request for the data is being worked on. *Id.* at 1. Finally, the defense states that, owing to the pandemic, there was a delay in hiring a Turkish lawyer for Mr. Ameen. *Id.* That process has now been completed, however. *Id.* at 1-2.

The defense requests that the court delay issuing a certification decision and set December 18, 2020 as the deadline for the next defense status report. *Id.* at 3.

## **The Government's Response**

As before, the government has filed a short opposition reiterating its argument that the cell records, even if obtained, would not obliterate probable cause. ECF No. 278. It also states that it has consulted with the Department of State and has nothing to report as to progress in obtaining the records. *Id.* at 1.

/////

/////

1

## **Analysis**

The court will grant the defense request to set a new status report deadline of December 18, 2020.  The same rationales articulated in its previous orders (e.g., ECF No. 273 at 3-4) remain applicable.  Additionally, the latest defense status report indicates that progress, however slow, is being made.

Accordingly, it is ORDERED that on or before December 18, 2020 the defense will file an updated status report apprising the court of its ongoing attempts to obtain Ameen's Turkcell records.

DATED:  November 10, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE