UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATAR AMEEN TO THE REPUBLIC OF IRAQ | No. 2:18-mj-152-EFB<br><br>ORDER |

The defense, in compliance with the court's last order, has filed a new status report on the ongoing attempt to obtain the Turkcell data. ECF No. 280. Ameen's Turkish counsel has furnished numerous documents which show that the process of obtaining those records is active and ongoing. *See*, *e.g.*, ECF Nos. 280-1, 280-2, 280-7. The defense believes that the records will be provided "shortly", and Ameen's Turkish counsel believes no procedural hurdles in obtaining the records remain. ECF No. 280 at 3. The defense requests that the court set a new status report deadline for January 29, 2021. *Id.* at 4.

The government continues to oppose the delay in these proceedings. ECF No. 281. It states that there has, as yet, been no response to the letters rogatory. *Id.* at 2.

The court grants the defense request to set a new status report deadline of January 29, 2021. The same rationales articulated in its previous orders (e.g., ECF No. 273 at 3-4) remain applicable. It appears that at least some progress on obtaining the records is being made.

/////

/////

/////

1

Accordingly, it is ORDERED that on or before January 29, 2021 the defense shall file an updated status report apprising the court of its ongoing attempts to obtain Ameen's Turkcell records.

DATED: December 22, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE