HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorneys for Defendant
OMAR ABDULSATTAR AMEEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, | Case No.  2:18-mj-152 EFB<br><br>RESPONSE TO GOVERNMENT'S MOTION TO PRODUCE<br><br>Judge:  Hon. Edmund F. Brennan |

The Government has moved the Court for an order requiring the Defense to produce Mr. Ameen's Turkish cell phone records.  There is no need for such an order.  As the Defense has told the Government repeatedly, it will produce the records and is at this point only waiting on an English translation, having received certifications in the mail from Turkey this week.  The translation of the records is proceeding, and the Defense anticipates providing the Government with copies of the records <u>next week</u>, as soon as translated copies are available.

It should be noted that the Defense obtained these records by email from Turkish counsel. It will take much longer for the records to wind their way back through government channels – from the Turkish BTK, to the Ankara Office of the Public Prosecutor, to the Turkish Ministry of Justice, to the Turkish Foreign Ministry, to the U.S. Embassy in Ankara, to the State Department in Washington D.C., and then to Sacramento.  When it received the records, the Defense felt it

Ameen – Response to Motion to Produce           1

1  best to honor the Court's patience in this matter by immediately notifying the Court and the
2  Government.  (Doc. 284.)
3        There is no law requiring immediate production of these documents before they are even
4  translated.  In fact, the Government has argued time and time again that there is "no right to
5  discovery in an extradition case."  See e.g., Doc. 43, p. 4 (Feb. 1, 2019), Doc. 120, p. 9 (April 15,
6  2019).  Nonetheless, given the Government's urgent desire to see them, the Defense will produce
7  the records to the Government as soon as they are translated and in advance of filing its next
8  brief to the Court.
9        It should be noted that the Government is demanding immediate production of records
10 that it has prejudged as worthless.  The Court has already ruled that Mr. Ameen's alibi evidence
11 is admissible in this case: "It would be manifestly unjust to prohibit a fugitive from presenting
12 evidence that conclusively establishes that he could not have committed the crime he is charged
13 with."  (Doc. 160, p. 14-15.)  The Court found that "the interests of justice militate in favor of
14 admission of Ameen's alibi evidence."   Id.  The Court has since repeatedly instructed the
15 Government that these records matter to the Court and that it wants to see them. (Orders at Doc.
16 257, p. 2 ["The court thought the Turkcell records worthy of investigation when it issued the
17 Letter Rogatory in February 2019. It has not been given cause to re-think that assessment in the
18 intervening months."], Doc. 273, p. 3 ["The court has already rejected the government's
19 argument that the cell data – no matter what it shows – would amount only to contradictory or
20 non-obliterative evidence."], Docs. 276, 279, 282 (reiterating rationale in prior Orders)).  The
21 Defense will happily produce the translated documents to the Government next week, in the
22 hope that the Government will do the right thing and drop this baseless extradition case once and
23 for all.
24     //
25     //
26
27
28

Ameen – Response to Motion to Produce      2

1 | Production of the documents to the Government will render its motion moot.
2 | Accordingly, the Defense will notify the Court as soon as it conveys the documents to the
3 | Government. As noted above, it anticipates doing this next week, when it obtains translations.

DATED: January 8, 2021               Respectfully submitted,

                                     HEATHER E. WILLIAMS
                                     Federal Defender

                                     /s/ Benjamin D. Galloway
                                     BENJAMIN D. GALLOWAY
                                     Chief Assistant Federal Defender

                                     /s/ Rachelle Barbour
                                     RACHELLE BARBOUR
                                     Assistant Federal Defender
                                     Attorneys for OMAR AMEEN