1  McGREGOR W. SCOTT
   United States Attorney
2  AUDREY B. HEMESATH
   HEIKO P. COPPOLA
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone:  (916) 554-2700
5
   CHRISTOPHER J. SMITH
6  Associate Director
   REBECCA A. HACISKI
7  Trial Attorney
8  Office of International Affairs
   Criminal Division
9  U.S. Department of Justice
   1301 New York Avenue NW
10 Washington, D.C. 20530
   Telephone: (202) 514-0000
11
12 Attorneys for Plaintiff
   United States of America
13
14
                    IN THE UNITED STATES DISTRICT COURT
15
                    EASTERN DISTRICT OF CALIFORNIA
16

17 IN THE MATTER OF THE EXTRADITION       CASE NO.   2:18-MJ-152 EFB
   OF OMAR ABDULSATTAR AMEEN TO
18 THE REPUBLIC OF IRAQ
                                          UNITED STATES' REPLY IN SUPPORT OF
19                                        MOTION REQUESTING PRODUCTION OF
                                          TURKCELL RECORDS
20

21

22

23

24

25

26

27

28

                                    1

The United States requests a copy of all material referenced in the December 23, 2020 filing (CR 283), without need to await Ameen's translation and certification efforts.  An additional media outlet has now been given a copy of the Turkcell records, and it is clear that the defense provided those records to the publication, as noted in the article.  A story published today, January 13, 20201, in the *New Yorker*, specifically references reviewing the Turkcell records provided by the defense and draws conclusions from those records.  Ameen has not explained why he has deemed these records suitable for distribution to the media, but not for production to the United States or for filing with the Court.

Rather, Ameen opposes an order requiring production (CR 285), arguing that translations will be provided later this week.  The United States requests not just the defense translations, but a copy of the originals of whatever Ameen received and referenced in its December 23, 2020 filing (CR 283).  As a matter of law, "the Turkcell records that Omar Ameen seeks to obtain via a letter rogatory are inadmissible contradictory evidence that could not obliterate probable cause. CR 32; 256; 267."  CR 281.  But because Ameen has taken the position that the Turkcell records are obliterating evidence, the United States respectfully requests an order requiring the production of the records in whatever form Ameen received them prior to his December 23, 2020 filing.

Dated:  January 13, 2021

McGREGOR W. SCOTT
United States Attorney

By:  */s/ Audrey B. Hemesath*
AUDREY B. HEMESATH
HEIKO P. COPPOLA
Assistant United States Attorneys

CHRISTOPHER J. SMITH
Associate Director
REBECCA A. HACISKI
Trial Attorney
Office of International Affairs