McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
HEIKO P. COPPOLA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

CHRISTOPHER J. SMITH
Associate Director
REBECCA A. HACISKI
Trial Attorney
Office of International Affairs
Criminal Division
U.S. Department of Justice
1301 New York Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-0000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ | CASE NO.   2:18-MJ-152 EFB<br><br>REQUEST FOR EXTENSION OF TIME IN WHICH TO FILE SUPPLEMENTAL BRIEF |

The United States respectfully requests 21 days, until February 17, 2021, to file a supplemental brief responsive to Ameen's most recent filing (CR 289).  This request is based in part on the work responsibilities of undersigned counsel, which include a Ninth Circuit argument in *United States v. Prasad*, 19-10454, scheduled for February 9, 2021; a hearing in *Stoll v. Cowan*, 1:20-cv-666 BAM, scheduled for February 12, 2021; and a multi-day evidentiary hearing in the Northern District of

1

California commencing on February 19, 2021.

The United States anticipates that a 21-day response period will enable the United States to respond to Ameen's Third Supplemental Brief without need for any additional request for time.

Dated:  January 28, 2021

McGREGOR W. SCOTT
United States Attorney

By: */s/ Audrey B. Hemesath*
AUDREY B. HEMESATH
HEIKO P. COPPOLA
Assistant United States Attorneys

CHRISTOPHER J. SMITH
Associate Director
REBECCA A. HACISKI
Trial Attorney
Office of International Affairs

[PROPOSED] ORDER

The United States is granted until February 17, 2021 to file a supplemental brief.

Dated:  January 28, 2021.

Hon. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2