UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 21, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATAR AMEEN TO THE REPUBLIC OF IRAQ

Case No. 2:18-MJ-00152-EFB

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  OMAR ABDULSATTAR AMEEN ,

Case No.  2:18-MJ-00152-EFB  Charge 18 U.S.C. § 3184, from custody for the following reasons:

    X    Release on Personal Recognizance

          Bail Posted in the Sum of $

          Unsecured Appearance Bond $

          Appearance Bond with 10% Deposit

          Appearance Bond with Surety

          Corporate Surety Bail Bond

          (Other):  Defendant is release pursuant to ECF No. 298

    X    Memorandum and Order Declining to Certify Extradition.

Issued at Sacramento, California on April 21, 2021 at 2:39 p.m.

By: /s/ Edmund F. Brennan

Magistrate Judge Edmund F. Brennan