```
 1  LAYLI SHIRANI, # 257022
    Senior Civil Rights Attorney
 2  COUNCIL ON AMERICAN-ISLAMIC RELATIONS (CAIR)
    1122 Del Paso Blvd.
 3  Sacramento, CA 95815
    916-441-6269
 4  LShirani@cair.com
 5
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF OMAR ABDULSATTAR AMEEN TO THE REPUBLIC OF IRAQ, _____/ | NOTICE OF MOTION TO UNSEAL EXHIBIT<br><br>Case No. 2:18-mj-152 EFB<br><br>Date: October 12, 2021<br>Time: 9:00 a.m.<br>Judge: Hon. Edmund F. Brennan |

TO ALL PARTIES:

PLEASE TAKE NOTICE that on Tuesday, October 12, 2021 at 9:00 a.m., or as soon thereafter as the Court may be available, in front of the Honorable Edmund F. Brennan, United States Magistrate Judge, non-party COUNCIL ON AMERICAN-ISLAMIC RELATIONS (CAIR), through its Senior Civil Rights Attorney Layli Shirani, moves the Court to unseal Defense Exhibit 112 in this case. Should there be no objection, Movant requests that the Court decide this Motion without a hearing.

This Motion is being filed pursuant to Eastern District Local Rule 141(f), Common Law, and the First Amendment to the United States Constitution, and the points and authorities below.

DATED: September 23, 2021

/s/ Layli Shirani
_____
LAYLI SHIRANI
CAIR-Sacramento Valley/Central California